**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| NADINE RANADE,      ) | |
| ) | Civ. Action No. 1:12cv1039 (LO)(TCB) |
| Plaintiff,      ) | |
| ) | |
| v.      ) | |
| ) | |
| BT AMERICAS, INC.,      ) | |
| ) | |
| Defendant.      ) | |

**<u>DECLARATION OF VANCE PEARSON</u>**

I, Vance Pearson declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the Senior Human Resources, Manager for BT Americas Ins. ("BT" or "Company").  I have held the responsibilities of this position since 2008.  I base the following facts on a combination of personal knowledge and my review of business records that have been maintained by BT in the normal course.

2.      In my current role, I am responsible for overseeing the Employee Relations Department and all employee personnel matters within BT's offices in the United States, including but not limited to, all decisions with respect to performance problems, discipline, retirement and/or termination.

3.      In my position I am also responsible for acting as an advisor to management to ensure fair and consistent treatment of company policies to all BT employees.

4.      As set forth in detail below, I have personal knowledge concerning Nadine Ranade's ("Plaintiff") leave request pursuant to the Family Medical Leave Act, placement on a

Performance Improvement Plan and discharge.

5.      In the fall of 2008, Jayne Charlton, former BT Managing Consultant, became Plaintiff's direct supervisor.

6.      In mid-2009, Plaintiff applied for a promotion to Principal.

7.      The promotion application required her to assemble a comprehensive write-up detailing her prior work history, as well as supportive feedback from BT clients, which would then be presented to the Principal Review Board.

8.      Because Plaintiff's application lacked sufficiently positive feedback from clients as well as exposure to a national account, her application was initially deferred.

9.      In an effort to strengthen Plaintiff's promotion application, in August 2009, her immediate manager, Jayne Charlton, assigned her to work as a Project Manager for BT's "Transformation" team on a large-scale project undertaken by Proctor & Gamble in Mehoopany, Pennsylvania.

10.     Plaintiff's abrupt removal from the P&G account in November 2009 prompted the Principal Review Board to deny her then-deferred application for a promotion.

11.     The Chairman of the Principal Review Board advised Charlton that Plaintiff should wait to re-submit her application so that she could distance herself from the P&G situation and build client support from subsequent projects. *(See also Exhibit P attached hereto.)*

12.     After October 6, 2013, Plaintiff never spoke to BT's Human Resources personnel regarding leave pursuant to the FMLA or any other disability law.

13.     Attached hereto as Exhibit A is a true and correct copy of the Nov. 4, 2009 (9:08 am) email from Steven Kurtz to Jayne Charlton regarding "Notes – Nadine Ranade" and

attaching Transformation team notes regarding Nadine Ranade (BT 000073-77).

14.     Attached hereto as Exhibit B is a true and correct copy of the Nov. 2, 2009 (3:29 pm) email from Steven Kurtz to Jayne Charlton regarding "Nadine Ranade – 30 Day Notification & Feedback" (BT 000064-66).

15.     Attached hereto as Exhibit C is a true and correct copy of the Nov. 4, 2009 (5:00 pm) email from Steven Kurtz to Jayne Charlton regarding "P&G End Date 11/4 at noon" (BT 000084-86).

16.     Attached hereto as Exhibit D is a true and correct copy of the Dec. 26, 2009 Quarterly Performance Review (for the time period of 10/01/09 to 12/31/09) of Nadine Ranade (BT 000199-200).

17.     Attached hereto as Exhibit E is a true and correct copy of the Sept. 10, 2010 (4:39 pm) email from Jayne Carlton to S. Schlichting regarding "FW: Nadine Ranade PIP 9-7-10.doc" (BT 000092).

18.     Attached hereto as Exhibit F is a true and correct copy of Sept. 14, 2010 (5:37 pm) email from Jayne Charlton to S. Schlichting regarding "FW: Nadine Ranade PIP 9-14-10.doc" (BT 000104-105).

19.     Attached hereto as Exhibit G is a true and correct copy of the Jan. 24, 2011 (9:58 am) email from Jayne Charlton to Stephanie Schlichting and Nadine Ranade regarding "Nadine Ranade's final PIP and successful PIP Letter" (BT 000162-173).

20.     Attached hereto as Exhibit H is a true and correct copy of the Sept. 25, 2010 – Quarterly Performance Review (for the time period of 07/01/10 to 09/30/10) of Nadine Ranade (BT 000197-198).

21.     Attached hereto as Exhibit I is a true and correct copy of the Jan. 10, 2011 6:04 p.m. email from David Upton to Jayne Charlton regarding "Capital Group - Nadine Ranade PM perf" (BT 000155-157).

22.     Attached hereto as Exhibit J is a true and correct copy of BT's "Case Notes Detail" regarding Nadine Ranade's medical leave of absence (BT 000254-304).

23.     Attached hereto as Exhibit K is a true and correct copy of the Sept. 24, 2010 (4:59 pm) email from Jayne Charlton to us.hro.bt@accenture.com (Jan Escalante) regarding "Case 1410814 – Nadine Ranade" (BT 000126-128).

24.     Attached hereto as Exhibit L is a true and correct copy of the Sept. 28, 2010 (10:09 pm) email from Jayne Charlton to us.hro.bt@accenture.com (Jan Escalante) regarding "Case 1410814 – Nadine Ranade" (BT 000129-130).

25.     Attached hereto as Exhibit M is a true and correct copy of the Sept. 30, 2010 (8:49 am) email from Nadine Ranade to Jayne Charlton regarding "Clarity on Nadine Ranade's end date" (BT 000139-147).

26.     Attached hereto as Exhibit N is a true and correct copy of the Oct. 6, 2010 Dr.'s note lifting Plaintiff's medical restrictions as of October 6, 2010.  (BT 000148)

27.     Attached hereto as Exhibit O is a true and correct copy of the job description for the Consultant and Senior Consultant positions at BT.  (BT 000025-26)

28.     Attached hereto as Exhibit P is a true and correct copy of the Feb. 26, 2010, 11:35 a.m. email from Gary Monti to Jayne Charlton regarding "Re: Re: Feedback for Nadine" (BT 000089-91).

29.     Attached hereto as Exhibit Q is a true and correct copy of BT's "Case Notes Detail" regarding Nadine Ranade's dismissal (BT 000152).

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this _19_ day August, 2013.

VANCE PEARSON

# Exhibit A

**From:** Kurtz, Steven
**Sent:** Wednesday, November 04, 2009 9:08 AM
**To:** Charlton, Jayne
**Cc:** Schneider, Terry; Busch, Joseph (Joe)
**Subject:** Notes - Nadine Ranade.
**Importance:** High

Jayne,

Attached are the Transformation team's notes that we received yesterday evening regarding Nadine's performance and behavioral issues. With regards to these notes, they are not formalized and have been put together through e-mail cut and paste.  While they are informal, we wanted to get this information to you prior to our call at 11 AM ET this morning so you can review.  Thanks.

Regards,
Steve

Steven Kurtz | Engagement Manager - P&G Account | North Central Operation, BT Business
Solutions Group, BT Global Services | Tel: 513.846.1620 | E-Mail: steven.kurtz@bt.com |

BT 000073

**www.bt.com/globalservices**

This electronic message contains information from BT, which may be privileged or confidential. The information is intended to be for the use of the individual(s) or entity named above. If you are not the intended recipient be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic message in error, please notify us by telephone or email (to the numbers or address above) immediately. Activity and use of the BT e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT 000074

November 3, 2009

Regarding: Nadine Ranade

This has been a bit of a rocky situation from the first:
August 4th scheduled "get-acquainted" call. Nadine accepted and did not attend call nor did she let me know she was not going to attend.

August 19th email sent to Nadine regarding Mehoopany and beginning work on the Transformation.

- Aug. 20th Nadine held kick off meeting and did not invite the P&G site lead. Who was furious and would not let us place circuit orders for two weeks.
  - When this was brought up during the BT P&G NA team Sept. 25th call. Nadine did not apologize creating an awkward several moments – instead she mentioned that no one had told her Karen was the site lead.

- Quote from the site lead via email

Tom / Nadine -

I actually just found out yesterday from our HP Network Engineer (Greg Berholtz) that any of these conversations had even taken place. I was never contacted regarding the kick-off of the transformation project, which is very frustrating to me, especially since I have been waiting for this communication and assumed that no work had yet been started for Mehoopany. I, as the Site SNS Leader, as well as other members of the SNS and HP teams, need to be involved in all of these discussions and decisions.

Nadine - Please ensure that I am included in all upcoming meetings, and, also, please set up a specific meeting for you and I to cover the site kick-off material and any other items that I may have missed up to this point.

  - This turned into an ongoing issues P&G NA team now insist on being invited to all meetings, receive all minutes and wanted a column added to our spreadsheet with the site leaders names so they would not be missed in the future.
- I told Nadine a decision was made by Senior Management to use a vendor other than Intact for the site survey – this proved to be quite upsetting to Nadine so she escalated above me. She did not included me in the first few emails.
  - This turned into a bit of a battle – Nadine did not receive my emails or other communications on the first go round but did there after.
- She attended the first site survey meeting with a team of people – she arrived 1.5 hours late.
- According to the Site Lead
  - The site survey began poorly
    - no coordination
    - lacking the proper documentation
    - no knowledge of process

o It wasn't until a lead of the site survey team took over that things began to go right.
- I received a call from the Site Lead Monday Oct 26th explaining her perception that things were not going well.  Listed again
  o Lack of organization, coordination  PM skills
  o Poor communication skills
  o Internal communications from other BT team members were concerned and sent coaching email.

Hello Nadine,

Thanks for inviting us to the call. I know that you mentioned that future calls will be lead by somebody else, however I would like to mention a few things.
 1. I strongly believe in not having customers involved in any calls where we are discussing the how and why are we doing things (cables, clusters, IDF not ready, site survey not done, no diagrams, etc)
 2. Please make sure that all the BT resources involved in this project have all the WAN/LAN/Voice/IPT  diagrams and documents (HLD, MLD and IMLD)
 3. This call showed that BT has a lot of work (remediation) to do before we talk about IPT.
 4. I do realize that O&R are usually under great pressure to complete but when people on the "IPT call" are asking about how many MPLS circuits and where do they terminate as well as what kind of cabling is there, the length of the cables, if analog or digital phones, etc it shows me that we are not ready for calls where the customer is present.
 I would suggest to:
 - identify the right people (WAN/LAN/IPT) to review the overall design (internal BT call)
 - identify the remediation works that need to take place before the implementation takes place
 - There is a need for an IDF design and plan as well as a complete site survey

o **PLEASE NOTE:**  Nadine did get a bit of a run around about Mehoopany; first she was on it then taken off for special project so that added to some confusion.  But when she was put back on full time.
  o She would show up late or not at all for team calls
  o Not send in weekly reports – when I requested weekly status I received brief bullet points via email.

When Nadine was back on Mehoopany she was told by Jeff Jones and Lennox Pitt to hand over the decommissioning work she had been doing to Dan Prem.
  o Nadine was reticent to do that and the matter had to be escalated before she would relinquish the documents to Dan.

After the call from Mehoopany site leader – I spoke to Steve Kurtz asking for advice and options.  He told me that there was the 30 day option – move her to different role within project for 30 days and then replace her with another PM.

I had a difficult time finding a place for her and finally did so with our Quality team.  It hasn't gone well  Tuesday Nov 3rd Nadine didn't come to this morning's meeting with Shannon and I.  That is two meetings in a row for someone I was doing a favor for.  This is most likely not going to work, she is now yours again.

BT 000076

Nadine did do Genesis and S3 training for the team and uploaded training material to sharepoint alerting the team to their availability.  She also offered suggestions to questions from other team memebers..

BT 000077

# Exhibit B

**From:** Kurtz, Steven
**Sent:** Monday, November 02, 2009 3:29 PM
**To:** Charlton, Jayne
**Subject:** RE: Nadine Ranade - 30-Day Notification & Feedback

Jayne,

I understand and feel sorry to put you through this.  Once I get the documentation from the
Transformation team, I'll forward it to you.

Regards,
Steve

Steven Kurtz | Engagement Manager - P&G Account | North Central Operation, BT Business
Solutions Group, BT Global Services | Tel: 513.846.1620 | E-Mail: steven.kurtz@bt.com |
www.bt.com/globalservices

This electronic message contains information from BT, which may be privileged or confidential.  The information is intended
to be for the use of the individual(s) or entity named above.  If you are not the intended recipient be aware that any
disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic
message in error, please notify us by telephone or email (to the numbers or address above) immediately.  Activity and use
of the BT e-mail system is monitored to secure its effective operation and for other lawful business purposes.
Communications using this system will also be monitored and may be recorded to secure effective operation and for other
lawful business purposes.

**From:** Charlton, Jayne
**Sent:** Monday, November 02, 2009 3:25 PM
**To:** Kurtz, Steven
**Subject:** RE: Nadine Ranade - 30-Day Notification & Feedback

Steve: I am very sorry that this has transpired and frankly a bit surprised and disappointed by her behavior. She sent me an email early this morning that she apologized for the late notice, but said she needed to take the day off, but would make up her work and time. I was heading out to a Microsoft Partner Mtg for most of the day and made an incorrect assumption based on professionalism and accountability she has typically shown in the past that she had communicated effectively with her project team and had things covered. I will be out tomorrow morning, but will chat with her tomorrow afternoon. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Professional Services | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: Jayne.Charlton@ins.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited. If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** Kurtz, Steven
**Sent:** Monday, November 02, 2009 2:44 PM
**To:** Charlton, Jayne
**Subject:** Nadine Ranade - 30-Day Notification & Feedback
**Importance:** High

Jayne,

Per our IM last week on 10/29/09, I've been asked by the Transformation team to give you a 30-day notification for Nadine Ranade. Nadine's last day on the account will be 11/27/09. The team has sighted personality conflicts between herself and a P&G plant manager as the reasons for the 30-day roll off.

Follow-ups:

On 10/30/09, Nadine had contacted the Transformation North America Workstream Manager regarding her being turned down. This Workstream Manager and the Transformation North America Program Manager notified me that they were not happy with the phone call to take issue with her release.

On 11/2/09, I received another e-mail from the Transformation team that there have been actions taken by Nadine against the account in which the Transformation team is going to document as behavioral/performance

issues. For example, I was informed that there was a kick off call scheduled for today regarding the project Nadine was going to work for the last 30 days and unfortunately, Nadine did not attend the call which is causing the project lead for this effort to be upset. The Transformation team has told me that they intend to document these behavior and/or performance issues. If these are legitimate behavior/performance issues, Nadine would not receive the 30-day notification and could be rolled off immediately.

I'll keep you posted ASAP when I get information.

Regards,
Steve

Steven Kurtz | Engagement Manager - P&G Account | North Central Operation, BT Business Solutions Group, BT Global Services | Tel: 513.846.1620 | E-Mail: steven.kurtz@bt.com |
www.bt.com/globalservices

This electronic message contains information from BT, which may be privileged or confidential. The information is intended to be for the use of the individual(s) or entity named above. If you are not the intended recipient be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic message in error, please notify us by telephone or email (to the numbers or address above) immediately. Activity and use of the BT e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

# Exhibit C

**From:** Kurtz, Steven
**Sent:** Wednesday, November 04, 2009 5:00 PM
**To:** Charlton, Jayne; Ranade, Nadine
**Cc:** Schneider, Terry; Busch, Joseph (Joe)
**Subject:** RE: P&G End Date 11/4 at noon

Nadine,

As a follow up to Jayne's comments (below), the account has not requested a transition from you and they will handle your work going forward.  Per Jayne's comments below, please take no action with P&G going forward.

Also, as standard operating procedure, we had to request that your access to P&G account systems be removed.

Regards,
Steve

Steven Kurtz | Engagement Manager - P&G Account | North Central Operation, BT Business Solutions Group, BT Global Services | Tel: 513.846.1620 | E-Mail: steven.kurtz@bt.com |
www.bt.com/globalservices
This electronic message contains information from BT, which may be privileged or confidential.  The information is intended

BT 000084

to be for the use of the individual(s) or entity named above.  If you are not the intended recipient be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic message in error, please notify us by telephone or email (to the numbers or address above) immediately.  Activity and use of the BT e-mail system is monitored to secure its effective operation and for other lawful business purposes.  Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

**From:** Charlton, Jayne
**Sent:** Wednesday, November 04, 2009 3:25 PM
**To:** Ranade, Nadine
**Cc:** Schneider, Terry; Kurtz, Steven; Busch, Joseph (Joe); Charlton, Jayne
**Subject:** P&G End Date 11/4 at noon
**Importance:** High

Nadine:

Per our discussion at noon today resulting from my conversation this morning with Joe Busch, Steve Kurtz and Terry Schneider to review the issues, all of your work, interactions and communications with P&G (clients, vendors and team players) are **discontinued effectively immediately**.

Any and all transition items should be documented by you and sent over to me via email today to be handled at Steve Kurtz' discretion.  I understand that your immediate concern is that Steve notifies Robert Smith and Shannon Neimann that you will not be completing the quality deliverables that you committed during your meeting yesterday morning, as well as Brad Argetsinger and Lennox Pitt to reset expectations.

At your request, I am also documenting the following things and including them in this email as record of your perspective; however, this is a closed issue and no further discussion will transpire.  I hope I have summarized the following 4 points accurately.

First, you confirmed agreement that during the transitioning of you to Mehoopany back in August that you missed including, Karen, a critical player in the Kickoff Mtg (whose name was not on the list and role was handled by Greg Berholtz), but felt the subsequent meetings brought things back on track.  Issues got very elevated again at this site when there was a last minute decision to change the vendor from Intact to Compucom.  You stated that you felt that this resulted in a lot of rework, confusion, poor planning, documentation and poor perception with the client and so you raised the concerns about this resulting in a poor Site Inspection Meeting.

Second, I confirm your email receipt of setting up a folder for and submitting all decommissioning documents over to Dan Prem on 10/8 to ensure thorough transition.

Third, I have heard your confusion about who you were reporting to and for which items as you thought you matrix reported to Barbara Dodd only for Mehoopany (until 10/27-29ish) while continuing to report to Brad and Lennox for other quality deliverables overlapping this timeframe (per verbal agreement at the onset in August between Sandi Johnson and Lennox were to be a 50-50 split of your time).  You conveyed that prior to your understanding of any official transition to Robert Smith between 10/27 and 11/2 that you sent advance email communication of your time off for 11/2 to Brad (believing that from conversations with him at a meeting in Cincinnati 10/15 re: S3 portal work you were picking up and with the transition away from Mehoopany that he was your current prime reporting mgr).  However, you mentioned responding around noon on 11/2 to a cell call from Robert Smith and felt you mutually agreed to move your first meeting with him to 11/3 a.m., which you attended and began actively working on his requested deliverables.

Finally, I heard your perspective that the only person you contacted on 10/30 at P&G after I asked you not to the afternoon of 10/29 was Karen to let her know that you were canceling a meeting that day re: Mehoopany and

were transitioning off the project.  As a result of sending a meeting cancellation, I believe you said several others questioned what was going on.

As a formal reminder, you are not to contact anyone related to P&G via phone or email, including casual/social "good-byes or thank yous".  This will be handled by Steve Kurtz as appropriate, and I believe he has already contacted Jeff Jones and is in the process of notifying others as appropriate.

Your professionalism and discretion in exiting this account today is most appreciated.  Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Professional Services | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: Jayne.Charlton@ins.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

# Exhibit D

## Performance Document - Quarterly PR - Manager
# Review

603561502, Nadine Ranade - Outsourc/Acqusitn Employee-Mgr
OUC: JKK5             Country: United States
Quarterly PR - Manager: 10/01/2009 - 12/31/2009

**Author:** Jayne Charlton            **Role:** Manager
**Status:** Completed            **Due Date:** 12/26/2009
**Approval:** Not Required

The document status is Completed.

## Introduction

This document is an opportunity to capture an employee's quarterly cumulative performance (a rating is mandatory). If applicable enter comments based on both  what  has been delivered and  how  it has been delivered.

## Contribution - "What"

Please enter your comments in the field below.

    **Comments:** P&G
            1st half FY10 Rev is $69,570; Util is 114%/102% for an avg util of 109.5%
            Comments above were added from 01 Jul 2009 to 30 Sep 2009

## How - BT Capabilities

Please enter your comments in the field below.

    **Comments:** on track with client engagement and exceeds expectations of prof dev, working to develop
            new offerings, developing and delivering KQs.
            Nadine is awaiting final response on a potential promotion to Principal Consultant.
            Comments above were added from 01 Jul 2009 to 30 Sep 2009

## Overall Performance Rating

Please enter your rating

    **Rating:** G - Good

## Signatures

_____

Nadine Ranade / Date

BT 000199

Jayne Charlton / Date

BT 000200

# Exhibit E

| | |
|---|---|
| **From:** | Jayne.Charlton@usc-bt.com |
| **Sent:** | Friday, September 10, 2010 4:39 PM |
| **To:** | Schlichting, S. |
| **Subject:** | FW: Nadine Ranade PIP 9-7-10.doc |
| **Attachments:** | Nadine Ranade PIP 9-7-10.doc |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Stephanie: Here is the draft PIP I completed for Nadine. Lots of client meetings this week, which is always a balancing act.  Please review and provide feedback.  Terry Schneider is my boss and he is also reviewing. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Charlton, Jayne
**Sent:** Friday, September 10, 2010 4:36 PM
**To:** Schneider, Terry
**Cc:** Charlton, Jayne
**Subject:** Nadine Ranade PIP 9-7-10.doc
**Importance:** High
**Sensitivity:** Confidential

Terry:

Here is my first draft of Nadine's PIP.  Based on her schedule, we are setup to meet on Tuesday, 9/14.   Please review and let me know what changes you recommend, and we can discuss Monday. Thanks.

1

# Exhibit F

**From:**                          Jayne.Charlton@usc-bt.com
**Sent:**                       Tuesday, September 14, 2010 5:37 PM
**To:**                              Schlichting, S.
**Subject:**                  FW: Nadine Ranade PIP 9-14-10
**Attachments:**         Nadine Ranade PIP 9-14-10.pdf

Kind Regards,

Jayne Charlton, PMP

**Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com**

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Charlton, Jayne
**Sent:** Tuesday, September 14, 2010 5:23 PM
**To:** Ranade, Nadine
**Cc:** Charlton, Jayne
**Subject:** Nadine Ranade PIP 9-14-10

Nadine:  Attached is the revised PIP per our discussion.  Also, if you go out on FMLA or STD, then the PIP goes on hold
and restarts when you return from leave.  Once you receive the documented approval from your Dr., then I will adjust
the dates. Thank you.

Kind Regards,

Jayne Charlton, PMP

**Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com**

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT 000104

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

BT 000105

# Exhibit G

| | |
|---|---|
| **From:** | Jayne.Charlton@usc-bt.com |
| **Sent:** | Monday, January 24, 2011 9:58 AM |
| **To:** | Schlichting, S.; Nadine.Ranade@usc-bt.com |
| **Cc:** | Jayne.Charlton@usc-bt.com; Terry.Schneider@usc-bt.com |
| **Subject:** | Nadine Ranade's final PIP and Successful PIP Letter |
| **Attachments:** | Nadine Ranade PIP 1-14-11 final.pdf; Nadine Ranade Completed PIP letter 1-14-11.pdf |

| | |
|---|---|
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Nadine: Congratulations on the successful completion of your PIP as on 1/14/11.  I greatly appreciate all the hard work you put into this over the past few months. Please see the final documentation to close your PIP.  Thanks.


Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

BT 000162



# PERFORMANCE IMPROVEMENT PLAN ('PIP')

| Individual's name : Nadine Ranade | EIN : 603561502 |
|---|---|
| Job title : Sr. Consultant | O.U.C : JGJ |
| Job family role: Professional Services | First line manager's name: Jayne Charlton |
| Performance plan start date : 9/14/10 | Monitoring period:  (30, 45, 60, or 90 Days)  90 days |
| Plan End Date: 1/14/11*** <br><br> ***This date was extended from 12/14/10 to allow a little more time for mentoring progress given holidays and travel. <br><br> *exception is the req't below thru Sept 2013 in Action Plan Item #1. | Last full year APR rating: Good <br><br> Most current quarterly QPR rating (if applicable): Q1 - 'AS';  Q2 'Development  Needed'; Q3 – posted as 'Development Needed' |

For the past 60 days you have not demonstrated the level of performance required of a professional project manager/senior consultant.   It is our intent to make you aware of the areas in which you are performing below expectations and give you an opportunity to address and correct these concerns so that you can become successful and have better opportunities to achieve desired career growth.

**As outlined below, you are being placed on a Performance Improvement Plan for the next 90 days. It is expected that you will demonstrate immediate and sustained improvement in your performance as detailed in the objectives below.**

Failure to meet the objectives outlined in this Performance Improvement Plan, or if additional areas of unacceptable performance arise, you may be subject to additional action, up to and including termination of employment.

**A.   Update on performance gap previously identified and discussed**

**Performance Standards Expected:** (From Job Description, objectives, scorecards, values, leadership capabilities.)  Overview of what is expected within the role

- Revenue (project billing and cust utilization)
- Customer Focus with internal or external client projects and activities
- Collaboration
- Quality / Getting it Right the First Time / EDM / Status Reports /Time & Expense Reporting
- Presales Support/Driving new business
- Professional Development and Training
- Consistently live out the BT Behavioral Values (as outlined below)

| What We Expect Of Each Other: | What This Means for us as Leaders: |
|---|---|
| TRUSTWORTHY | **We Will** <br> • Listen to others with respect and create an open environment <br> • Stand up for what we believe in <br> • Back up people who do the right thing <br> • Have personal integrity and ensure compliance with all legal and regulatory requirements <br> **We Won't** <br> • Resist feedback and avoid difficult conversations <br> • Let unacceptable behaviour go unchallenged <br> • Tell people what they want to hear |
| HELPFUL | **We Will** <br> • Take responsibility for creating a shared agenda with other leaders across BT <br> • Be generous in contributing to the success of others <br> • Encourage people to share lessons learned <br> • Know when and where to seek help |

BT 000163

| | |
|---|---|
| | **We Won't** |
| | • Encourage tribalism |
| | • Work independently of the rest of BT |
| | • Be possessive of resources |
| INSPIRING | **We Will** |
| | • Create a compelling vision for our part of the business |
| | • Demonstrate depth and creativity of thought |
| | • Challenge existing thinking and embrace new ideas from   everywhere and everyone |
| | **We Won't** |
| | • Assume the present predicts the future |
| | • Be complacent or assume things cannot be improved |
| | • Ignore or discourage new thinking |
| STRAIGHTFORWARD | **We Will** |
| | • Create a compelling vision for our part of the business |
| | • Demonstrate depth and creativity of thought |
| | • Challenge existing thinking and embrace new ideas from   everywhere and everyone |
| | **We Won't** |
| | • Focus on process at the expense of results |
| | • Over-complicate messages and issues |
| | • Let unnecessary rules get in the way of common sense |
| HEART | **We Will** |
| | • Mobilise and energise people by making them feel they can make a difference |
| | • set stretching targets to win today and in the future |
| | • Give people freedom to apply their unique strengths |
| | • Be passionate and confident in making the strategy a success |
| | • Act as a role model in stretching our own capability |
| | **We Won't** |
| | • Fail to recognise or take credit for others' work |
| | • Focus unduly on the negatives |
| | • Make unrealistic demands on self and others |
| COACHING FOR PERFORMANCE | **We Will** |
| | • Give fair, accurate and insightful feedback and instil a coaching culture |
| | • Clearly differentiate between levels of performance |
| | • Value diversity, encourage and leverage people's unique ability |
| | • Enable people to accept and learn from mistakes |
| | **We Won't** |
| | • Blame others when things go wrong |
| | • Discourage movement of people across boundaries |
| | • Tell rather than ask; see no need to support & motivate people |
| BOTTOM LINE | **We Will** |
| | • Drive 'profit, growth and value' |
| | • Balance short-term efficiencies with long-term commercial growth |
| | • Consider the cost and benefit to BT as a whole |
| | • Encourage the use of quality practices to improve business performance |
| | **We Won't** |
| | • Focus exclusively on cost and budget |
| | • Accept decisions without a clear commercial rationale |
| | • Lack courage to stop things that are not commercially viable |
| DRIVE FOR RESULTS | **We Will** |
| | • Galvanise action and a sense of urgency |
| | • Take considered risks, use initiative and flexibility to deliver |
| | • Meet commitments, drive initiatives through to completion |
| | • Manage performance robustly and integrate resources to deliver effectively |
| | • Take personal responsibility for getting things done |
| | **We Won't** |
| | • Accept poor or late delivery |
| | • Be busy without being effective |
| | • Lack confidence in the ability of others and try to do everything ourselves |
| | • Avoid responsibility by hiding behind position or professional   status |
| CUSTOMER CONNECTED | **We Will** |
| | • Put customers at the centre of everything we do |
| | • Understand customer needs and innovate to meet and exceed them |
| | • Respond promptly to customer requirements and drive excellent service |
| | **We Won't** |

BT 000164

| | |
|---|---|
| | • Fail to integrate the customer perspective<br>• Tolerate poor customer service<br>• Allow bureaucracy to hinder delivery |
| PROFESSIONAL/TECHNICAL | • Demonstrates understanding of own work area and appropriate ethical considerations.<br>• Continuously improves professional and technical skills/knowledge.<br>• Achieves objectives through the application of job-related knowledge.<br>• Demonstrates and applies awareness of functional and/or operational policies and procedures.<br>• Uses understanding of business structures and functions to achieve functional/operational objectives. |

**Previous Training, Coaching and/or Instruction:** Description and date(s) of **previous** training, instruction, coaching or communications delivered to ensure your awareness of the required performance standards.

| Date | Contents |
|---|---|
| 4/27/10 | Email to team about suggestions for VG ratings |
| 5/14/09 | Team email and meeting discussion re: new balanced bonus scorecard for BSG |
| 7/8/09 and 7/10/09 | Email w/BSG Objectives for performance and bonus |
| 7/15/09 | Team Meeting to discuss new BSG Objectives |
| 1/6/10 | Team Mtg discussion, emails. team coaching on perf req'ts for FY10 annual |
| 6/9/10 | Sample status reports |
| 6/24/10 | 1-1 with Nadine on Q1 perf prep |
| 7/22/10 | Email to team with updates to performance rating descriptions |
| 7/28/10 | Team Meeting to review changes and updates to ePerf, objectives, MA pipeline, MNC questions |

**Previous Discussions:** Dates and content of previous verbal and written communications related to your under performance

| Date | Contents |
|---|---|
| 9/28/09 | Coaching around feedback from Principal Review Board decision deferment |
| 10/30/09 - 11/4/09 | Discussions/Coaching/Emails with Nadine about communication issues and premature removal from P&G re: Steve Kurtz/Joe Busch |
| 2/26/10 | Coaching around feedback from Principal Review Board "no" from Gary Monti |
| 3/10/10 | Nadine/Jayne lengthy FY10 perf discussion, candid feedback |
| 4/19/10 | Nadine/Jayne 1-1 |
| 7/30/10 | Met in office with Nadine for 1-1 re: Q1 perf rating, performance on Unilever, feedback rec'd about PT, back issue, communication protocol, and DMV letter she had Tivo write while I was on vacation.  Discussed potential oppty for World Bank that is delayed till at least Oct. Also addressed my concerns w/her vacation/sick time-off w/o notice. |
| 8/26/10 | Conf call with Nadine to address negative feedback rec'd from Dez Kerr (Unilever MC) and Afshin re: 4 month premature exit from Unilever.<br><br>***Please note that on 9/8 Debra Gessel did ask that Nadine stay on Unilever at 100% thru Sept and 50% for remainder of contract.  HR MC was told that even though the issues/reason for why Nadine was asked to depart still existed that due to the urgency of their project deliverables and inability to find/train another PM, they made a decision to retain her. |
| 9/3/10 and 9/7/10 | Detailed Email Exchanges re: absences w/o advance notifications despite billing 40. |

**Specific Areas For Improvement:** Examples of unsatisfactory or missed deliverables and/or behaviors that have not met the requirements of the role.

Nadine seems to have an issue consistently following professional, effective communications protocol and 'chain of command' with her HR Mgr, Account MC, Project Team, other Key Stakeholders and Client.
- She speaks too freely and 'out of turn' with other Managers or associates about time off, potential/desired job changes or opptys, or other training or career aspirations that should be kept primary between her and her HR Mgr.  At a minimum, her HR MC should be the very first she discusses with to determine the appropriate nature, relevance, and any potential negative impacts or perceptions of sharing with others.
- Nadine often does not follow direct coaching instruction or advice designed to more effectively

BT 000165

manage/resolve/mitigate/minimize situations that arise. In other words, she goes against her HR MC's direction.

Nadine often does not plan or communicate ahead about time off with HR Mgr, and she sporadically takes sick time or days off without advance notice or any upfront, direct notification to HR MC, Acct MC and Internal/External Client or reasonable responsiveness to voice and email msgs.

Nadine is not providing weekly status reports to her MC/HR Mgr as requested on multiple occasions.

Nadine does not appear to have clear understanding or take ownership for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty.

Nadine's inconsistent or inappropriate communication behaviours have eroded trust, respect and rapport in key relationships with HR Mgr and other Key Stakeholders which needs to be rebuilt/ improved for more sustainable relationships and a stronger, more positive network with Mgmt, Project Team and Client(s).
- This has resulted in 3 early dismissal requests for her PM services in the past 2-3 years, which has greatly impacted forecasted and planned revenue, as well as Nadine's reputation.

---

**Success Criteria/Expected Standards:** Specific actions and deliverables required to meet or exceed the requirements of the role.

Nadine is not to communicate her desires about time off, training or additional potential opptys, career aspirations, or other projects with anyone other than her HR MC (Jayne Charlton). Once discussed with HR MC, Nadine may only share when deemed appropriate and relevant by her MC and following her specific, timely direction.

Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%).
- This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities.
- These should be recorded in detail on her weekly status report and PeopleSoft Time report and submitted accurately and timely EOB Fridays.
- Status Reports are due by noon on Fridays.

Nadine will not take off any unplanned, un-notified time (sick or vacation).
- Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).
- Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.
- Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations, # of sessions and hrs per week required, etc.  If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.
- Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off.

**Nadine cannot be asked to leave an internal or external client project prematurely due to her performance, capabilities, personality conflict, or communication style for the next 3 years (thru Sept of 2013).**

Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors. This may include training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation.

.

**B. Action Plan – Objectives of this Performance Improvement Plan**

| 1. SPECIFIC<br>Exact Deliverable<br>or Behavior<br>Change: | Nadine must receive ongoing positive, constructive feedback from clients, Account MC and Project Team Members to **build positive, sustainable relationships** and not be asked to exit an account early for anything pertaining to her delivery capabilities, results, behaviors or communication style. |
|---|---|
| **MEASURED BY:** | • Verification thru ongoing feedback |

BT 000166

| | |
|---|---|
| | ○ The ability to easily place her/have her accepted for suitable projects<br>○ Client Satisfaction Surveys<br>○ Fulfilment of contract engagement/SOW duration as expected as tracked in PeopleSoft |
| **ACHIEVED HOW: (Ex: Process, Resources, Systems or colleagues/teams to be engaged to achieve objective** | ○ Nadine should be on-site with local client or project/account team as appropriate at least 2 days per week, 9am – 5pm ET, Tuesdays and Thursdays.<br>○ Follow EDM as is applicable for engagement, including customer/project highlights in a weekly status report due to HR MC by noon Fridays.<br>○ Ensure thoughtful communication approaches.<br>○ Work to minimize and eliminate risks.<br>○ Accentuate value and positive impact by anticipating client needs/challenges and meeting them proactively.<br>○ Training, coaching and mentoring with HR MC or other designated mentor or prof dev courses as mutually agreed to with MC. One course to take is "Building Stakeholder Relationships" from Route2Learn.<br>○ Fulfilment of contract engagement/SOW duration as expected. |

| | |
|---|---|
| **REALISTIC (incremental steps)** | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND (By what date?)** | By 11/14/11; However, Nadine must not be asked to prematurely exit a billable internal or external client project due to her own performance, behaviours or capabilities thru Sept 2013. |

| | |
|---|---|
| **2. SPECIFIC Exact Deliverable or Behavior Change:** | Nadine will consistently follow appropriate, professional, respectful and proactive **communication protocol** with her HR MC, Account MC, Project Team Stakeholders, and internal/external client(s).  This includes notifying or discussing non-project items with HR MC first, proactive time off requests, following professional, respectful, courteous, and proper communication 'chain of command'. Not communicating 'out of turn' with higher levels or bypassing HR MC to get a different answer (grandstanding) to the same question. Not sharing non-project related information or aspirations with Account MC or Project Team, or Client that could be questionably perceived. |
| **MEASURED BY:** | ○ Verification thru random feedback.<br>○ Designated mentoring completed and feedback obtained.<br>○ Designated development training completed.<br>○ HR MC observations.<br>○ Response to voice or email msgs within 2 business hours. |
| **ACHIEVED HOW: (Ex: Process, Resources, Systems or colleagues/teams to be engaged to achieve objective** | ○ Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors.<br>○ Nadine will complete training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation.<br>○ Nadine to work with HR MC to develop KQ on professional respectful communication protocol that builds trusted relationships and conduct to demonstrated internalized application of behavioural change.<br>○ Broadening of network. |
| **REALISTIC (incremental steps)** | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND (By what date?)** | By 1/14/11 |

| | |
|---|---|
| **3. SPECIFIC Exact Deliverable or Behavior Change:** | Nadine needs to change her disregard or lack of clear understanding for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty. |
| **MEASURED BY:** | ○ Verification thru random feedback |

BT 000167

| | |
|---|---|
| | • Verification thru PeopleSoft and other Data Reports<br>• Track receipt of Status Reports in Outlook<br>• Track receipt of time of requests in Outlook<br>• Receipt of Dr. Note |
| **ACHIEVED HOW:**<br>**(Ex: Process,**<br>**Resources,**<br>**Systems or**<br>**colleagues/teams**<br>**to be engaged to**<br>**achieve objective** | • Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%). This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities. Weekly Status Reports submitted to HR MC by noon Fridays.<br>• Accurate Time Sheets due in PeopleSoft by EOB Fridays<br>• Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).<br>• Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.<br>• Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations, # of sessions and hrs per week required, etc. If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.<br>• Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off. |
| **REALISTIC**<br>**(incremental steps)** | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND**<br>**(By what date?)** | By 1/14/11 |

**B. Manager Support:** Specific actions your manager will take to assist you in meeting the expected standards.

BT 000168

Ongoing coaching and support, as well as very timely, specific, candid feedback. We could role play out communications or relational scenarios.

In Oct, schedule discussion with Afshin to gather more specific feedback about perceptions for increased learning for Nadine.

Nadine discussed back/neck issue and HR MC referred her to HR FMLA or STD as agreed by her Dr. and approved by Cigna.

- 9/16/10-reminded Nadine about need for Dr. Note whether just physical therapy or STD
- 9/24/10-was notified by Nadine about PT STD that was to be effective 9/20. Discussed issue. Found email from Accenture in Junk Folder notifying me at 1:50pm on 9/23. **This will likely extend her PIP by approx. 45 days!**
- 9/29/10-Nadine showed up in person in Reston for Team Mtg 12-1:20pm after being clearly asked not to work beyond 8-noon schedule.
- 9/30/10- Nadine, Jan/Accenture, Jayne met to review PT STD req'ts for 8-noon only unless pre-approved!
- 10/6/10 – Nadine was released from Dr.'s restrictions and made a decision to not go on PT FMLA. Nadine is to resume FT duties for MA operation.
- 11/29/10 – Nadine started new FT PM project on Capital Group.
- 11/30/10 – Manager is extending PIP until 1/14/11 to allow more time to make up for missed sessions due to travel and time off/ holidays.
- 12/8/10 – Nadine is on track with progress for improving communication skills, including weekly status reports and proactive requests for time off.
- 12/14/10 – Great mentoring session; very open discussion and positive feedback from Nadine on new way of thinking and approaches. Nadine seems to be making great progress and now understands and values the investment of this PIP. She seems to have improved in her listening skills and ability to receive and apply coaching and constructive feedback.
- 12/28/10 – Nadine provided great summary feedback of recent learning from book and Route2Learn course. Nadine believes she is doing a good job for the Capital Group and got her PDD signed off by the client. She is also assisting them with some process review and will provide recommendations for improvements. I sent a note requesting direct feedback from her local team to verify performance and ensure no add'l growth areas. We had strong dialogue and validated progress is being achieved as expected for 1/14/11 completion.
- 1/6/11 – Nadine continues to be on track for good progress in all areas. In addition, she received very positive feedback from her Capital Group project team and was requested to go back on Unilever at 50%.
  - o In prep for our final session on 1/14/11, I asked Nadine to provide dates of the 2 KQs that should be completed before 3/18/11 as an output of her growth and learning around customer relationships/effective communication and the other on estimating related to business forecasting.
  - o I also requested that she prepare a closeout summary to add into this PIP of how the learning as already been useful and applied on interactions and mgmt of Capital Group and Unilever, as well as her personal thought processes.
  - o Finally, I asked Nadine to prepare a good draft of a Career Dev Plan that outlines where she is today, where she would like to go and the gaps/training/prof dev/opptys that we need to build into her plan to get her on the path.
- 1/14/11 – This week we hit a little bump in the road that was a good test of Nadine's learning where Nadine was overheard on a personal call during lunch. The MC raised this to my attention and we both went to Nadine in a timely and candid way. Nadine handled this issue quickly and with grace. She took ownership and also provided a good justification that was not defensive and showed good professionalism. Nadine has juggled a heavy load the past few weeks in particular between Capital Group and Unilever, and has met all the challenges successfully.

## C. Review meetings

| Review meetings * | Dates |
|---|---|
| Planned review 1:1 - | 9/14/10, 9/16/10;  bi-weekly Tuesdays |
| Planned review 1:1 - | 9/28/10, 11am-noon |
| Planned review 1:1 – | 10/12/10 11am-noon |
| Planned review 1:1 – | 11/2 |
| Planned review 1:1 – | 11/9 |

BT 000169

| Planned review 1:1 – | 12/8 – Nadine provided great readout of Route2Learn course |
|---|---|
| Planned review 1:1 – | 12/14 |
| Planned review 1:1 – | 12/28 |
| Planned review 1:1 – | 1/6/11 |
| Monitoring end date | 1/14/11  (Last date of achievement in section C) |
|  |  |

**\*Number and method of review meetings can vary according to particular circumstances of case and length of agreed monitoring period.**

### F. Individual's comments

From Nadine Ranade 1/22/11:

Summary:

When Jayne informed me that she was putting me on a performance improvement plan, I did not take that very well at first.
I did let her know that I disagreed with some of the things and that I didn't feel that they were not true, but were more perceptions.  However, I reflected on some of the things Jayne said and came around it and told myself that I can learn and take away some positive things from this session that will be beneficial to my career and myself overall.  I kept a very positive outlook during the PIP period and followed all the instructions and advises.  This has resulted in very positive outcome and these are listed below:

- 	Firstly, I became more confident about myself professionally and about my skills
- 	I also developed a lot of new skills by training in developing customer relationships, negotiation and conflict resolution
- 	I think I have improved my communication skills and became a better listener
- 	I submitted timely weekly status reports
- 	I am proactive with my time off requests and have a better understanding of how it impacts project revenue forecasting and my relationship with my MC
- 	I applied my recent learning's at her new engagement and earned BT more new business (this was due to my excellent communication skills and great client relationship)
- 	I contributed towards bringing in external revenue as well as internal revenue to the business
- 	I was able to quickly and professionally resolve an issue without taking it personally

In conclusion, I would like to thank Jayne Charlton for guiding me towards success in this process and I look forward to having a very trusting and respectful relationship with her in the future.

This Performance Improvement Plan is an opportunity for you to work cooperatively with your manager towards resolving and improving issues of performance

This plan does not create, implicitly or explicitly, an employment contract, a guarantee of continued employment, nor any legal obligations on your part or the part of BT Americas, including all affiliated companies.. Neither your achievement of the agreed-upon goals, nor your best efforts at taking corrective action towards the agreed-upon goals, shall modify your status as an at-will employee. Your employment may be terminated or you may voluntarily terminate your employment at any time.

It is expected that you will demonstrate improvement in your performance as outlined above.  Your manager will review your performance with you according to the schedule provided above.  Upon successful completion of this plan, it is our expectation that you will continue to perform your job as described above, that you will continue to meet the general expectations of your position, and that you will continue to be a valued employee of our company.

If you successfully complete the goals during the Performance Improvement Plan period, but return to an unacceptable level of performance after the Plan is complete, reissuance of a new Performance

BT 000170

Improvement Plan may not occur and you could be subject to immediate action up to and including termination of employment.

Your manager will provide support to help you successfully complete the plan.

You should immediately notify management of any issues that arise during this Performance Improvement Plan that would interfere with your ability to meet the stated objectives.  BT US & Canada has an open door policy and you are encouraged to review the full contents of this plan and any questions that you may have with your management team.

Your signature below acknowledges that you have discussed this Performance Improvement Plan with your manager and that you have received a copy of the plan.

SIGNED:     _*Jayne E. Charlton 9/14/10*_____            SIGNED:

_____
MANAGER NAME:                                     INDIVIDUAL NAME:
  Jayne Charlton_____            _____ Date:_____

**Use the following section to document your progress against the plan objectives in your scheduled review meetings.**

**D. Achievement – Review of achievement against plan objectives**

| Review Date | Outcome Expected | Outcome Achieved | Comments |
|---|---|---|---|
| 11/9/10 | **Route2Learn Training course** | **Course completed and learning summarized and discussed for immediate application.** | |
| 11/22/10 | **New project** | **Nadine interviewed and was approved for new external client project as the lead PM.** | **Nadine did a great job and was selected out of numerous candidates.** |
| 12/8/10 | **Mentoring on "Confronting without Offending".**<br><br>**Status Reports and proactive communication with HR Mgr and Team.** | **Review of key points discussed and mentoring completed.**<br><br>**Nadine is doing a good job at weekly status reports to the client and to her HR Mgr.  She has also improved in her proactive communication about time off needs.** | |
| 12/27/10 | **Route2Learn Training course.  Also, mentoring on "How Successful People Think"** | **Review of key points discussed and mentoring completed. Course completed and learning summarized for immediate application.** | **Nadine will develop a KQ before end of Q4 to apply new learning on client relationships, communication and conflict resolution.** |
| 1/14/11 | **Provide dates of 2 KQs to deliver in Q4.**<br><br>**Develop PIP Closeout Summary of Learning.** | | **Committed to provide 1/14 EOB.**<br><br>**Completed 1/14/11.** |

BT Group PIP template February 6 07                                                                9

BT 000171

|  | Draft of GROW Career Dev Plan. |  | Agreed to provide by 1/21/11. |
|--|--|--|--|
|  |  |  |  |

SIGNED: ___ SIGNED: _____
MANAGER NAME:                    INDIVIDUAL NAME:
___ _____ Date:_____



January 14, 2011


Nadine Ranade / BT
11440 Commerce Park Dr.
Reston, VA 20191

Dear Nadine:

I am very pleased to inform you that you have successfully completed your Performance Improvement Plan dated September 14, 2010 as of January 14, 2011.

Your willingness to proactively and positively approach your goals and objectives has been very much appreciated.  On a going forward basis, we should schedule frequent and timely sessions to ensure you clearly understand your future goals and objectives. As stated in the Performance Improvement Policy #2:03, http://globalservices.intra.bt.com/americas/docs/hr/performance_improvement_01jan2006.doc., the Performance Improvement Plan is the final step in a process to improve an employee's performance.  Sustained satisfactory performance is required upon successful completion of a Performance Improvement Plan and future backsliding of performance may result in termination of employment without the issuance of another Performance Improvement Plan.

I will support you in any way I can to ensure you retain a satisfactory performance level.


Regards,



Jayne E. Charlton
Managing Consultant


cc:    AHRS
       HR File


BT 000173

# Exhibit H

## Performance Document - Quarterly PR - Manager
# Review

603561502, Nadine Ranade - Lead: DDCS
OUC: JKK5                Country: United States
Quarterly PR - Manager: 07/01/2010 - 09/30/2010

**Author:** Jayne Charlton                    **Role:** Manager
**Status:** Completed                          **Due Date:** 09/25/2010
**Approval:** Not Required

The document status is Completed.

## Introduction

This document is an opportunity to capture an employee's quarterly cumulative performance (a rating is mandatory). If applicable enter comments based on both  what has been delivered and  how  it has been delivered.

## Contribution - "What"

Please enter your comments in the field below

**Comments:** Nadine is on track for meeting all req'ts as a Sr. consultant billing FT on Unilever for Q1 and rec'd a 6 month ext thru Dec. She has been supportive of presales efforts on WB, continues to work heavily on prof dev and has delivered several KQs.
Comments above were added from 01 Apr 2010 to 30 Jun 2010

Q2:   Nadine was faced w/some challenges in Q2 that had some recurring themes and was thus placed on a PIP.  As of mid-Oct, she is making reasonable progress with PIP thru coaching and mentoring.
• The feedback rec'd from Nadine's project key stakeholders and from Mgmt observations is not consistent with her slef-assessed Q2 FY11 QPR.  The feedback rec'd indicates a need for improvement in communications protocol and in building sustainable relationships.
• Based on ongoing concerns of consistent themes and discussions with MD, OVP and HR/Accenture, Nadine was placed on a documented, detailed PIP 9/14/10 and is working closely with her HR MC for the next 90-120 days to ensure desired improvement.
• Nadine is very focused on her technical prof dev and certifications and extending that info to others via delivering KQs.
• Nadine delivered 2 KQs in the 1st half FY11.
• Nadine did an outstanding job on a BT OneVoice project for LATAM that was very complicated and reportedly worked beyond her PM responsibilities.
• Nadine enjoys discussing other career aspirations, but does it too freely in the wrong setting, i.e. with existing client/project teams.

Rev for 1st half FY11 is $110,240 at personal margin of 31%.  Nadine exceeded her prod dev target.

## How - BT Capabilities

Please enter your comments in the field below

**Comments:** Nadine and her MC are discussing her consistently following proper communication protocol.
Comments above were added from 01 Apr 2010 to 30 Jun 2010

Q2:  Nadine is very eager to assist with new projects or with new technical training. Nadine's MC is working with her more on business and soft skills, specifically to improve communication and relationships, as well as to broaden her network and improve perceptions and reputation.  Nadine has a lot of tremendous attributes that she is working with her MC to apply in more productive manners.  Nadine is very helpful, innovative and focused on prof dev.  She needs to improve in her connectedness to her client and in trust, as well as more effective and positive collaboration.

## Overall Performance Rating

Please enter your rating

**Rating:**  DN - Development Needed

## Signatures

_____

Nadine Ranade / Date

_____

Jayne Charlton / Date

BT 000198

# Exhibit I

**From:** Upton, David
**Sent:** Monday, January 10, 2011 6:04 PM
**To:** Charlton, Jayne
**Subject:** RE: Capital Group - Nadine Ranade PM perf
**Importance:** High

Actually ... I have some concern.... But I hope it is minor at this point.

It seems as though she might be planning a wedding or something, because she has been a bit scattered lately... (forgetting conversations, repeating herself, not thoroughly communicating). She was absolutely awesome when we first kicked this project off (especially since we had a tough time agreeing on the scope creep / pdd), but I am getting some pretty negative feedback from the BT team as of the last couple weeks.

I wanted to give it a week to let the new year settle in and see if there was a problem before I said anything to her or you ... but at this point, I think I will need to have a chat with her about it.

But before I do that .... Do you have any insight into what might be causing this?

I have wanted to call you since Friday, but I can't seem to get off the phone long enough to do so. Perhaps we can chat tomorrow morning?

BT 000155

**David Upton** | Managing Consultant | Southwest Region, Southern California
BT Professional Services

Enterprise Voice Access (972) 550.4637 | Mobile (615) 521-3778

Are you UC enabled? Click the icons below for Communicator, Mobile Phone, or Enterprise Voice connectivity!

 Click to open conversation    Click to call mobile    Click to call office

Email david.upton@bt.com | Web http://bt.ins.com

BTMeetme Conference Bridge Number (888)895-5480 Participant Passcode: 87606281#

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc. e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

---

**From:** Charlton, Jayne
**Sent:** Tuesday, December 28, 2010 3:20 PM
**To:** Shouga, Hani; Upton, David; Paul, Evan
**Subject:** RE: Capital Group - Nadine Ranade PM perf
**Importance:** High

Hello All:

I hope you had a wonderful holiday!  Can you please provide me some feedback about Nadine's current performance as the PM on Capital Group in prep for Q3 review?  Thanks very much!

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

BT 000157

# Exhibit J

| Business Unit : HRSAM | | | |
|---|---|---|---|
| Create Date From : 01/09/2010 | **Case Notes Detail** | |  **BT** |
| Create Date To : 14/06/2011 | | Run Date : | 06/14/2011 |

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

**Case Notes Added On: 13/09/2010 17:36:10**      Note Seq Nbr: 1      Note Type:

**Case Summary:**      09/13/10 11:37 a.m.: Telephone call to EE.  Left msg asking her to return call.

Need to advise of STD/LTD process and paperwork.

**Case Notes Added On: 14/09/2010 14:06:32**      Note Seq Nbr: 2      Note Type:

**Case Summary:**      09/14/10 8:07 a.m.: Email to EE requesting she call me.

Good morning!

I left a voice message for you yesterday.  Please call me at your earliest convenience so I can explain the benefits of short-term and long-term disability to you.  You can call me directly at 210-699-2639.

Thanks!

Jan

**Case Notes Added On: 14/09/2010 21:46:07**      Note Seq Nbr: 3      Note Type:

**Case Summary:**      09/14/10 3:47 p.m.: Telephone call to EE.

Advised of FMLA/STD process and paperwork.  EE understood.

**Case Notes Added On: 14/09/2010 21:51:07**      Note Seq Nbr: 4      Note Type:

**Case Summary:**      09/14/10 3:52 p.m.: Initial email to EE/mgr with attachments.

Good afternoon!

It was nice speaking to you today!

On 09/13/10, we became aware that you need time off from work under circumstances that may qualify for leave under the Family and Medical Leave Act (FMLA).  The purpose of this letter is to provide you with information and the forms both you and your health care provider need to complete and return to us.

Enclosed, you will find the BT America's FMLA policy, FMLA Request and the Certification of Health Care Provider form.  The policy includes the basic provisions of the FMLA and rights of eligible employees.  There is also a disability information sheet enclosed.  The following FMLA forms need to be completed by you and your health care provider and returned to us.

•   FMLA Request Form:  Once you complete this form, please fax or scan and email to Accenture.  The fax number is 800-841-3658 or email to us.hro.bt@accenture.com.

•   Certification of Health Care Provider Form:  You will need to give this form to your health care provider for completion.  Your health care provider may return the completed form directly to Accenture at fax number 800-841-3658 or scan and email it to us.hro.bt@accenture.com.

Please be sure that these completed forms, in full, including the expected date of return, are returned to us within 15 days following this request or provide us a reasonable explanation for the delay.  Failure to provide certification may result in a denial of continuation of leave.  As stated in our FMLA policy, medical information received for FMLA leave is considered confidential and shall be disclosed only to those involved in the FMLA leave determination.

After receipt and review of the forms, we will make a determination on designation of your requested absence as FMLA leave.

You will also need to contact Cigna at 800-362-4462 to open a claim for disability benefits prior to your leave start date.  They should coordinate with your physician directly after you open the claim for all necessary documents needed to approve disability benefits.  You will be paid 40 hours of Company Sick time for the first five (5) business days you are considered unable to work if you have sick time available; otherwise you will be unpaid for the waiting period.  After that, Cigna must approve your disability claim in order for you to receive disability pay through Cigna.  You will receive one check for 70% of your earnings (taxable).  If you elected supplemental coverage, you will receive an additional 30% (non-taxable) included in the check.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

When you are released to return to work by your physician, you will need to get a note from the doctor stating you are released from his/her care and return a copy to Accenture via fax or email. I must receive the note before you can return to work.

Please note that all medical documentation is considered highly confidential and should be forwarded to your case manager only. Please do not give any medical documentation to your manager or team leader.

If you have company equipment such as a laptop or cell phone, please give these to your supervisor prior to the beginning of your leave.

Please note that if you begin your leave of absence or end your leave of absence before or after a payroll due date, you may be overpaid or underpaid. Payroll will make any necessary adjustments on the next payroll schedule.

If you have any questions and/or changes regarding this leave of absence, please contact me at 800-379-9125. I wish you a speedy recovery and look forward to working with you.

Thanks!

Jan

**Case Notes Added On: 14/09/2010 21:54:28**          **Note Seq Nbr: 5**          **Note Type:**

**Case Summary:**      09/14/10 3:55 p.m.: Initial email to mgr/EE.

Good afternoon!

Nadine Ranade has requested leave under the Family Medical Leave Act (FMLA), beginning 09/20/10. She is scheduled to return to work approximately 11/14/10. Once she has completed the required paperwork, you will receive an email advising if the FMLA has been approved. The email will notify you of the date the leave is to commence and the expected date of return. During the leave of absence, the employee is required to contact you once a month.

Please note the following:

•    Please collect her laptop/cell phone and password prior to the beginning of the leave.

•    If Nadine is affiliated with BSG, you will need to make sure you complete the self-service to enter the leave begin date and the return to work date.

•    If she gives you any medical documentation, this is should be considered highly confidential, and should be forwarded immediately to your case worker only.

An eligible employee has a right under the Family and Medical Leave Act for up to 12 weeks of unpaid leave in a rolling 12-month period, provided that proper documentation is provided to the Company. Some states have requirements that are different from those stated in the federal law and the Company will ensure that the employee receives the benefit of both sets of requirements. If the leave is approved, you will receive additional information if the state the employee resides in allows for additional leave.

An employee who is required to take care of a member of their family, who is a service member and injured in a military action is allowed 26 weeks in a single 12-month period.

While the employee is on FMLA, the employee's position is protected. If critical business needs dictate the position must be filled while the employee is on a leave, the Company may place the employee in a like or similar position upon the employee's return from leave.

If an employee's position is not going to be available upon their return from FMLA, notify Employee Relations as soon as you are aware of the situation. However, if the employee cannot return to work prior to the expiration of the FMLA leave, there is no guarantee of a position.

The employee may be approved for a FMLA leave under the following conditions:

⊓    The birth of a child or the placement of a child with an employee for adoption or foster care; or

⊓    A serious health condition that makes an employee unable to perform the essential functions for your job; or

⊓    A serious health condition affecting an employee's, spouse, domestic partner, child, or parent for whom the

BT 000255

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

employee needs to provide care; or

☐   An urgent event arises because a spouse, domestic partner, child or parent of an employee is on active duty, has been notified of an impending call or ordered to active duty in the Armed Forces.

In the event that Nadine is granted leave due to a serious health condition, she will be required to provide a medical document releasing to return to work with or without restrictions.  You should send the notice to your case worker.

FMLA leave is unpaid unless the employee is eligible for a paid benefit such as Short Term Disability or Adoption Benefits.   In all other cases, the employee may use earned but unused Personal Time Off (PTO) during the absence.  Once all PTO is used, the rest of the leave will be without pay.   When the employee returns to work, you must advise your caseworker that the employee has returned to work, so the employee can be placed back on payroll.

As the case worker on this leave, please call me at 800-379-9125 should you have any additional questions.

Thank you!

Jan

| **Case Notes Added On: 17/09/2010  19:00:20** | **Note Seq Nbr:** 6 | **Note Type:** |
|---|---|---|

**Case Summary:**       09/17/10 12:39 p.m.:  Telephone call from EE.

She had some questions that I answered.   She advised she sent FMLA application to Contact Center.   Gave her CHCP to dr. and will get from him next week.

| **Case Notes Added On: 20/09/2010  10:57:42** | **Note Seq Nbr:** 7 | **Note Type:** |
|---|---|---|

**Case Summary:**       attachment

--------------------------------------------------------------------------------
From: Nadine.Ranade@usc-bt.com [Nadine.Ranade@usc-bt.com]
Sent: Friday, September 17, 2010 11:30 AM
To: us.hro.bt
Subject:


Please see attached request for FMLA.




Regards,

Nadine




Nadine Ranade | Sr. Program Manager | Mid-Atlantic Operation | BT Professional Services

Mob: (571) 294-8165 | Fax: (703) 755-6409 | mailto:nadine.ranade@bt.com



BT values: Trustworthy, Helpful, Inspiring, Straightforward, Heart

| **Case Notes Added On: 20/09/2010  15:44:52** | **Note Seq Nbr:** 8 | **Note Type:** |
|---|---|---|

**Case Summary:**       09/20/10 9:46 a.m.:  Received completed application.


| **Case Notes Added On: 21/09/2010  18:50:08** | **Note Seq Nbr:** 9 | **Note Type:** |
|---|---|---|

**Case Summary:**       09/21/10 12:00 p.m.:  Updated PS to show LOA - STD.


| **Case Notes Added On: 21/09/2010  18:50:45** | **Note Seq Nbr:** 10 | **Note Type:** |
|---|---|---|

**Case Summary:**       09/21/10 12:40 p.m.:  Email to PR requesting accrual balances.

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Sent: Tuesday, September 21, 2010 12:40 PM
To: us.payroll.helpdesk@bt.com
Subject: Nadine Ranade Request for Accrual Balances

Good afternoon!

Nadine Ranade began her leave of absence on 09/20/10.  Please provide the current accrual balances.

Please let me know if you have questions or would like more information.

Thanks!

BALANCE AS OF LEAVE START

| Name | EID SSN | Type of LOA | Leave Start Date | VACATION | FLOATING HOLIDAY | SICK PAY |
|---|---|---|---|---|---|---|
| Ranade, Nadine | 603561502 xxx-xx-6879 | STD | 09/20/10 | | | |

**Case Notes Added On: 21/09/2010 18:59:37**          **Note Seq Nbr: 11**          **Note Type:**

**Case Summary:**          09/21/10 12:49 p.m.:  Email from PR with accrual balances.

From: jim.menard@bt.com [mailto:jim.menard@bt.com] On Behalf Of us.payroll.helpdesk@bt.com
Sent: Tuesday, September 21, 2010 12:49 PM
To: Escalante, Jan
Subject: RE: Nadine Ranade Request for Accrual Balances


Jim Menard| Payroll | BT Group Finance/Americas Finance SSC| Tel:+1 877 272 0832| Fax:+1 (770) 801 4343 | E: jim.menard@bt.com | us.payroll.helpdesk@bt.com | www.bt.com/globalservices


From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Tuesday, September 21, 2010 1:40 PM
To: US Payroll Helpdesk G
Subject: Nadine Ranade Request for Accrual Balances
Good afternoon!

Nadine Ranade began her leave of absence on 09/20/10.  Please provide the current accrual balances.

Please let me know if you have questions or would like more information.

Thanks!

BALANCE AS OF LEAVE START

| Name | EID SSN | Type of LOA | Leave Start Date | VACATION | FLOATING HOLIDAY | SICK PAY |
|---|---|---|---|---|---|---|
| Ranade, Nadine | 603561502 xxx-xx-6879 | STD | 09/20/10 | 80 | 0 | 10 |

**Case Notes Added On: 21/09/2010 19:47:30**          **Note Seq Nbr: 12**          **Note Type:**

**Case Summary:**          09/21/10 1:43 p.m.:  Telephone call to EE.  Left msg requesting call back.

Called EE to advise her that she has 80 hours vac, 0 FH and 10 sick pay.

**Case Notes Added On: 21/09/2010 20:24:14**          **Note Seq Nbr: 13**          **Note Type:**

**Case Summary:**          09/21/10 2:10 p.m.:  EE returned call.

Advised of vac, FH and sick time remaining.  She wants to use 10 sick and 30 vac to get her through waiting period.  Done.

**Case Notes Added On: 22/09/2010 14:52:54**          **Note Seq Nbr: 14**          **Note Type:**

**Case Summary:**          09/21/10 3:38 p.m.:  Email from Cigna requesting STD ER Intake Form.

From: Screening and Creation Team 212 [mailto:ScreeningandCreationTeam@cigna.com]
Sent: Tuesday, September 21, 2010 3:38 PM
To: us.hro.bt; Escalante, Jan
Cc: Intake Quality Assurance
Subject: BT AMERICAS (STD) * / NADINE RANADE / 2229772 / JLD
Sensitivity: Confidential

BT 000257

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604122269 Jan Escalante |
|---|---|---|---|---|

We need to collect the information in the attachment provided and also want to share with you and the employee's supervisor, our Manager's Disability Toolkit.

Employees are most likely to return to work if they feel that their communication needs are met and if they are satisfied with how they are treated by their employer. The CIGNA Manager's Disability Toolkit is designed to help supervisors deal with the communication and return-to-work issues facing them when an employee becomes disabled.

This easy-to-use website can be accessed via the following link:   http://www.cigna.com/group/toolkit/mdt/home.htm  . Please forward this email with the above link to the website to the supervisor of this employee.

Screening and Creation Team
CIGNA Disability Management Solutions
Phone: 1.800.362.4462 option #5
Fax: 1.866.517.9874 (attn: SCU)
MAILTO:ScreeningandCreationTeam@cigna.com

| **Case Notes Added On: 22/09/2010 14:54:03** | **Note Seq Nbr: 15** | **Note Type:** |
|---|---|---|

**Case Summary:**        09/22/10 8:54 a.m.:  Email to Cigna with STD ER Intake Form attached.

From: Escalante, Jan
Sent: Wednesday, September 22, 2010 8:54 AM
To: Screening and Creation Team 212
Cc: Intake Quality Assurance; Osburn, Lisa M 635
Subject: RE: BT AMERICAS (STD) * / NADINE RANADE / 2229772 / JLD
Sensitivity: Confidential

Good morning!

Attached is the employer information for Nadine Ranade.  Please use our regular password.

Please let me know if you have questions or would like more information.

Thanks!

| **Case Notes Added On: 22/09/2010 16:35:44** | **Note Seq Nbr: 16** | **Note Type:** |
|---|---|---|

**Case Summary:**        09/22/10 10:23 a.m.:  Email from Cigna.

From: Screening and Creation Team 212 [mailto:ScreeningandCreationTeam@cigna.com]
Sent: Wednesday, September 22, 2010 10:23 AM
To: Escalante, Jan
Subject: RE: BT AMERICAS (STD) * / NADINE RANADE / 2229772 / JLD
Sensitivity: Confidential

There is no attatchment. Please resend. cas

| **Case Notes Added On: 22/09/2010 16:36:38** | **Note Seq Nbr: 17** | **Note Type:** |
|---|---|---|

**Case Summary:**        09/22/10 10:37 a.m.:  Email to Cigna.

From: Escalante, Jan
Sent: Wednesday, September 22, 2010 10:37 AM
To: Screening and Creation Team 212
Cc: Intake Quality Assurance; Osburn, Lisa M 635
Subject: FW: BT AMERICAS (STD) * / NADINE RANADE / 2229772 / JLD
Sensitivity: Confidential

Oops! Sorry about that.  Attached form.

Thanks!

| **Case Notes Added On: 22/09/2010 16:43:58** | **Note Seq Nbr: 18** | **Note Type:** |
|---|---|---|

**Case Summary:**        Attacment

Received Certification of Health Care Provider.

| **Case Notes Added On: 22/09/2010 20:51:21** | **Note Seq Nbr: 19** | **Note Type:** |
|---|---|---|

**Case Summary:**        Received E-Fax

BT 000258

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>605101089 Claudia Guampe |
|---|---|---|---|---|

Received Intake Letter

**Case Notes Added On: 23/09/2010  18:44:22**          **Note Seq Nbr:** 20          **Note Type:**

**Case Summary:**          09/23/10 12:44 p.m.:  Received CHCP.

**Case Notes Added On: 23/09/2010  18:45:58**          **Note Seq Nbr:** 21          **Note Type:**

**Case Summary:**          09/23/10 12:47 p.m.:  Telephone call to EE to advise CHCP received.

Advised that dr. requested that she be off work 4 hrs/day to accommodate PT.  Will send email to mgr to see if they can accommodate.  EE works at home.

**Case Notes Added On: 23/09/2010  18:49:32**          **Note Seq Nbr:** 22          **Note Type:**

**Case Summary:**          09/23/10 12:51 p.m.:  Email to mgr asking if they can accommodate rx.

Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10.  She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 24/09/2010  18:19:17**          **Note Seq Nbr:** 23          **Note Type:**

**Case Summary:**          09/24/10 12:15 p.m.:  Telephone call from EE.

She advised that her manager, Jayne Charlton, did not receive the email I sent her 09/23/10 at 12:51 p.m. regarding her restrictions.  Advised will send it out again.

**Case Notes Added On: 24/09/2010  18:19:51**          **Note Seq Nbr:** 24          **Note Type:**

**Case Summary:**          09/24/10 12:20 p.m.:  2nd email to mgr advising of rx and asking if they can acc

Good afternoon!

I spoke with Nadine a few minutes ago and she advised me that you didn't receive the email I sent you yesterday, 09/23/10 1t 12:51 p.m.  Please see the email below.

Please let me know if you are able to accommodate her restrictions.

Thanks!

Jan

Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10.  She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 24/09/2010  18:25:33**          **Note Seq Nbr:** 25          **Note Type:**

BT 000259

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

**Case Summary:**        09/24/10 12:27 p.m.:  Email to PR regarding sick pay in Aug/Sept.

From: Escalante, Jan
Sent: Friday, September 24, 2010 12:27 PM
To: us.payroll.helpdesk@bt.com
Subject: Nadine Ranade 603561502

Good afternoon!

Nadine called me a few minutes ago and said she was going to call payroll to request that you remove her sick pay in August.  She then stated that she wants to submit sick pay for 09/20/10 through 09/24/10.  I have already sent her leave calendar to you for 09/16/10 through 09/30/10 and don't want to change anything until she speaks with you. She began her leave of absence on 09/20/10 but since she didn't have much sick pay remaining, I charged her five-day waiting period to vacation.

Please let me know if you want me to change her leave calendar after you speak with her.

Please let me know if you have questions or would like more information.

Thanks!

| **Case Notes Added On: 24/09/2010  21:48:39** | **Note Seq Nbr: 26** | **Note Type:** |
|---|---|---|

**Case Summary:**        09/24/10 2:04 p.m.:  Email from J. Menard.

From: jim.menard@bt.com [mailto:jim.menard@bt.com] On Behalf Of us.payroll.helpdesk@bt.com
Sent: Friday, September 24, 2010 2:04 PM
To: Escalante, Jan
Subject: RE: Nadine Ranade 603561502

Hi Jan,

I am a little confused by this.  Can you give me a call 678-556-6233.

Thanks,

Jim  Menard|  Payroll  |  BT  Group  Finance/Americas  Finance  SSC|  Tel:+1 877 272 0832|  Fax:+1 (770)  801 4343 |  E: jim.menard@bt.com | us.payroll.helpdesk@bt.com | www.bt.com/globalservices


From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Friday, September 24, 2010 1:27 PM
To: US Payroll Helpdesk G
Subject: Nadine Ranade 603561502
Good afternoon!

Nadine called me a few minutes ago and said she was going to call payroll to request that you remove her sick pay in August.  She then stated that she wants to submit sick pay for 09/20/10 through 09/24/10.  I have already sent her leave calendar to you for 09/16/10 through 09/30/10 and don't want to change anything until she speaks with you. She began her leave of absence on 09/20/10 but since she didn't have much sick pay remaining, I charged her five-day waiting period to vacation.

Please let me know if you want me to change her leave calendar after you speak with her.

Please let me know if you have questions or would like more information.

Thanks!

| **Case Notes Added On: 24/09/2010  21:50:55** | **Note Seq Nbr: 27** | **Note Type:** |
|---|---|---|

**Case Summary:**        09/24/10 2:15 p.m.:  Telephone call to Jim.

Advised I don't know what she is trying to do but I didn't have her on LOA in August.  Found out from S, Schlingting that EE has PIP and may be trying to do some odd things.  Jim advised me to not change any leave calendar.  If she wanted to remove sick pay from August, what would she charge to instead?

| **Case Notes Added On: 24/09/2010  21:51:26** | **Note Seq Nbr: 28** | **Note Type:** |
|---|---|---|

**Case Summary:**        09/24/10 2:45 p.m.:  Telephone call to Jayne Charlton.  Left msg.

BT 000260

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

**Case Notes Added On:** 27/09/2010 03:08:38        **Note Seq Nbr:** 29        **Note Type:**

**Case Summary:**        Case 1410814 - Nadine Ranade

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Friday, September 24, 2010 11:17 AM
To: us.hro.bt
Subject: RE: Case 1410814 - Nadine Ranade

Jan:  We absolutely need to discuss please.  What is your contact #?  Or, call me on 540-727-7987. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Thursday, September 23, 2010 1:50 PM
To: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10.   She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On:** 27/09/2010 03:14:16        **Note Seq Nbr:** 30        **Note Type:**

**Case Summary:**        From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@us

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Friday, September 24, 2010 11:32 AM
To: us.hro.bt
Subject: RE: Case 1410814 - Nadine Ranade

Will you please call me? I am unable to locate your #. Thank you.

Kind Regards,

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604728089 Saul Villanueva |

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Friday, September 24, 2010 1:19 PM
To: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

I spoke with Nadine a few minutes ago and she advised me that you didn't receive the email I sent you yesterday, 09/23/10 1t 12:51 p.m. Please see the email below.

Please let me know if you are able to accommodate her restrictions.

Thanks!

Jan


Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10. She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 27/09/2010  03:26:58**            Note Seq Nbr: 31            Note Type:

**Case Summary:**        Case 1410814 - Nadine Ranade

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Friday, September 24, 2010 2:58 PM
To: us.hro.bt
Cc: Jayne.Charlton@usc-bt.com
Subject: RE: Case 1410814 - Nadine Ranade

Jan:

I am confirming the schedule with the client, but I presume it will be acceptable. Also, is it a Dr. req't that Nadine

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604728089 Saul Villanueva |

works from home? She is not an official, FT remote worker, and in fact per the PIP that I am working on with her (in accordance with Stephanie Schlichting), she is to be in the office 2 days a week. I spoke to Stephanie earlier and think it would be best if we could chat. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

-----Original Message-----
From: Charlton, Jayne
Sent: Friday, September 24, 2010 1:32 PM
To: 'us.hro.bt@accenture.com'
Subject: RE: Case 1410814 - Nadine Ranade

Will you please call me? I am unable to locate your #. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Friday, September 24, 2010 1:19 PM
To: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

I spoke with Nadine a few minutes ago and she advised me that you didn't receive the email I sent you yesterday, 09/23/10 1t 12:51 p.m. Please see the email below.

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604728089 Saul Villanueva |
|---|---|---|---|---|

Please let me know if you are able to accommodate her restrictions.

Thanks!

Jan

Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10.   She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 27/09/2010  14:14:33**          **Note Seq Nbr:** 32          **Note Type:**

**Case Summary:**     09/24/10 4:30 p.m.:  Telephone call with mgr, Jayne Charlton.

She advised that the company can accommodate her restriction of working 4 hours per day.

**Case Notes Added On: 27/09/2010  21:28:48**          **Note Seq Nbr:** 33          **Note Type:**

**Case Summary:**     09/27/10 3:15 p.m.:  Telephone call to EE.  Left msg asking for return call.

Need to advise mgr can accommodate.

**Case Notes Added On: 27/09/2010  21:29:28**          **Note Seq Nbr:** 34          **Note Type:**

**Case Summary:**     09/27/10 3:30 p.m.:  Email to PR with amended LC attached.

From: Escalante, Jan
Sent: Monday, September 27, 2010 3:30 PM
To: jim.menard@bt.com; rhonda.blassingame@bt.com
Subject: Nadine Ranade Amended Initial Leave Calendar

Good afternoon!

It appears that Nadine isn't on a leave of absence.  She is working part-time due to medical restrictions.

I have attached an amended initial leave calendar.  Please use our regular password.

Please let me know if you have questions or would like more information.

**Case Notes Added On: 28/09/2010  19:55:23**          **Note Seq Nbr:** 35          **Note Type:**

**Case Summary:**     Follow up

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Tuesday, September 28, 2010 8:08 AM
To: us.hro.bt
Subject: RE: Case 1410814 – Nadine Ranade

Hi Jan:

I received an email last night from Nadine's project team, Debra Gessel, that the proposed schedule does not work for their client.  I am in the process of trying to do further research today to better understand what an acceptable schedule would be and will keep you posted.  Thank you.

Kind Regards,

Jayne Charlton, PMP

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604728089 Saul Villanueva |

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Friday, September 24, 2010 1:19 PM
To: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

I spoke with Nadine a few minutes ago and she advised me that you didn't receive the email I sent you yesterday, 09/23/10 1t 12:51 p.m. Please see the email below.

Please let me know if you are able to accommodate her restrictions.

Thanks!

Jan


Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10. She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

| | | | |
|---|---|---|---|
| **Case Notes Added On: 29/09/2010 14:02:15** | | **Note Seq Nbr:** 36 | **Note Type:** |
| **Case Summary:** | 09/28/10 8:08 a.m.: Email from mgr advising may not be able to accommodate. | | |

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Tuesday, September 28, 2010 8:08 AM
To: us.hro.bt
Subject: RE: Case 1410814 - Nadine Ranade

Hi Jan:

I received an email last night from Nadine's project team, Debra Gessel, that the proposed schedule does not work for their client. I am in the process of trying to do further research today to better understand what an acceptable schedule would be and will keep you posted. Thank you.

Kind Regards,

BT 000265

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

**Case Notes Added On: 29/09/2010 14:04:23**          **Note Seq Nbr:** 37          **Note Type:**

**Case Summary:**          09/29/10 8:06 a.m.:  Email to mgr re accommodations.

Good morning!

Please let me know when you have determined what accommodations you can make for Nadine.

Thanks!

Jan

**Case Notes Added On: 29/09/2010 21:58:23**          **Note Seq Nbr:** 38          **Note Type:**

**Case Summary:**          09/29/10 3:35 p.m.:  Voicemail from mgr, Jayne Charlton 571-236-3418.

**Case Notes Added On: 29/09/2010 22:03:44**          **Note Seq Nbr:** 39          **Note Type:**

**Case Summary:**          09/29/10 3:50 p.m.:  Telephone call with mgr.

She is trying to work with the client to get set hours that EE will be allowed to work.  Problem with her going into office for meeting which she didn't show up for.  No call prior to meeting start time.  She also went to office for team meeting.  Advised will call EE to advise her that she is not to work more than 4 hours per day.

**Case Notes Added On: 29/09/2010 22:04:30**          **Note Seq Nbr:** 40          **Note Type:**

**Case Summary:**          09/29/10 4:00 p.m.:  Telephone call to EE.

Called EE to advise he that she is not to work more than 4 hours per day.  Requested that she email me her time from 09/16/10 through 09/30/10.  She understood.

**Case Notes Added On: 29/09/2010 22:53:08**          **Note Seq Nbr:** 41          **Note Type:**

**Case Summary:**          09/29/10 4:55 p.m.:  Received STD denial due to waiting period.

**Case Notes Added On: 30/09/2010 00:35:27**          **Note Seq Nbr:** 42          **Note Type:**

**Case Summary:**          Attachment

Received letter from Cigna regarding EE's STD

**Case Notes Added On: 30/09/2010 14:47:24**          **Note Seq Nbr:** 43          **Note Type:**

**Case Summary:**          09/30/10 8:43 a.m.:  Telephone call from EE.

She advised her mgr told her to work from 8-12.  EE doesn't like this schedule as she thinks she won't be able to attend required meetings with her client.  She would like to schedule a conference call at 3:00 with me, mgr and her.  She is sending timesheet which she has five consecutive days of sick pay; however, she already worked on those days and don't think PR will accept her time changes.  She said she has some sick days in August/September that she wants PR to remove because she did have billable time during that period.  She wants to use the sick pay for her waiting period.  Don't think PR can remove time that was already submitted.

**Case Notes Added On: 30/09/2010 14:48:21**          **Note Seq Nbr:** 44          **Note Type:**

**Case Summary:**          09/30/10 8:40 a.m.:  Email from EE requesting changes to timesheet.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: Timesheet Charges

Jan,

      Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off.  I explained to her there are.  Please see my time breakdown for last week:

                9/20 – full day work
                9/21 – full day work
                9/22 – sick full day

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

9/23 – full day sick
9/24 – full day sick
9/25 – sat
9/26 – sun
9/27 – full day sick
9/28 – full day sick
9/29 – only 4 hrs work
9/30 – only 4 hrs work
10/1 – only 4 hrs of work

Note: I will work 4 hr flex time per day and will not exceed more than 4 hrs.

Please ask Payroll to change my time for following days: I have marked 8/8, 8/29 and 9/5 as sick days they should not be coded as sick days instead they should be marked as professional development or just blank. This change does not impact billing in any way.

I am very worried about what Lisa said, can you please call her and have her reopen my claim. My claim # is 2229772 lisa can be reached at 412-402-1833.
Thanks.

Regards,
Nadine

**Case Notes Added On: 30/09/2010 16:35:13**          **Note Seq Nbr: 45**          **Note Type:**

**Case Summary:**          09/30/10 8:55 a.m.: Spoke with S. Schlichting about case.

In particular, time sheet that Nadine sent. I think she has worked more hours than is reported so she could qualify for STD. Otherwise, she would not have met the eligibility due to her five-day waiting period.

**Case Notes Added On: 30/09/2010 16:36:02**          **Note Seq Nbr: 46**          **Note Type:**

**Case Summary:**          09/30/10 9:15 a.m.: Email from EE advising she scheduled conf call w/mgr.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 9:15 AM
To: Escalante, Jan
Subject: re: Meeting at noon

Jan,

I have scheduled a 15 min call at noon today with my mgr. to agree to 4 hrs flex time during the day. She was only available at noon today, hope this time is ok with you, please let me know. Thanks.

Regards,
Nadine

**Case Notes Added On: 30/09/2010 16:37:27**          **Note Seq Nbr: 47**          **Note Type:**

**Case Summary:**          09/30/10 9:53 a.m.: Email to J. Menard re EE's request to remove time.

From: Escalante, Jan
Sent: Thursday, September 30, 2010 9:53 AM
To: jim.menard@bt.com
Subject: Time Charges for Nadine Ranade

Good morning!

I spoke to you last week regarding Nadine and her request to change her time already submitted in August and September. Please respond to this email advising that we cannot change time that was already submitted especially since it was in August and the beginning of September.

Please let me know if you have questions or would like more information.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline: 800-379-9125
Fax: 800-841-3658

BT 000267

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Email: us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information.  If you have received it in error, please notify the sender immediately and delete the original.  Any other use of the email by you is prohibited.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: Time Charges

Jan,

        Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off.  I explained to her there are.  Please see my time breakdown for last week:

> 9/20 – full day work
> 9/21 – full day work
> 9/22 – sick full day
> 9/23 – full day sick
> 9/24 – full day sick
> 9/25 – sat
> 9/26 – sun
> 9/27 – full day sick
> 9/28 – full day sick
> 9/29 – only 4 hrs work
> 9/30 – only 4 hrs work
> 10/1 – only 4 hrs of work

Note:  I will work 4 hr flex time per day and will not exceed more than 4 hrs.

Please ask Payroll to change my time for following days:  I have marked 8/8, 8/29 and 9/5 as sick days they should not be coded as sick days instead they should be marked as professional development or just blank.  This change does not impact billing in any way.

I am very worried about what Lisa said, can you please call her and have her reopen my claim.   My claim # is 2229772 lisa can be reached at 412-402-1833.
Thanks.

Regards,
Nadine

| Case Notes Added On: 30/09/2010 16:38:14 | Note Seq Nbr: 48 | Note Type: |
|---|---|---|

Case Summary:        09/30/10 10:04 a.m.:  Email from mgr regarding time reported by EE.

From: Escalante, Jan
Sent: Thursday, September 30, 2010 10:04 AM
To: Jayne.Charlton@ins.com
Subject: Time Worked for Nadine Ranade

*********************** REQUEST FOR CONFIDENTIALITY ***************************

Good morning!

Below are the hours worked from Nadine.  In speaking with you and her, it seems to me that she worked more than 12 hours in the past two weeks since she presented her doctor note requesting  4 hours per day.  Can you please confirm the hours below are correct?

I need to report her hours worked to short-term disability and want to make sure her information below is correct.

Please do not speak with Nadine about this issue.  I am working with Cigna STD but I don't want the issue

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Jan,

Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off. I explained to her there are. Please see my time breakdown for last week:

9/20 – full day work
9/21 – full day work
9/22 – sick full day
9/23 – full day sick
9/24 – full day sick
9/25 – sat
9/26 – sun
9/27 – full day sick
9/28 – full day sick
9/29 – only 4 hrs work
9/30 – only 4 hrs work
10/1 – only 4 hrs of work

Note: I will work 4 hr flex time per day and will not exceed more than 4 hrs.

Please ask Payroll to change my time for following days: I have marked 8/8, 8/29 and 9/5 as sick days they should not be coded as sick days instead they should be marked as professional development or just blank. This change does not impact billing in any way.

I am very worried about what Lisa said, can you please call her and have her reopen my claim. My claim # is 2229772 lisa can be reached at 412-402-1833.
Thanks.

| | | | |
|---|---|---|---|
| **Case Notes Added On:** 30/09/2010  16:43:12 | | **Note Seq Nbr:** 51 | **Note Type:** |

**Case Summary:**      09/30/10 10:18 a.m.:  Email to S. Schlichting re poss incorrect time reporting.

From: Escalante, Jan
Sent: Thursday, September 30, 2010 10:18 AM
To: Schlichting, S.
Subject: Nadine Ranade 603561502

Good morning!

I would like your input regarding the hours worked that Nadine reported.   Effective 09/20/10, her doctor requested that she be on restricted duty working only four hours per day.   I have been working with her manager, Jayne Charlton, to make sure her restriction can be accommodated.   Yesterday, Jayne advised Nadine that her hours will be 8:00 a.m. to 12:00 p.m. each day.

In speaking with Nadine and Jayne in the past week, I was led to believe that she worked more hours than are reported below.   By the way, in order for her to be approved for short-term disability for the remaining four hours per day that she is unable to work, she needs to have met the five-business-day waiting period.

I have asked Jayne to review her hours reported and confirm they are correct.   I will let you know when I receive the confirmation from her.

Please let me know if you have questions or would like more information.

Thanks!


From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: RE: Test

Jan,

Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off. I explained to her there are. Please see my time breakdown for last week:

BT 000269

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604122269 Jan Escalante |
|---|---|---|---|---|

9/20 – full day work
9/21 – full day work
9/22 – sick full day
9/23 – full day sick
9/24 – full day sick
9/25 – sat
9/26 – sun
9/27 – full day sick
9/28 – full day sick
9/29 – only 4 hrs work
9/30 – only 4 hrs work
10/1 – only 4 hrs of work

Note:  I will work 4 hr flex time per day and will not exceed more than 4 hrs.

Please ask Payroll to change my time for following days:  I have marked  8/8, 8/29 and 9/5 as sick days they should not be coded as sick days instead they should be marked as professional development or just blank.  This change does not impact billing in any way.

I am very worried about what Lisa said, can you please call her and have her reopen my claim.   My claim # is 2229772 lisa can be reached at 412-402-1833.
Thanks.


Regards,
Nadine

**Case Notes Added On: 30/09/2010  16:44:34**          **Note Seq Nbr: 52**          **Note Type:**

**Case Summary:**        09/30/10 10:19 a.m.:  Email to S. Schlichting advising of mgr's response.

From: Escalante, Jan
Sent: Thursday, September 30, 2010 10:19 AM
To: Schlichting, S.
Subject: FW: Time Worked for Nadine Ranade
Importance: High
Sensitivity: Confidential

Good morning!

Below is the response I received from Jayne.  Please advise.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline:  800-379-9125
Fax:  800-841-3658
Email:  us.hro.bt@accenture.com

Our Core Values:    Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information.  If you have received it in error, please notify the sender immediately and delete the original.  Any other use of the email by you is prohibited.

_____
From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Thursday, September 30, 2010 10:13 AM
To: Escalante, Jan
Subject: RE: Time Worked for Nadine Ranade
Importance: High
Sensitivity: Confidential

Jan:  I really have no way to verify this since we are both mostly remote workers and my job function requires that I

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

am out with clients and other consultants in addition to office time.   I suspect that Nadine worked at least 20 hrs and actually probably worked about 28 hrs last week.   This is why I need her to be committed to a set 4 hrs per day consistently per week with only pre-approved "rare" exceptions.   Clearly, Nadine was working last Thursday Friday because that is when she and I were on-line about her PT FMLA.   I believe she was thinking that she had to "record" 5 consecutive days as sick leave (regardless of whether that was accurate) in order for her PT FMLA to kick-in.   Is that the policy?   This whole case with Nadine make me nervous from both a FMLA and PIP perspective.   Thanks so much for your help.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Thursday, September 30, 2010 11:04 AM
To: Charlton, Jayne
Subject: Time Worked for Nadine Ranade

*********************** REQUEST FOR CONFIDENTIALITY ****************************

Good morning!

Below are the hours worked from Nadine.  In speaking with you and her, it seems to me that she worked more than 12 hours in the past two weeks since she presented her doctor note requesting 4 hours per day.  Can you please confirm the hours below are correct?

I need to report her hours worked to short-term disability and want to make sure her information below is correct.

Please do not speak with Nadine about this issue.   I am working with Cigna STD but I don't want the issue convoluted with Nadine knowing I'm questioning her reported hours.

There is also an issue regarding her request to change time reported in August and the beginning of September.   I have forwarded that to Payroll.

Please let me know if you have questions or would like more information.

Thanks!

*********************** REQUEST FOR CONFIDENTIALITY ****************************

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: Time Charges

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Jan,

Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off. I explained to her there are. Please see my time breakdown for last week:

9/20 – full day work
9/21 – full day work
9/22 – sick full day
9/23 – full day sick
9/24 – full day sick
9/25 – sat
9/26 – sun
9/27 – full day sick
9/28 – full day sick
9/29 – only 4 hrs work
9/30 – only 4 hrs work
10/1 – only 4 hrs of work

Note: I will work 4 hr flex time per day and will not exceed more than 4 hrs.

Please ask Payroll to change my time for following days: I have marked 8/8, 8/29 and 9/5 as sick days they should not be coded as sick days instead they should be marked as professional development or just blank. This change does not impact billing in any way.

I am very worried about what Lisa said, can you please call her and have her reopen my claim. My claim # is 2229772 lisa can be reached at 412-402-1833.
Thanks.

**Case Notes Added On: 30/09/2010  16:46:03          Note Seq Nbr: 53          Note Type:**

**Case Summary:**          09/30/10 10:32 a.m.: Email to mgr advising of 5-day WP/prob w/time reported.

From: Escalante, Jan
Sent: Thursday, September 30, 2010 10:32 AM
To: Jayne.Charlton@usc-bt.com
Subject: RE: Time Worked for Nadine Ranade
Sensitivity: Confidential

Sorry, I sent the "thank you" without responding to your question.

Yes, she does need to satisfy the waiting period in order for her to be eligible for short-term disability. I am working with Payroll and Stephanie on this and the issue regarding her wanting to change her reported hours in August and the beginning of September but don't want to let Nadine know just yet.

Thanks!

**Case Notes Added On: 30/09/2010  16:47:07          Note Seq Nbr: 54          Note Type:**

**Case Summary:**          09/30/10 10:19 a.m.: Email from mgr re prior problems with EE.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Thursday, September 30, 2010 10:19 AM
To: Escalante, Jan
Subject: FW: Clarity on Nadine Ranade's end date
Importance: High

Confidential FYI

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of

BT 000272

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

From: Charlton, Jayne
Sent: Thursday, September 30, 2010 8:18 AM
To: Ranade, Nadine
Cc: Schneider, Terry; Charlton, Jayne
Subject: RE: Clarity on Nadine Ranade's end date
Importance: High

Nadine:   That is NOT what I understood from my conversation with Jan at Accenture around 4pm yesterday, so I will
need to discuss.  We both agree that in order for this to be manageable, it had to be 4 consecutive hrs.  I am NOT ok
with you working 4 hrs per day haphazardly as flex time per day.  This is not manageable for the business, PT FMLA,
or for your Dr. care.   Sorry, but we will have to discuss further to determine where the disconnect is and resolve.
Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile  1 571-236-3418 | Office
1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

From: Ranade, Nadine
Sent: Wednesday, September 29, 2010 7:35 PM
To: Charlton, Jayne
Subject: RE: Clarity on Nadine Ranade's end date

Jayne,

    I talked to Jan today and she said that if it ok with my mgr. then I can do 4 hrs flex time each day and I think that
should be ok with Debra as well.  Please ask her about this because HR is also ok with it.  Jan said that I am only
allowed to work 4 hrs per day and cannot exceed that.

Regards,
Nadine
From: Charlton, Jayne
Sent: Wednesday, September 29, 2010 5:05 PM
To: Ranade, Nadine
Subject: FW: Clarity on Nadine Ranade's end date
Importance: High

Nadine---FYI only!!! Do not take any action!  I will let you know what I find out.

BT 000273

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Also, although I understand that you had good intentions, you were out of compliance in coming to the office today for the meeting from noon -1:30pm.  You cannot change your schedule as desired per HR.  We will discuss further later. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile  1 571-236-3418 |  Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

From: Charlton, Jayne
Sent: Wednesday, September 29, 2010 5:01 PM
To: Gessel,DO,Debra,DGE R; Sepehri,A,Afshin,JGV7 R
Cc: jayne.e.charlton@bt.com; desmond.kerr@bt.com; Schneider, Terry
Subject: RE: Clarity on Nadine Ranade's end date
Importance: High

Hi Debra:

I definitely understand that Nadine needs to meet the client needs while meeting her 20 hrs per week; however, we were notified last week that Nadine has been put on Dr. restrictions and 50% FMLA.  This requires that she sets and maintains a consistent 4 hr per day work schedule, such as 8am – noon; 9am – 1pm, noon – 4pm, etc. per day per week thru 12/15/10.   Is it possible for the Unilever team to accommodate this schedule for Nadine during the remainder of her 50% time on the project, and, if so,  what 4 hr timeframe works best?  Thank you for your support.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile  1 571-236-3418 |  Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

From: debra.gessel@bt.com [mailto:debra.gessel@bt.com]
Sent: Tuesday, September 28, 2010 5:00 PM
To: jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Subject: RE: Clarity on Nadine Ranade's end date

Jayne,

My proposed schedule is an average 20 hours per week spent during scheduled customer meetings, designs, planning, reporting, managing, controlling and implementations.

Debra

_____

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Tuesday, September 28, 2010 6:31 AM
To: Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
Subject: RE: Clarity on Nadine Ranade's end date
What is your proposed schedule? Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: debra.gessel@bt.com [mailto:debra.gessel@bt.com]
Sent: Monday, September 27, 2010 10:55 PM
To: jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
Cc: jayne.e.charlton@bt.com
Subject: RE: Clarity on Nadine Ranade's end date

Jayne,

At this time there are only approved SRs for 50% of a PM's time through November 30th, not December 31st.

No. Only working 8am to noon each day is not sufficient coverage for the activities through November 30th.

Debra

_____

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Friday, September 24, 2010 2:16 PM
To: Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
Cc: Charlton,JE,Jayne,JGJ2 R
Subject: RE: Clarity on Nadine Ranade's end date
Hello All:

If Nadine works 8am – noon each day during the 50% will that be sufficient coverage for the activities thru Dec? Thank you.

| Case Notes Added On: 30/09/2010 16:48:41 | Note Seq Nbr: 55 | Note Type: |
|---|---|---|

Case Summary:     09/30/10 10:28 a.m.: Email from S. Schlichting to V. Pearson re time problem.

From: Schlichting, S.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Sent: Thursday, September 30, 2010 10:28 AM
To: 'vance.pearson@bt.com'
Cc: Escalante, Jan
Subject: FW: Time Worked for Nadine Ranade
Importance: High
Sensitivity: Confidential

Hello Vance,

I will be sending case updates to the team this afternoon since we missed our Tuesday meeting.

This one is brewing and I wanted to share it with you.

Jan has been working with Nadine Ranade on a PT STD claim.  I have am working with Jayne Charlton, manager, on the PIP.  Nadine is able to work 4 hours per day.  She would like to create her own schedule.  Jan has worked tirelessly with Jayne and Nadine explaining that Jayne can choose the 4 hours based on business need and that she has decided 8:00 AM -- 12:00 PM is what works.  Nadine is not happy with this and has requested to work intermittently throughout the day to total 4 hours.  Jan has advised that she is not able to choose her 4 hours, the accommodation to her restriction has been made and her schedule is 8:00 AM -- 12:00 PM.

In addition to the scheduling concern, Nadine has also told Jan some troubling information.  Nadine is asking Jan to change her hours in August and the beginning of September, that she reported as "sick" because she is now stating she was actually working.  We (Jan and I) assume that Jim/Payroll will not change her hours.  Additionally, she has reported less hours that Jan believes that she actually worked to expedite the 5 day waiting period quicker.

Jayne responded to Jan regarding the hours however, was not specific with any mention of hours worked, emails received or documentation to support hours worked, or not.

Would like your permission to open a case to investigate the hours reported for possible falsification.  Jan would also like it confirmed that hours reported in August and September can't be adjusted.

Bonnie is the HRBP.

Thank you,

Stephanie Schlichting
Employee Relations
210-699-5170

From: Escalante, Jan
Sent: Thursday, September 30, 2010 10:19 AM
To: Schlichting, S.
Subject: FW: Time Worked for Nadine Ranade
Importance: High
Sensitivity: Confidential

Good morning!

Below is the response I received from Jayne.  Please advise.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline: 800-379-9125
Fax: 800-841-3658
Email: us.hro.bt@accenture.com

Our Core Values:   Stewardship -- Best People -- Client Value Creation -- One Global Network -- Respect for the Individual -- Integrity

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Thursday, September 30, 2010 10:13 AM
To: Escalante, Jan
Subject: RE: Time Worked for Nadine Ranade
Importance: High
Sensitivity: Confidential

Jan: I really have no way to verify this since we are both mostly remote workers and my job function requires that I am out with clients and other consultants in addition to office time. I suspect that Nadine worked at least 20 hrs and actually probably worked about 28 hrs last week. This is why I need her to be committed to a set 4 hrs per day consistently per week with pre-approved "rare" exceptions. Clearly, Nadine was working last Thursday Friday because that is when she and I were on-line about her PT FMLA. I believe she was thinking that she had to "record" 5 consecutive days as sick leave (regardless of whether that was accurate) in order for her PT FMLA to kick-in. Is that the policy? This whole case with Nadine make me nervous from both a FMLA and PIP perspective. Thanks so much for your help.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Thursday, September 30, 2010 11:04 AM
To: Charlton, Jayne
Subject: Time Worked for Nadine Ranade

*********************** REQUEST FOR CONFIDENTIALITY ***************************

Good morning!

Below are the hours worked from Nadine. In speaking with you and her, it seems to me that she worked more than 12 hours in the past two weeks since she presented her doctor note requesting 4 hours per day. Can you please confirm the hours below are correct?

I need to report her hours worked to short-term disability and want to make sure her information below is correct.

Please do not speak with Nadine about this issue. I am working with Cigna STD but I don't want the issue convoluted with Nadine knowing I'm questioning her reported hours.

There is also an issue regarding her request to change time reported in August and the beginning of September. I have forwarded that to Payroll.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Please let me know if you have questions or would like more information.

Thanks!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* REQUEST FOR CONFIDENTIALITY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: Time Charges

Jan,

   Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off.  I explained to her there are.  Please see my time breakdown for last week:

> 9/20 – full day work
> 9/21 – full day work
> 9/22 – sick full day
> 9/23 – full day sick
> 9/24 – full day sick
> 9/25 – sat
> 9/26 – sun
> 9/27 – full day sick
> 9/28 – full day sick
> 9/29 – only 4 hrs work
> 9/30 – only 4 hrs work
> 10/1 – only 4 hrs of work

Note: I will work 4 hr flex time per day and will not exceed more than 4 hrs.

Please ask Payroll to change my time for following days:  I have marked 8/8, 8/29 and 9/5 as sick days they should not be coded as sick days instead they should be marked as professional development or just blank.  This change does not impact billing in any way.

I am very worried about what Lisa said, can you please call her and have her reopen my claim.   My claim # is 2229772 lisa can be reached at 412-402-1833.
Thanks.

**Case Notes Added On: 30/09/2010 17:35:12**          **Note Seq Nbr: 56**          **Note Type:**

**Case Summary:**      09/30/10 11:00 a.m.:  Conference call with EE/mgr, Jayne Charlton.

Her manager advised that she has called the client to make sure they can accommodate EE working from 8-12 every day.   EE's concern is meetings that occur throughout the day.   Advised her to work hours requested by mgr until further notice.  Mgr will get back to me if there is a problem with EE working 8-12.   EE advised that she has a 2-hr evening meeting once per quarter.  Advised her to let me know the date and we will see if we can change her hours to accommodate the meeting.   Requested that EE and mgr contact me if there are problems with this shift.   Both understood.

**Case Notes Added On: 30/09/2010 17:45:10**          **Note Seq Nbr: 57**          **Note Type:**

**Case Summary:**      09/30/10 11:18 a.m.:  Email from J. Menard advising cannot change time submitted

From: jim.menard@bt.com [mailto:jim.menard@bt.com]
Sent: Thursday, September 30, 2010 11:18 AM
To: Escalante, Jan
Subject: RE: Time Charges for Nadine Ranade

Hi Jan,

I am more than happy to respond on this but don't you think that it would be best for HRBP & Manger to discuss this with the employee.  Not that I am complaining but everything seems to land on our desk and we are always end up being the bad guys.  If you agree then I will just respond to the employee that she needs to discuss this with her manager as if these are valid changes then the manager would need to enter historical moves in Etime to accommodate this.

BT 000278

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

convoluted with Nadine knowing I'm questioning her reported hours.

There is also an issue regarding her request to change time reported in August and the beginning of September.   I have forwarded that to Payroll.

Please let me know if you have questions or would like more information.

Thanks!

*********************** REQUEST FOR CONFIDENTIALITY ****************************


From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: Time Charges

Jan,

      Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off.  I explained to her there are.  Please see my time breakdown for last week:

> 9/20 – full day work
> 9/21 – full day work
> 9/22 – sick full day
> 9/23 – full day sick
> 9/24 – full day sick
> 9/25 – sat
> 9/26 – sun
> 9/27 – full day sick
> 9/28 – full day sick
> 9/29 -- only 4 hrs work
> 9/30 – only 4 hrs work
> 10/1 – only 4 hrs of work

Note:  I will work 4 hr flex time per day and will not exceed more than 4 hrs.

Please ask Payroll to change my time for following days:  I have marked  8/8,  8/29 and 9/5 as sick days they should not be coded as sick days instead they should be marked as professional development or just blank.  This change does not impact billing in any way.

I am very worried about what Lisa said, can you please call her and have her reopen my claim.   My claim # is 2229772 lisa can be reached at 412-402-1833.
Thanks.

**Case Notes Added On: 30/09/2010  16:39:17**          **Note Seq Nbr:** 49          **Note Type:**

**Case Summary:**     09/03/10 10:07 a.m.:  Email to EE advising will attend conf call.

From: Escalante, Jan
Sent: Thursday, September 30, 2010 10:07 AM
To: Nadine.Ranade@usc-bt.com
Subject: RE: Meeting at noon

That's fine.  Thanks!

**Case Notes Added On: 30/09/2010  16:42:00**          **Note Seq Nbr:** 50          **Note Type:**

**Case Summary:**     09/30/10 10:13 a.m.:  Email response from mgr re hours reported.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Thursday, September 30, 2010 10:13 AM
To: Escalante, Jan
Subject: RE: Time Worked for Nadine Ranade
Importance: High
Sensitivity: Confidential

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Jan:  I really have no way to verify this since we are both mostly remote workers and my job function requires that I am out with clients and other consultants in addition to office time.  I suspect that Nadine worked at least 20 hrs and actually probably worked about 28 hrs last week.  This is why I need her to be committed to a set 4 hrs per day consistently per week with only pre-approved "rare" exceptions.  Clearly, Nadine was working last Thursday Friday because that is when she and I were on-line about her PT FMLA.  I believe she was thinking that she had to "record" 5 consecutive days as sick leave (regardless of whether that was accurate) in order for her PT FMLA to kick-in.  Is that the policy?  This whole case with Nadine make me nervous from both a FMLA and PIP perspective.  Thanks so much for your help.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile  1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Thursday, September 30, 2010 11:04 AM
To: Charlton, Jayne
Subject: Time Worked for Nadine Ranade

*********************** REQUEST FOR CONFIDENTIALITY ***************************

Good morning!

Below are the hours worked from Nadine.  In speaking with you and her, it seems to me that she worked more than 12 hours in the past two weeks since she presented her doctor note requesting 4 hours per day.  Can you please confirm the hours below are correct?

I need to report her hours worked to short-term disability and want to make sure her information below is correct.

Please do not speak with Nadine about this issue.  I am working with Cigna STD but I don't want the issue convoluted with Nadine knowing I'm questioning her reported hours.

There is also an issue regarding her request to change time reported in August and the beginning of September.  I have forwarded that to Payroll.

Please let me know if you have questions or would like more information.

Thanks!

*********************** REQUEST FOR CONFIDENTIALITY ***************************

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: Time Charges

| Case ID 1410814 | Name Nadine Ranade | Category Med Leave of Absence | Case Status Closed | Added By 604122269 Jan Escalante |
|---|---|---|---|---|

**Case Notes Added On:** 04/10/2010 18:24:36          **Note Seq Nbr:** 62          **Note Type:**

**Case Summary:**          10/04/10 12:26 p.m.:  Email to EE/mgr advising of PT hrs/cannot chg timesheets.

Good afternoon!

On 09/23/10, we received a certification of health care provider from Dr. Gorle which stated that you were to work four hours per day, five days per week from 09/20/10 through 12/15/10.  I notified your manager of your restrictions and it was decided that your restrictions could be accommodated with you working from 8:00 a.m. to 12:00 p.m. each day.

On 09/27/10, I sent your leave calendar (timesheet) to payroll showing you working four hours per day beginning on 09/20/10 per your doctor's request.

On 09/29/10, we received a notification from Cigna Group Insurance, our short-term disability carrier, that you were not eligible for short-term disability benefits because you had not satisfied the waiting period.  You were on an abbreviated schedule; however, you had not missed work.

On 09/30/10, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick for eight hours on 09/22/10, 09/23/10, 09/24/10, 09/27/10 and 09/28/10.  You advised that you began working four hours per day on 09/29/10.

You also requested that payroll remove your previously submitted sick time for 08/08/10, 08/29/10 and 09/05/10.  You requested that those days be marked professional development or just left blank.

Today, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick eight hours on 09/22/10, sick two hours and used six hours of vacation on 09/23/10 and used eight hours vacation on 09/24/10, 09/27/10 and 09/28/10.

Unfortunately, payroll is unable to remove or change previously submitted time designations; therefore, we cannot change your time on 08/08/10, 08/29/10, 09/05/10 and/or 09/20/10 through the present.

In addition, you do not qualify for short-term disability as you have not met the eligibility requirements.

BT is accommodating your restrictions as set forth by your physician effective 09/20/10 through 12/15/10 by having you work from 8:00 a.m. to 12:00 p.m., Monday through Friday.  If you find that there is a problem with this accommodation, please let me know.

I will follow up with you prior to the expiration of your restricted duty.  At that time, you will need to provide a note from Dr. Gorle either extending your restrictions or lifting your restrictions.  Our policy is to approve restricted duty up to a maximum of three months at a time.

Please let me know if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On:** 04/10/2010 19:00:55          **Note Seq Nbr:** 63          **Note Type:**

**Case Summary:**          10/04/10 11:43 a.m.:  Email from V. Pearson to mgr.

From: vance.pearson@bt.com [mailto:vance.pearson@bt.com]
Sent: Monday, October 04, 2010 11:43 AM
To: jayne.e.charlton@bt.com
Cc: Escalante, Jan; Schlichting, S.
Subject: Nadine Ranade

Hi Jayne,

I know you are working with Jan and Stephanie on Nadine's various issues.  I have great confidence in both of them.  Since Nadine has multiple issues, please follow Jan and Stephanie's guidance as you have been.  They are keeping me updated.

These sorts of issues are trying, but we are here to help you through them.

Best regards,

BT 000281

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Vance
**Case Notes Added On: 04/10/2010  19:01:41**          **Note Seq Nbr:** 64          **Note Type:**

**Case Summary:**          10/04/10 11:17 a.m.: Email from L. Osburn.

From: Osburn, Lisa M 635 [mailto:Lisa.Osburn@CIGNA.com]
Sent: Monday, October 04, 2010 11:17 AM
To: Escalante, Jan
Subject: FW: claim# 2229772

Hi Jan-

Please see email below from NADINE RANADE. Please confirm these dates are accurate. I will be re-opening her claim for investigation based on this info. Thanks!
-Lisa

_____

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Monday, October 04, 2010 12:05 PM
To: Osburn, Lisa M 635
Subject: FW: claim# 2229772
Lisa,

     Please see my work schedule below.


Regards,
Nadine


Nadine Ranade | Sr. Program Manager | Mid-Atlantic Operation | BT Professional Services
Mob: (571) 294-8165 | Fax: (703) 755-6409 | mailto:nadine.ranade@bt.com

BT values: Trustworthy, Helpful, Inspiring, Straightforward, Heart


From: Ranade, Nadine
Sent: Monday, October 04, 2010 11:31 AM
To: Tabarez, Rosalina
Subject: re: Payroll -urgent issue


Rosalina,

          My manager has asked me to work with you to resolve my payroll issue.   This is for the pay period 9/16/ 10 to 9/30/10.  I worked for 4 full days and 12 hrs but I got paid for only 2 full days.  Please call me.
                    9/16 – full day work
                    9/17 – full day work
                    9/20 – full day work
                    9/21 – full day work
                    9/22 – sick full day
                    9/23 – full day sick
                    9/24 – full day sick
                    9/25 – sat
                    9/26 – sun
                    9/27 – full day sick
                    9/28 – full day sick
                    9/29 – only 4 hrs work  - 4 hrs - FMLA
                    9/30 – only 4 hrs work – 4 Hrs - FMLA
                    10/1 – only 4 hrs of work – 4 hrs FMLA


Regards,
Nadine

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604122269 Jan Escalante |
|---|---|---|---|---|

Nadine Ranade | Sr. Program Manager | Mid-Atlantic Operation | BT Professional Services
Mob: (571) 294-8165 | Fax: (703) 755-6409 | mailto:nadine.ranade@bt.com

BT values: Trustworthy, Helpful, Inspiring, Straightforward, Heart

From: Charlton, Jayne
Sent: Monday, October 04, 2010 11:10 AM
To: Ranade, Nadine
Subject: RE: re: Bonus pay out

Terry said to call Rosalina Tabarez

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited. If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**Case Notes Added On: 04/10/2010  19:02:24          Note Seq Nbr: 65          Note Type:**

**Case Summary:**      10/04/10 12:45 p.m.:  Email to L. Osburn advising we are not chgng timesheet.

From: Escalante, Jan
Sent: Monday, October 04, 2010 12:45 PM
To: Osburn, Lisa M 635
Subject: RE: claim# 2229772

Good afternoon!

The hours she is report are not correct.  She is trying to change her hours to meet the waiting period but we are NOT changing her time.  I sent her and her manager an email an hour or so ago advising her that we are not changing her time.  I'm sure she will be upset and I anticipate that she will be off five days soon to meet the eligibility but we'll cross that bridge when we get to it.

Thanks for checking!!

**Case Notes Added On: 04/10/2010  19:03:20          Note Seq Nbr: 66          Note Type:**

**Case Summary:**      10/04/10 11:31 a.m.:  Email from EE requesting another chg of timesheet.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Monday, October 04, 2010 11:31 AM
To: Escalante, Jan
Subject: re: Please forward this payroll

Jan,
            I need to get paid for 3 full days during this pay period but I didn't.  I called payroll and they said they
need a revised leave schedule.  Thanks.

            9/16 – full day work
            9/17 – full day work

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604122269 Jan Escalante |
|---|---|---|---|---|

9/20 – full day work
9/21 – full day work
9/22 – 8 hrs sick
9/23 – vacation (6 hrs) 2 hrs sick
9/24 – vacation (8hrs)
9/25 – sat
9/26 – sun
9/27 – vacation (8 hrs)
9/28 – vacation (8 hrs)
9/29 – only 4 hrs work - 4 hrs - FMLA
9/30 – only 4 hrs work – 4 Hrs - FMLA
10/1 – only 4 hrs of work – 4 hrs FMLA


Regards,
Nadine


Nadine Ranade | Sr. Program Manager | Mid-Atlantic Operation | BT Professional Services
Mob: (571) 294-8165 | Fax: (703) 755-6409 | mailto:nadine.ranade@bt.com

BT values: Trustworthy, Helpful, Inspiring, Straightforward, Heart

**Case Notes Added On:** 04/10/2010  19:04:04          **Note Seq Nbr:** 67          **Note Type:**

**Case Summary:**          10/04/10 12:01 p.m.:  Email from J. Charlton.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Monday, October 04, 2010 12:01 PM
To: vance.pearson@bt.com
Cc: Escalante, Jan; Schlichting, S.
Subject: RE: Nadine Ranade

Thanks for the encouragement! It is most appreciated as is the guidance!

Stephanie, I owe you a call.

**Case Notes Added On:** 04/10/2010  20:58:41          **Note Seq Nbr:** 68          **Note Type:**

**Case Summary:**          RE: Case 1410814 - Nadine Ranade

_____

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Monday, October 04, 2010 11:32 AM
To: us.hro.bt
Subject: RE: Case 1410814 - Nadine Ranade

Jan:   When you say below that "In addition, you do not qualify for short-term disability as you have not met the
eligibility requirements. BT is accommodating your restrictions as set forth by your physician effective 09/20/10
through 12/15/10 by having you work from 8:00 a.m. to 12:00 p.m., Monday through Friday.  If you find that there is a
problem with this accommodation, please let me know."  Does that mean Nadine can work the 4 hr restricted
schedule; however, she will not receive short term disability benefit pay for the remaining 4 hrs per day?  Please
clarify. Thanks.


Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office
1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 603815063 Fabiana Moen |

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Monday, October 04, 2010 1:24 PM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

On 09/23/10, we received a certification of health care provider from Dr. Gorle which stated that you were to work four hours per day, five days per week from 09/20/10 through 12/15/10.   I notified your manager of your restrictions and it was decided that your restrictions could be accommodated with you working from 8:00 a.m. to 12:00 p.m. each day.

On 09/27/10, I sent your leave calendar (timesheet) to payroll showing you working four hours per day beginning on 09/20/10 per your doctor's request.

On 09/29/10, we received a notification from Cigna Group Insurance, our short-term disability carrier, that you were not eligible for short-term disability benefits because you had not satisfied the waiting period.   You were on an abbreviated schedule; however, you had not missed work.

On 09/30/10, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick for eight hours on 09/22/10, 09/23/10, 09/24/10, 09/27/10 and 09/28/10.   You advised that you began working four hours per day on 09/29/10.

You also requested that payroll remove your previously submitted sick time for 08/08/10, 08/29/10 and 09/05/10. You requested that those days be marked professional development or just left blank.

Today, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick eight hours on 09/22/10, sick two hours and used six hours of vacation on 09/23/10 and used eight hours vacation on 09/24/10, 09/27/10 and 09/28/10.

Unfortunately, payroll is unable to remove or change previously submitted time designations; therefore, we cannot change your time on 08/08/10, 08/29/10, 09/05/10 and/or 09/20/10 through the present.

In addition, you do not qualify for short-term disability as you have not met the eligibility requirements.

BT is accommodating your restrictions as set forth by your physician effective 09/20/10 through 12/15/10 by having you work from 8:00 a.m. to 12:00 p.m., Monday through Friday.   If you find that there is a problem with this accommodation, please let me know.

I will follow up with you prior to the expiration of your restricted duty.   At that time, you will need to provide a note from Dr. Gorle either extending your restrictions or lifting your restrictions.   Our policy is to approve restricted duty up to a maximum of three months at a time.

Please let me know if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 04/10/2010  22:46:01**          **Note Seq Nbr: 69**          **Note Type:**

**Case Summary:**          10/04/10 4:48 p.m.:  Email to J. Charlton; bcc V. Pearson, S. Schlichting.

Good afternoon!

Yes, she is working from 8:00 a.m to 12:00 p.m. but does not qualify for STD because she didn't meet the eligibility requirement of the waiting period.   She originally provided the dr. note stating she was to go to  4 hours per day beginning 09/20/10.  She told me that she was working four hours per day.  She then found out about the waiting

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

period for STD.   She sent an email on 09/30/10 and changed her mind about when/how much she worked and said she didn't work for five consecutive days.   Then she found out that she didn't have enough sick pay so today, she sent another email changing her mind yet again and said she was using vacation for the waiting period.   I'm not certain that she worked or didn't work but she has changed her mind three times thus far.

She just called me again telling me she spoke with payroll and they said she could change her time.   That is not BT's policy.   When you provide a doctor's note, you adhere to those restrictions.   You don't pick and choose when/how long you work.   We have accommodated her restrictions but because she won't qualify for STD, she is now trying to change her time.   Once you turn in your time, it is done.   Employees verify that the time is correct when submitted.   We don't normally allow anyone to change their mind three times as to what should be submitted.

I have informed her that she is making this process quite confusing.   This is how we process requests for accommodations for all employees.   She insists she is going to send me another email stating why she keeps changing her mind on her time submitted for 09/20/10 through present.   I will review it when received.

Please contact me if you have questions or would like more information.

Thanks!

Jan

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Monday, October 04, 2010 11:32 AM
To: us.hro.bt
Subject: RE: Case 1410814 - Nadine Ranade

Jan:   When you say below that "In addition, you do not qualify for short-term disability as you have not met the eligibility requirements. BT is accommodating your restrictions as set forth by your physician effective 09/20/10 through 12/15/10 by having you work from 8:00 a.m. to 12:00 p.m., Monday through Friday.   If you find that there is a problem with this accommodation, please let me know."   Does that mean Nadine can work the 4 hr restricted schedule; however, she will not receive short term disability benefit pay for the remaining 4 hrs per day?   Please clarify. Thanks.


Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Monday, October 04, 2010 1:24 PM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Subject: Case 1410814 - Nadine Ranade

Good afternoon!

On 09/23/10, we received a certification of health care provider from Dr. Gorle which stated that you were to work four hours per day, five days per week from 09/20/10 through 12/15/10. I notified your manager of your restrictions and it was decided that your restrictions could be accommodated with you working from 8:00 a.m. to 12:00 p.m. each day.

On 09/27/10, I sent your leave calendar (timesheet) to payroll showing you working four hours per day beginning on 09/20/10 per your doctor's request.

On 09/29/10, we received a notification from Cigna Group Insurance, our short-term disability carrier, that you were not eligible for short-term disability benefits because you had not satisfied the waiting period. You were on an abbreviated schedule; however, you had not missed work.

On 09/30/10, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick for eight hours on 09/22/10, 09/23/10, 09/24/10, 09/27/10 and 09/28/10. You advised that you began working four hours per day on 09/29/10.

You also requested that payroll remove your previously submitted sick time for 08/08/10, 08/29/10 and 09/05/10. You requested that those days be marked professional development or just left blank.

Today, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick eight hours on 09/22/10, sick two hours and used six hours of vacation on 09/23/10 and used eight hours vacation on 09/24/10, 09/27/10 and 09/28/10.

Unfortunately, payroll is unable to remove or change previously submitted time designations; therefore, we cannot change your time on 08/08/10, 08/29/10, 09/05/10 and/or 09/20/10 through the present.

In addition, you do not qualify for short-term disability as you have not met the eligibility requirements.

BT is accommodating your restrictions as set forth by your physician effective 09/20/10 through 12/15/10 by having you work from 8:00 a.m. to 12:00 p.m., Monday through Friday. If you find that there is a problem with this accommodation, please let me know.

I will follow up with you prior to the expiration of your restricted duty. At that time, you will need to provide a note from Dr. Gorle either extending your restrictions or lifting your restrictions. Our policy is to approve restricted duty up to a maximum of three months at a time.

Please let me know if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 05/10/2010 13:55:43**          **Note Seq Nbr:** 70          **Note Type:**

**Case Summary:**     10/04/10 4:30 p.m.:  Telephone call from EE.

EE advised that she wants to change her hours because of the five-day waiting period. She didn't know about it but now that she does, wants to change hours so she is eligible for STD. Advised her that we cannot change hours. She said she will get another note from her doctor that says her PT work began on 09/29/10 instead of 09/20/10. Advised will review if received.

**Case Notes Added On: 05/10/2010 13:57:55**          **Note Seq Nbr:** 71          **Note Type:**

**Case Summary:**     10/04/10 4:51 p.m.:  Email to PR advising them to not change hours worked.

From: Escalante, Jan
Sent: Monday, October 04, 2010 4:51 PM
To: us.payroll.helpdesk@bt.com
Subject: Nadine Ranade

Good afternoon!

Nadine Ranade provided a doctor note stating she was work part-time work effective 09/20/10. Thus far, she has changed her mind three times as to what her hours have been beginning 09/20/10. Please do not change her time/pay unless you hear from me. She will be working four hours per day until 12/15/10. I will forward leave

BT 000287

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

calendars on payroll due dates.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 05/10/2010  13:57:55**          **Note Seq Nbr:** 72          **Note Type:**

**Case Summary:**          10/04/10 4:59 p.m.:  Email from V. Pearson - do not change time.

-----Original Message-----
From: vance.pearson@bt.com [mailto:vance.pearson@bt.com]
Sent: Monday, October 04, 2010 4:59 PM
To: us.payroll.helpdesk@bt.com
Cc: Escalante, Jan
Subject: FW: Case 1410814 - Nadine Ranade

Hi all,

Nadine Ranade may not change her time in e-time because of restriction
set forth by her doctor.  There was no way for you to know.

Thanks,

Vance

**Case Notes Added On: 05/10/2010  13:59:13**          **Note Seq Nbr:** 73          **Note Type:**

**Case Summary:**          10/04/10 4:35 p.m.:  Email from EE requesting change of time submitted.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Monday, October 04, 2010 4:35 PM
To: Escalante, Jan
Subject: re: Clarification about time
Importance: High

Jan,

     I didn't know that I did not have enough sick time left.  This is the reason I was trying to change my previous submitted sick time also.  But I found out  today that this cannot be done and I need to use vacation time.  This is final update on my time and I will have Doctor provide an updated documentation by tomorrow stating that my part time work will be effective 9/29.  Here is the breakdown of my time:

          9/16 – full day work
          9/17 – full day work
          9/20 – full day work
          9/21 – full day work
          9/22 – 8 hrs sick
          9/23 – vacation (6 hrs) 2 hrs sick
          9/24 – vacation (8hrs)
          9/25 – sat
          9/26 – sun
          9/27 – vacation (8 hrs)
          9/28 – vacation (8 hrs)
          9/29 – only 4 hrs work - 4 hrs - FMLA
          9/30 – only 4 hrs work –  4 Hrs - FMLA
          10/1 – only 4 hrs of work – 4 hrs FMLA

Regards,
Nadine

**Case Notes Added On: 05/10/2010  15:48:36**          **Note Seq Nbr:** 74          **Note Type:**

**Case Summary:**          10/05/10 9:50 a.m.:  Email to EE asking if she wants to use vac for 4 hours/day.

Good morning!

I am doing payroll for  10/01/10 through  10/15/10.   You have 80 hours of vacation.   Would you like me to put you in for 4 hours per day working and 4 hours per day vacation until you exhaust your vacation or would you rather I enter BT 000288

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

hours per day working and 4 hours per day unpaid?

Please contact me if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 05/10/2010 16:05:10**         **Note Seq Nbr:** 75         **Note Type:**

**Case Summary:**         10/05/10 10:06 a.m.: Email to J. Menard explaining case.

From: Escalante, Jan
Sent: Tuesday, October 05, 2010 10:06 AM
To: jim.menard@bt.com
Subject: Nadine Ranade Amended Initial Leave Calendar

Good morning!

Nadine's case is very confusing in that she requested a leave of absence on 09/13/10 to begin 09/20/10. She originally didn't tell me it was to work four hours per day so I originally sent you a leave calendar for short-term disability. When I received her certification of health care provider, it was for four hours per day beginning 09/20/10 so I sent you the amended initial leave calendar attached. She wanted me to use four hours of sick pay to add to the four hours per day she was working.

Since that time, she has changed her mind three times requesting that we go back and change time on 08/08/10, 08/25/10 and 09/05/10, in addition to her restricted hours beginning 09/20/10. I've told her many times that we can't go back and change the time in August and beginning of September and per Vance and Stephanie (employee relations), we are not going to allow her to change any of the time as this is what was requested when her doctor's note was received.

Now, she is in the process of having her doctor write another note stating her part-time hours weren't to begin until 09/29/10 because once Nadine found out about the five-day waiting period for short-term disability, she wanted to go back and instead of charging the four hours per day of work, she wanted to have the time listed as vacation.

I've gone back and forth with her, her manager, Vance and Stephanie and the conclusion is that we are going by the information that was originally received stating she was to work four hours per day beginning 09/20/10.

Sorry if this is confusing . . . ☐ . . . but please pay her per the amended initial leave calendar attached. This is the one I sent to you on 09/27/10. Please use our regular password. I realize that she only had 10 hours of sick pay and the remaining time will be unpaid as she exhausted all of her sick pay. On the leave calendar attached, I entered it all as four hours worked and four hours sick but know she will only receive the total of 10 hours sick.

I realize that she is angry that she will be missing money and I'm sorry for that; however, if she calls you to challenges the decision, please refer her to me.

Please let me know if you have questions or would like more information.

(Hope this email doesn't confuse you further.)

Thank you very much!

**Case Notes Added On: 05/10/2010 17:01:34**         **Note Seq Nbr:** 76         **Note Type:**

**Case Summary:**         E-Fax / Received email

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Tuesday, October 05, 2010 5:44 AM
To: us.hro.bt
Cc: Terry.Schneider@usc-bt.com
Subject: FW: Case 1410814 - Nadine Ranade

Jan: Does this mean she is on PT FLMA w/o pay for the remaining 4 hrs per day thru 12/15? I am copying my MD on here because we need to ensure we know how to handle Nadine's questions and how to handle it from a P&L perspective. Thanks.

Kind Regards,

BT 000289

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 605101089 Claudia Guampe |

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this
information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone
or email (to the number or email address above) immediately.
Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored and may
be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Monday, October 04, 2010 5:46 PM
To: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

Yes, she is working from 8:00 a.m to 12:00 p.m. but does not qualify for STD because she didn't meet the eligiblity requirement of the waiting period. She originally provided the dr. note stating she was to go to 4 hours per day beginning 09/20/10. She told me that she was working four hours per day. She then found out about the waiting period for STD. She sent an email on 09/30/10 and changed her mind about when/how much she worked and said she didn't work for five consecutive days. Then she found out that she didn't have enough sick pay so today, she sent another email changing her mind yet again and said she was using vacation for the waiting period. I'm not certain that she worked or didn't work but she has changed her mind three times thus far.

She just called me again telling me she spoke with payroll and they said she could change her time. That is not BT's policy. When you provide a doctor's note, you adhere to those restrictions. You don't pick and choose when/how long you work. We have accommodated her restrictions but since she won't qualify for STD, she is now trying to change her time. Once you turn in your time, it is done. Employees verify that the time is correct when submitted. We don't normally allow anyone to change their mind three times as to what should be submitted.

I have informed her that she is making this process quite confusing. This is how we process requests for accommodations for all employees. She insists she is going to send me another email stating why she keeps changing her mind on her time submitted for 09/20/10 through present. I will review it when received.

Please contact me if you have questions or would like more information.

Thanks!

Jan

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Monday, October 04, 2010 11:32 AM
To: us.hro.bt
Subject: RE: Case 1410814 - Nadine Ranade

Jan: When you say below that "In addition, you do not qualify for short-term disability as you have not met the eligibility requirements. BT is accommodating your restrictions as set forth by your physician effective 09/20/10 through 12/15/10 by having you work from 8:00 a.m. to 12:00 p.m., Monday through Friday. If you find that there is a problem with this accommodation, please let me know." Does that mean Nadine can work the 4 hr restricted schedule; however, she will not receive short term disability benefit pay for the remaining 4 hrs per day? Please clarify. Thanks.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 605101089 Claudia Guampe |

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this
information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone
or email (to the number or email address above) immediately.
Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored and may
be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Monday, October 04, 2010 1:24 PM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

On 09/23/10, we received a certification of health care provider from Dr. Gorle which stated that you were to work four hours per day, five days per week from 09/20/10 through 12/15/10. I notified your manager of your restrictions and it was decided that your restrictions could be accommodated with you working from 8:00 a.m. to 12:00 p.m. each day.

On 09/27/10, I sent your leave calendar (timesheet) to payroll showing you working four hours per day beginning on 09/20/10 per your doctor's request.

On 09/29/10, we received a notification from Cigna Group Insurance, our short-term disability carrier, that you were not eligible for short-term disability benefits because you had not satisfied the waiting period. You were on an abbreviated schedule; however, you had not missed work.

On 09/30/10, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick for eight hours on 09/22/10, 09/23/10, 09/24/10, 09/27/10 and 09/28/10. You advised that you began working four hours per day on 09/29/10.

You also requested that payroll remove your previously submitted sick time for 08/08/10, 08/29/10 and 09/05/10. You requested that those days be marked professional development or just left blank.

Today, I received an email from you advising me that you worked full days on 09/20/10 and 09/21/10 and that you were sick eight hours on 09/22/10, sick two hours and used six hours of vacation on 09/23/10 and used eight hours vacation on 09/24/10, 09/27/10 and 09/28/10.

Unfortunately, payroll is unable to remove or change previously submitted time designations; therefore, we cannot change your time on 08/08/10, 08/29/10, 09/05/10 and/or 09/20/10 through the present.

In addition, you do not qualify for short-term disability as you have not met the eligibility requirements.

BT is accommodating your restrictions as set forth by your physician effective 09/20/10 through 12/15/10 by having you work from 8:00 a.m. to 12:00 p.m., Monday through Friday. If you find that there is a problem with this accommodation, please let me know.

I will follow up with you prior to the expiration of your restricted duty. At that time, you will need to provide a note from Dr. Gorle either extending your restrictions or lifting your restrictions. Our policy is to approve restricted duty up to a maximum of three months at a time.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 605101089 Claudia Guampe |

Please let me know if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 06/10/2010 18:29:53**      **Note Seq Nbr:** 77      **Note Type:**

**Case Summary:**      See case 1423091 for additional notes from doctor and employee

**Case Notes Added On: 11/10/2010 15:44:36**      **Note Seq Nbr:** 78      **Note Type:**

**Case Summary:**      10/05/10 2:12 p.m.:  Email from EE with amended dr. notes/CHCP attached.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Tuesday, October 05, 2010 2:12 PM
To: Escalante, Jan
Subject: re: Updated paperwork

Jan,

    Please see attached updated paperwork from my doctor.  Please let me know if the part-time FMLA is approved.

Regards,
Nadine

**Case Notes Added On: 11/10/2010 15:46:57**      **Note Seq Nbr:** 79      **Note Type:**

**Case Summary:**      10/06/10 9:48 a.m.:  Email from mgr advising EE's client cannot accommodate rx.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 9:48 AM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com; nadine.ranade@bt.com; Terry.Schneider@usc-bt.com
Subject: RE: Documentation of Phone Call 10/05/10 8:15 a.m.
Importance: High

Jan:  Based on the revised decision of the Unilever project team to allow Nadine to work PT at 4 hrs in an inconsistent schedule during 8-5pm ET business hours, Terry and I have also agreed to provide Nadine the flexibility for working 4 hrs non-contiguously that best meets the client/project needs.

I will work with Nadine to plan ahead on her Outlook Calendar and provide me increased visibility, as well as to proactively report her schedule to me in advance that will allow for her 4 hrs off to ensure meeting the daily Dr. restrictions.  I am also still hoping and expecting that some degree of predictability of the 4 hrs per day/20 hrs per week can be achieved to meet mgmt requirements.

Is this acceptable for Cigna to approve her paid PT FMLA/STD?

I appreciate the time and cooperation you have invested to attempt to resolve this issue for Nadine. Thanks.

Kind Regards,

Jayne Charlton, PMP

**Case Notes Added On: 11/10/2010 15:47:55**      **Note Seq Nbr:** 80      **Note Type:**

**Case Summary:**      10/06/10 10:30 a.m.:  Phone conversation with EE/mgr.

Advised EE that her client cannot accommodate restrictions.

**Case Notes Added On: 11/10/2010 15:49:09**      **Note Seq Nbr:** 81      **Note Type:**

**Case Summary:**      10/05/10 4:07 p.m.:  Email to EE/mgr re EE's not able to accommodate rx.

From: Escalante, Jan
Sent: Tuesday, October 05, 2010 4:07 PM
To: nadine.ranade@bt.com
Cc: jayne.e.charlton@bt.com
Subject: Updated Status of Restricted Duty

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Good afternoon!

I have received your original certification of health care provider and your amended certification of health care provider and have reviewed them.   We have accommodated your restriction of working four hours per day from 09/20/10 through today, 10/05/10.

Unfortunately, your manager spoke with your client today and they are not able to accommodate you working for them for four hours per day.   They need to have someone who is able to devote an entire eight hours per day on their issues.

Because we cannot accommodate your restriction effective today, 10/05/10, you are left with two options:

You can speak with your doctor and decide if it would be best in this situation for you to be off work continuously for a period of time.  If this is the case, you would need to provide me with a doctor's note specifically stating that you are not able to work at all beginning on the date your doctor recommends.  The date would have to be no sooner than 10/06/10 as we have already accommodated your previous restriction from 09/20/10 through 10/05/10.   You would also need to refile a short-term disability request with Cigna effective 10/06/10.

You can speak with your doctor and decide if it would be best for you to have your restriction lifted and return to work full time.  If this is the case, you would need to provide me with a doctor's note releasing you from your restricted duty.   The date of your return to work would need to be no sooner than tomorrow, 10/06/10.  I would need to have the doctor's note prior to you working.

When we spoke on the telephone a few minutes ago, you kept referring to a policy whereby you are allotted two months of time to find another client to work for.  This would be something you and your manager would need to discuss.

In the meantime, your status is as follows:

You are not an "active" employee as you are still under your restriction of working four hours per day.   We cannot accommodate your restriction as of today.   You will not be allowed to work until I have received a release to return to work note from your doctor.

Per our telephone conversation, I recommended that you speak with your doctor and advise her that your company cannot accommodate your restriction.   You and your physician will need to decide what you will do regarding your work status.

I will contact you tomorrow morning to see if you and your doctor have made a decision.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010  15:50:14**          **Note Seq Nbr: 82**          **Note Type:**

**Case Summary:**          10/06/10 8:30 a.m.: Email to EE re phone call 10/05/10 8:15 a.m.:

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 8:30 AM
To: nadine.ranade@bt.com
Cc: jayne.e.charlton@bt.com
Subject: Documentation of Phone Call 10/05/10 8:15 a.m.

Good morning!

It was nice speaking with you this morning!

You advised that you spoke with your client this morning and you were told that they can accommodate you working four hours per day during any part of the day.   Unfortunately, BT's policy is that you work continuous hours if under restricted hours.  Ultimately, we still cannot accommodate your restricted duty beginning 10/06/10.

Alternatives would be:

Unpaid personal leave of absence – you advised that you do not want to request an unpaid person leave of absence.

Continuous short-term disability – you advised that you do not want to request a continuous short-term disability.

BT 000293

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Return to work with no restrictions – you advised that you do not want to return to work with no restrictions.

You would like to have a conference call with your client, Jayne Charlton and me. I am certainly open to that; however, the policy still stands.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010  15:51:26**          **Note Seq Nbr:** 83          **Note Type:**

**Case Summary:**          10/06/10 10:45 a.m.: Telephone call with V. Pearson.

She agrees with me that we cannot accommodate EE. Advised of alternatives.

**Case Notes Added On: 11/10/2010  15:52:12**          **Note Seq Nbr:** 84          **Note Type:**

**Case Summary:**          10/06/10 11:00 a.m.: Email to mgr.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 11:00 AM
To: Jayne.Charlton@usc-bt.com
Cc: nadine.ranade@bt.com; Terry.Schneider@usc-bt.com
Subject: Nadine Ranade Status

Good morning!

I have spoken to my contact at BT HR and was advised that we cannot accommodate anything other than Nadine working four continuous hours per day.

BT would have too much liability. We would have no way of tracking the amount of time she is working which would leave open a door for liability in that we did not accommodate her medical restriction and/or that she would work more than her allowed hours.

I'm sorry we cannot be flexible with this issue but we need to do what has been requested by her physician as well as protect BT.

I have offered Nadine the alternatives of:

Unpaid personal leave of absence.
Requesting a short-term disability thereby remaining off work continuously for more than five business days.
Returning to work with no restrictions.

Nadine has advised that none of the above alternatives are agreeable to her.

Please let me know if you have questions or would like more information.

Thank you!

**Case Notes Added On: 11/10/2010  15:52:55**          **Note Seq Nbr:** 85          **Note Type:**

**Case Summary:**          10/06/10 11:04 a.m.: Email to EE.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 11:04 AM
To: nadine.ranade@bt.com; Terry.Schneider@usc-bt.com
Subject: Nadine Ranade Status

Good morning!

If you would like to further discuss Nadine's situation, please contact me or Vance Pearson at 972-830-8714. You can reach me directly at 210-699-2639.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010  15:53:49**          **Note Seq Nbr:** 86          **Note Type:**

**Case Summary:**          10/06/10 11:52 a.m.: Email to mgr.

BT 000294

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 11:52 AM
To: jayne.e.charlton@bt.com
Subject: FW: Nadine Ranade Status

Good morning!

I'm sorry . . . I guess I inadvertently left your name off this email.

Thanks!

**Case Notes Added On: 11/10/2010  15:54:38**          **Note Seq Nbr: 87**          **Note Type:**

**Case Summary:**          10/06/10 12:25 p.m.:  Email to mgr.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 12:25 PM
To: Jayne.Charlton@usc-bt.com
Subject: RE: Nadine Ranade Status

Good afternoon!

Thank you very much!

We'll keep going until we can come to a satisfactory agreement for all involved.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline:  800-379-9125
Fax:  800-841-3658
Email:  us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information.  If you have received it in error, please notify the sender immediately and delete the original.  Any other use of the email by you is prohibited.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 12:20 PM
To: Escalante, Jan
Subject: RE: Nadine Ranade Status

No problem.  I worked with Vance before Stephanie on Nadine's PIP.  Nadine is heading back to her Dr. so more to come . . . .

Kind Regards,

Jayne Charlton, PMP

Jayne  Charlton | Managing  Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Wednesday, October 06, 2010 12:52 PM
To: jayne.e.charlton@bt.com
Subject: FW: Nadine Ranade Status

Good morning!

I'm sorry . . . I guess I inadvertently left your name off this email.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline:  800-379-9125
Fax:  800-841-3658
Email:  us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information.   If you have received it in error, please notify the sender immediately and delete the original.   Any other use of the email by you is prohibited.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 11:04 AM
To: Terry.Schneider@usc-bt.com
Subject: Nadine Ranade Status

Good morning!

If you would like to further discuss Nadine's situation, please contact me or Vance Pearson at 972-830-8714.   You can reach me directly at 210-699-2639.

Please let me know if you have questions or would like more information.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline:  800-379-9125
Fax:  800-841-3658
Email:  us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information.   If you have received it in error, please notify the sender immediately and delete the original.   Any other use of the email by you is prohibited.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 9:48 AM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com; nadine.ranade@bt.com; Terry.Schneider@usc-bt.com

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Subject: RE: Documentation of Phone Call 10/05/10 8:15 a.m.
Importance: High

Jan: Based on the revised decision of the Unilever project team to allow Nadine to work PT at 4 hrs in an inconsistent schedule during 8-5pm ET business hours, Terry and I have also agreed to provide Nadine the flexibility for working 4 hrs non-contiguously that best meets the client/project needs.

I will work with Nadine to plan ahead on her Outlook Calendar and provide me increased visibility, as well as to proactively report her schedule to me in advance that will allow for her 4 hrs off to ensure meeting the daily Dr. restrictions. I am also still hoping and expecting that some degree of predictability of the 4 hrs per day/20 hrs per week can be achieved to meet mgmt requirements.

Is this acceptable for Cigna to approve her paid PT FMLA/STD?

I appreciate the time and cooperation you have invested to attempt to resolve this issue for Nadine. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Wednesday, October 06, 2010 9:30 AM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com
Subject: Documentation of Phone Call 10/05/10 8:15 a.m.

Good morning!

It was nice speaking with you this morning!

You advised that you spoke with your client this morning and you were told that they can accommodate you working four hours per day during any part of the day. Unfortunately, BT's policy is that you work continuous hours if under restricted hours. Ultimately, we still cannot accommodate your restricted duty beginning 10/06/10.

Alternatives would be:

Unpaid personal leave of absence – you advised that you do not want to request an unpaid person leave of absence.

Continuous short-term disability – you advised that you do not want to request a continuous short-term disability.

Return to work with no restrictions – you advised that you do not want to return to work with no restrictions.

You would like to have a conference call with your client, Jayne Charlton and me. I am certainly open to that; however, the policy still stands.

Please let me know if you have questions or would like more information.

Thanks!

| Case Notes Added On: 11/10/2010  15:55:51 | Note Seq Nbr: 88 | Note Type: | BT 000297 |
|---|---|---|---|

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604122269 Jan Escalante |
|---|---|---|---|---|

**Case Summary:**     10/06/10 12:44 p.m.:  Email to EE advising her to continue PT hours.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 12:44 PM
To: nadine.ranade@bt.com
Cc: jayne.e.charlton@bt.com
Subject: Status of Restricted Hours

Good afternoon!

It was nice speaking to you this afternoon!

You advised that you have a doctor appointment this afternoon and you will be forwarding a note from your doctor lifting your restriction.   Until I have the note in my possession and it has been reviewed, you are only allowed to work four hours.

I will contact you when I have reviewed the note.

Please let me know if you have questions or would like more information.

Thanks!

| **Case Notes Added On: 11/10/2010  15:57:47** | **Note Seq Nbr: 89** | **Note Type:** |
|---|---|---|

**Case Summary:**     10/06/10 12:49 p.m.:  Email to mgrs.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 12:49 PM
To: Terry.Schneider@usc-bt.com; Jayne.Charlton@usc-bt.com; vance.pearson@bt.com
Subject: RE: Nadine Ranade Status

Good afternoon!

Nadine has an appointment this afternoon with her physician.   We are waiting to find out what the doctor and Nadine agree upon.  Once I receive the updated documentation from her doctor, I will let you know.

Please let me know if you have questions or would like more information.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline:  800-379-9125
Fax:  800-841-3658
Email:  us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information.  If you have received it in error, please notify the sender immediately and delete the original.   Any other use of the email by you is prohibited.

From: Terry.Schneider@usc-bt.com [mailto:Terry.Schneider@usc-bt.com]
Sent: Wednesday, October 06, 2010 12:37 PM
To: Escalante, Jan; Jayne.Charlton@usc-bt.com; vance.pearson@bt.com
Subject: RE: Nadine Ranade Status

Jan, Vance,

          Since Nadine is "currently" not agreeable to the alternative provided.  What is the next step?  How do we move forward or come to resolution?  Please advise.

Terry

BT 000298

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Wednesday, October 06, 2010 12:00 PM
To: Charlton, Jayne
Cc: Ranade,NT,Nadine,JGJ R; Schneider, Terry
Subject: Nadine Ranade Status

Good morning!

I have spoken to my contact at BT HR and was advised that we cannot accommodate anything other than Nadine working four continuous hours per day.

BT would have too much liability. We would have no way of tracking the amount of time she is working which would leave open a door for liability in that we did not accommodate her medical restriction and/or that she would work more than her allowed hours.

I'm sorry we cannot be flexible with this issue but we need to do what has been requested by her physician as well as protect BT.

I have offered Nadine the alternatives of:

Unpaid personal leave of absence.
Requesting a short-term disability thereby remaining off work continuously for more than five business days.
Returning to work with no restrictions.

Nadine has advised that none of the above alternatives are agreeable to her.

Please let me know if you have questions or would like more information.

Thank you!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline: 800-379-9125
Fax: 800-841-3658
Email: us.hro.bt@accenture.com


Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

_____

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 9:48 AM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com; nadine.ranade@bt.com; Terry.Schneider@usc-bt.com
Subject: RE: Documentation of Phone Call 10/05/10 8:15 a.m.
Importance: High

Jan: Based on the revised decision of the Unilever project team to allow Nadine to work PT at 4 hrs in an inconsistent schedule during 8-5pm ET business hours, Terry and I have also agreed to provide Nadine the flexibility for working 4 hrs non-contiguously that best meets the client/project needs.

I will work with Nadine to plan ahead on her Outlook Calendar and provide me increased visibility, as well as to proactively report her schedule to me in advance that will allow for her 4 hrs off to ensure meeting the daily Dr. restrictions. I am also still hoping and expecting that some degree of predictability of the 4 hrs per day/20 hrs per week can be achieved to meet mgmt requirements.

Is this acceptable for Cigna to approve her paid PT FMLA/STD?

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

I appreciate the time and cooperation you have invested to attempt to resolve this issue for Nadine. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Wednesday, October 06, 2010 9:30 AM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com
Subject: Documentation of Phone Call 10/05/10 8:15 a.m.

Good morning!

It was nice speaking with you this morning!

You advised that you spoke with your client this morning and you were told that they can accommodate you working four hours per day during any part of the day. Unfortunately, BT's policy is that you work continuous hours if under restricted hours. Ultimately, we still cannot accommodate your restricted duty beginning 10/06/10.

Alternatives would be:

Unpaid personal leave of absence – you advised that you do not want to request an unpaid person leave of absence.

Continuous short-term disability – you advised that you do not want to request a continuous short-term disability.

Return to work with no restrictions – you advised that you do not want to return to work with no restrictions.

You would like to have a conference call with your client, Jayne Charlton and me. I am certainly open to that; however, the policy still stands.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010  15:59:03**          **Note Seq Nbr:** 90          **Note Type:**

**Case Summary:**          10/06/10 2:14 p.m.: Email to EE advising rec'd dr. note to RTW 10/06/10.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 2:14 PM
To: nadine.ranade@bt.com
Cc: jayne.e.charlton@bt.com; Terry.Schneider@usc-bt.com
Subject: Return to Work Full-Time

Good afternoon!

Thank you for your telephone call this afternoon!

I have received the note from your doctor stating you can return to eight hours per day effective today.

BT 000300

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Please complete your timesheet beginning today.   I have already submitted your time from 09/20/10 through 10/05/10.

Additionally, if you would like to appeal the denial of your short-term disability for your part-time work, please provide Cigna with a written request for an appeal.   You will need to have your doctor send Cigna medical documentation of your disability from 09/20/10 through 10/05/10.   If you do not appeal or if your appeal is denied, your time from 09/20/10 through 10/05/10 will remain documented as four hours worked and four hours unpaid time.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010 15:59:47**       **Note Seq Nbr: 91**       **Note Type:**

**Case Summary:**       10/06/10 2:26 p.m.: Email to T. Schneider advising EE can RTW.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 2:26 PM
To: Terry.Schneider@usc-bt.com
Cc: jayne.e.charlton@bt.com
Subject: RE: Return to Work Full-Time

Good afternoon!

Nadine is able to return to work full-duty with no restrictions.  If you request that she meet with you in the office, there are no restrictions regarding her driving.   There are no restrictions as to how much time she can work.   If you request that she work in excess of eight hours per day and she is unable to do so, you would consider that an employee relation issue.  If you had a PIP in place before her restrictions began, the PIP would remain in place.

Please let me know if you have questions or would like more information.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline: 800-379-9125
Fax:  800-841-3658
Email:  us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual -- Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information.  If you have received it in error, please notify the sender immediately and delete the original.   Any other use of the email by you is prohibited.

From: Terry.Schneider@usc-bt.com [mailto:Terry.Schneider@usc-bt.com]
Sent: Wednesday, October 06, 2010 2:19 PM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com
Subject: RE: Return to Work Full-Time

Jan,

            I took Nadine off copy for this question.  Based on this email and the return to work full time, Jayne and I need to know if there are any restrictions.  Nadine is currently on a PIP and there are responsibilities Nadine has in reference to that.  Also, is there any restriction about Nadine coming into the Reston Office if we need to meet with her or related to her coming in the Reston Office for some portion of the time to assist us with sales or business related activity?  Is there a restriction that she can "only" work 40 hours per week?  Just trying to understand the full aspect of this as we work with Nadine.  Some of this may need to be communicated to Nadine, but I wanted to take it off line first.

Terry

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Wednesday, October 06, 2010 3:14 PM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com; Schneider, Terry
Subject: Return to Work Full-Time

Good afternoon!

Thank you for your telephone call this afternoon!

I have received the note from your doctor stating you can return to eight hours per day effective today.

Please complete your timesheet beginning today. I have already submitted your time from 09/20/10 through 10/05/10.

Additionally, if you would like to appeal the denial of your short-term disability for your part-time work, please provide Cigna with a written request for an appeal. You will need to have your doctor send Cigna medical documentation of your disability from 09/20/10 through 10/05/10. If you do not appeal or if your appeal is denied, your time from 09/20/10 through 10/05/10 will remain documented as four hours worked and four hours unpaid time.

Please let me know if you have questions or would like more information.

Thanks!

| Case Notes Added On: 11/10/2010  16:01:04 | Note Seq Nbr: 92 | Note Type: |
|---|---|---|

**Case Summary:**      10/06/10 12:56 p.m.:  Email from mgr.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 12:56 PM
To: Terry.Schneider@usc-bt.com; Escalante, Jan; vance.pearson@bt.com
Subject: RE: Nadine Ranade Status

I spoke to Nadine after our call, and she is going back to her Dr. one more time today to see what she advises, and if she is either supportive of FT STD or will release her from restrictions.  Thanks.

Kind Regards,

Jayne Charlton, PMP

| Case Notes Added On: 11/10/2010  16:02:40 | Note Seq Nbr: 93 | Note Type: |
|---|---|---|

**Case Summary:**      10/06/10 1:38 p.m.:  Email from EE with release to RTW w/o restrictions.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Wednesday, October 06, 2010 1:38 PM
To: Escalante, Jan
Subject: Nadine Ranade Doctor's Note
Importance: High

Jan,

    Please see attached doctor's note releasing me from constraint of working 4 hrs.  She does want me to cont. with my physical therapy and see an orthopedist and see her in couple of months.  Please let me know so I can input my regular time effective today.  Thanks.

Regards,
Nadine

| Case Notes Added On: 11/10/2010  16:04:04 | Note Seq Nbr: 94 | Note Type: |
|---|---|---|

**Case Summary:**      10/06/10 2:19 p.m.:  Email from mgr.

From: Terry.Schneider@usc-bt.com [mailto:Terry.Schneider@usc-bt.com]
Sent: Wednesday, October 06, 2010 2:19 PM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com
Subject: RE: Nadine Ranade Return to Work Full-Time

Jan,

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

I took Nadine off copy for this question.  Based on this email and the return to work full time, Jayne and I need to know if there are any restrictions.  Nadine is currently on a PIP and there are responsibilities Nadine has in reference to that.  Also, is there any restriction about Nadine coming into the Reston Office if we need to meet with her or related to her coming in the Reston Office for some portion of the time to assist us with sales or business related activity?  Is there a restriction that she can "only" work 40 hours per week?  Just trying to understand the full aspect of this as we work with Nadine.  Some of this may need to be communicated to Nadine, but I wanted to take it off line first.

Terry

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Wednesday, October 06, 2010 3:14 PM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com; Schneider, Terry
Subject: Return to Work Full-Time

Good afternoon!

Thank you for your telephone call this afternoon!

I have received the note from your doctor stating you can return to eight hours per day effective today.

Please complete your timesheet beginning today.  I have already submitted your time from 09/20/10 through 10/05/10.

Additionally, if you would like to appeal the denial of your short-term disability for your part-time work, please provide Cigna with a written request for an appeal.  You will need to have your doctor send Cigna medical documentation of your disability from 09/20/10 through 10/05/10.  If you do not appeal or if your appeal is denied, your time from 09/20/10 through 10/05/10 will remain documented as four hours worked and four hours unpaid time.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010  16:04:53**          **Note Seq Nbr: 95**          **Note Type:**

**Case Summary:**          10/06/10 2:33 p.m.: Email from mgr.

From: Terry.Schneider@usc-bt.com [mailto:Terry.Schneider@usc-bt.com]
Sent: Wednesday, October 06, 2010 2:33 PM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com
Subject: RE: Nadine Ranade Return to Work Full-Time

Jan,

I truly appreciate your efforts and support on this issue.  These HR issues can be very difficult, but your approach, communication, and support has made this one less painful.  Thank you!

Terry

**Case Notes Added On: 11/10/2010  16:05:51**          **Note Seq Nbr: 96**          **Note Type:**

**Case Summary:**          10/06/10 4:18 p.m.: Email from V. Pearson.

From: vance.pearson@bt.com [mailto:vance.pearson@bt.com]
Sent: Wednesday, October 06, 2010 4:18 PM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com; terry.schneider@bt.com
Subject: RE: Nadine Ranade Return to Work Full-Time

I have lots of concerns about this in lots of different ways.  As long as we have a release to work, then Nadine will have to meet the terms and conditions of her PIP.

Jayne and Terry please document, this may come back to haunt us.

Vance

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604122269 Jan Escalante |
|---|---|---|---|---|

**Case Notes Added On: 11/10/2010  16:07:42**          **Note Seq Nbr: 97**          **Note Type:**

**Case Summary:**          10/11/10 10:10 a.m.:  Email to S. Schlichting re EE's RTW 10/06/10 full-time.

From: Escalante, Jan
Sent: Monday, October 11, 2010 10:10 AM
To: Schlichting, S.
Subject: Nadine Ranade

Good morning!

After much back and forth with Nadine's part-time work, she presented a release to return to work full time on 10/06/10.

Thanks!

BT 000304

# Exhibit K

-----Original Message-----
From: Charlton, Jayne
Sent: Friday, September 24, 2010 4:59 PM
To: us.hro.bt@accenture.com
Cc: Charlton, Jayne
Subject: RE: Case 1410814 - Nadine Ranade

Jan:

I am confirming the schedule with the client, but I presume it will be acceptable.  Also,
is it a Dr. req't that Nadine works from home?  She is not an official, FT remote worker,
and in fact per the PIP that I am working on with her (in accordance with Stephanie
Schlichting), she is to be in the office 2 days a week.  I spoke to Stephanie earlier and
think it would be best if we could chat. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1
571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or
confidential.  The information is intended for use only by the individual(s) or entity
named above.  If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of the contents of this information is strictly prohibited.
If you have received this electronic message in error, please notify me by telephone or
email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will
also be monitored and may be recorded to secure effective operation and for other lawful

1

business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842   United
States

-----Original Message-----
From: Charlton, Jayne
Sent: Friday, September 24, 2010 1:32 PM
To: 'us.hro.bt@accenture.com'
Subject: RE: Case 1410814 - Nadine Ranade

Will you please call me?  I am unable to locate your #. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1
571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or
confidential.  The information is intended for use only by the individual(s) or entity
named above.  If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of the contents of this information is strictly prohibited.
If you have received this electronic message in error, please notify me by telephone or
email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will
also be monitored and may be recorded to secure effective operation and for other lawful
business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842   United
States


-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Friday, September 24, 2010 1:19 PM
To: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

I spoke with Nadine a few minutes ago and she advised me that you didn't receive the email
I sent you yesterday, 09/23/10 1t 12:51 p.m.  Please see the email below.

Please let me know if you are able to accommodate her restrictions.

Thanks!

Jan


Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from
09/20/10 through 12/15/10.  She is unable to sit for a prolonged period of time and needs
to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

2

BT 000127

Jan

BT 000128

# Exhibit L

-----Original Message-----
From: Charlton, Jayne
Sent: Tuesday, September 28, 2010 10:09 AM
To: 'us.hro.bt@accenture.com'
Subject: RE: Case 1410814 - Nadine Ranade

Hi Jan:

I received an email last night from Nadine's project team, Debra Gessel, that the proposed schedule does not work for their client. I am in the process of trying to do further research today to better understand what an acceptable schedule would be and will keep you posted.  Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

1

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842   United States

-----Original Message-----
From: us.hro.bt@accenture.com [mailto:us.hro.bt@accenture.com]
Sent: Friday, September 24, 2010 1:19 PM
To: jayne.e.charlton@bt.com
Subject: Case 1410814 - Nadine Ranade

Good afternoon!

I spoke with Nadine a few minutes ago and she advised me that you didn't receive the email I sent you yesterday, 09/23/10 1t 12:51 p.m.  Please see the email below.

Please let me know if you are able to accommodate her restrictions.

Thanks!

Jan


Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10.  She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

2

BT 000130

# Exhibit M

**From:** Ranade, Nadine
**Sent:** Thursday, September 30, 2010 8:49 AM
**To:** Charlton, Jayne
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

   Sure, let's discuss this and we can conf. Jan in as well.

Regards,
Nadine

**From:** Charlton, Jayne
**Sent:** Thursday, September 30, 2010 8:18 AM
**To:** Ranade, Nadine
**Cc:** Schneider, Terry; Charlton, Jayne
**Subject:** RE: Clarity on Nadine Ranade's end date
**Importance:** High

Nadine:  That is NOT what I understood from my conversation with Jan at Accenture around 4pm
yesterday, so I will need to discuss. We both agree that in order for this to be manageable, it had to be 4
consecutive hrs.  I am NOT ok with you working 4 hrs per day haphazardly as flex time per day. This is
not manageable for the business, PT FMLA, or for your Dr. care.  Sorry, but we will have to discuss

BT 000139

further to determine where the disconnect is and resolve.  Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Ranade, Nadine
**Sent:** Wednesday, September 29, 2010 7:35 PM
**To:** Charlton, Jayne
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

   I talked to Jan today and she said that if it ok with my mgr. then I can do 4 hrs flex time each day and I think that should be ok with Debra as well.  Please ask her about this because HR is also ok with it.  Jan said that I am only allowed to work 4 hrs per day and cannot exceed that.

   Regards,
   Nadine

**From:** Charlton, Jayne
**Sent:** Wednesday, September 29, 2010 5:05 PM
**To:** Ranade, Nadine
**Subject:** FW: Clarity on Nadine Ranade's end date
**Importance:** High

Nadine---FYI only!!! Do not take any action!  I will let you know what I find out.

Also, although I understand that you had good intentions, you were out of compliance in coming to the office today for the meeting from noon -1:30pm.  You cannot change your schedule as desired per HR.  We will discuss further later. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** Charlton, Jayne
**Sent:** Wednesday, September 29, 2010 5:01 PM
**To:** Gessel,DO,Debra,DGE R; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Schneider, Terry
**Subject:** RE: Clarity on Nadine Ranade's end date
**Importance:** High

Hi Debra:

I definitely understand that Nadine needs to meet the client needs while meeting her 20 hrs per week; however, we were notified last week that Nadine has been put on Dr. restrictions and 50% FMLA. This requires that she sets and maintains a consistent 4 hr per day work schedule, such as 8am – noon; 9am – 1pm, noon – 4pm, etc. per day per week thru 12/15/10. Is it possible for the Unilever team to accommodate this schedule for Nadine during the remainder of her 50% time on the project, and, if so, what 4 hr timeframe works best? Thank you for your support.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Tuesday, September 28, 2010 5:00 PM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

My proposed schedule is an average 20 hours per week spent during scheduled customer meetings, designs, planning, reporting, managing, controlling and implementations.

Debra

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Tuesday, September 28, 2010 6:31 AM
**To:** Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
**Subject:** RE: Clarity on Nadine Ranade's end date

What is your proposed schedule?  Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Monday, September 27, 2010 10:55 PM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

At this time there are only approved SRs for 50% of a PM's time through November 30th, not December 31st.

No.  Only working 8am to noon each day is not sufficient coverage for the activities through November 30th.

Debra

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Friday, September 24, 2010 2:16 PM
**To:** Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
**Cc:** Charlton,JE,Jayne,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Hello All:

If Nadine works 8am – noon each day during the 50% will that be sufficient coverage for the activities thru Dec? Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Wednesday, September 08, 2010 11:56 AM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

This is the transition plan that Nadine, Afshin and I agreed:

10 Sep: Turnover Video Conferencing to Eva

13 Sep - 30 Sep: 100% time covered by SR28315 Brazil Onevoice (280 hrs) + SR28338 Uruguay Onevoice (15 hrs)

1Oct - 30 Nov: 50% time covered by SR28315 Brazil Onevoice (280 hrs) + SR28338 Uruguay Onevoice (15 hrs)

1Dec - 31Dec: Projected 50% time pending UL PO for Latam Call Routing through Latam Voice Gateway post Latam MPLS (64 hrs)

BT 000143

Debra

Debra Gessel, PMP | BT Design Client Services | Office:+1 703 755 6387 | Mobile:+1 703 585 6214
mailto:debra.gessel@bt.com | http://www.bt.com

BT Americas Inc, 11440 Commerce Park Dr, Reston, VA 20191

This electronic message contains information from BT Americas Inc which may be privileged or confidential. The
information is intended to be for the use of the individual(s) or entity named above. If you are not the intended recipient be
aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received
this electronic message in error, please notify us by telephone or email (to the numbers or address above) immediately.

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Thursday, September 02, 2010 3:33 PM
**To:** Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R; Gessel,DO,Debra,DGEA R
**Cc:** Charlton,JE,Jayne,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

50% thru 12/31?

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-
236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Desmond.Kerr@usc-bt.com [mailto:Desmond.Kerr@usc-bt.com]
**Sent:** Thursday, September 02, 2010 3:32 PM
**To:** Sepehri,A,Afshin,JGV7 R; jayne.e.charlton@bt.com
**Cc:** Gessel,DO,Debra,DGE R
**Subject:** RE: Clarity on Nadine Ranade's end date

Thank you this clarifies a bit.  So after 9/10, she'll be at 50% for the term of her engagement, correct?

Desmond A Kerr | Managing Consultant | NY Metro | BT Global Services | Main: 972-830-8800 | Mob: 732-744-6467 | Fax: 732-453-1860| E: Desmond.Kerr@usc-bt.com |  http://bt.ins.com
-
BT MeetMe: 888.895.5480 (int'l: 617.597.4123) code: 84566515

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc. 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

*Sorry no BlackBerry service currently, so responses may be somewhat delayed.

**From:** afshin.sepehri@bt.com [mailto:afshin.sepehri@bt.com]
**Sent:** Thursday, September 02, 2010 3:13 PM
**To:** jayne.e.charlton@bt.com
**Cc:** Gessel,DO,Debra,DGE R; desmond.kerr@bt.com
**Subject:** FW: Clarity on Nadine Ranade's end date

Jayne,

Please see response below. Debra is managing the resource pool/portfolio for me.

Regards,
Afshin

**From:** Gessel,DO,Debra,DGEA R
**Sent:** Wednesday, September 01, 2010 11:15 AM
**To:** Sepehri,A,Afshin,JGQ2X R
**Subject:** RE: Clarity on Nadine Ranade's end date

Afshin,

As of September 10, we can cut-back to at most 50% for Nadine.  We have a committed date for the VC turnover to Eva on September 10 (over 4 weeks after I notified Nadine on August 10th.)

The remainder of the Latam Onevoice work should not keep Nadine fully occupied and there is a risk when she is assigned to another non-Unilever project.  Unilever just needs to finalize the 4 countries that we already presented the analysis and zero cost response (expected August 26).  Brazil (12 sites) cannot commence until Latam MPLS in Brazil completes as scheduled on October 24.  Uruguay (1 site) proposal is pending UL acceptance.  Argentina (1 site) is pending pricing from Jose Cano.

Debra

**From:** Sepehri,A,Afshin,JGQ2X R

**Sent:** Wednesday, September 01, 2010 10:30 AM
**To:** Gessel,DO,Debra,DGEA R
**Subject:** FW: Clarity on Nadine Ranade's end date

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Wednesday, September 01, 2010 10:29 AM
**To:** Sepehri,A,Afshin,JGQ2X R; Kerr,D,Desmond,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Hello Afshin/Dez: Did you define an end date yet?  Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Charlton, Jayne
**Sent:** Thursday, August 26, 2010 11:29 AM
**To:** Sepehri,A,Afshin,JGV7 R
**Cc:** Kerr, Desmond; Schneider, Terry
**Subject:** Clarity on Nadine Ranade's end date
**Importance:** High

Hi Afshin:

Can you please provide clarity on Nadine's end date?  We typically get 4 weeks of notice for internal project
swap outs. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

BT 000146

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited. If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

BT 000147

# Exhibit N

10/6/10

To Whom it may Concern:

I am releasing Nadine from reduced hour constraint of 4 hrs at her request due to issues with her client and company policy. However, medically she needs to Continue with her therapy and see me in six weeks to evaluate her progress. She needs to RFU with Orthopedic physician.

Sincerely,

Vijaya Gorle, M.D.

# Exhibit O

| Role Code: | **STDD05** | | |
|---|---|---|---|
| **Job Family:** | Systems, Information Technology & Network Strategy | **Discipline:** | Design, Development and Consultancy Services |
| **Role Title:** | Lead: Design, Development and Consultancy Services | **Typically reports to (role):** | Specialist/Unit Manager: Design, Development and Consultancy Services |
| **Roles that typically report to this role:** | Senior Professional: Design, Development and Consultancy Services | **Example job titles covered by this role profile:** | Network Designer, Network Consultant, Solution Designer, Performance Engineer, Integration Manager, Applications Manager, Lead Component Designer, Service Designer |

**Purpose Of Role:**
The role holder provides Consultancy, Design, Development, Integration and Support professional services at a high technical level and is also responsible for the provision of technology & IT advice and services to both internal and external clients. The role is often project-based and sometimes at customer sites or on a multiple site basis. The role holder is involved technically and professionally in the design of networks, services, systems architecture as well as the development and integration of overall solutions. Activities will include 'in depth' analysis, design (both for high and lower level solutions), development, testing/integration and maintenance/support as well as consultancy. Some roles may also have responsibility for financial budgets, development costs, estimating and operating costs, etc. The role holder might be charged out to customers as part of the delivery of specific projects. The role may also include some element of people management and also could include leading teams.

**Key Responsibilities:**
  ❑   To be responsible for the provision of technology & IT advice and/or professional services to both internal and external clients.
  ❑   To act as a key  contributor in a more complex/critical environment and to act as a source of technical/professional expertise to others in own area.
  ❑   To modify or adapt existing designs but may also be involved in the design of systems architecture, networks systems and the development (including integration) of overall solutions.
  ❑   To be experienced and fully competent in own area.
  ❑   To manage and be involved in one or more aspects of networks/system/software/service development from requirements capture/definition through concept demonstrators to creating, testing, integrating and delivering mainstream operational products, packages, projects, services or platforms.  The work may range from investigating new technologies to developing scaleable and resilient solutions.
  ❑   To manage the development of networks/systems/services  for specific applications which can include on-line, real-time  networks, systems and components using high level languages, database design techniques, operating systems and platforms. This can involve Internet Protocol based applications and solutions including site concept, interface design and architecture using appropriate Web-based languages.
  ❑   May be involved in customer/client or Business Unit/LoB liaison and the discussion and agreement of specifications/solutions/designs.
  ❑   To produce cost/timescale solutions/options and manage expectations as appropriate with customer or Business Unit/LoB teams.
  ❑   To provide design assurance/QA at the system/service level to ensure developments are undertaken in alignment with the requirements/specifications.
  ❑   Provide governance in design reviews.
  ❑   Expected to take clear ownership for solution areas and be capable of delivering these to required timescales.
  ❑   May involve some element of people management and could lead teams.
  ❑   To be responsible for the construction of the service solution and associated service delivery model to meet customer or Business Unit/LoB requirements.
  ❑   To act as mentor/role model to others.

**Business Impact:**
  ❑   Provides technical/professional solutions and new innovative services.

File Ref: Role Template v2
Issue: 2 – Format changed  – May 2006

Page 1 of 2

Author: **Enter Author's name**
Enter Author's title

BT 000025

- ❑ Makes major technical/professional contribution to business strategy.
- ❑ May manage a line, matrixed or virtual project team.
- ❑ Typically responsible for the design of a release or equivalent.
- ❑ Manages a major part of the design, development or integration of a project/service, with significant financial control.
- ❑ Control of Design (or similar) related operating costs.
- ❑ Responsible for planning of major components and projects for delivery to required time, quality and budget.

**Authority/Decision Making:**
- ❑ Project estimating.
- ❑ Preparation of and contribution to bids.
- ❑ Supplier selection.
- ❑ Assignment of resource.
- ❑ Authorisation of capital purchases.
- ❑ Approval of training requests.
- ❑ Identification, ownership and management of risk.
- ❑ Technical/professional decision making at the system level within the boundaries of the overall Architecture.
- ❑ Design authority for sign off purposes.

**Qualifications:**
- ❑ Typically engineering/science degree.
- ❑ Qualified to be and possible member of a professional engineering/science institution and accredited as a chartered engineer.
- ❑ Typically may have obtained recognised industrial accreditation at typically professional/expert level in appropriate topics .
- ❑ Relevant professional experience.

**Skills/Experience:**
- ❑ Has 'in depth' expertise in more than one area.
- ❑ Can apply knowledge/skills to a range of activities and can act as a source of technical expertise to others in own area.
- ❑ Proactive in getting an understanding of client needs, and able to offer assistance even when not asked.
- ❑ Can interpret internal/external business issues and recommend best practice in own discipline, able to make changes to own and others work to meet these.
- ❑ Awareness of profitability needs; manages costs for specific projects.
- ❑ Able to find the underlying issues and patterns in complex situations, able to take a new perspective on existing solutions to complex problems.
- ❑ Able to manage own time to meet agreed targets, and to develop plans for projects in own area over the medium term, including forecasting/organising all resource requirements.
- ❑ Able to explain difficult concepts to a variety of audiences, tailoring the information to the appropriate level.
- ❑ Able to motivate other team members.
- ❑ Able to create informal networks with key contacts outside own area.
- ❑ Able to co-ordinate the activities of others by leading a small team.
- ❑ Able to manage and develop people but more likely to manage people for specific tasks or projects.
- ❑ Able to act as a mentor to individuals for their self development.

File Ref: Role Template v2
Issue: 2 – Format changed  – May 2006

Page 2 of 2

Author: Enter Author's name
Enter Author's title

BT 000026

# Exhibit P

**From:** Monti, Gary
**Sent:** Friday, February 26, 2010 11:35 AM
**To:** Charlton, Jayne
**Subject:** RE: RE:Feedback for Nadine

Jayne,
Let me assure you – my comments were not directed at your absence. What I advised Nadine on is the need for leadership testimony. Her case is unusual in that it lacks messages of support from the management ranks, Col National leaders and Clients. The one comment from the client that struck everyone was so luke-warm that it left us wondering why she included it.

Agree – presenting before the board every 2-3 months is not the way to go. My advice is to take the next 9-12months; build a steady case of regular KQs, regular document sharing, advancing testimony from engagements and evidence of leadership to the betterment of your region.

Best regards,
……Gary

Gary Monti | VP of Engineering | Business Innovation Group | BT |
Tel: +1 401.475.4741 | Mob:+1 401.419.3436 | Fax:+1 401.475.4741 | E: gary.monti@bt.com |
http://bt.ins.com

BT 000089

**From:** Charlton, Jayne
**Sent:** Friday, February 26, 2010 10:53 AM
**To:** Monti, Gary
**Subject:** RE: RE:Feedback for Nadine

Gary: Actually, never mind on joining today. Per your note, I will work with Nadine, and have told her a minimum of 6 months AND the completion the key efforts you mentioned. I also would like to see some skills and behaviors in consistent practice before she resubmits. I have discussed this with Terry Schneider, and I believe we are aligned. I am trying to deter Nadine from wanting to resubmit her case every 2-3 months. If you have any additional advice, please let me know.

One item I am concerned about is that Nadine said you told her that "her MC (me) not being on the call last week was part of the reason that her case was being rejected". I hope that was not a factor. I clearly let the meeting requestor, Terry and Nadine know that I had a critical client appt and could be available if the meeting time shifted an hour or two, but I could not change the appt with the CIO and Sr. IT Director for a $360K PS oppty.

Thanks for your support!

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Professional Services | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: Jayne.Charlton@ins.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the Individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Charlton, Jayne
**Sent:** Friday, February 26, 2010 10:42 AM
**To:** Monti, Gary
**Subject:** RE: RE:Feedback for Nadine

Hi Gary: I just heard from Nadine that she was delayed, but would like us to join now if you can share 10 min. Is that possible? Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Professional Services | Mobile 1 571-236-

3418 | Office 1 540-727-7987 | Email:  Jayne.Charlton@ins.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States


**From:** Monti, Gary
**Sent:** Friday, February 26, 2010 10:38 AM
**To:** Ranade, Nadine
**Cc:** Monti, Gary; Charlton, Jayne
**Subject:** RE:Feedback for Nadine

Waited. .. no one showed. Nadine has the notes from our last 2 discussions. That should be
enough to begin. As she advances her case over the next few months I'll be glad to review.

Best regards,
....Gary
------------------------------------------
Subject: Feedback for Nadine
Organizer: "Ranade, Nadine"<Nadine.Ranade@usc-bt.com>
Required: Monti, Gary<Gary.Monti@usc-bt.com>;Charlton, Jayne<Jayne.Charlton@usc-
bt.com>
When : From 10:30 am To 11:00 am
Where : Bridge# 1-888-895-5480 (45108127)


When: Friday, February 26, 2010 10:30 AM-11:00 AM (GMT-05:00) Eastern Time (US &
Canada).
Where: Bridge# 1-888-895-5480 (45108127)

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Agenda:
- Provide feedback about Nadine's application (for Jayne)


*** Gary Monti (401) 419-3436, Mobile Communicator ***

# Exhibit Q

| Business Unit : HRSAM | Case Notes Detail | | BT |
|---|---|---|---|
| Create Date From : 01/03/2011 | | | |
| Create Date To : 31/03/2011 | | Run Date : | 10/01/2013 |

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1513499 | Stephanie Schlichting | Dismissal | Closed | 602007209 Brenda Torres |

**Case Notes Added On: 31/03/2011  20:42:13**      **Note Seq Nbr:** 1      **Note Type:**

**Case Summary:**      Closed case.  Termed 4/1/11 per notes from ER. Notified payroll.

From: Torres, Brenda
Sent: Thursday, March 31, 2011 2:35 PM
To: 'us.payroll.helpdesk@bt.com'
Subject: Term Nadine Ranade

Hi
EIN  603561502 Nadine  Ranade  –Eff  date  term  4/1/11-last  day  worked  3/31/11-reason  Dismissal  Poor  Perf  -  no  pay-state  VA

Brenda Torres
Accenture

BT 000152