# EXHIBIT

# 2

# BT Americas Documents

| Role Code: | STDD05 | | |
|---|---|---|---|
| Job Family: | Systems, Information Technology & Network Strategy | | |
| Role Title: | Lead: Design, Development and Consultancy Services | Discipline: | Design, Development and Consultancy Services |
| Roles that typically report to this role: | Senior Professional: Design, Development and Consultancy Services | Typically reports to (role): | Specialist/Unit Manager: Design, Development and Consultancy Services |
| | | Example job titles covered by this role profile: | Network Designer, Network Consultant, Solution Designer, Performance Engineer, Integration Manager, Applications Manager, Lead Component Designer, Service Designer |

## Purpose Of Role:

The role holder provides Consultancy, Design, Development, Integration and Support professional services at a high technical level and is also responsible for the provision of technology & IT advice and services to both internal and external clients. The role is often project-based and sometimes at customer sites or on a multiple site basis. The role holder is involved technically and professionally in the design of networks, services, systems architecture as well as the development and integration of overall solutions. Activities will include 'in depth' analysis, design (both for high and lower level solutions), development, testing/integration and maintenance/support as well as consultancy. Some roles may also have responsibility for financial budgets, development costs, estimating and operating costs, etc. The role holder might be charged out to customers as part of the delivery of specific projects. The role may also include some element of people management and also could include leading teams.

## Key Responsibilities:

- ❑ To be responsible for the provision of technology & IT advice and/or professional services to both internal and external clients.
- ❑ To act as a key contributor in a more complex/critical environment and to act as a source of technical/professional expertise to others in own area.
- ❑ To modify or adapt existing designs but may also be involved in the design of systems architecture, networks systems and the development (including integration) of overall solutions.
- ❑ To be experienced and fully competent in one or more aspects of networks/system/software/service development from requirements capture/definition through concept demonstrators to creating, testing, integrating and delivering mainstream operational products, packages, projects, services or platforms. The work may range from investigating new technologies to developing scaleable and resilient solutions.
- ❑ To manage and be involved in one or more aspects of networks/system/software/service development from requirements capture/definition through concept demonstrators to creating, testing, integrating and delivering mainstream operational products, packages, projects, services or platforms. The work may range from investigating new technologies to developing scaleable and resilient solutions.
- ❑ To manage the development of networks/systems/services for specific applications which can include on-line, real-time networks, systems and components using high level languages, database design techniques, operating systems and platforms. This can involve Internet Protocol based applications and solutions including site concept, interface design and architecture using appropriate Web-based languages.
- ❑ May be involved in customer/client or Business Unit/LoB liaison and the discussion and agreement of specifications/solutions/designs.
- ❑ To produce cost/timescale solutions/options and manage expectations as appropriate with customer or Business Unit/LoB teams.
- ❑ To provide design assurance/QA at the system/service level to ensure developments are undertaken in alignment with the requirements/specifications.
- ❑ Provide governance in design reviews.
- ❑ Expected to take clear ownership for solution areas and be capable of delivering these to required timescales.
- ❑ May involve some element of people management and could lead teams.
- ❑ To be responsible for the construction of the service solution and associated service delivery model to meet customer or Business Unit/LoB requirements.
- ❑ To act as mentor/role model to others.

## Business Impact:

- ❑ Provides technical/professional solutions and new innovative services.

- ❑ Makes major technical/professional contribution to business strategy.
- ❑ May manage a line, matrixed or virtual project team.
- ❑ Typically responsible for the design of a release or equivalent.
- ❑ Manages a major part of the design, development or integration of a project/service, with significant financial control.
- ❑ Control of Design (or similar) related operating costs.
- ❑ Responsible for planning of major components and projects for delivery to required time, quality and budget.

## Authority/Decision Making:

- ❑ Project estimating.
- ❑ Preparation of and contribution to bids.
- ❑ Supplier selection.
- ❑ Assignment of resource.
- ❑ Authorisation of capital purchases.
- ❑ Approval of training requests.
- ❑ Identification, ownership and management of risk.
- ❑ Technical/professional decision making at the system level within the boundaries of the overall Architecture.
- ❑ Design authority for sign off purposes.

## Qualifications:

- ❑ Typically engineering/science degree.
- ❑ Qualified to be and possible member of a professional engineering/science institution and accredited as a chartered engineer.
- ❑ Typically may have obtained recognised industrial accreditation at typically professional/expert level in appropriate topics .
- ❑ Relevant professional experience.

## Skills/Experience:

- ❑ Has 'in depth' expertise in more than one area.
- ❑ Can apply knowledge/skills to a range of activities and can act as a source of technical expertise to others in own area.
- ❑ Proactive in getting an understanding of client needs, and able to offer assistance even when not asked.
- ❑ Can interpret internal/external business issues and recommend best practice in own discipline, able to make changes to own and others work to meet these.
- ❑ Awareness of profitability needs; manages costs for specific projects.
- ❑ Able to find the underlying issues and patterns in complex situations, able to take a new perspective on existing solutions to complex problems.
- ❑ Able to manage own time to meet agreed targets, and to develop plans for projects in own area over the medium term, including forecasting/organising all resource requirements.
- ❑ Able to explain difficult concepts to a variety of audiences, tailoring the information to the appropriate level.
- ❑ Able to motivate other team members.
- ❑ Able to create informal networks with key contacts outside own area.
- ❑ Able to co-ordinate the activities of others by leading a small team.
- ❑ Able to manage and develop people but more likely to manage people for specific tasks or projects.
- ❑ Able to act as a mentor to individuals for their self development.

Author: Enter Author's name
Enter Author's title

| **BT** ⟲  **BT United States Policy** | Policy Title: Family and Medical Leave Act Policy | Effective Date: January 1, 2006 | Last Rev. Date: October 1, 2010 |
|---|---|---|---|
| | Owner: Human Resources | Interpretation Authority:  Vice President of Human Resources, BT Americas | |

### Statement of Intent

The Company provides eligible employees with up to twelve weeks of unpaid leave per year in accordance with the federal Family and Medical Leave Act ("FMLA") for certain family care and medical reasons and/or because of a "qualifying exigency" arising out of the fact that a family member is a "covered military member" called to active duty on behalf of the United States; or up to 26 weeks (less other family care leave already taken) of unpaid FMLA leave to care for certain family members who are "covered service-members" in the U.S. Armed Forces and who become seriously injured or ill while on active duty.  State laws may provide additional rights to family or medical leave. Please contact HR Services for more information regarding state specific leave laws.

### Scope

To be eligible for family care leave, as of the date the leave is to begin, an employee must have been employed by the Company:

    (1)     for at least 12 months (which need not be consecutive, but employment prior to a continuous break in service of seven years or more will not be counted except in certain circumstances);

    (2)     for at least 1250 hours during the 12-month period immediately preceding the commencement of the leave; and

    (3)     at a worksite with 50 or more employees **or** where 50 or more employees are located within 75 miles of the worksite.

### Qualifying Events

Family care leave may be taken for any one, or for a combination of, the following reasons:

- the birth of the Employee's child or to care for a newborn child;

- the placement of a child with the Employee for adoption or foster care or to care for the newly placed child;

- to care for the Employee's spouse, parent or child, including a child for whom the Employee stands in *loco parentis*, with a serious health condition;

- the Employee's own serious health condition (including pregnancy-related disabilities, pre-natal medical care and childbirth) that makes the Employee unable to perform one or more of the essential functions of his or her job);

- qualifying exigent circumstances arising out of the fact that the Employee's spouse, son, daughter, or parent is a "covered military member" on covered active duty or has been notified of an impending call or order to covered active duty in the U.S. Armed Forces; and/or

- to care for the Employee's spouse, child, parent or other relative who is next-of-kin, who is also a "covered service-member" of the United States Armed Forces (including a member of the National Guard or Reserves) with a serious injury or illness (a/k/a "military caregiver leave").   The term "serious injury or illness" means in the case of a member of Armed Forces (including a member of the National Guard or Reserves), an injury or illness that was incurred by the member in the Armed Forces while on active duty (or existed before the beginning of the member's active duty and was aggravated by service while on active duty) and that may render the member medically unfit to perform the duties of the member's grade, rank, or rating; and in the case of a veteran who was a member of the Armed Forces (including a member of the National Guard or the Reserves) at any time during deployment to a foreign country or under a call or order to active duty, a qualifying injury or illness that was incurred by the member while on active duty and was aggravated by service while on active duty in the Armed Forces (or existed before the beginning of the member's active duty and was aggravated by service while on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran.

## FMLA Leave for Birth or Placement of a Child

As stated above, an eligible employee may take up to 12 weeks of unpaid leave during a 12 month period for the birth or the placement of a newly placed child ("Parenting Leave").   Parenting Leave must conclude within 12 months after the birth or placement of the child.

## Use of Paid and Unpaid Leave

FMLA leave is unpaid; however, you may choose to use accrued paid time off or floating holidays during the first six weeks of FMLA Leave.   Thereafter, the Company (at its sole discretion) may require you to take any accrued paid time off (including vacation) for the remainder of your leave. Any paid time off used for an FMLA leave qualifying reason will be charged against an employee's entitlement to FMLA leave. The substitution of paid leave for unpaid leave does not extend the 12 week leave period.

## FMLA Leave for Serious Health Condition

You are entitled to "serious health condition FMLA leave" if:

- you have a serious health condition that makes you unable to perform the functions of your position; or

- you must care for your spouse, child, or parent who has a serious health condition; or

- you must care for your spouse, child, parent, or other relative who is next-of-kin, who is a "covered service-member" of the United States Armed Forces (including a member of the National Guard or Reserves) with a serious injury or illness incurred in the line of duty on active duty that may render the service-member medically unfit to perform his or her duties and for which the service-member is undergoing medical treatment, recuperation or therapy; or is in outplacement status; or is on temporary disability leave. This leave provides a qualifying employee with 26 weeks of unpaid leave during a single 12 month period.

A serious health condition means an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility or continuing treatment by a health care provider.

If your health care provider certifies that it is medically necessary, you may take your serious health condition leave on an intermittent or reduced leave schedule. If you request serious health condition leave on an intermittent or reduced leave schedule that is foreseeable based on planned medical treatment, the Company may temporarily transfer you to an alternate position with equivalent pay and benefits.

Your serious health condition leave will be unpaid. You may use available paid time off or floating holidays at the same time as you use leave due to serious health condition. Any paid leave used for your own serious health condition will be charged against your entitlement to FMLA leave. The substitution of paid leave for unpaid leave does not extend the 12 week leave period.

You should also refer to the Company's separate Short Term Disability Summary Plan Description for information regarding the availability of short-term disability benefits during your own serious health condition leave. If you qualify for short-term disability or workers' compensation benefits during an FMLA leave, your FMLA leave will run concurrently with your receipt of any such benefits.

## Intermittent Or Reduced Work Schedule Leave

Intermittent leave is leave taken in separate blocks of time. A reduced work schedule leave is a schedule that reduces an employee's usual number of hours per workweek or hours per workday.

- Leave to care for a newborn or for a newly placed child must be taken all at once and may not be taken intermittently or on a reduced schedule;

- Leave due to an employee's own serious health condition, to care for an employee's spouse, child or parent with a serious health condition, or to care for a service-member with a serious injury or illness, may be taken all at once or, where medically necessary, intermittently or on a reduced work schedule;

- Leave because of a qualifying exigency due to the covered active duty or impending call to duty of a spouse, son, daughter or parent may be taken all at once or on an intermittent or reduced schedule.

If an employee takes leave intermittently or on a reduced work schedule basis for a planned medical treatment for his or her own serious illness, the employee must make a reasonable effort to schedule the treatment so as to accommodate BT's business needs and not disrupt unduly BT's business operations. When an employee takes intermittent or reduced work schedule leave for foreseeable planned medical treatment, BT may temporarily transfer the employee to an alternate position with equivalent pay and benefits for which the employee is qualified and which better accommodates recurring periods of leave.

## Procedure for Requesting Leave

An employee should request FMLA by completing BT's Application for FMLA Leave form. You should open a case using the BT People System or contact HR services at 800-379-9125 for a copy of the FMLA Leave form.

When leave is foreseeable for childbirth or placement of a child, or for a serious health condition, the employee must provide BT with at least 30 days advance notice, or such shorter notice as is practicable (i.e., the same day if the employee becomes aware of the need for leave during work hours or the next business day if the employee becomes aware of the need for leave after work hours). When the timing of the leave is *not* foreseeable, the employee must provide BT with notice of the need for leave as soon as practicable (i.e., within one or two days of learning of the need for the leave).

Employees **must** comply with BT's usual procedures for calling-in and requesting leave, except when unusual circumstances exist (e.g. when the employee or family member needs emergency medical treatment).

Your request for serious health condition leave must include certification from the health care provider stating the:

- date that the serious health condition started;
- probable duration of the condition; and
- appropriate medical facts regarding the condition.

If the requested leave is for your own serious health condition, then the certification must also state that you are unable to perform the essential functions of your position. If the requested leave is to care for your spouse, child, or parent with a serious health condition, then the certification must also state:

- that you are needed to care for the person; and
- the estimated amount of time you will need to provide such care.

If you are requesting intermittent or reduced leave schedule, then the certification must also state:

- that intermittent or reduced leave schedule is medically necessary; and
- the expected duration of such leave.

The Company may require recertification on a reasonable basis.

If the Company has reason to doubt the validity of the certification, it may require, at its own expense, that you obtain the opinion of a second health care provider of its choosing. If the second opinion differs from the opinion in the original certification, then the Company may require, at its own expense, that you obtain the opinion of a third health care provider designated or approved jointly by you and the Company. The opinion of the third health care provider shall be final and binding.

## FMLA Leave Benefits and Restrictions

During the period of your FMLA leave, the Company will maintain your coverage under its group health plan on the same terms as if you had continued in employment for the duration of your leave. If you do not return from your FMLA leave because of: your own or your family member's serious health condition, a service-member relative's serious injury or illness; or other reasons beyond your control, then the Company will not require you to repay health insurance premiums it paid to maintain your coverage during your leave. If you do not return from your FMLA leave for any other reason, then you will be required to repay the Company for the premiums.

During any unpaid portion of your FMLA leave (including any portion of your FMLA leave during which you receive short-term disability benefits), you will not be eligible for a scheduled holiday occurring during the leave. However you will retain all benefits accrued before, and which you do not use during, your FMLA leave.

At the end of your FMLA leave, the Company will restore you to the position you held before your leave started or to an equivalent position.

While you are on FMLA leave, the Company requires you to periodically report on your status and intention to return to work to your Line Manager.

If you are not able or do not wish to return to work at the end of your FMLA, you may be eligible to remain on short term disability. If you are not on short term disability, your failure to return to work will be considered voluntary resignation.

While you are on FMLA leave, you may not engage in other work or employment. If you do so, you will be considered to have violated the terms of your leave and to have voluntarily terminated your employment.

| BT **BT United States Policy** | Policy Title: Family and Medical Leave Act Policy | Effective Date: January 1, 2006 | Last Rev. Date: July 2010 |
|---|---|---|---|
| | Owner: Human Resources | Interpretation Authority: Vice President of Human Resources, BT Americas | |

## Statement of Intent

The Company provides eligible employees with up to twelve weeks of unpaid leave per year in accordance with the federal Family and Medical Leave Act ("FMLA") for certain family care and medical reasons and/or because of a "qualifying exigency" arising out of the fact that a family member is a "covered military member" called to active duty on behalf of the United States; or up to 26 weeks (less other family care leave already taken) of unpaid FMLA leave to care for certain family members who are "covered service-members" in the U.S. Armed Forces and who become seriously injured or ill while on active duty. State laws may provide additional rights to family or medical leave. Please contact HR Services for more information regarding state specific leave laws.

## Scope

To be eligible for family care leave, as of the date the leave is to begin, an employee must have been employed by the Company:

(1)     for at least 12 months (which need not be consecutive, but employment prior to a continuous break in service of seven years or more will not be counted except in certain circumstances);

(2)     for at least 1250 hours during the 12-month period immediately preceding the commencement of the leave; and

(3)     at a worksite with 50 or more employees **or** where 50 or more employees are located within 75 miles of the worksite.

## Qualifying Events

Family care leave may be taken for any one, or for a combination of, the following reasons:

- the birth of the Employee's child or to care for a newborn child;

- the placement of a child with the Employee for adoption or foster care or to care for the newly placed child;

- to care for the Employee's spouse, parent or child, including a child for whom the Employee stands in *loco parentis*, with a serious health condition;

- the Employee's own serious health condition (including pregnancy-related disabilities, pre-natal medical care and childbirth) that makes the Employee unable to perform one or more of the essential functions of his or her job);

- qualifying exigent circumstances arising out of the fact that the Employee's spouse, son, daughter, or parent is a "covered military member" on covered active duty or has been notified of an impending call or order to covered active duty in the U.S. Armed Forces; and/or

- to care for the Employee's spouse, child, parent or other relative who is next-of-kin, who is also a "covered service-member" of the United States Armed Forces (including a member of the National Guard or Reserves) with a serious injury or illness (a/k/a "military caregiver leave").   The term "serious injury or illness" means in the case of a member of Armed Forces (including a member of the National Guard or Reserves), an injury or illness that was incurred by the member in the Armed Forces while on active duty (or existed before the beginning of the member's active duty and was aggravated by service while on active duty) and that may render the member medically unfit to perform the duties of the member's grade, rank, or rating; and in the case of a veteran who was a member of the Armed Forces (including a member of the National Guard or the Reserves) at any time during deployment to a foreign country or under a call or order to active duty, a qualifying injury or illness that was incurred by the member while on active duty and was aggravated by service while on active duty in the Armed Forces (or existed before the beginning of the member's active duty and was aggravated by service while on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran.

## FMLA Leave for Birth or Placement of a Child

As stated above, an eligible employee may take up to 12 weeks of unpaid leave during a 12 month period for the birth or the placement of a newly placed child ("Parenting Leave").  Parenting Leave must conclude within 12 months after the birth or placement of the child.

## Use of Paid and Unpaid Leave

FMLA leave is unpaid; however, you may choose to use accrued paid time off or floating holidays during the first six weeks of FMLA Leave.  Thereafter, the Company (at its sole discretion) may require you to take any accrued paid time off (including vacation) for the remainder of your leave. Any paid time off used for an FMLA leave qualifying reason will be charged against an employee's entitlement to FMLA leave. The substitution of paid leave for unpaid leave does not extend the 12 week leave period.

## FMLA Leave for Serious Health Condition

You are entitled to "serious health condition FMLA leave" if:

- you have a serious health condition that makes you unable to perform the functions of your position; or

- you must care for your spouse, child, or parent who has a serious health condition; or

- you must care for your spouse, child, parent, or other relative who is next-of-kin, who is a "covered service-member" of the United States Armed Forces (including a member of the National Guard or Reserves) with a serious injury or illness incurred in the line of duty on active duty that may render the service-member medically unfit to perform his or her duties and for which the service-member is undergoing medical treatment, recuperation or therapy; or is in outplacement status; or is on temporary disability leave. This leave provides a qualifying employee with 26 weeks of unpaid leave during a single 12 month period.

A serious health condition means an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility or continuing treatment by a health care provider.

If your health care provider certifies that it is medically necessary, you may take your serious health condition leave on an intermittent or reduced leave schedule. If you request serious health condition leave on an intermittent or reduced leave schedule that is foreseeable based on planned medical treatment, the Company may temporarily transfer you to an alternate position with equivalent pay and benefits.

Your serious health condition leave will be unpaid. You may use available paid time off or floating holidays at the same time as you use leave due to serious health condition. Any paid leave used for your own serious health condition will be charged against your entitlement to FMLA leave. The substitution of paid leave for unpaid leave does not extend the 12 week leave period.

You should also refer to the Company's separate Short Term Disability Summary Plan Description for information regarding the availability of short-term disability benefits during your own serious health condition leave. If you qualify for short-term disability or workers' compensation benefits during an FMLA leave, your FMLA leave will run concurrently with your receipt of any such benefits.

## Intermittent Or Reduced Work Schedule Leave

Intermittent leave is leave taken in separate blocks of time. A reduced work schedule leave is a schedule that reduces an employee's usual number of hours per workweek or hours per workday.

- Leave to care for a newborn or for a newly placed child must be taken all at once and may not be taken intermittently or on a reduced schedule;

- Leave due to an employee's own serious health condition, to care for an employee's spouse, child or parent with a serious health condition, or to care for a service-member with a serious injury or illness, may be taken all at once or, where medically necessary, intermittently or on a reduced work schedule;

- Leave because of a qualifying exigency due to the covered active duty or impending call to duty of a spouse, son, daughter or parent may be taken all at once or on an intermittent or reduced schedule.

If an employee takes leave intermittently or on a reduced work schedule basis for a planned medical treatment for his or her own serious illness, the employee must make a reasonable effort to schedule the treatment so as to accommodate BT's business needs and not disrupt unduly BT's business operations. When an employee takes intermittent or reduced work schedule leave for foreseeable planned medical treatment, BT may temporarily transfer the employee to an alternate position with equivalent pay and benefits for which the employee is qualified and which better accommodates recurring periods of leave.

## Procedure for Requesting Leave

An employee should request FMLA by completing BT's Application for FMLA Leave form. You should open a case using the BT People System or contact HR services at 800-379-9125 for a copy of the FMLA Leave form.

When leave is foreseeable for childbirth or placement of a child, or for a serious health condition, the employee must provide BT with at least 30 days advance notice, or such shorter notice as is practicable (i.e., the same day if the employee becomes aware of the need for leave during work hours or the next business day if the employee becomes aware of the need for leave after work hours). When the timing of the leave is *not* foreseeable, the employee must provide BT with notice of the need for leave as soon as practicable (i.e., within one or two days of learning of the need for the leave).

Employees **must** comply with BT's usual procedures for calling-in and requesting leave, except when unusual circumstances exist (e.g. when the employee or family member needs emergency medical treatment).

Your request for serious health condition leave must include certification from the health care provider stating the:

- date that the serious health condition started;

- probable duration of the condition; and

- appropriate medical facts regarding the condition.

If the requested leave is for your own serious health condition, then the certification must also state that you are unable to perform the essential functions of your position. If the requested leave is to care for your spouse, child, or parent with a serious health condition, then the certification must also state:

- that you are needed to care for the person; and

- the estimated amount of time you will need to provide such care.

If you are requesting intermittent or reduced leave schedule, then the certification must also state:

- that intermittent or reduced leave schedule is medically necessary; and

- the expected duration of such leave.

The Company may require recertification on a reasonable basis.

If the Company has reason to doubt the validity of the certification, it may require, at its own expense, that you obtain the opinion of a second health care provider of its choosing. If the second opinion differs from the opinion in the original certification, then the Company may require, at its own expense, that you obtain the opinion of a third health care provider designated or approved jointly by you and the Company. The opinion of the third health care provider shall be final and binding.

BT 000035

## FMLA Leave Benefits and Restrictions

During the period of your FMLA leave, the Company will maintain your coverage under its group health plan on the same terms as if you had continued in employment for the duration of your leave. If you do not return from your FMLA leave because of: your own or your family member's serious health condition, a service-member relative's serious injury or illness; or other reasons beyond your control, then the Company will not require you to repay health insurance premiums it paid to maintain your coverage during your leave. If you do not return from your FMLA leave for any other reason, then you will be required to repay the Company for the premiums.

During any unpaid portion of your FMLA leave (including any portion of your FMLA leave during which you receive short-term disability benefits), you will not be eligible for a scheduled holiday occurring during the leave. However you will retain all benefits accrued before, and which you do not use during, your FMLA leave.

At the end of your FMLA leave, the Company will restore you to the position you held before your leave started or to an equivalent position.

While you are on FMLA leave, the Company requires you to periodically report on your status and intention to return to work to your Line Manager.

If you are not able or do not wish to return to work at the end of your FMLA, you may be eligible to remain on short term disability. If you are not on short term disability, your failure to return to work will be considered voluntary resignation.

While you are on FMLA leave, you may not engage in other work or employment. If you do so, you will be considered to have violated the terms of your leave and to have voluntarily terminated your employment.

## Related Information

Cross-reference the following policies:

> Vacation/Holidays/Service Splash
> Adoption/Paternity Leave

BT 000036

| BT | Policy Title:<br>Family and Medical<br>Leave Act Policy | Effective Date:<br>January 1, 2006 | Last Rev. Date:<br>April 1, 2011 |
|---|---|---|---|
| BT United States Policy | | | |
| | Owner:<br>Human Resources | Interpretation Authority:  Vice President of Human Resources, BT Americas | |

### Statement of Intent

The Company provides eligible employees with up to twelve weeks of unpaid leave per year in accordance with the federal Family and Medical Leave Act ("FMLA") for certain family care and medical reasons and/or because of a "qualifying exigency" arising out of the fact that a family member is a "covered military member" called to active duty on behalf of the United States; or up to 26 weeks (less other family care leave already taken) of unpaid FMLA leave to care for certain family members who are "covered service-members" in the U.S. Armed Forces and who become seriously injured or ill while on active duty.  State laws may provide additional rights to family or medical leave. Please contact HR Services for more information regarding state specific leave laws.

### Scope

To be eligible for family care leave, as of the date the leave is to begin, an employee must have been employed by the Company:

   (1)    for at least 12 months (which need not be consecutive, but employment prior to a continuous break in service of seven years or more will not be counted except in certain circumstances);

   (2)    for at least 1250 hours during the 12-month period immediately preceding the commencement of the leave; and

   (3)    at a worksite with 50 or more employees **or** where 50 or more employees are located within 75 miles of the worksite.

### Qualifying Events

Family care leave may be taken for any one, or for a combination of, the following reasons:

- the birth of the Employee's child or to care for a newborn child;

- the placement of a child with the Employee for adoption or foster care or to care for the newly placed child;

- to care for the Employee's spouse, parent or child, including a child for whom the Employee stands in *loco parentis*, with a serious health condition;

active duty that may render the service-member medically unfit to perform his or her duties and for which the service-member is undergoing medical treatment, recuperation or therapy; or is in outplacement status; or is on temporary disability leave. This leave provides a qualifying employee with 26 weeks of unpaid leave during a single 12 month period.

A serious health condition means an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility or continuing treatment by a health care provider.

If your health care provider certifies that it is medically necessary, you may take your serious health condition leave on an intermittent or reduced leave schedule. If you request serious health condition leave on an intermittent or reduced leave schedule that is foreseeable based on planned medical treatment, the Company may temporarily transfer you to an alternate position with equivalent pay and benefits.

Your serious health condition leave will be unpaid. You may use available paid time off or floating holidays at the same time as you use leave due to serious health condition. Any paid leave used for your own serious health condition will be charged against your entitlement to FMLA leave. The substitution of paid leave for unpaid leave does not extend the 12 week leave period.

You should also refer to the Company's separate Short Term Disability Summary Plan Description for information regarding the availability of short-term disability benefits during your own serious health condition leave. If you qualify for short-term disability or workers' compensation benefits during an FMLA leave, your FMLA leave will run concurrently with your receipt of any such benefits.

### Intermittent Or Reduced Work Schedule Leave

Intermittent leave is leave taken in separate blocks of time. A reduced work schedule leave is a schedule that reduces an employee's usual number of hours per workweek or hours per workday.

- Leave to care for a newborn or for a newly placed child must be taken all at once and may not be taken intermittently or on a reduced schedule;

- Leave due to an employee's own serious health condition, to care for an employee's spouse, child or parent with a serious health condition, or to care for a service-member with a serious injury or illness, may be taken all at once or, where medically necessary, intermittently or on a reduced work schedule;

- Leave because of a qualifying exigency due to the covered active duty or impending call to duty of a spouse, son, daughter or parent may be taken all at once or on an intermittent or reduced schedule.

If an employee takes leave intermittently or on a reduced work schedule basis for a planned medical treatment for his or her own serious illness, the employee must make a reasonable effort to schedule the treatment so as to accommodate BT's business needs and not disrupt unduly BT's business operations. When an employee takes intermittent or reduced work schedule leave for foreseeable planned medical treatment, BT may temporarily transfer the employee to an alternate position with equivalent pay and benefits for which the employee is qualified and which better accommodates recurring periods of leave.

### Genetic Information Nondiscrimination Act

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information concerning your own serious health condition, such as in the Employee's Healthcare Certification Form response from a physician, or in an employee's FMLA recertification or fitness for duty certification. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

## Procedure for Requesting Leave

An employee should request FMLA by completing BT's Application for FMLA Leave form. You should open a case using the BT People System or contact HR services at 800-379-9125 for a copy of the FMLA Leave form.

When leave is foreseeable for childbirth or placement of a child, or for a serious health condition, the employee must provide BT with at least 30 days advance notice, or such shorter notice as is practicable (i.e., the same day if the employee becomes aware of the need for leave during work hours or the next business day if the employee becomes aware of the need for leave after work hours). When the timing of the leave is *not* foreseeable, the employee must provide BT with notice of the need for leave as soon as practicable (i.e., within one or two days of learning of the need for the leave).

Employees **must** comply with BT's usual procedures for calling-in and requesting leave, except when unusual circumstances exist (e.g. when the employee or family member needs emergency medical treatment).

Your request for serious health condition leave must include certification from the health care provider stating the:

- date that the serious health condition started;

- probable duration of the condition; and

- appropriate medical facts regarding the condition.

If the requested leave is for your own serious health condition, then the certification must also state that you are unable to perform the essential functions of your position. If the requested leave is to care for your spouse, child, or parent with a serious health condition, then the certification must also state:

- that you are needed to care for the person; and

- the estimated amount of time you will need to provide such care.

If you are requesting intermittent or reduced leave schedule, then the certification must also state:

- that intermittent or reduced leave schedule is medically necessary; and

- the expected duration of such leave.

The Company may require recertification on a reasonable basis.

If the Company has reason to doubt the validity of the certification, it may require, at its own expense, that you obtain the opinion of a second health care provider of its choosing. If the second opinion differs from the opinion in the original certification, then the Company may require, at its own expense, that you obtain the opinion of a third health care provider designated or approved jointly by you and the Company. The opinion of the third health care provider shall be final and binding.

BT 000041

## FMLA Leave Benefits and Restrictions

During the period of your FMLA leave, the Company will maintain your coverage under its group health plan on the same terms as if you had continued in employment for the duration of your leave. If you do not return from your FMLA leave because of: your own or your family member's serious health condition, a service-member relative's serious injury or illness; or other reasons beyond your control, then the Company will not require you to repay health insurance premiums it paid to maintain your coverage during your leave. If you do not return from your FMLA leave for any other reason, then you will be required to repay the Company for the premiums.

During any unpaid portion of your FMLA leave (including any portion of your FMLA leave during which you receive short-term disability benefits), you will not be eligible for a scheduled holiday occurring during the leave. However you will retain all benefits accrued before, and which you do not use during, your FMLA leave.

At the end of your FMLA leave, the Company will restore you to the position you held before your leave started or to an equivalent position.

While you are on FMLA leave, the Company requires you to periodically report on your status and intention to return to work to your Line Manager.

If you are not able or do not wish to return to work at the end of your FMLA, you may be eligible to remain on short term disability. If you are not on short term disability, your failure to return to work will be considered voluntary resignation.

While you are on FMLA leave, you may not engage in other work or employment. If you do so, you will be considered to have violated the terms of your leave and to have voluntarily terminated your employment.

| **BT** 🌐<br><br>**BT United States Policy** | **Policy Title:**<br>Sick Leave | **Effective Date:**<br>June 2006 | **Last Rev. Date:**<br>October 1, 2010 |
| --- | --- | --- | --- |
| | **Owner:**<br>Human Resources | **Interpretation Authority:  Vice President<br>of Human Resources, BT Americas** | |

### Statement of Intent:

To allow for BT US employees time away from work in case of their own illness or the illness of their dependent child. BT encourages employees to rest and allow for recovery of an illness should they or their dependent child become ill.

### Scope:

This policy covers all BT US part-time employees regularly scheduled to work 20 hours or more and regular full-time employees.

### Practice:

In the case of an illness of an employee or a dependent child, BT US employees are allowed to take paid time off way from work to seek medical attention and medical appointments or recover from an illness.

Employees may take up to 56 hours of paid sick leave in the fiscal year. If an employee exceeds 56 hours, the employee must provide written documentation from their healthcare provider. If an employee's manager or Human Resources Business Partner has reasonable cause or concern about frequent sick absences prior to an employee reaching 56 hour limit, they have the discretion to request written documentation from the employee's healthcare provider.

When an employee has taken 56 hours of sick leave in a fiscal year, the employee will no longer be paid through the sick leave program.  If an employee wishes to be paid, they may use floating holidays or vacation for additional pay.  The employee may be eligible for short-term disability if the employee has missed 56 consecutive hours.

### Related Information

Employees must record all sick time in the BT US time recording system, ADP eTIME.  Should an employee:

    a)  be out sick and not record their time properly as sick leave; or
    b)  record sick time and either them or their dependent child not be sick, then
          the employee will be subject to termination.

**Sick hours are not payable upon termination and are not allowed to accrue or carry over from year to year.**

This policy will apply to all entities owned by British Telecommunications plc in the United States, whether wholly-owned by BT Americas Inc. or otherwise.  Nothing in this Policy creates or is intended to create an employment contract between BT in the U.S. and any of its employees. This Policy, or any portion thereof, may be changed, altered, deleted or discontinued at the sole discretion of BT U.S. at any time and without notice.

BT 000043

**Short-Term Disability:**

When an employee is out of the office over 56 hours because of illness, they may be able eligible for Short Term Disability (STD). While on STD, the employee receives a percentage of their salary, and full benefits. The employee portion of the benefit premiums will be paid by the employee upon their return from STD. An employee is not allowed to work in any capacity while STD. An employee may be approved for STD for up to 26 weeks. Employees will not be allowed to return from STD without a written release from their medical professional.

**Long Term Disability:**

Once an employee has exhausted their STD benefits, they may be eligible for Long Term Disability (LTD). While on LTD an employee is not allowed to work in any capacity. During the first 24 months of LTD, the employee will receive a percentage of their salary and is eligible for benefits. The employee's portion of the benefits premium will be deducted from their LTD check. Employees will not be allowed to return from LTD without a written release from their medical professional. After 24 months on LTD, an employee will be terminated from the Company. After termination from the Company the employee may be approved to continue on LTD until they reach retirement age.

Short and Long Term Disability are handled by a third party insurance company. Employees and their medical professionals must supply the requested documents to the insurance company so that a determination of eligibility may be made.  The insurance carrier makes the determination of benefits.  In the event of a denial, all appeals must be handled through the insurance company.

*This policy will apply to all entities owned by British Telecommunications plc in the United States, whether wholly-owned by BT Americas Inc. or otherwise.  Nothing in this Policy creates or is intended to create an employment contract between BT in the U.S. and any of its employees.  This Policy, or any portion thereof, may be changed, altered, deleted or discontinued at the sole discretion of BT U.S. at any time and without notice.*

BT 000044

**From:** Ranade, Nadine
**Sent:** Wednesday, November 04, 2009 1:49 PM
**To:** Charlton, Jayne
**Subject:** re: My explanation to the feedback
**Importance:** High

Jayne,

Starting August 4th onwards I was to report directly to Lennox Pitt working 50% on transformation and 50% on OTC.  It was an agreement made between Sandy and Lennox.  I was initially asked to see if I can look at the 7-step process and see if it can be optimized.  I worked on it and emailed lennox and Richelle my recommendations and also reviewed it with Richelle.  Lennox asked me to work with Andrew on the Cisco forecasting for the equipment for all the waves.  I worked on the forecast for all the waves and then Jeff asked me to finalize the report for first 3 waves and hold a call with Cisco.  I provided my report to Jeff directly.   I was told due to resource constraints they need my help to work as a DPM for timebeing.

I was initially assigned three transformation sites to work on and in addition I was supporting another OTC O&R.  I had a kick off meeting on sometime around Aug. 24th for Mehoopany.  To prepare for that I talked to Tim Stevens to understand the transformation process and where to get all the contacts.  He showed me the link on epm where all the site docs are and said the HLD has all the site contact info.  I followed the same rule to do my kick off for all the three sites.  The other two were fine.  For Mehoopany the HLD had the contact name showing (Greg Berholtz and Mark Spadini).  I invited both to the meeting

BT 000078

and requested for more contacts and who else should be invited to the meeting. I found out two days later that the site leader is Karen Oravitz. I called her and apologized for including her and set another date with her to redo the kick-off which took place on Aug. 28th. Next step is to review the HLD and I took a list of names of people for the HLD review and a date that is good for her for the review. We had a reivew for the HLD on 9/8 and there were changes requested for the doc. which I worked with the engineer to get them updated. After getting the HLD approved by the customer and a WAN circuit quote was also sent out we then moved to site survey.

I was told sometime in third week of sept. that I am not to work on Mehoopany and they will get another PM for the site. Couple of weeks later Barbara called me and said they are in a bind and she needs my help to cover for Mehoopany. So, I agreed to get back on Mehoopany ( Felt a bit like a YO-YO). (Personally, I wanted to work to on Mehoopany because it is one of the largest sites). When I first started to work on the transformation sites, I was told that INTACT is the vendor who we have outsourced all the site survey work. Barbara provided me contact names for intact (Jack foster and Paul). I included them in my kick-off meeting introducing to the customer as they will be the team who will be visiting the site and doing the site survey. Jeff jones instructed me to take one of the Intact resources to Mehoopany for site inspection (this was around oct.16th). So, I don't who in senior leadership decided to change the vendor. Then around oct. 27-28th, I was told by Barbara that she had decided to resource Compucom in place of intact to do the Mehoopany site survey. I had no prior knowledge about their quote or any agreements she made with them. I had to schedule a site visit to inspect the plant and meet with the customer and discuss the go-no-go for the survey. Again, I was told to start the survey on Oct. 1st and I wanted to start it few days later becuase Karen needed some time to get proper badging approvals and safety training but this date was imposed and I have to commend that the customer was accomodating on this. To travel to mehoopany the plane ticket was over $1000.00 so I decided to take the train to phily and then rent a car to drive to Mehoopany. I arrived about an hour late becuase the train was late a bit the car was not avialable at the station and it took them extra 1/2hr to get the car from another locaiton. However I kept calling to update Karen. She said it is not an issue because they are going for Lunch which take about an hour and we will start the meeting when I get there.

I worked with Karen to ensure that compucom team went thru proper safety training before they start the site survey. There was no time for me to go over the resource allocation by compucom, all the resource agreements were made by Barbara. The customer was very upset and complained to me about some of resources that showed up at the site. I worked with jeff to correct the situation and keep customer happy. Ultimately, the site suvey completed on Oct 22nd successfully and the IMLD process was kick-off.  On october 27th Barbara called me told me that I no longer need to work on Mehoopany. I said fine and asked who to transition this work to and she said I don't need to worry about it. She said Bob smith will contact regarding some quality work.

While I was in Cincinati around oct. 15th. I had a conversation with Brad and he said that he would like me to work on S3 for the transformation team reporting to him, this role overlaps with OTC also. This was also because I transitioned my OTC project to Dave Schneider and the other 50% I was to work on S3.

I needed to take Monday off so I emailed Brad and cc Jeff that I will be taking a personal day off. I will forward you a copy of this email. This was done so thinking I am no longer on mehoopany but still responsible for S3 so I should inform Brad.

Bob Smith Called me on Monday late morning asking about joining the call. I informed him that I am off today can we do the call tomorrow and he said fine. I had a meeting with Bob and Shannon yesterday requesting for a quality document defining q-gates for transformation and I said ok.

(***** Since you have asked me not to discuss with anyone that I am being taken off the contract I am going to request you to inform Bob smith and Shannon Neimann that I am off the contract and will no longer be working with them)

Turn-over to Dan for site decommissioning: I actually set up a folder with alll the docs for this process and emailed Dan all the pertinent information. He was to take over the site decommissioning process role for the transfromation team from me. I will forward you my email to Dan.

About IPT meeting discussion in front of the customer:  I am not the PM for this, it is Jonathan kazemini who was leading the call and the PM for the work I was just on  the call and this was clarified in an email and I will forward this to you as well.

As I mentioned I was offered the lead PM role for NA on the OTC which I turned down recently and that has stirred up a lot of insecurity in minds of some people.

Please let me know if you need more information.  Thanks.


*Regards,*
*Nadine*

Nadine Ranade | Senior Consultant | Mid-Atlantic Operation | BT Professional Services
Mob: (571) 294-8165 | Fax: (703) 755-6409 | mailto:nadine.ranade@bt.com

BT values: Straightforward, Trustworthy, Helpful, Inspiring, Heart

**From:** Ranade, Nadine
**Sent:** Wednesday, January 27, 2010 1:13 PM
**To:** Ranade, Nadine
**Cc:** Charlton, Jayne
**Subject:** FW: re: Need some feedback

Jayne,

   Please see attached feedback from BT business director for the unilever acct.

*Regards,*
*Nadine*

Nadine Ranade | Program Manager| Mid-Atlantic Operation | BT Professional Services
Mob: (571) 294-8165 | Fax: (703) 755-6409 | mailto:nadine.ranade@bt.com

BT values: Straightforward, Trustworthy, Helpful, Inspiring, Heart

**From:** afshin.sepehri@bt.com [afshin.sepehri@bt.com]
**Sent:** Monday, January 25, 2010 1:48 PM
**To:** Ranade, Nadine
**Subject:** RE: re: Need some feedback

Nadine,

Your performance has been good so far. You are enthusiastic about learning the account and take initiative to drive projects. As you know, I am tied up in a number of a major projects related to BAU and Janus and so to be perfectly honest and with many apologies I cannot devote more time in filling out a complete assessment.

Let's plan to do this next time when you have more time under your belt with Unilever.

Thanks,
Afshin

**From:** Nadine.Ranade@ins.com [mailto:Nadine.Ranade@ins.com]
**Sent:** Monday, January 25, 2010 1:01 PM
**To:** Sepehri,A,Afshin,JGV7 R
**Subject:** re: Need some feedback

Afshin,

   Our quarter is towards its end and I am requesting for some feedback from you about my work to include it in my performance review document. I would appreciate if you can send something soon. Thanks.

*Regards,*
*nadine*

Nadine Ranade | Program Manager | Mid-Atlantic Operation | BT Professional Services
Mob: (571) 294-8165 | Fax: (703) 755-6409 | mailto:nadine.ranade@ins.com

*BT values: Trustworthy, Helpful, Inspiring, Straightforward, Heart*

**From:** Jayne.Charlton@usc-bt.com
**Sent:** Tuesday, September 14, 2010 5:37 PM
**To:** Schlichting, S.
**Subject:** FW: Nadine Ranade PIP 9-14-10
**Attachments:** Nadine Ranade PIP 9-14-10.pdf

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited. If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** Charlton, Jayne
**Sent:** Tuesday, September 14, 2010 5:23 PM
**To:** Ranade, Nadine
**Cc:** Charlton, Jayne
**Subject:** Nadine Ranade PIP 9-14-10

Nadine: Attached is the revised PIP per our discussion. Also, if you go out on FMLA or STD, then the PIP goes on hold and restarts when you return from leave. Once you receive the documented approval from your Dr., then I will adjust the dates. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited. If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT 000104



# PERFORMANCE IMPROVEMENT PLAN ('PIP')

| | |
|---|---|
| Individual's name : Nadine Ranade | EIN : 603561502 |
| Job title : Sr. Consultant | O.U.C : JGJ |
| Job family role: Professional Services | First line manager's name: Jayne Charlton |
| Performance plan start date : 9/14/10 | Monitoring period: (30, 45, 60, or 90 Days) 90 days |
| Plan End Date: 12/14/10 | Last full year APR rating: Good |
| *exception is the req't below thru Sept 2013 in Action Plan Item #1.* | Most current quarterly QPR rating (if applicable): Q1 - 'AS'; Q2 will be a 'Development Needed' |

For the past 60 days you have not demonstrated the level of performance required of a professional project manager/senior consultant.   It is our intent to make you aware of the areas in which you are performing below expectations and give you an opportunity to address and correct these concerns so that you can become successful and have better opportunities to achieve desired career growth.

**As outlined below, you are being placed on a Performance Improvement Plan for the next 90 days. It is expected that you will demonstrate immediate and sustained improvement in your performance as detailed in the objectives below.**

Failure to meet the objectives outlined in this Performance Improvement Plan, or if additional areas of unacceptable performance arise, you may be subject to additional action, up to and including termination of employment.

## A.  Update on performance gap previously identified and discussed

**Performance Standards Expected:** (From Job Description, objectives, scorecards, values, leadership capabilities.)  Overview of what is expected within the role

- Revenue (project billing and cust utilization)
- Customer Focus with internal or external client projects and activities
- Collaboration
- Quality / Getting it Right the First Time / EDM / Status Reports /Time & Expense Reporting
- Presales Support/Driving new business
- Professional Development and Training
- Consistently live out the BT Behavioral Values (as outlined below)

| What We Expect Of Each Other | What This Means for us as Leaders |
|---|---|
| TRUSTWORTHY | **We Will**<br>• Listen to others with respect and create an open environment<br>• Stand up for what we believe in<br>• Back up people who do the right thing<br>• Have personal integrity and ensure compliance with all legal and regulatory requirements<br>**We Won't**<br>• Resist feedback and avoid difficult conversations<br>• Let unacceptable behaviour go unchallenged<br>• Tell people what they want to hear |
| HELPFUL | **We Will**<br>• Take responsibility for creating a shared agenda with other leaders across BT<br>• Be generous in contributing to the success of others<br>• Encourage people to share lessons learned<br>• Know when and where to seek help<br>**We Won't**<br>• Encourage tribalism<br>• Work independently of the rest of BT<br>• Be possessive of resources |
| INSPIRING | **We Will** |

BT 000106

| | |
|---|---|
| | • Create a compelling vision for our part of the business |
| | • Demonstrate depth and creativity of thought |
| | • Challenge existing thinking and embrace new ideas from   everywhere and everyone |
| | **We Won't** |
| | • Assume the present predicts the future |
| | • Be complacent or assume things cannot be improved |
| | • Ignore or discourage new thinking |
| STRAIGHTFORWARD | **We Will** |
| | • Create a compelling vision for our part of the business |
| | • Demonstrate depth and creativity of thought |
| | • Challenge existing thinking and embrace new ideas from   everywhere and everyone |
| | **We Won't** |
| | • Focus on process at the expense of results |
| | • Over-complicate messages and issues |
| | • Let unnecessary rules get in the way of common sense |
| HEART | **We Will** |
| | • Mobilise and energise people by making them feel they can make a difference |
| | • set stretching targets to win today and in the future |
| | • Give people freedom to apply their unique strengths |
| | • Be passionate and confident in making the strategy a success |
| | • Act as a role model in stretching our own capability |
| | **We Won't** |
| | • Fail to recognise or take credit for others' work |
| | • Focus unduly on the negatives |
| | • Make unrealistic demands on self and others |
| COACHING FOR PERFORMANCE | **We Will** |
| | • Give fair, accurate and insightful feedback and instil a coaching culture |
| | • Clearly differentiate between levels of performance |
| | • Value diversity, encourage and leverage people's unique ability |
| | • Enable people to accept and learn from mistakes |
| | **We Won't** |
| | • Blame others when things go wrong |
| | • Discourage movement of people across boundaries |
| | • Tell rather than ask; see no need to support & motivate people |
| BOTTOM LINE | **We Will** |
| | • Drive 'profit, growth and value' |
| | • Balance short-term efficiencies with long-term commercial growth |
| | • Consider the cost and benefit to BT as a whole |
| | • Encourage the use of quality practices to improve business performance |
| | **We Won't** |
| | • Focus exclusively on cost and budget |
| | • Accept decisions without a clear commercial rationale |
| | • Lack courage to stop things that are not commercially viable |
| DRIVE FOR RESULTS | **We Will** |
| | • Galvanise action and a sense of urgency |
| | • Take considered risks, use initiative and flexibility to deliver |
| | • Meet commitments, drive initiatives through to completion |
| | • Manage performance robustly and integrate resources to deliver effectively |
| | • Take personal responsibility for getting things done |
| | **We Won't** |
| | • Accept poor or late delivery |
| | • Be busy without being effective |
| | • Lack confidence in the ability of others and try to do everything ourselves |
| | • Avoid responsibility by hiding behind position or professional status |
| CUSTOMER CONNECTED | **We Will** |
| | • Put customers at the centre of everything we do |
| | • Understand customer needs and innovate to meet and exceed them |
| | • Respond promptly to customer requirements and drive excellent service |
| | **We Won't** |
| | • Fail to integrate the customer perspective |
| | • Tolerate poor customer service |
| | • Allow bureaucracy to hinder delivery |
| PROFESSIONAL/TECHNICAL | • Demonstrates understanding of own work area and appropriate ethical considerations |
| | • Continuously improves professional and technical skills/knowledge |

BT 000107

| | • Achieves objectives through the application of job-related knowledge |
| --- | --- |
| | • Demonstrates and applies awareness of functional and/or operational policies and procedures. |
| | • Uses understanding of business structures and functions to achieve functional/operational objectives. |

**Previous Training, Coaching and/or Instruction:** Description and date(s) of **previous** training, instruction, coaching or communications delivered to ensure your awareness of the required performance standards.

| Date | Contents |
| --- | --- |
| 4/27/10 | Email to team about suggestions for VG ratings |
| 5/14/09 | Team email and meeting discussion re: new balanced bonus scorecard for BSG |
| 7/8/09 and 7/10/09 | Email w/BSG Objectives for performance and bonus |
| 7/15/09 | Team Meeting to discuss new BSG Objectives |
| 1/6/10 | Team Mtg discussion, emails, team coaching on perf req'ts for FY10 annual |
| 6/9/10 | Sample status reports |
| 6/24/10 | 1-1 with Nadine on Q1 perf prep |
| 7/22/10 | Email to team with updates to performance rating descriptions |
| 7/28/10 | Team Meeting to review changes and updates to ePerf, objectives, MA pipeline, MNC questions |

**Previous Discussions:** Dates and content of previous verbal and written communications related to your under performance

| Date | Contents |
| --- | --- |
| 9/28/09 | Coaching around feedback from Principal Review Board decision deferment |
| 10/30/09 - 11/4/09 | Discussions/Coaching/Emails with Nadine about communication issues and premature removal from P&G re: Steve Kurtz/Joe Busch |
| 2/26/10 | Coaching around feedback from Principal Review Board "no" from Gary Monti |
| 3/10/10 | Nadine/Jayne lengthy FY10 perf discussion, candid feedback |
| 4/19/10 | Nadine/Jayne 1-1 |
| 7/30/10 | Met in office with Nadine for 1-1 re: Q1 perf rating, performance on Unilever, feedback rec'd about PT, back issue, communication protocol, and DMV letter she had Tivo write while I was on vacation.  Discussed potential oppty for World Bank that is delayed till at least Oct. Also addressed my concerns w/her vacation/sick time-off w/o notice. |
| 8/26/10 | Conf call with Nadine to address negative feedback rec'd from Dez Kerr (Unilever MC) and Afshin re: 4 month premature exit from Unilever.  ***Please note that on 9/8 Debra Gossell did ask that Nadine stay on Unilever at 100% thru Sept and 50% for remainder of contract.  HR MC was told that even though the issues/reason for why Nadine was asked to depart still existed that due to the urgency of their project deliverables and inability to find/train another PM, they made a decision to retain her. |
| 9/3/10 and 9/7/10 | Detailed Email Exchanges re: absences w/o advance notifications despite billing 40. |

**Specific Areas For Improvement:** Examples of unsatisfactory or missed deliverables and/or behaviors that have not met the requirements of the role.

Nadine seems to have an issue consistently following professional, effective communications protocol and 'chain of command' with her HR Mgr, Account MC, Project Team, other Key Stakeholders and Client.

- She speaks too freely and 'out of turn' with other Managers or associates about time off, potential/desired job changes or opptys, or other training or career aspirations that should be kept primary between her and her HR Mgr.  At a minimum, her HR MC should be the very first she discusses with to determine the appropriate nature, relevance, and any potential negative impacts or perceptions of sharing with others.
- Nadine often does not follow direct coaching instruction or advice designed to more effectively manage/resolve/mitigate/minimize situations that arise. In other words, she goes against her HR MC's direction.

Nadine often does not plan or communicate ahead about time off with HR Mgr, and she sporadically takes sick time or days off without advance notice or any upfront, direct notification to HR MC, Acct MC and Internal/External

BT 000108

| | |
|---|---|
| Client or reasonable responsiveness to voice and email msgs. | |
| Nadine is not providing weekly status reports to her MC/HR Mgr as requested on multiple occasions. | |
| Nadine does not appear to have clear understanding or take ownership for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty. | |
| Nadine's inconsistent or inappropriate communication behaviours have eroded trust, respect and rapport in key relationships with HR Mgr and other Key Stakeholders which needs to be rebuilt/ improved for more sustainable relationships and a stronger, more positive network with Mgmt, Project Team and Client(s). | |

- This has resulted in 3 early dismissal requests for her PM services in the past 2-3 years, which has greatly impacted forecasted and planned revenue, as well as Nadine's reputation.

**Success Criteria/Expected Standards:** Specific actions and deliverables required to meet or exceed the requirements of the role.

Nadine is not to communicate her desires about time off, training or additional potential opptys, career aspirations, or other projects with anyone other than her HR MC (Jayne Charlton). Once discussed with HR MC, Nadine may only share when deemed appropriate and relevant by her MC and following her specific, timely direction.

Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%).

- This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities.
- These should be recorded in detail on her weekly status report and PeopleSoft Time report and submitted accurately and timely EOB Fridays.
- Status Reports are due by noon on Fridays.

Nadine will not take off any unplanned, un-notified time (sick or vacation).

- Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).
- Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.
- Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations, # of sessions and hrs per week required, etc. If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.
- Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off.

**Nadine cannot be asked to leave an internal or external client project prematurely due to her performance, capabilities, personality conflict, or communication style for the next 3 years (thru Sept of 2013).**

Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors. This may include training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation.

**B. Action Plan – Objectives of this Performance Improvement Plan**

| 1. SPECIFIC Exact Deliverable or Behavior Change: | Nadine must receive ongoing positive, constructive feedback from clients, Account MC and Project Team Members to build positive, sustainable relationships and not be asked to exit an account early for anything pertaining to her delivery capabilities, results, behaviors or communication style. |
|---|---|
| MEASURED BY: | • Verification thru ongoing feedback<br>• The ability to easily place her/have her accepted for suitable projects<br>• Client Satisfaction Surveys<br>• Fulfilment of contract engagement/SOW duration as expected as tracked in |

BT 000109

| | PeopleSoft |
|---|---|
| **ACHIEVED HOW:** (Ex: Process, Resources, Systems or colleagues/teams to be engaged to achieve objective | • Nadine should be on-site with local client or project/account team as appropriate at least 2 days per week, 9am – 5pm ET.<br>• Follow EDM as is applicable for engagement, including customer/project highlights in a weekly status report due to HR MC by noon Fridays.<br>• Ensure thoughtful communication approaches.<br>• Work to minimize and eliminate risks.<br>• Accentuate value and positive impact by anticipating client needs/challenges and meeting them proactively.<br>• Training, coaching and mentoring with HR MC or other designated mentor or prof dev courses as mutually agreed to with MC. One course to take is 'Building Stakeholder Relationships' from Route2Learn.<br>• Fulfilment of contract engagement/SOW duration as expected. |

| | |
|---|---|
| **REALISTIC** (incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND** (By what date?) | By 12/14/10; However, Nadine must not be asked to prematurely exit a billable internal or external client project due to her own performance, behaviours or capabilities thru Sept 2013. |

| | |
|---|---|
| **2. SPECIFIC** Exact Deliverable or Behavior Change: | Nadine will consistently follow appropriate, professional, respectful and proactive communication protocol with her HR MC, Account MC, Project Team Stakeholders, and internal/external client(s). This includes notifying or discussing non-project items with HR MC first, proactive time off requests, following professional, respectful, courteous, and proper communication 'chain of command'. Not communicating 'out of turn' with higher levels or bypassing HR MC to get a different answer (grandstanding) to the same question. Not sharing non-project related information or aspirations with Account MC or Project Team, or Client that could be questionably perceived. |
| **MEASURED BY:** | • Verification thru random feedback.<br>• Designated mentoring completed and feedback obtained.<br>• Designated development training completed.<br>• HR MC observations.<br>• Response to voice or email msgs within 2 business hours. |
| **ACHIEVED HOW:** (Ex: Process, Resources, Systems or colleagues/teams to be engaged to achieve objective | • Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors.<br>• Nadine will complete training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation.<br>• Nadine to work with HR MC to develop KQ on professional respectful communication protocol that builds trusted relationships and conduct to demonstrated internalized application of behavioural change.<br>• Broadening of network. |
| **REALISTIC** (incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND** (By what date?) | By 12/14/10 |

| | |
|---|---|
| **3. SPECIFIC** Exact Deliverable or Behavior Change: | Nadine needs to change her disregard or lack of clear understanding for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty. |
| **MEASURED BY:** | • Verification thru random feedback<br>• Verification thru PeopleSoft and other Data Reports<br>• Track receipt of Status Reports in Outlook<br>• Track receipt of time of requests in Outlook |

5

| | |
|---|---|
| | ⊙   Receipt of Dr. Note |
| **ACHIEVED HOW:** (Ex: Process, Resources, Systems or colleagues/teams to be engaged to achieve objective | ⊙   Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%). This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities. Weekly Status Reports submitted to HR MC by noon Fridays.<br>⊙   Accurate Time Sheets due in PeopleSoft by EOB Fridays<br>⊙   Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).<br>⊙   Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.<br>⊙   Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations, # of sessions and hrs per week required, etc. If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.<br>⊙   Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off. |
| **REALISTIC** (incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND** (By what date?) | By 12/14/10 |

**B.  Manager Support:** Specific actions your manager will take to assist you in meeting the expected standards.

> Ongoing coaching and support, as well as very timely, specific, candid feedback. We could role play out communications or relational scenarios.
>
> Nadine discussed back/neck issue and HR MC referred her to HR FMLA or STD as agreed by her Dr. and approved by Cigna.

**C.  Review meetings**

| Review meetings * | Dates |
|---|---|
| Planned review 1:1 - | 9/14/10, 9/16/10;  bi-weekly |
| Planned review 1:1 - | |
| Planned review 1:1 -- | |
| Monitoring end date | (Last date of achievement in section C) |

**\*Number and method of review meetings can vary according to particular circumstances of case and length of agreed monitoring period.**

**F. Individual's comments**

|  |
|---|
|  |

This Performance Improvement Plan is an opportunity for you to work cooperatively with your manager towards resolving and improving issues of performance

BT 000111

This plan does not create, implicitly or explicitly, an employment contract, a guarantee of continued employment, nor any legal obligations on your part or the part of BT Americas, including all affiliated companies.. Neither your achievement of the agreed-upon goals, nor your best efforts at taking corrective action towards the agreed-upon goals, shall modify your status as an at-will employee. Your employment may be terminated or you may voluntarily terminate your employment at any time.

It is expected that you will demonstrate improvement in your performance as outlined above. Your manager will review your performance with you according to the schedule provided above. Upon successful completion of this plan, it is our expectation that you will continue to perform your job as described above, that you will continue to meet the general expectations of your position, and that you will continue to be a valued employee of our company.

If you successfully complete the goals during the Performance Improvement Plan period, but return to an unacceptable level of performance after the Plan is complete, reissuance of a new Performance Improvement Plan may not occur and you could be subject to immediate action up to and including termination of employment.

Your manager will provide support to help you successfully complete the plan.

You should immediately notify management of any issues that arise during this Performance Improvement Plan that would interfere with your ability to meet the stated objectives. BT US & Canada has an open door policy and you are encouraged to review the full contents of this plan and any questions that you may have with your management team.

Your signature below acknowledges that you have discussed this Performance Improvement Plan with your manager and that you have received a copy of the plan.

SIGNED:    _Jayne E. Charlton 9/14/10_                          SIGNED:

MANAGER NAME:                                            INDIVIDUAL NAME:
  Jayne Charlton                          _____ Date:_____


**Use the following section to document your progress against the plan objectives in your scheduled review meetings.**

**D. Achievement – Review of achievement against plan objectives**

| Review Date | Outcome Expected | Outcome Achieved | Comments |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

SIGNED:   __   SIGNED: _____
MANAGER NAME:                              INDIVIDUAL NAME:
  ___ _____ Date:_____

BT 000112

BT 000113



# PERFORMANCE IMPROVEMENT PLAN ('PIP')

| Individual's name : Nadine Ranade | EIN : 603561502 |
|---|---|
| Job title : Sr. Consultant | O.U.C : JGJ |
| Job family role: Professional Services | First line manager's name: Jayne Charlton |
| Performance plan start date : 9/14/10 | Monitoring period:  (30, 45, 60, or 90 Days)  90 days |
| Plan End Date: 1/14/11*** <br><br> ***This date was extended from 12/14/10 to allow a little more time for mentoring progress given holidays and travel. <br><br> *exception is the req't below thru Sept 2013 in Action Plan Item #1. | Last full year APR rating: Good <br><br> Most current quarterly QPR rating (if applicable): Q1 – 'AS';  Q2 will be a 'Development Needed' |

For the past 60 days you have not demonstrated the level of performance required of a professional project manager/senior consultant.   It is our intent to make you aware of the areas in which you are performing below expectations and give you an opportunity to address and correct these concerns so that you can become successful and have better opportunities to achieve desired career growth.

**As outlined below, you are being placed on a Performance Improvement Plan for the next 90 days. It is expected that you will demonstrate immediate and sustained improvement in your performance as detailed in the objectives below.**

Failure to meet the objectives outlined in this Performance Improvement Plan, or if additional areas of unacceptable performance arise, you may be subject to additional action, up to and including termination of employment.

**A.  Update on performance gap previously identified and discussed**

| Performance Standards Expected: (From Job Description, objectives, scorecards, values, leadership capabilities.)  Overview of what is expected within the role | | |
|---|---|---|
| • Revenue (project billing and cust utilization) <br> • Customer Focus with internal or external client projects and activities <br> • Collaboration <br> • Quality / Getting it Right the First Time / EDM / Status Reports /Time & Expense Reporting <br> • Presales Support/Driving new business <br> • Professional Development and Training <br> • Consistently live out the BT Behavioral Values (as outlined below) | | |
| What We Expect Of Each Other: | What This Means for us as Leaders: | |
| TRUSTWORTHY | **We Will** <br> • Listen to others with respect and create an open environment <br> • Stand up for what we believe in <br> • Back up people who do the right thing <br> • Have personal integrity and ensure compliance with all legal and regulatory requirements <br> **We Won't** <br> • Resist feedback and avoid difficult conversations <br> • Let unacceptable behaviour go unchallenged <br> • Tell people what they want to hear | |
| HELPFUL | **We Will** <br> • Take responsibility for creating a shared agenda with other leaders across BT <br> • Be generous in contributing to the success of others <br> • Encourage people to share lessons learned <br> • Know when and where to seek help | |

BT 000114

| | |
|---|---|
| | **We Won't**<br>• Encourage tribalism<br>• Work independently of the rest of BT<br>• Be possessive of resources |
| INSPIRING | **We Will**<br>• Create a compelling vision for our part of the business<br>• Demonstrate depth and creativity of thought<br>• Challenge existing thinking and embrace new ideas from   everywhere and everyone<br>**We Won't**<br>• Assume the present predicts the future<br>• Be complacent or assume things cannot be improved<br>• Ignore or discourage new thinking |
| STRAIGHTFORWARD | **We Will**<br>• Create a compelling vision for our part of the business<br>• Demonstrate depth and creativity of thought<br>• Challenge existing thinking and embrace new ideas from   everywhere and everyone<br>**We Won't**<br>• Focus on process at the expense of results<br>• Over-complicate messages and issues<br>• Let unnecessary rules get in the way of common sense |
| HEART | **We Will**<br>• Mobilise and energise people by making them feel they can make a difference<br>• set stretching targets to win today and in the future<br>• Give people freedom to apply their unique strengths<br>• Be passionate and confident in making the strategy a success<br>• Act as a role model in stretching our own capability<br>**We Won't**<br>• Fail to recognise or take credit for others' work<br>• Focus unduly on the negatives<br>• Make unrealistic demands on self and others |
| COACHING FOR PERFORMANCE | **We Will**<br>• Give fair, accurate and insightful feedback and instil a coaching culture<br>• Clearly differentiate between levels of performance<br>• Value diversity, encourage and leverage people's unique ability<br>• Enable people to accept and learn from mistakes<br>**We Won't**<br>• Blame others when things go wrong<br>• Discourage movement of people across boundaries<br>• Tell rather than ask; see no need to support & motivate people |
| BOTTOM LINE | **We Will**<br>• Drive 'profit, growth and value'<br>• Balance short-term efficiencies with long-term commercial growth<br>• Consider the cost and benefit to BT as a whole<br>• Encourage the use of quality practices to improve business performance<br>**We Won't**<br>• Focus exclusively on cost and budget<br>• Accept decisions without a clear commercial rationale<br>• Lack courage to stop things that are not commercially viable |
| DRIVE FOR RESULTS | **We Will**<br>• Galvanise action and a sense of urgency<br>• Take considered risks, use initiative and flexibility to deliver<br>• Meet commitments, drive initiatives through to completion<br>• Manage performance robustly and integrate resources to deliver effectively<br>• Take personal responsibility for getting things done<br>**We Won't**<br>• Accept poor or late delivery<br>• Be busy without being effective<br>• Lack confidence in the ability of others and try to do everything ourselves<br>• Avoid responsibility by hiding behind position or professional status |
| CUSTOMER CONNECTED | **We Will**<br>• Put customers at the centre of everything we do<br>• Understand customer needs and innovate to meet and exceed them<br>• Respond promptly to customer requirements and drive excellent service<br>**We Won't** |

| | |
|---|---|
| | • Fail to integrate the customer perspective |
| | • Tolerate poor customer service |
| | • Allow bureaucracy to hinder delivery |
| PROFESSIONAL/TECHNICAL | • Demonstrates understanding of own work area and appropriate ethical considerations. |
| | • Continuously improves professional and technical skills/knowledge |
| | • Achieves objectives through the application of job-related knowledge. |
| | • Demonstrates and applies awareness of functional and/or operational policies and procedures. |
| | • Uses understanding of business structures and functions to achieve functional/operational objectives. |

**Previous Training, Coaching and/or Instruction:** Description and date(s) of **previous** training, instruction, coaching or communications delivered to ensure your awareness of the required performance standards.

| Date | Contents |
|---|---|
| 4/27/10 | Email to team about suggestions for VG ratings |
| 5/14/09 | Team email and meeting discussion re: new balanced bonus scorecard for BSG |
| 7/8/09 and 7/10/09 | Email w/BSG Objectives for performance and bonus |
| 7/15/09 | Team Meeting to discuss new BSG Objectives |
| 1/6/10 | Team Mtg discussion, emails, team coaching on perf req ts for FY10 annual |
| 6/9/10 | Sample status reports |
| 6/24/10 | 1-1 with Nadine on Q1 perf prep |
| 7/22/10 | Email to team with updates to performance rating descriptions |
| 7/28/10 | Team Meeting to review changes and updates to ePerf, objectives, MA pipeline, MNC questions |

**Previous Discussions:** Dates and content of previous verbal and written communications related to your under performance

| Date | Contents |
|---|---|
| 9/28/09 | Coaching around feedback from Principal Review Board decision deferment |
| 10/30/09 - 11/4/09 | Discussions/Coaching/Emails with Nadine about communication issues and premature removal from P&G re: Steve Kurtz/Joe Busch |
| 2/26/10 | Coaching around feedback from Principal Review Board 'no' from Gary Monti |
| 3/10/10 | Nadine/Jayne lengthy FY10 perf discussion, candid feedback |
| 4/19/10 | Nadine/Jayne 1-1 |
| 7/30/10 | Met in office with Nadine for 1-1 re: Q1 perf rating, performance on Unilever, feedback rec'd about PT, back issue, communication protocol, and DMV letter she had Tivo write while I was on vacation.  Discussed potential oppty for World Bank that is delayed till at least Oct. Also addressed my concerns w/her vacation/sick time-off w/o notice. |
| 8/26/10 | Conf call with Nadine to address negative feedback rec'd from Dez Kerr (Unilever MC) and Afshin re: 4 month premature exit from Unilever.  **\*\*\*Please note that on 9/8 Debra Gessel did ask that Nadine stay on Unilever at 100% thru Sept and 50% for remainder of contract.  HR MC was told that even though the issues/reason for why Nadine was asked to depart still existed that due to the urgency of their project deliverables and inability to find/train another PM, they made a decision to retain her.** |
| 9/3/10 and 9/7/10 | Detailed Email Exchanges re: absences w/o advance notifications despite billing 40. |

**Specific Areas For Improvement:** Examples of unsatisfactory or missed deliverables and/or behaviors that have not met the requirements of the role.

Nadine seems to have an issue consistently following professional, effective communications protocol and 'chain of command' with her HR Mgr, Account MC, Project Team, other Key Stakeholders and Client.
  » She speaks too freely and 'out of turn' with other Managers or associates about time off, potential/desired job changes or opptys, or other training or career aspirations that should be kept primary between her and her HR Mgr.  At a minimum, her HR MC should be the very first she discusses with to determine the appropriate nature, relevance, and any potential negative impacts or perceptions of sharing with others.
  » Nadine often does not follow direct coaching instruction or advice designed to more effectively

| manage/resolve/mitigate/minimize situations that arise. In other words, she goes against her HR MC's direction. |
| --- |
| Nadine often does not plan or communicate ahead about time off with HR Mgr, and she sporadically takes sick time or days off without advance notice or any upfront, direct notification to HR MC, Acct MC and Internal/External Client or reasonable responsiveness to voice and email msgs. |
| Nadine is not providing weekly status reports to her MC/HR Mgr as requested on multiple occasions. |
| Nadine does not appear to have clear understanding or take ownership for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty. |
| Nadine's inconsistent or inappropriate communication behaviours have eroded trust, respect and rapport in key relationships with HR Mgr and other Key Stakeholders which needs to be rebuilt/ improved for more sustainable relationships and a stronger, more positive network with Mgmt, Project Team and Client(s).<br>  • This has resulted in 3 early dismissal requests for her PM services in the past 2-3 years, which has greatly impacted forecasted and planned revenue, as well as Nadine's reputation. |

| **Success Criteria/Expected Standards:** Specific actions and deliverables required to meet or exceed the requirements of the role. |
| --- |
| Nadine is not to communicate her desires about time off, training or additional potential opptys, career aspirations, or other projects with anyone other than her HR MC (Jayne Charlton).  Once discussed with HR MC, Nadine may only share when deemed appropriate and relevant by her MC and following her specific, timely direction. |
| Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%).<br>  • This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities.<br>  • These should be recorded in detail on her weekly status report and PeopleSoft Time report and submitted accurately and timely EOB Fridays.<br>  • Status Reports are due by noon on Fridays. |
| Nadine will not take off any unplanned, un-notified time (sick or vacation).<br>  • Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).<br>  • Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.<br>  • Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations, # of sessions and hrs per week required, etc.  If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.<br>  • Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off. |
| **Nadine cannot be asked to leave an internal or external client project prematurely due to her performance, capabilities, personality conflict, or communication style for the next 3 years (thru Sept of 2013).** |
| Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors. This may include training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation. |

### B. Action Plan – Objectives of this Performance Improvement Plan

| 1. SPECIFIC<br>Exact Deliverable<br>or Behavior<br>Change: | Nadine must receive ongoing positive, constructive feedback from clients, Account MC and Project Team Members to **build positive, sustainable relationships** and not be asked to exit an account early for anything pertaining to her delivery capabilities, results, behaviors or communication style. |
| --- | --- |
| MEASURED BY: | • Verification thru ongoing feedback |

BT 000117

| | |
|---|---|
| | • The ability to easily place her/have her accepted for suitable projects<br>• Client Satisfaction Surveys<br>• Fulfilment of contract engagement/SOW duration as expected as tracked in PeopleSoft |
| **ACHIEVED HOW:**<br>(Ex: Process, Resources, Systems or colleagues/teams to be engaged to achieve objective | • Nadine should be on-site with local client or project/account team as appropriate at least 2 days per week, 9am – 5pm ET, Tuesdays and Thursdays.<br>• Follow EDM as is applicable for engagement, including customer/project highlights in a weekly status report due to HR MC by noon Fridays.<br>• Ensure thoughtful communication approaches.<br>• Work to minimize and eliminate risks.<br>• Accentuate value and positive impact by anticipating client needs/challenges and meeting them proactively.<br>• Training, coaching and mentoring with HR MC or other designated mentor or prof dev courses as mutually agreed to with MC. One course to take is "Building Stakeholder Relationships" from Route2Learn.<br>• Fulfilment of contract engagement/SOW duration as expected. |

| | |
|---|---|
| **REALISTIC**<br>(incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND**<br>(By what date?) | By 11/14/11; However, Nadine must not be asked to prematurely exit a billable internal or external client project due to her own performance, behaviours or capabilities thru Sept 2013. |

| | |
|---|---|
| **2. SPECIFIC**<br>**Exact Deliverable or Behavior Change:** | Nadine will consistently follow appropriate, professional, respectful and proactive communication protocol with her HR MC, Account MC, Project Team Stakeholders, and internal/external client(s).  This includes notifying or discussing non-project items with HR MC first, proactive time off requests, following professional, respectful, courteous, and proper communication 'chain of command'. Not communicating 'out of turn' with higher levels or bypassing HR MC to get a different answer (grandstanding) to the same question. Not sharing non-project related information or aspirations with Account MC or Project Team, or Client that could be questionably perceived. |
| **MEASURED BY:** | • Verification thru random feedback.<br>• Designated mentoring completed and feedback obtained.<br>• Designated development training completed.<br>• HR MC observations.<br>• Response to voice or email msgs within 2 business hours. |
| **ACHIEVED HOW:**<br>(Ex: Process, Resources, Systems or colleagues/teams to be engaged to achieve objective | • Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors.<br>• Nadine will complete training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation.<br>• Nadine to work with HR MC to develop KQ on professional respectful communication protocol that builds trusted relationships and conduct to demonstrated internalized application of behavioural change.<br>• Broadening of network. |
| **REALISTIC**<br>(incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND**<br>(By what date?) | By 1/14/11 |

| | |
|---|---|
| **3. SPECIFIC**<br>**Exact Deliverable or Behavior Change:** | Nadine needs to change her disregard or lack of clear understanding for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty. |
| **MEASURED BY:** | • Verification thru random feedback |

| | |
|---|---|
| | ◦ Verification thru PeopleSoft and other Data Reports<br>◦ Track receipt of Status Reports in Outlook<br>◦ Track receipt of time of requests in Outlook<br>◦ Receipt of Dr. Note |
| **ACHIEVED HOW:**<br>(Ex: Process,<br>Resources,<br>Systems or<br>colleagues/teams<br>to be engaged to<br>achieve objective | ◦ Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%). This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities. Weekly Status Reports submitted to HR MC by noon Fridays.<br>◦ Accurate Time Sheets due in PeopleSoft by EOB Fridays<br>◦ Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).<br>◦ Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.<br>◦ Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations, # of sessions and hrs per week required, etc. If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.<br>◦ Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off. |
| **REALISTIC**<br>(incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND**<br>(By what date?) | By 1/14/11 |

**B. Manager Support:** Specific actions your manager will take to assist you in meeting the expected standards.

Ongoing coaching and support, as well as very timely, specific, candid feedback. We could role play out communications or relational scenarios.

In Oct, schedule discussion with Afshin to gather more specific feedback about perceptions for increased learning for Nadine.

Nadine discussed back/neck issue and HR MC referred her to HR FMLA or STD as agreed by her Dr. and approved by Cigna.
- 9/16/10-reminded Nadine about need for Dr. Note whether just physical therapy or STD
- 9/24/10-was notified by Nadine about PT STD that was to be effective 9/20. Discussed issue. Found email from Accenture in Junk Folder notifying me at 1:50pm on 9/23. **This will likely extend her PIP by approx. 45 days!**
- 9/29/10-Nadine showed up in person in Reston for Team Mtg 12-1:20pm after being clearly asked not to work beyond 8-noon schedule.
- 9/30/10- Nadine, Jan/Accenture, Jayne met to review PT STD req'ts for 8-noon only unless pre-approved!
- 10/6/10 – Nadine was released from Dr.'s restrictions and made a decision to not go on PT FMLA. Nadine is to resume FT duties for MA operation.
- 11/29/10 – Nadine started new FT PM project on Capital Group.
- 11/30/10 – Manager is extending PIP until 1/14/11 to allow more time to make up for missed sessions due to travel and time off/ holidays.
- 12/8/10 – Nadine is on track with progress for improving communication skills, including weekly status reports and proactive requests for time off.
- 12/14/10 – Great mentoring session; very open discussion and positive feedback from Nadine on new way of thinking and approaches. Nadine seems to be making great progress and now understands and values the investment of this PIP. She seems to have improved in her listening skills and ability to receive and apply coaching and constructive feedback.
- 12/28/10 – Nadine provided great summary feedback of recent learning from book and Route2Learn course. Nadine believes she is doing a good job for the Capital Group and got her PDD signed off by the client. She is also assisting them with some process review and will provide recommendations for improvements. I sent a note requesting direct feedback from her local team to verify performance and ensure no add'l growth areas. We had strong dialogue and validated progress is being achieved as expected for 1/14/11 completion.
- 1/6/11 -
- 1/14/11

## C. Review meetings

| Review meetings * | Dates |
|---|---|
| Planned review 1:1 - | 9/14/10, 9/16/10; bi-weekly Tuesdays |
| Planned review 1:1 - | 9/28/10, 11am-noon |
| Planned review 1:1 – | 10/12/10 11am-noon |
| Planned review 1:1 – | 11/2 |
| Planned review 1:1 – | 11/9 |
| Planned review 1:1 – | 12/8 – Nadine provided great readout of Route2Learn course |
| Planned review 1:1 – | 12/14 |
| Planned review 1:1 – | 12/28 |
| Planned review 1:1 – | 1/6/11 |
| Monitoring end date | 1/14/11  (Last date of achievement in section C) |

**\*Number and method of review meetings can vary according to particular circumstances of case and length of agreed monitoring period.**

**F. Individual's comments**

This Performance Improvement Plan is an opportunity for you to work cooperatively with your manager towards resolving and improving issues of performance

This plan does not create, implicitly or explicitly, an employment contract, a guarantee of continued employment, nor any legal obligations on your part or the part of BT Americas, including all affiliated companies.. Neither your achievement of the agreed-upon goals, nor your best efforts at taking corrective action towards the agreed-upon goals, shall modify your status as an at-will employee. Your employment may be terminated or you may voluntarily terminate your employment at any time.

It is expected that you will demonstrate improvement in your performance as outlined above. Your manager will review your performance with you according to the schedule provided above. Upon successful completion of this plan, it is our expectation that you will continue to perform your job as described above, that you will continue to meet the general expectations of your position, and that you will continue to be a valued employee of our company.

If you successfully complete the goals during the Performance Improvement Plan period, but return to an unacceptable level of performance after the Plan is complete, reissuance of a new Performance Improvement Plan may not occur and you could be subject to immediate action up to and including termination of employment.

Your manager will provide support to help you successfully complete the plan.

You should immediately notify management of any issues that arise during this Performance Improvement Plan that would interfere with your ability to meet the stated objectives. BT US & Canada has an open door policy and you are encouraged to review the full contents of this plan and any questions that you may have with your management team.

Your signature below acknowledges that you have discussed this Performance Improvement Plan with your manager and that you have received a copy of the plan.

SIGNED:  *Jayne E. Charlton 9/14/10* _____   SIGNED: _____

MANAGER NAME: _____   INDIVIDUAL NAME: _____
  Jayne Charlton _____   _____ Date:_____

**Use the following section to document your progress against the plan objectives in your scheduled review meetings.**

**D. Achievement – Review of achievement against plan objectives**

| Review Date | Outcome Expected | Outcome Achieved | Comments |
|---|---|---|---|
| 11/9/10 | Route2Learn Training course | Course completed and learning summarized and discussed for immediate application. | |
| 11/22/10 | New project | Nadine interviewed and was approved for new external client project as the lead PM. | Nadine did a great job and was selected out of numerous candidates. |

| | | | |
|---|---|---|---|
| 12/8/10 | Mentoring on "Confronting without Offending".<br><br>Status Reports and proactive communication with HR Mgr and Team. | Review of key points discussed and mentoring completed.<br><br>Nadine is doing a good job at weekly status reports to the client and to her HR Mgr. She has also improved in her proactive communication about time off needs. | |
| 12/27/10 | Route2Learn Training course. Also, mentoring on "How Successful People Think" | Review of key points discussed and mentoring completed. Course completed and learning summarized and discussed for immediate application. | Nadine will develop a KQ before end of Q4 to apply new learning on client relationships, communication and conflict resolution. |
| 1/14/11 | | | |
| | | | |

SIGNED: ___   SIGNED: _____
MANAGER NAME:                                    INDIVIDUAL NAME:
___  _____ Date:_____

-----Original Message-----
From: Charlton, Jayne
Sent: Tuesday, September 28, 2010 10:09 AM
To: 'us.hro.bt@accenture.com'
Subject: RE: Case 1410814 - Nadine Ranade

Hi Jan:

I received an email last night from Nadine's project team, Debra Gessel, that the proposed schedule does not work for their client. I am in the process of trying to do further research today to better understand what an acceptable schedule would be and will keep you posted.  Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT 000129

Jayne,

My proposed schedule is an average 20 hours per week spent during scheduled customer meetings, designs, planning, reporting, managing, controlling and implementations.

Debra

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Tuesday, September 28, 2010 6:31 AM
**To:** Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
**Subject:** RE: Clarity on Nadine Ranade's end date

What is your proposed schedule?  Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes.  Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Monday, September 27, 2010 10:55 PM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

At this time there are only approved SRs for 50% of a PM's time through November 30th, not December 31st.

No.  Only working 8am to noon each day is not sufficient coverage for the activities through November 30th.

Debra

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Friday, September 24, 2010 2:16 PM
**To:** Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R

**Cc:** Charlton,JE,Jayne,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Hello All:

If Nadine works 8am – noon each day during the 50% will that be sufficient coverage for the activities thru Dec? Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc. which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1800 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Wednesday, September 08, 2010 11:56 AM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

This is the transition plan that Nadine, Afshin and I agreed:

10 Sep: Turnover Video Conferencing to Eva

13 Sep - 30 Sep: 100% time covered by SR28315 Brazil Onevoice (280 hrs) + SR28338 Uruguay Onevoice (15 hrs)

1Oct - 30 Nov: 50% time covered by SR28315 Brazil Onevoice (280 hrs) + SR28338 Uruguay Onevoice (15 hrs)

1Dec - 31Dec: Projected 50% time pending UL PO for Latam Call Routing through Latam Voice Gateway post Latam MPLS (64 hrs)


Debra

Debra Gessel, PMP | BT Design Client Services | Office:+1 703 755 6387 | Mobile:+1 703 585 6214

BT 000134

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842, United States

*Sorry no BlackBerry service currently, so responses may be somewhat delayed.

**From:** afshin.sepehri@bt.com [mailto:afshin.sepehri@bt.com]
**Sent:** Thursday, September 02, 2010 3:13 PM
**To:** jayne.e.charlton@bt.com
**Cc:** Gessel,DO,Debra,DGE R; desmond.kerr@bt.com
**Subject:** FW: Clarity on Nadine Ranade's end date

Jayne,

Please see response below. Debra is managing the resource pool/portfolio for me.

Regards,
Afshin

**From:** Gessel,DO,Debra,DGEA R
**Sent:** Wednesday, September 01, 2010 11:15 AM
**To:** Sepehri,A,Afshin,JGQ2X R
**Subject:** RE: Clarity on Nadine Ranade's end date

Afshin,

As of September 10, we can cut-back to at most 50% for Nadine. We have a committed date for the VC turnover to Eva on September 10 (over 4 weeks after I notified Nadine on August 10th.)

The remainder of the Latam Onevoice work should not keep Nadine fully occupied and there is a risk when she is assigned to another non-Unilever project. Unilever just needs to finalize the 4 countries that we already presented the analysis and zero cost response (expected August 26). Brazil (12 sites) cannot commence until Latam MPLS in Brazil completes as scheduled on October 24. Uruguay (1 site) proposal is pending UL acceptance. Argentina (1 site) is pending pricing from Jose Cano.

Debra

**From:** Sepehri,A,Afshin,JGQ2X R
**Sent:** Wednesday, September 01, 2010 10:30 AM
**To:** Gessel,DO,Debra,DGEA R
**Subject:** FW: Clarity on Nadine Ranade's end date

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Wednesday, September 01, 2010 10:29 AM
**To:** Sepehri,A,Afshin,JGQ2X R; Kerr,D,Desmond,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Hello Afshin/Dez:  Did you define an end date yet?  Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Charlton, Jayne
**Sent:** Thursday, August 26, 2010 11:29 AM
**To:** Sepehri,A,Afshin,JGV7 R
**Cc:** Kerr, Desmond; Schneider, Terry
**Subject:** Clarity on Nadine Ranade's end date
**Importance:** High

Hi Afshin:

Can you please provide clarity on Nadine's end date?  We typically get 4 weeks of notice for internal project
swap outs. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify

**From:** Ranade, Nadine
**Sent:** Thursday, September 30, 2010 8:49 AM
**To:** Charlton, Jayne
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

Sure, let's discuss this and we can conf. Jan in as well.

Regards,
Nadine

**From:** Charlton, Jayne
**Sent:** Thursday, September 30, 2010 8:18 AM
**To:** Ranade, Nadine
**Cc:** Schneider, Terry; Charlton, Jayne
**Subject:** RE: Clarity on Nadine Ranade's end date
**Importance:** High

Nadine: That is NOT what I understood from my conversation with Jan at Accenture around 4pm yesterday, so I will need to discuss. We both agree that in order for this to be manageable, it had to be 4 consecutive hrs. I am NOT ok with you working 4 hrs per day haphazardly as flex time per day. This is not manageable for the business, PT FMLA, or for your Dr. care. Sorry, but we will have to discuss

BT 000139

further to determine where the disconnect is and resolve.  Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Ranade, Nadine
**Sent:** Wednesday, September 29, 2010 7:35 PM
**To:** Charlton, Jayne
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

I talked to Jan today and she said that if it ok with my mgr. then I can do 4 hrs flex time each day and I think that should be ok with Debra as well. Please ask her about this because HR is also ok with it. Jan said that I am only allowed to work 4 hrs per day and cannot exceed that.

Regards,
Nadine

**From:** Charlton, Jayne
**Sent:** Wednesday, September 29, 2010 5:05 PM
**To:** Ranade, Nadine
**Subject:** FW: Clarity on Nadine Ranade's end date
**Importance:** High

Nadine---FYI only!!! Do not take any action!  I will let you know what I find out.

Also, although I understand that you had good intentions, you were out of compliance in coming to the office today for the meeting from noon -1:30pm. You cannot change your schedule as desired per HR. We will discuss further later. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** Charlton, Jayne
**Sent:** Wednesday, September 29, 2010 5:01 PM
**To:** Gessel,DO,Debra,DGE R; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Schneider, Terry
**Subject:** RE: Clarity on Nadine Ranade's end date
**Importance:** High

Hi Debra:

I definitely understand that Nadine needs to meet the client needs while meeting her 20 hrs per week; however, we were notified last week that Nadine has been put on Dr. restrictions and 50% FMLA. This requires that she sets and maintains a consistent 4 hr per day work schedule, such as 8am – noon; 9am – 1pm, noon – 4pm, etc. per day per week thru 12/15/10. Is it possible for the Unilever team to accommodate this schedule for Nadine during the remainder of her 50% time on the project, and, if so, what 4 hr timeframe works best? Thank you for your support.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Tuesday, September 28, 2010 5:00 PM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

My proposed schedule is an average 20 hours per week spent during scheduled customer meetings, designs, planning, reporting, managing, controlling and implementations.

Debra

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Tuesday, September 28, 2010 6:31 AM
**To:** Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
**Subject:** RE: Clarity on Nadine Ranade's end date

What is your proposed schedule? Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Monday, September 27, 2010 10:55 PM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

At this time there are only approved SRs for 50% of a PM's time through November 30th, not December 31st.

No. Only working 8am to noon each day is not sufficient coverage for the activities through November 30th.

Debra

BT 000142

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Friday, September 24, 2010 2:16 PM
**To:** Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
**Cc:** Charlton,JE,Jayne,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Hello All:

If Nadine works 8am – noon each day during the 50% will that be sufficient coverage for the activities thru Dec?
Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** debra.gessel@bt.com [mailto:debra.gessel@bt.com]
**Sent:** Wednesday, September 08, 2010 11:56 AM
**To:** jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
**Cc:** jayne.e.charlton@bt.com
**Subject:** RE: Clarity on Nadine Ranade's end date

Jayne,

This is the transition plan that Nadine, Afshin and I agreed:

10 Sep: Turnover Video Conferencing to Eva

13 Sep - 30 Sep: 100% time covered by SR28315 Brazil Onevoice (280 hrs) + SR28338 Uruguay Onevoice (15 hrs)

1Oct - 30 Nov: 50% time covered by SR28315 Brazil Onevoice (280 hrs) + SR28338 Uruguay Onevoice (15 hrs)

1Dec - 31Dec: Projected 50% time pending UL PO for Latam Call Routing through Latam Voice Gateway post Latam MPLS (64 hrs)

Debra

Debra Gessel, PMP | BT Design Client Services | Office:+1 703 755 6387 | Mobile:+1 703 585 6214
mailto:debra.gessel@bt.com | http://www.bt.com

BT Americas Inc, 11440 Commerce Park Dr, Reston, VA 20191

This electronic message contains information from BT Americas Inc which may be privileged or confidential. The information is intended to be for the use of the individual(s) or entity named above. If you are not the intended recipient be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic message in error, please notify us by telephone or email (to the numbers or address above) immediately.

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Thursday, September 02, 2010 3:33 PM
**To:** Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R; Gessel,DO,Debra,DGEA R
**Cc:** Charlton,JE,Jayne,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

50% thru 12/31?

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Desmond.Kerr@usc-bt.com [mailto:Desmond.Kerr@usc-bt.com]
**Sent:** Thursday, September 02, 2010 3:32 PM
**To:** Sepehri,A,Afshin,JGV7 R; jayne.e.charlton@bt.com
**Cc:** Gessel,DO,Debra,DGE R
**Subject:** RE: Clarity on Nadine Ranade's end date

Thank you this clarifies a bit.  So after 9/10, she'll be at 50% for the term of her engagement, correct?

Desmond A Kerr | Managing Consultant | NY Metro | BT Global Services | Main: 972-830-8800 | Mob: 732-744-6467 | Fax: 732-453-1860| E: Desmond.Kerr@usc-bt.com | http://bt.ins.com

BT MeetMe: 888.895.5480 (int'l: 617.597.4123) code: 84566515

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200. Santa Clara California 95050-2842  United States

*Sorry no BlackBerry service currently, so responses may be somewhat delayed.

**From:** afshin.sepehri@bt.com [mailto:afshin.sepehri@bt.com]
**Sent:** Thursday, September 02, 2010 3:13 PM
**To:** jayne.e.charlton@bt.com
**Cc:** Gessel,DO,Debra,DGE R; desmond.kerr@bt.com
**Subject:** FW: Clarity on Nadine Ranade's end date

Jayne,

Please see response below. Debra is managing the resource pool/portfolio for me.

Regards,
Afshin

**From:** Gessel,DO,Debra,DGEA R
**Sent:** Wednesday, September 01, 2010 11:15 AM
**To:** Sepehri,A,Afshin,JGQ2X R
**Subject:** RE: Clarity on Nadine Ranade's end date

Afshin,

As of September 10, we can cut-back to at most 50% for Nadine. We have a committed date for the VC turnover to Eva on September 10 (over 4 weeks after I notified Nadine on August 10th.)

The remainder of the Latam Onevoice work should not keep Nadine fully occupied and there is a risk when she is assigned to another non-Unilever project. Unilever just needs to finalize the 4 countries that we already presented the analysis and zero cost response (expected August 26). Brazil (12 sites) cannot commence until Latam MPLS in Brazil completes as scheduled on October 24. Uruguay (1 site) proposal is pending UL acceptance  Argentina (1 site) is pending pricing from Jose Cano.

Debra

**From:** Sepehri,A,Afshin,JGQ2X R

**Sent:** Wednesday, September 01, 2010 10:30 AM
**To:** Gessel,DO,Debra,DGEA R
**Subject:** FW: Clarity on Nadine Ranade's end date


**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
**Sent:** Wednesday, September 01, 2010 10:29 AM
**To:** Sepehri,A,Afshin,JGQ2X R; Kerr,D,Desmond,JGJ2 R
**Subject:** RE: Clarity on Nadine Ranade's end date

Hello Afshin/Dez:  Did you define  an end date yet?  Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Charlton, Jayne
**Sent:** Thursday, August 26, 2010 11:29 AM
**To:** Sepehri,A,Afshin,JGV7 R
**Cc:** Kerr, Desmond; Schneider, Terry
**Subject:** Clarity on Nadine Ranade's end date
**Importance:** High

Hi Afshin:

Can you please provide clarity on Nadine's end date?  We typically get 4 weeks of notice for internal project
swap outs. Thank you.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited.  If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2642  United States

BT 000147

10/6/10

To Whom it may Concern:

I am releasing Nadine from reduced hour constraint of 4hrs at her request due to issues with her client and company policy. However, medically she needs to continue with her therapy and see me in six weeks to evaluate her progress. She needs to F/u with orthopedic physician.

Sincerely,

Oyuga Gorle, M.D.

**From:** Charlton, Jayne
**Sent:** Thursday, December 02, 2010 11:12 AM
**To:** Ranade, Nadine
**Cc:** Schneider, Terry
**Subject:** RE: Extending Nadine Ranade's PIP thru 1/14/11

Nadine: We can certainly discuss; however, based on schedule challenges on both sides, travel and holiday, we have not been able to meet for a mentoring session since 11/2. We are supposed to be meeting bi-weekly. Due to you starting your new project, we are set for our next meeting on 12/8, and therefore, I do not see how we will be ready to complete the PIP by 12/14. I am not willing to rush this (given our other commitments) and as mentioned in prior discussions, I view this is an investment in your future that is worth making the time for thorough completion. Please feel free to call me or we can chat about it next Tues or Wed when we are together. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged

or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States

**From:** Ranade, Nadine
**Sent:** Thursday, December 02, 2010 11:04 AM
**To:** Charlton, Jayne
**Cc:** Schneider, Terry
**Subject:** RE: Extending Nadine Ranade's PIP thru 1/14/11

Jayne,

I disagree with extending my PIP by one month. I need to talk to you about this.

Regards,
Nadine

**From:** Charlton, Jayne
**Sent:** Thursday, December 02, 2010 10:09 AM
**To:** s.schlichting@accenture.com
**Cc:** Schneider, Terry; Ranade, Nadine; Charlton, Jayne
**Subject:** Extending Nadine Ranade's PIP thru 1/14/11

Hi Stephanie: Based on holidays, schedule delays from client travel, I am requesting to extend Nadine's PIP thru 1/14/11 to allow us more time to meet and finalize progress. This is not a reflection on her progress to date, and is just a result of needing more time to compensate for schedule challenges. I will update the document. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored

**From:** s.schlichting@accenture.com [mailto:s.schlichting@accenture.com]
**Sent:** Thursday, January 06, 2011 3:23 PM
**To:** Charlton, Jayne
**Subject:** RE: Nadine Ranade PIP 1-6-11.doc

Hi Jayne,

The last update in this version of the PIP is from 12/27.  If Nadine is doing well, I would support and recommend ending the PIP tomorrow instead of next Friday.  It is a sign of your confidence in her ability and recognition she has done will on her plan so far.  Another week will not matter in terms of her ultimate success or failure and would send a nice message to her.  A reminder, she will need to sustain her improved performance and will not be offered another PIP.  The letter she receives will state this and you are always welcome to continue mentoring her.

Regards,

STEPHANIE SCHLICHTING
EMPLOYEE RELATIONS
210-699-5170

**From:** Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]

**From:** Upton, David
**Sent:** Monday, January 10, 2011 6:04 PM
**To:** Charlton, Jayne
**Subject:** RE: Capital Group - Nadine Ranade PM perf
**Importance:** High

Actually ... I have some concern.... But I hope it is minor at this point.

It seems as though she might be planning a wedding or something, because she has been a bit scattered lately... (forgetting conversations, repeating herself, not thoroughly communicating). She was absolutely awesome when we first kicked this project off (especially since we had a tough time agreeing on the scope creep / pdd), but I am getting some pretty negative feedback from the BT team as of the last couple weeks.

I wanted to give it a week to let the new year settle in and see if there was a problem before I said anything to her or you ... but at this point, I think I will need to have a chat with her about it.

But before I do that .... Do you have any insight into what might be causing this?

I have wanted to call you since Friday, but I can't seem to get off the phone long enough to do so. Perhaps we can chat tomorrow morning?

BT 000155



USA_UPER_ LM Completed PIP

January 14, 2011

Nadine Ranade / BT
11440 Commerce Park Dr.
Reston, VA 20191

Dear Nadine:

I am very pleased to inform you that you have successfully completed your Performance Improvement Plan dated September 14, 2010 as of January 14, 2011.

Your willingness to proactively and positively approach your goals and objectives has been very much appreciated. On a going forward basis, we should schedule frequent and timely sessions to ensure you clearly understand your future goals and objectives. As stated in the Performance Improvement Policy #2:03, http://globalservices.intra.bt.com/americas/docs/hr/performance_improvement_01jan2006.doc., the Performance Improvement Plan is the final step in a process to improve an employee's performance.  Sustained satisfactory performance is required upon successful completion of a Performance Improvement Plan and future backsliding of performance may result in termination of employment without the issuance of another Performance Improvement Plan.

I will support you in any way I can to ensure you retain a satisfactory performance level.

Regards,

Jayne E. Charlton
Managing Consultant

cc:    AHRS
       HR File



# PERFORMANCE IMPROVEMENT PLAN ('PIP')

| | |
|---|---|
| Individual's name : Nadine Ranade | EIN :  603561502 |
| Job title : Sr. Consultant | O.U.C :  JGJ |
| Job family role: Professional Services | First line manager's name: Jayne Charlton |
| Performance plan start date : 9/14/10 | Monitoring period:  (30, 45, 60, or 90 Days)  90 days |
| Plan End Date: 1/14/11***<br><br>***This date was extended from 12/14/10 to allow a little more time for mentoring progress given holidays and travel.<br><br>*exception is the req't below thru Sept 2013 in Action Plan Item #1. | Last full year APR rating: Good<br><br>Most current quarterly QPR rating (if applicable): Q1 - 'AS';  Q2 'Development  Needed'; Q3 – posted as 'Development Needed' |

For the past 60 days you have not demonstrated the level of performance required of a professional project manager/senior consultant.   It is our intent to make you aware of the areas in which you are performing below expectations and give you an opportunity to address and correct these concerns so that you can become successful and have better opportunities to achieve desired career growth.

**As outlined below, you are being placed on a Performance Improvement Plan for the next 90 days. It is expected that you will demonstrate immediate and sustained improvement in your performance as detailed in the objectives below.**

Failure to meet the objectives outlined in this Performance Improvement Plan, or if additional areas of unacceptable performance arise, you may be subject to additional action, up to and including termination of employment.

**A.  Update on performance gap previously identified and discussed**

**Performance Standards Expected:** (From Job Description, objectives, scorecards, values, leadership capabilities.)  Overview of what is expected within the role

- Revenue (project billing and cust utilization)
- Customer Focus with internal or external client projects and activities
- Collaboration
- Quality / Getting it Right the First Time / EDM / Status Reports /Time & Expense Reporting
- Presales Support/Driving new business
- Professional Development and Training
- Consistently live out the BT Behavioral Values (as outlined below)

| What We Expect Of Each Other: | What This Means for us as Leaders: |
|---|---|
| TRUSTWORTHY | **We Will**<br>• Listen to others with respect and create an open environment<br>• Stand up for what we believe in<br>• Back up people who do the right thing<br>• Have personal integrity and ensure compliance with all legal and regulatory requirements<br>**We Won't**<br>• Resist feedback and avoid difficult conversations<br>• Let unacceptable behaviour go unchallenged<br>• Tell people what they want to hear |
| HELPFUL | **We Will**<br>• Take responsibility for creating a shared agenda with other leaders across BT<br>• Be generous in contributing to the success of others<br>• Encourage people to share lessons learned<br>• Know when and where to seek help |

BT 000163

| | |
|---|---|
| | **We Won't** |
| | • Encourage tribalism |
| | • Work independently of the rest of BT |
| | • Be possessive of resources |
| INSPIRING | **We Will** |
| | • Create a compelling vision for our part of the business |
| | • Demonstrate depth and creativity of thought |
| | • Challenge existing thinking and embrace new ideas from   everywhere and everyone |
| | **We Won't** |
| | • Assume the present predicts the future |
| | • Be complacent or assume things cannot be improved |
| | • Ignore or discourage new thinking |
| STRAIGHTFORWARD | **We Will** |
| | • Create a compelling vision for our part of the business |
| | • Demonstrate depth and creativity of thought |
| | • Challenge existing thinking and embrace new ideas from   everywhere and everyone |
| | **We Won't** |
| | • Focus on process at the expense of results |
| | • Over-complicate messages and issues |
| | • Let unnecessary rules get in the way of common sense |
| HEART | **We Will** |
| | • Mobilise and energise people by making them feel they can make a difference |
| | • set stretching targets to win today and in the future |
| | • Give people freedom to apply their unique strengths |
| | • Be passionate and confident in making the strategy a success |
| | • Act as a role model in stretching our own capability |
| | **We Won't** |
| | • Fail to recognise or take credit for others' work |
| | • Focus unduly on the negatives |
| | • Make unrealistic demands on self and others |
| COACHING FOR PERFORMANCE | **We Will** |
| | • Give fair, accurate and insightful feedback and instil a coaching culture |
| | • Clearly differentiate between levels of performance |
| | • Value diversity, encourage and leverage people's unique ability |
| | • Enable people to accept and learn from mistakes |
| | **We Won't** |
| | • Blame others when things go wrong |
| | • Discourage movement of people across boundaries |
| | • Tell rather than ask, see no need to support & motivate people |
| BOTTOM LINE | **We Will** |
| | • Drive 'profit, growth and value' |
| | • Balance short-term efficiencies with long-term commercial growth |
| | • Consider the cost and benefit to BT as a whole |
| | • Encourage the use of quality practices to improve business performance |
| | **We Won't** |
| | • Focus exclusively on cost and budget |
| | • Accept decisions without a clear commercial rationale |
| | • Lack courage to stop things that are not commercially viable |
| DRIVE FOR RESULTS | **We Will** |
| | • Galvanise action and a sense of urgency |
| | • Take considered risks, use initiative and flexibility to deliver |
| | • Meet commitments, drive initiatives through to completion |
| | • Manage performance robustly and integrate resources to deliver effectively |
| | • Take personal responsibility for getting things done |
| | **We Won't** |
| | • Accept poor or late delivery |
| | • Be busy without being effective |
| | • Lack confidence in the ability of others and try to do everything ourselves |
| | • Avoid responsibility by hiding behind position or professional status |
| CUSTOMER CONNECTED | **We Will** |
| | • Put customers at the centre of everything we do |
| | • Understand customer needs and innovate to meet and exceed them |
| | • Respond promptly to customer requirements and drive excellent service |
| | **We Won't** |

BT 000164

| | |
|---|---|
| | • Fail to integrate the customer perspective<br>• Tolerate poor customer service<br>• Allow bureaucracy to hinder delivery |
| PROFESSIONAL/TECHNICAL | • Demonstrates understanding of own work area and appropriate ethical considerations.<br>• Continuously improves professional and technical skills/knowledge.<br>• Achieves objectives through the application of job-related knowledge.<br>• Demonstrates and applies awareness of functional and/or operational policies and procedures.<br>• Uses understanding of business structures and functions to achieve functional/operational objectives. |

**Previous Training, Coaching and/or Instruction:** Description and date(s) of **previous** training, instruction, coaching or communications delivered to ensure your awareness of the required performance standards.

| Date | Contents |
|---|---|
| 4/27/10 | Email to team about suggestions for VG ratings |
| 5/14/10 | Team email and meeting discussion re: new balanced bonus scorecard for BSG |
| 7/8/09 and 7/10/09 | Email w/BSG Objectives for performance and bonus |
| 7/15/09 | Team Meeting to discuss new BSG Objectives |
| 1/6/10 | Team Mtg discussion, emails, team coaching on perf req'ts for FY10 annual |
| 6/9/10 | Sample status reports |
| 6/24/10 | 1-1 with Nadine on Q1 perf prep |
| 7/22/10 | Email to team with updates to performance rating descriptions |
| 7/28/10 | Team Meeting to review changes and updates to ePerf, objectives, MA pipeline, MNC questions |

**Previous Discussions:** Dates and content of previous verbal and written communications related to your under performance

| Date | Contents |
|---|---|
| 9/28/09 | Coaching around feedback from Principal Review Board decision deferment |
| 10/30/09 - 11/4/09 | Discussions/Coaching/Emails with Nadine about communication issues and premature removal from P&G re: Steve Kurtz/Joe Busch |
| 2/26/10 | Coaching around feedback from Principal Review Board "no" from Gary Monti |
| 3/10/10 | Nadine/Jayne lengthy FY10 perf discussion, candid feedback |
| 4/19/10 | Nadine/Jayne 1-1 |
| 7/30/10 | Met in office with Nadine for 1-1 re: Q1 perf rating, performance on Unilever, feedback rec'd about PT, back issue, communication protocol, and DMV letter that Tivo write while I was on vacation. Discussed potential oppty for World Bank that is delayed till at least Oct. Also addressed my concerns w/her vacation/sick time-off w/o notice. |
| 8/26/10 | Conf call with Nadine to address negative feedback rec'd from Dez Kerr (Unilever MC) and Afshin re: 4 month premature exit from Unilever.<br><br>***Please note that on 9/8 Debra Gessel did ask that Nadine stay on Unilever at 100% thru Sept and 50% for remainder of contract. HR MC was told that even though the issues/reason for why Nadine was asked to depart still existed that due to the urgency of their project deliverables and inability to find/train another PM, they made a decision to retain her. |
| 9/3/10 and 9/7/10 | Detailed Email Exchanges re: absences w/o advance notifications despite billing 40. |

**Specific Areas For Improvement:** Examples of unsatisfactory or missed deliverables and/or behaviors that have not met the requirements of the role.

Nadine seems to have an issue consistently following professional, effective communications protocol and 'chain of command' with her HR Mgr Account MC, Project Team, other Key Stakeholders and Client.

- She speaks too freely and out of turn with other Managers or associates about time off, potential/desired job changes or opptys, or other training or career aspirations that should be kept primary between her and her HR Mgr. At a minimum, her HR MC should be the very first she discusses with to determine the appropriate nature, relevance, and any potential negative impacts or perceptions of sharing with others.
- Nadine often does not follow direct coaching instruction or advice designed to more effectively

BT 000165

| | |
|---|---|
| manage/resolve/mitigate/minimize situations that arise. In other words, she goes against her HR MC's direction. | |
| Nadine often does not plan or communicate ahead about time off with HR Mgr, and she sporadically takes sick time or days off without advance notice or any upfront, direct notification to HR MC, Acct MC and Internal/External Client or reasonable responsiveness to voice and email msgs. | |
| Nadine is not providing weekly status reports to her MC/HR Mgr as requested on multiple occasions. | |
| Nadine does not appear to have clear understanding or take ownership for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty. | |
| Nadine's inconsistent or inappropriate communication behaviours have eroded trust, respect and rapport in key relationships with HR Mgr and other Key Stakeholders which needs to be rebuilt/ improved for more sustainable relationships and a stronger, more positive network with Mgmt, Project Team and Client(s). | |
| • This has resulted in 3 early dismissal requests for her PM services in the past 2-3 years, which has greatly impacted forecasted and planned revenue, as well as Nadine's reputation. | |

**Success Criteria/Expected Standards:** Specific actions and deliverables required to meet or exceed the requirements of the role.

Nadine is not to communicate her desires about time off, training or additional potential opptys, career aspirations, or other projects with anyone other than her HR MC (Jayne Charlton). Once discussed with HR MC, Nadine may only share when deemed appropriate and relevant by her MC and following her specific, timely direction.

Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%).
- This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities.
- These should be recorded in detail on her weekly status report and PeopleSoft Time report and submitted accurately and timely EOB Fridays.
- Status Reports are due by noon on Fridays.

Nadine will not take off any unplanned, un-notified time (sick or vacation).
- Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).
- Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.
- Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations. # of sessions and hrs per week required, etc. If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.
- Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off.

**Nadine cannot be asked to leave an internal or external client project prematurely due to her performance, capabilities, personality conflict, or communication style for the next 3 years (thru Sept of 2013).**

Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors. This may include training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation.

### B. Action Plan – Objectives of this Performance Improvement Plan

| 1. SPECIFIC Exact Deliverable or Behavior Change: | Nadine must receive ongoing positive, constructive feedback from clients, Account MC and Project Team Members to **build positive, sustainable relationships** and not be asked to exit an account early for anything pertaining to her delivery capabilities, results, behaviors or communication style. |
|---|---|
| **MEASURED BY:** | • Verification thru ongoing feedback |

| | |
|---|---|
| | ▫ The ability to easily place her/have her accepted for suitable projects<br>▫ Client Satisfaction Surveys<br>▫ Fulfilment of contract engagement/SOW duration as expected as tracked in PeopleSoft |
| **ACHIEVED HOW:**<br>(Ex: Process,<br>Resources,<br>Systems or<br>colleagues/teams<br>to be engaged to<br>achieve objective | ▫ Nadine should be on-site with local client or project/account team as appropriate at least 2 days per week, 9am – 5pm ET, Tuesdays and Thursdays.<br>▫ Follow EDM as is applicable for engagement, including customer/project highlights in a weekly status report due to HR MC by noon Fridays.<br>▫ Ensure thoughtful communication approaches.<br>▫ Work to minimize and eliminate risks.<br>▫ Accentuate value and positive impact by anticipating client needs/challenges and meeting them proactively.<br>▫ Training, coaching and mentoring with HR MC or other designated mentor or prof dev courses as mutually agreed to with MC. One course to take is 'Building Stakeholder Relationships' from Route2Learn.<br>▫ Fulfilment of contract engagement/SOW duration as expected. |

| | |
|---|---|
| **REALISTIC**<br>(incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND**<br>(By what date?) | By 11/14/11; However, Nadine must not be asked to prematurely exit a billable internal or external client project due to her own performance, behaviours or capabilities thru Sept 2013. |

| | |
|---|---|
| **2. SPECIFIC**<br>**Exact Deliverable**<br>**or Behavior**<br>**Change:** | Nadine will consistently follow appropriate, professional, respectful and proactive **communication protocol** with her HR MC, Account MC, Project Team Stakeholders, and internal/external client(s). This includes notifying or discussing non-project items with HR MC first, proactive time off requests, following professional, respectful, courteous, and proper communication 'chain of command'. Not communicating 'out of turn' with higher levels or bypassing HR MC to get a different answer (grandstanding) to the same question. Not sharing non-project related information or aspirations with Account MC or Project Team, or Client that could be questionably perceived. |
| **MEASURED BY:** | ▫ Verification thru random feedback.<br>▫ Designated mentoring completed and feedback obtained.<br>▫ Designated development training completed.<br>▫ HR MC observations.<br>▫ Response to voice or email msgs within 2 business hours. |
| **ACHIEVED HOW:**<br>(Ex: Process,<br>Resources,<br>Systems or<br>colleagues/teams<br>to be engaged to<br>achieve objective | ▫ Nadine will work with her HR MC Coach and/or mentor on professional, respectful communication protocol, consulting soft skills, such as building rapport, sustaining relationships, becoming trusted advisors.<br>▫ Nadine will complete training courses or self-study as deemed appropriate to encourage and accelerate the desired behavioural changes for future career growth and network expansion with her reputation.<br>▫ Nadine to work with HR MC to develop KQ on professional respectful communication protocol that builds trusted relationships and conduct to demonstrated internalized application of behavioural change.<br>▫ Broadening of network. |
| **REALISTIC**<br>(incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND**<br>(By what date?) | By 1/14/11 |

| | |
|---|---|
| **3. SPECIFIC**<br>**Exact Deliverable**<br>**or Behavior**<br>**Change:** | Nadine needs to change her disregard or lack of clear understanding for how individual performance, time off, status reports links to (i.e. positively/negatively impacts) the business for objectives, revenue forecasting, revenue attainment and customer loyalty. |
| **MEASURED BY:** | ▫ Verification thru random feedback |

BT 000167

| | |
|---|---|
| | • Verification thru PeopleSoft and other Data Reports<br>• Track receipt of Status Reports in Outlook<br>• Track receipt of time of requests in Outlook<br>• Receipt of Dr. Note |
| **ACHIEVED HOW:**<br>(Ex: Process,<br>Resources,<br>Systems or<br>colleagues/teams<br>to be engaged to<br>achieve objective | • Nadine is expected to complete and submit weekly status reports that outline her client project work effort highlights for the past and anticipated for upcoming week, planned prof development, presales support, other planned accomplishments that demonstrate good use of any bench time (especially when at 50%). This planned use of bench time should be discussed and agreed to on a weekly basis with HR MC to ensure alignment of priorities. Weekly Status Reports submitted to HR MC by noon Fridays.<br>• Accurate Time Sheets due in PeopleSoft by EOB Fridays<br>• Nadine will provide at least 2 weeks of notice for 1-5 days of vacation (if over 5 vac days requested, then 4-8 weeks advance notice is required).<br>• Nadine will directly notify her HR MC, Acct MC, and key Project/client contacts upfront by 8am for sick leave via phone and email msg.<br>• Nadine will provide a Dr.'s note about any requirement for ongoing physical therapy detailing her physical limitations, # of sessions and hrs per week required, etc. If there is no longer a need for treatment, then Nadine will either provide a Dr. Note releasing her from care, or an email stating that she is no longer require physical therapy for your back/neck pain issue. Nadine will do her best to schedule sessions during off hours, or hours/days less impacting to her client project billing.<br>• Nadine will provide upfront notification and valid justification on personal emergencies requiring quick time off. |
| **REALISTIC**<br>(incremental steps) | Nadine will adhere to requests above and as directed by HR MC thru the duration of the PIP. |
| **TIME BOUND**<br>(By what date?) | By 1/14/11 |

**B.** **Manager Support:** Specific actions your manager will take to assist you in meeting the expected standards.

BT 000168

Ongoing coaching and support, as well as very timely, specific, candid feedback. We could role play out communications or relational scenarios.

In Oct, schedule discussion with Afshin to gather more specific feedback about perceptions for increased learning for Nadine.

Nadine discussed back/neck issue and HR MC referred her to HR FMLA or STD as agreed by her Dr. and approved by Cigna.

- 9/16/10-reminded Nadine about need for Dr. Note whether just physical therapy or STD
- 9/24/10-was notified by Nadine about PT STD that was to be effective 9/20. Discussed issue. Found email from Accenture in Junk Folder notifying me at 1:50pm on 9/23. **This will likely extend her PIP by approx. 45 days!**
- 9/29/10-Nadine showed up in person in Reston for Team Mtg 12-1:20pm after being clearly asked not to work beyond 8-noon schedule.
- 9/30/10- Nadine, Jan/Accenture, Jayne met to review PT STD req'ts for 8-noon only unless pre-approved!
- 10/6/10 – Nadine was released from Dr.'s restrictions and made a decision to not go on PT FMLA. Nadine is to resume FT duties for MA operation.
- 11/29/10 – Nadine started new FT PM project on Capital Group.
- 11/30/10 – Manager is extending PIP until 1/14/11 to allow more time to make up for missed sessions due to travel and time off/ holidays.
- 12/8/10 – Nadine is on track with progress for improving communication skills, including weekly status reports and proactive requests for time off.
- 12/14/10 – Great mentoring session; very open discussion and positive feedback from Nadine on new way of thinking and approaches. Nadine seems to be making great progress and now understands and values the investment of this PIP. She seems to have improved in her listening skills and ability to receive and apply coaching and constructive feedback.
- 12/28/10 – Nadine provided great summary feedback of recent learning from book and Route2Learn course. Nadine believes she is doing a good job for the Capital Group and got her PDD signed off by the client. She is also assisting them with some process review and will provide recommendations for improvements. I sent a note requesting direct feedback from her local team to verify performance and ensure no add'l growth areas. We had strong dialogue and validated progress is being achieved as expected for 1/14/11 completion.
- 1/6/11 – Nadine continues to be on track for good progress in all areas. In addition, she received very positive feedback from her Capital Group project team and was requested to go back on Unilever at 50%.
  - o   In prep for our final session on 1/14/11, I asked Nadine to provide dates of the 2 KQs that should be completed before 3/18/11 as an output of her growth and learning around customer relationships/effective communication and the other on estimating related to business forecasting.
  - o   I also requested that she prepare a closeout summary to add into this PIP of how the learning as already been useful and applied on interactions and mgmt of Capital Group and Unilever, as well as her personal thought processes.
  - o   Finally, I asked Nadine to prepare a good draft of a Career Dev Plan that outlines where she is today, where she would like to go and the gaps/training/prof dev/opptys that we need to build into her plan to get her on the path.
- 1/14/11 – This week we hit a little bump in the road that was a good test of Nadine's learning where Nadine was overheard on a personal call during lunch. The MC raised this to my attention and we both went to Nadine in a timely and candid way. Nadine handled this issue quickly and with grace. She took ownership and also provided a good justification that was not defensive and showed good professionalism. Nadine has juggled a heavy load the past few weeks in particular between Capital Group and Unilever, and has met all the challenges successfully.

## C. Review meetings

| Review meetings * | Dates |
|---|---|
| Planned review 1:1 - | 9/14/10, 9/16/10;  bi-weekly Tuesdays |
| Planned review 1:1 - | 9/28/10, 11am-noon |
| Planned review 1:1 – | 10/12/10 11am-noon |
| Planned review 1:1 – | 11/2 |
| Planned review 1:1 – | 11/9 |

BT 000169

| Planned review 1:1 – | 12/8 – Nadine provided great readout of Route2Learn course |
|---|---|
| Planned review 1:1 – | 12/14 |
| Planned review 1:1 – | 12/28 |
| Planned review 1:1 – | 1/6/11 |
| Monitoring end date | 1/14/11  (Last date of achievement in section C) |
| | |

**\*Number and method of review meetings can vary according to particular circumstances of case and length of agreed monitoring period.**

**F. Individual's comments**

From Nadine Ranade 1/22/11:

Summary:

When Jayne informed me that she was putting me on a performance improvement plan, I did not take that very well at first.
I did let her know that I disagreed with some of the things and that I didn't feel that they were not true, but were more perceptions. However, I reflected on some of the things Jayne said and came around it and told myself that I can learn and take away some positive things from this session that will be beneficial to my career and myself overall. I kept a very positive outlook during the PIP period and followed all the instructions and advises. This has resulted in very positive outcome and these are listed below:

-        Firstly, I became more confident about myself professionally and about my skills
-        I also developed a lot of new skills by training in developing customer relationships, negotiation and conflict resolution
-        I think I have improved my communication skills and became a better listener
-        I submitted timely weekly status reports
-        I am proactive with my time off requests and have a better understanding of how it impacts project revenue forecasting and my relationship with my MC
-        I applied my recent learning's at her new engagement and earned BT more new business (this was due to my excellent communication skills and great client relationship)
-        I contributed towards bringing in external revenue as well as internal revenue to the business
-        I was able to quickly and professionally resolve an issue without taking it personally

In conclusion, I would like to thank Jayne Charlton for guiding me towards success in this process and I look forward to having a very trusting and respectful relationship with her in the future.

This Performance Improvement Plan is an opportunity for you to work cooperatively with your manager towards resolving and improving issues of performance

This plan does not create, implicitly or explicitly, an employment contract, a guarantee of continued employment, nor any legal obligations on your part or the part of BT Americas, including all affiliated companies.. Neither your achievement of the agreed-upon goals, nor your best efforts at taking corrective action towards the agreed-upon goals, shall modify your status as an at-will employee. Your employment may be terminated or you may voluntarily terminate your employment at any time.

It is expected that you will demonstrate improvement in your performance as outlined above.  Your manager will review your performance with you according to the schedule provided above.  Upon successful completion of this plan, it is our expectation that you will continue to perform your job as described above, that you will continue to meet the general expectations of your position, and that you will continue to be a valued employee of our company.

If you successfully complete the goals during the Performance Improvement Plan period, but return to an unacceptable level of performance after the Plan is complete, reissuance of a new Performance

BT 000170

Improvement Plan may not occur and you could be subject to immediate action up to and including termination of employment.

Your manager will provide support to help you successfully complete the plan.

You should immediately notify management of any issues that arise during this Performance Improvement Plan that would interfere with your ability to meet the stated objectives. BT US & Canada has an open door policy and you are encouraged to review the full contents of this plan and any questions that you may have with your management team.

Your signature below acknowledges that you have discussed this Performance Improvement Plan with your manager and that you have received a copy of the plan.

SIGNED:   _Jayne E. Charlton 9/14/10_                          SIGNED:

MANAGER NAME:                                    INDIVIDUAL NAME:
 Jayne Charlton                                                                                           Date:

**Use the following section to document your progress against the plan objectives in your scheduled review meetings.**

**D. Achievement – Review of achievement against plan objectives**

| Review Date | Outcome Expected | Outcome Achieved | Comments |
|---|---|---|---|
| 11/9/10 | Route2Learn Training course | Course completed and learning summarized and discussed for immediate application. | |
| 11/22/10 | New project | Nadine interviewed and was approved for new external client project as the lead PM. | Nadine did a great job and was selected out of numerous candidates. |
| 12/8/10 | Mentoring on "Confronting without Offending".<br><br>Status Reports and proactive communication with HR Mgr and Team. | Review of key points discussed and mentoring completed.<br><br>Nadine is doing a good job at weekly status reports to the client and to her HR Mgr. She has also improved in her proactive communication about time off needs. | |
| 12/27/10 | Route2Learn Training course. Also, mentoring on "How Successful People Think" | Review of key points discussed and mentoring completed. Course completed and learning summarized and discussed for immediate application. | Nadine will develop a KQ before end of Q4 to apply new learning on client relationships, communication and conflict resolution. |
| 1/14/11 | Provide dates of 2 KQs to deliver in Q4.<br><br>Develop PIP Closeout Summary of Learning. | | Committed to provide 1/14 EOB.<br><br>Completed 1/14/11. |

BT 000171

| | Draft of GROW Career Dev Plan. | | Agreed to provide by 1/21/11. |
|---|---|---|---|
| | | | |

SIGNED: ___   SIGNED: _____
MANAGER NAME: _____   INDIVIDUAL NAME:
___   _____ Date:_____

BT 000172

## Performance Document - Annual PR - Manager
# Review

603561502, Nadine Ranade - Outsourc/Acqusitn Employee-Mgr
OUC: JKK5            Country: United States
Annual PR - Manager: 04/01/2008 - 03/31/2009

**Author:** Jayne Charlton                    **Role:** Manager
**Status:** Completed                          **Due Date:** 03/26/2009
**Approval:** Not Required

The document status is Completed.

## Introduction

This review is to capture an employee's annual performance. Enter comments based on both  what has been delivered and
how  it has been delivered.
 Before completing the APR, to ensure performance assessment is without unfair discrimination or bias, please make sure
you are familiar with the BT group policy ("Managing Performance in BT Group") as well as BT's Equal Opportunity or
local Diversity policy, where it exists.

## Overall Performance Rating

Please enter your rating and comments in the field below

      **Rating:**  VG - Very Good
      **Comments:**  Nadine has earned a Very Good overall rating for FY09!

## Contribution - "What"

Please enter your comments in the field below

      **Comments:**  BMS, P&G. Average billable utilization for Q4 is 92.5%

## How - BT Capabilities

**Inspiring**
| **Rating:** | VG - Very Good |
|---|---|

**Straightforward**
| **Rating:** | VG - Very Good |
|---|---|

**Trustworthy**
| **Rating:** | O - Outstanding |
|---|---|

**Helpful**
| **Rating:** | O - Outstanding |
|---|---|

BT 000203

**Heart**

Rating:              O - Outstanding

**Coaching for performance**

Rating:              VG - Very Good

**Bottom Line**

Rating:              G - Good

**Drive for results**

Rating:              G - Good

**Customer connected**

Rating:              VG - Very Good

**Professional and technical**

Rating:              O - Outstanding

**Please enter your comments in the field below**

Comments:  Nadine is an incredible performer who is constantly seeking out how she can add value, grow the business or enhance her technical or soft skills to benefit the business. She is also very interested in helping others and transferring her knowledge via 1:1s, presales participation or KQs. She had about 4 weeks on the bench in January and used that time to dedicate herself to personal growth and differentiation, earning ITiL cert., Proximex physical securing, Cisco cert., OpNet. Nadine also assists her Mgr on a regular basis to rally the team spirit. She has one of the most ambitious, willing, positive attitudes I have ever seen. She was sought after by P&G as their #1 choice for a PM. Nadine is "the real deal", and she consistently shines with her clients and her peers!

## Employee Comments

**Please enter your comments in the field below**

Comments:

## Signatures

_____        _____

Nadine Ranade / Date

_____        _____

Jayne Charlton / Date

BT 000204

## Performance Document - Annual PR - Manager
# Review

603561502, Nadine Ranade - Outsourc/Acqusitn Employee-Mgr
OUC: JKK5          Country: United States
Annual PR - Manager: 04/01/2009 - 03/31/2010

**Author:** Jayne Charlton
**Status:** Completed
**Approval:** Not Required

**Role:** Manager
**Due Date:** 03/26/2010

The document status is Completed.

## Introduction

This review is to capture an employee's annual performance. Enter comments based on both  what has been delivered and how  it has been delivered.
 Before completing the APR, to ensure performance assessment is without unfair discrimination or bias, please make sure you are familiar with the BT group policy ("Managing Performance in BT Group") as well as BT's Equal Opportunity or local Diversity policy, where it exists.

## Overall Performance Rating

Please enter your rating and comments in the field below

**Rating:** G - Good

**Comments:** Nadine has had a good year, working diligently to overcome some challenges in Oct/Nov on P&G account and with the  2 deferments of Principal title promotion. Nadine is highly intelligent and works exhaustively to meet high client demands while consistently increasing her knowledge, education and certs.  Nadine strongly desires to be the best at everything she sets out to do. Nadine has strong attributes and ambitions in security and internetworking technical arenas, coaching/mgmt, as well as interests in expanding her experience in presales and sales.  Nadine is self-directed and carries her amazing desire for knowledge and career advancement to others in KQs. She took action on direction from John Herbert to help put her on better path with Principal case.  There are a few items relating to soft skills with communication and relationship building that Nadine's Mgr would like her to take to consider, self-analyze, accept and apply to ensure more solid case for Principal promotion, in addition to working a more strategic, global program.  Nadine is a great team player and can be a great leader as well.

FY10 Total Rev: $143,970
Training Hrs: 91 / 126%
Avg Util: 104%

Info below was pasted by Jayne Charlton on behalf of Nadine Ranade.
Nadine has made many successful contributions to the BMS and P&G accounts in the past couple of years.  Her successes on the previous accounts landed her an opportunity on the Unilever account starting this past December. Unilever is a seven-year agreement valued over $800M. This contract supports Unilever community of 174,000 employees working in over 60 countries worldwide.  Nadine has fulfilled several customer requests related to video conferencing service improvement, voice optimization and billing audit on this account. Nadine also worked on the P&G account for the past three quarters.  Proctor and Gamble is a five-year agreement valued at $650M that covers the Network Infrastructure Tower projects. This contract supports the P&G community of 140,000 employees working in over 82 countries worldwide.  Nadine fulfilled several customer requests related to network infrastructure improvements, changes, and moves.  In addition to that she supported data

center moves, site decommissioning and providing converged services. Some of the requests involved correcting erroneous VLAN creation, configuring and installing of Access points, VOIP call manager migration. These requests ranged $5000 to $100,000 in value. Nadine also provided coverage for another MC supporting the following projects: One project involved bringing several sites online with Starnet dialing capabilities. Another project involved data center move and providing converged services. Her efforts were instrumental in putting together a comprehensive project delivery schedule and get it accepted by the customer in a very short time even she was not involved in the project from the beginning. Nadine's work has been very much appreciated by the customer. On P&G Nadine worked on the transformation team working on LAN/WAN/IPT and wireless transformation projects. She worked on transforming one of the most critical and largest P&G sites in Mehoopany. In addition to that she was given the lead role for site decommissioning globally for the transformation team.

Nadine has continuously demonstrated strengths in planning, executing, tracking, and leading major network infrastructure projects. Her dedication and collaboration with teammates has resulted in recommendations towards process improvement and effective change management for the service delivery process. While working on the BMS project, I was faced with the challenge of managing a large decommissioning project without having any process in place. She took the opportunity to develop and document a process and shared it with other team members via KDocs. This later on was turned into the S3 portal which not only reduced cycle time in processing SR requests but was cost effective as well. My work in the past years has earned me the reputation of a knowledgeable, helpful, innovative individual who is frequently sought after to advise new consultants or aid in "first-of-a-kind" service offerings. Nadine also participated in the development of a new managed WAN Optimization service that will enable BT PS to expand their footprint and remain a competitive leader.

A brief description of P&G projects is given below:

P&G - NY Prestige Circuit Upgrade; 05/09-08/09
Working with the P&G and BT teams, she upgraded the circuit at the NY prestige office. This office was experiencing issues due to congestion on the WAN link. They were also adding 60 more users from Fekkai which would bring the utilization to 100%. This office needed to increase the bandwidth to a 20MB MPLS circuit, so she submitted the order for the circuit and updated customer about the progress of delivery. She also secured right resource to install WAN interface cards and memory cards in the existing router. This project was then successfully handed off to a transformation PM for closure.

P&G - Prudential Tower Decommissioning Survey; 06/09 -08/09
Nadine completed a site survey for this location to decommission the site as P&G currently leases Boston GO office space in the Prudential Tower. They moved all employees to the South Boston location in October of 2009. The business objective of this GSR is to plan our exit from the leased facility P&G is currently occupying in Boston at the Prudential Tower GO location. The customer needed to remove all our networking components and return the site to the landlord by Dec 31, 2009. She visited the site and documented all the assets at the site and tasks that need to take place to decommission the site. Then she submitted a comprehensive site survey report to the customer documenting the inventory of the phone & network equipment and related steps necessary to vacate the building. The results from this site survey resulted in a big O&R for BT.

P&G - F&HCIC Renaissance - Historic Wing Building Renovation 05/09-12/09
She led this project with an engineer and external vendor to setup voice/data and wireless services in the newly renovated Annex bldg. This building will have five floors and about 200 people on each floor with a wireless assessment required for each site as well. She worked with the customer to meet their objective of creating a collaborative and Inspiring Work Environment, attracting and retaining the finest talent, and sustainability. The key requirements are:
LAN – Provide the infrastructure and design for the new facility operation, including establishing service at the new facility with local suppliers. For dimensioning purposes, average number of workstations per floor is 200.

BT 000206

Wireless LAN – Provide the assessment, design and infrastructure for the wireless service set-up. For this purpose, assessment should consider all 5 floors would be wireless enabled. For dimensioning purposes, average number of users per floor is 200.

Voice – Develop options for standard voice wiring, wireless voice technology and VOIP technology. Provide infrastructure and design of the facility operation, including establishing service at the new facility with local suppliers. Preferred option at this point remains to be VoIP (Soft phones) technology, but we shall count on the cost comparison for the other options as well. For dimensioning purposes, average number of users per floor is 200.

Document management services for printing, photocopying, scanning and faxing. Additional to multifunctional devices based service for the majority of users, a few stand alone printing equipment needs to be considered and contemplated for support. Provide design requirements for data and communication rooms for the building.  Traditional Video Conferencing coordination with Facilities.  Provide relocation services from current to temporary to definitive office spaces. Provide decommissioning, removal, and re-installation of current services as part of the building renovation, which will followed a phased approach. Americas Support Center to continue serving all site residents before, during, and after the renovation period.

P&G - O&R1014709_BOSTON_USA (184); 07/09-08/09

I provided coverage for another MC on this project for about 3 weeks.  This project involved providing LAN/WAN/IPT and WLAN services at the newly renovated South Boston Gillette facility.  During this duration she had several meetings with the Customer and BT team to put together an end-to-end implementation schedule.  she initiated the RFQ and approved the WLAN site survey order for this facility.  Since this was a critical LAN site, she also provided details to the construction manager for any questions such as an IDF closet will be constructed on the 6th, 7th and 8th floors.  A key prerequisite for successful WLAN network implementation was to get the WLAN site survey done in time.  My leadership ensured that the WLAN survey is scheduled in a timely manner, and the customer extended positive comments for my efforts during this timeframe.

P&G – Site Transformation Albany, GA; 08/09 – 11/09

Recently, she was requested to join the transformation team, and she  is working on WAN upgrade for the site.  We are planning to bring in a 20MB primary MPLS circuit and a 10MB secondary MPLS circuit to the site along with a router at the site and some WAN interface cards and memory cards in order to eliminate all ISDN dial backup links and VPN tunnels.  All voice circuits and EGP circuits terminated, and new MPLS circuits will be put in place. As the implementation leader, she will be collaborating with engineers and the site team and ordering: Primary 20MB and 10MB. 2 T1 interface cards, 2 T3 cards, CISCO 3845 router, 2 memory cards, power supply and cord, and one T3/E3 network module.

P&G – Site Transformation, Jackson, TN; 08/09 – 12/09

Also, she is currently leading on a WAN upgrade for this site as part of transformation project to bring in a 10MB primary MPLS circuit and a 5MB secondary MPLS circuit to the site. All ISDN dial backup links and VPN tunnels to be eliminated.   Routers will be replaced to meet BT standards and all voice circuits and EGP circuits terminated, and new MPLS circuits will be put in place.  she will be ordering:  MPLS Circuits:  Primary 10MB and 5MB, Cisco 3845 router, 2 memory cards, power supply and cord,1 T3  network cards.


P&G – Site Transformation, Mehoopany, PA; 08/09 – 12/09

Another part of the transformation project she am leading involves WAN upgrade in the first phase and LAN transformation to follow.  Currently we plan to bring in a 25 MB primary MPLS circuit and a 10 MB secondary circuit. Five circuits will need to be decommissioned at the site. New routers will be put in place to meeting BT standards with non-standard routing protocol. Circuit bandwidth inconsistencies will be addressed at the time of WAN transformation.  The long term Control LAN solution is in development which will be used for control LAN security mechanism, and Out of Band management will be preserved.  Also, there will be an IPT implementation, and she am leveraging Cisco certification for IPT implementation planning. she will need to order: Two MPLS T3's one primary and one secondary, 3-T3/E3 interface cards, , 2 CISCO 3845 router, 2 memory cards, power supply and cord, and WAN interface cards, flash memory, and network cable.


A brief description of Nadine's project's on the Unilever account is given below:
Unilever – Oval Office VC implementation 12/09 – 01/10

As part of the overall service improvement program for Unilever I project managed the implementation of video conferencing services at the oval office in Englewood cliffs, NJ. This was done in close collaboration with BTC. This Video conferencing service provided 'multi-point' and 'point-to-point' video conferencing over public ISDN and IP networks. Most point-to-point conferences tend to take place without involvement from BT with one site dialing the other directly. I managed the installation, testing and training tasks of this service. Worked closely with the client for proper project acceptance and closure. Customer was very pleased with the service delivery and provided the following feedback:

"Based on the short time we have worked together implementing a very high profile video conferencing solution in Englewood Cliffs Oval Office during the holiday, you jumped in to fill the PM position of a project already well underway.

Without benefit of previous format or templates or input on previous cases from the BT team who were out of the office for the Christmas Holiday, you created and delivered a testing plan required for this change to be approved in a critical time crunch with success in order to keep the project moving forward. Since that time you have performed the PM responsibilities by scheduling regular status meetings and reporting and responding in a timely and professional manner." – Denise Clancy (Unilever)

Unilever – Voice Transformation 12/09 – 07/10
As part of the overall voice service improvement program I am working with the client to implement BT One Voice or VoIP at 40 sites in various Latin American countries. I will be project managing all aspects of this project in terms of feasibility and capability analysis to implement BT One Voice or VoIP, design, implementation, testing, training, turnover to life-cycle management.

Unilever – Various Service Requests - 12/09 – 07/10
As part of the overall Unilever contract there are several service improvement and new business requests that are currently being project managed by me. One of them is Voice Optimization where we are evaluating the bandwidth needs at each site and costs associated with each vendor. This exercise is being done to provide cost savings to the customer by providing a better overall service plan. There are other SR's that I am managing which involve equipment replacement and site closures as well.

Unilever – Billing Audit by TNX - 12/09 – 12/10
I will be working with Unilever and TNX (a vendor hired by Unilever to do their billing audit). BT needs to support all audit demands for regulatory reasons. I will manage this project for the North America and Latin American region on this contract.

Unilever – NA fixed voice optimization initiative - 12/09 – 07/10
I am managing North America's fixed voice optimization initiative which involves working with various suppliers, BT legal, and other BT team members. Legal had to be involved because there were contacts written on behalf of BT which were invalid with various suppliers. We need to renegotiate these terms, clean up the inventory, and get the orders back to original suppliers and bill the customer correctly. It also involves assessing the current needs of the customer based on us

**Comments:**  age and number of users and forecast proper bandwidth requirements for each site in North America. This is all being done to meet proper cost savings target for the customer and BT. In addition to above contributions Nadine has worked on providing KQ's and training.
KQ contributions
Nadine conducted a total of five KQ's:

- KQ session on "Genesis" to train the Transformation team DPM.
- KQ session on "S3" portal for all the DPM's.
- KQ on site decommissioning.
- KQ on "Implementing IPT on Cisco platform"
- KQ on "Introduction to CISSP".


Driving New Business:
Nadine contributed to the development of the new managed WAN Optimization offering working with the ITPO COI team

Training

Nadine received her certificate and completed the training in Opnet's "Ace Live" and "IT Guru and SP Guru" network planning, monitoring and analysis.
Nadine has completed 91 hours of training during this year and she is required only 72hrs.
Spent 40 hrs preparing for and delivering 5 KQs.

How:
1. Inspiring
a. Nadine is clearly an inspiration to other team members in terms of her leadership skills. She has accomplished this by keeping the team on track to meet all the deliverables in a timely manner.

2. Straightforward
a. Team members who have worked with Nadine find her straightforward and dedicated.

3. Trustworthy
a. Nadine has an excellent track record for delivery and can be always trusted to get the job done.

4. Helpful
a. Nadine has offered to assist her co-workers in helping them understand how to approach their project. Nadine is always willing to help her peers and mentor other colleagues.

5. Heart
a. Nadine looks out for opportunities for costs savings for her customer. She is working with Unilever to provide cost savings for fixed voice services. On the P&G account she delivered on what she committed to the customer.
b. " Nadine worked diligently to provide a detailed report that lists all the assets and tasks that need to take place to decommission the site. Her work contributed towards making the decision to give the site decommissioning work to BT." - Mark Pollette (8/09)

6. Coaching for Performance
a. Nadine has conducted several KQ sessions on PMP in the past in order to coach and mentor other peers. Nadine is always willing to help her peers and mentor other colleagues.

7. Bottom Line
a. In past Nadine has worked closely with the account manager for the up-sale opportunities and is continuing to do so.

8. Drive for Results
Nadine is a results oriented individual and consistently strives to plan tasks carefully, resolve issues to customer's satisfaction. She is consistent in providing detail project status and reports for her projects. In a short time after joining Unilver she delivered a video conferencing service at a key customer site. She also took corrective measures to bring several customer requests back on track that were in red/late in their status as soon as she started working on the account. She received positive feedback not only from the customer but also BT senior management team.
a. "we need more proactive people like you at BT. Your input on the decommissioning process added a lot of value not only to the P&G account but BT as a whole. This was a critical process that needed support and you stepped in and went above and beyond the call of duty to support this effort. This enabled me/us to meet a critical contractual obligation around the disposition of assets. Your ability to see a problem and get the right parties together to address the issue and execute is a great value to BT." – Shawn Bennett (09/09)

9. Customer Connected
a. Nadine stays on top of customer issues and this is reflected in the accuracy of her reports and statuses to the customer.
"She has excellent communication skills, demonstrates her strong passion for quality and is committed to her projects. She takes the time to listen to the customer and adjusts according to their requests. Nadine has a great attitude and it comes across immediately when meeting

BT 000209

with her.  She is a true pleasure to work with and represents BT very well." – Mark Polette(8/09)


10. Professional and Technical
a. Nadine's feedback from her customer's indicates her high standards of professionalism and strong technical acumen.


## Contribution - "What"

**Please enter your comments in the field below**

**Comments:** P&G
1st half FY10 Rev is $69,570; Util is 114%/102% for an avg util of 109.5%
Comments above were added from 01 Jul 2009 to 30 Sep 2009

Comments above were added from 01 Oct 2009 to 31 Dec 2009


## How - BT Capabilities

**Inspired**
**Rating:**    VG - Very Good

**Straightforward**
**Rating:**    VG - Very Good

**Trustworthy**
**Rating:**    GS - Generally Satisfactory

**Helpful**
**Rating:**    VG - Very Good

**Heart**
**Rating:**    VG - Very Good

**Coaching for performance**
**Rating:**    GS - Generally Satisfactory

**Bottom Line**
**Rating:**    G - Good

**Drive for results**
**Rating:**    VG - Very Good

**Customer connected**
**Rating:**    G - Good

BT 000210

**Professional and technical**

| | |
|---|---|
| **Rating:** | O - Outstanding |

**Please enter your comments in the field below**

**Comments:** on track with client engagement and exceeds expectations of prof dev, working to develop new offerings, developing and delivering KQs.
Nadine is awaiting final response on a potential promotion to Principal Consultant.
Comments above were added from 01 Jul 2009 to 30 Sep 2009

Comments above were added from 01 Oct 2009 to 31 Dec 2009

## Employee Comments

**Please enter your comments in the field below**

**Comments:**

## Signatures

Nadine Ranade / Date

Jayne Charlton / Date

BT 000211



PO Box 1769
Middleburg, VA 20118

| PATIENT STATEMENT | |
|---|---|
| Amount Due: | -$0.04 |

| STATEMENT DATE | 7/10/2013 | Current Charges: | $0.00 |
| PATIENT | Nadine Ranade | Past Due: | -$0.04 |
| ACCOUNT | 118563 | | |
| FACILITY | World Gate | | |

TO:  Nadine Ranade
2524 Walnut Leaf Lane
Herndon, VA 20171

Phone (888) 889-6363
Fax (540) 687-8256
Email: billing@thejacksonclinics.com
www.thejacksonclinics.com

### Visit Summary

| Date | Status | Charges | Insurance Charges | Other Charges | Insurance Payments | Adjustments | Patient Responsibility |
|---|---|---|---|---|---|---|---|
| 07/27/10 | Billing Complete | $312.00 | $312.00 | $0.00 | $123.03 | $158.22 | 30.75 |
| 08/03/10 | Billing Complete | $176.00 | $176.00 | $0.00 | $53.51 | $109.12 | 13.37 |
| 08/10/10 | Billing Complete | $232.00 | $232.00 | $0.00 | $72.32 | $141.60 | 18.08 |
| 08/12/10 | Billing Complete | $120.00 | $120.00 | $0.00 | $34.69 | $76.64 | 8.67 |
| 09/14/10 | Billing Complete | $232.00 | $232.00 | $0.00 | $72.32 | $141.60 | 18.08 |
| 09/21/10 | Billing Complete | $231.00 | $231.00 | $0.00 | $74.35 | $138.05 | 18.60 |
| 09/23/10 | Billing Complete | $172.00 | $172.00 | $0.00 | $64.97 | $103.28 | 13.75 |
| 09/27/10 | Billing Complete | $231.00 | $231.00 | $0.00 | $74.35 | $138.05 | 18.60 |
| 09/29/10 | Billing Complete | $30.00 | $0.00 | $30.00 | $0.00 | $0.00 | 30.00 |
| 09/30/10 | Billing Complete | $175.00 | $175.00 | $0.00 | $55.54 | $105.57 | 13.89 |
| 10/04/10 | Billing Complete | $232.00 | $232.00 | $0.00 | $72.32 | $141.60 | 18.08 |
| 10/06/10 | Billing Complete | $288.00 | $288.00 | $0.00 | $91.14 | $174.08 | 22.78 |
| 10/11/10 | Billing Complete | $119.00 | $119.00 | $0.00 | $36.72 | $73.09 | 9.19 |
| 10/13/10 | Billing Complete | $175.00 | $175.00 | $0.00 | $55.54 | $105.57 | 13.89 |
| 10/20/10 | Billing Complete | $232.00 | $232.00 | $0.00 | $72.32 | $141.60 | 18.08 |
| 10/25/10 | Billing Complete | $224.00 | $224.00 | $0.00 | $77.52 | $127.10 | 19.38 |
| 10/27/10 | Billing Complete | $168.00 | $168.00 | $0.00 | $68.71 | $84.62 | 14.67 |
| **Totals:** | | $3,349.00 | $3,319.00 | $30.00 | $1,079.35 | $1,969.79 | 299.86 |

Patient Payments: $299.90

Patient Due: -$0.04

### Charge Detail

| Date | Status | Code | Description | Units | Insurance Charge | Other Charge | Insurance Payments | Adjustments |
|---|---|---|---|---|---|---|---|---|
| 07/27/10 | Billing Complete | 97001 | PT Eval | 1 | $140.00 | $0.00 | $58.34 | $67.08 |
| 07/27/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $43.95 | $57.06 |
| 07/27/10 | Billing Complete | 97140 | Manual Therapy | 1 | $60.00 | $0.00 | $20.74 | $34.08 |
| 08/03/10 | Billing Complete | 97110 | Therapeutic exercise | 1 | $56.00 | $0.00 | $18.82 | $32.48 |
| 08/03/10 | Billing Complete | 97140 | Manual Therapy | 2 | $120.00 | $0.00 | $34.69 | $76.64 |
| 08/10/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 08/10/10 | Billing Complete | 97140 | Manual Therapy | 2 | $120.00 | $0.00 | $34.69 | $76.64 |
| 08/12/10 | Billing Complete | 97140 | Manual Therapy | 2 | $120.00 | $0.00 | $34.69 | $76.64 |
| 09/14/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 09/14/10 | Billing Complete | 97140 | Manual Therapy | 2 | $120.00 | $0.00 | $34.69 | $76.64 |
| 09/21/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 09/21/10 | Billing Complete | 97140 | Manual Therapy | 1 | $60.00 | $0.00 | $17.34 | $38.32 |
| 09/21/10 | Billing Complete | 97112 | Neuromuscular Re-ed | 1 | $59.00 | $0.00 | $19.38 | $34.77 |

BT 000213

## Charge Detail

| Date | Status | Code | Description | Units | Insurance Charge | Other Charge | Insurance Payments | Adjustments |
|------|--------|------|-------------|-------|------------------|--------------|--------------------|-------------|
| 09/23/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 09/23/10 | Billing Complete | 97140 | Manual Therapy | 1 | $60.00 | $0.00 | $17.34 | $38.32 |
| 09/27/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 09/27/10 | Billing Complete | 97140 | Manual Therapy | 1 | $60.00 | $0.00 | $17.34 | $38.32 |
| 09/27/10 | Billing Complete | 97112 | Neuromuscular Re-ed | 1 | $59.00 | $0.00 | $19.38 | $34.77 |
| 09/29/10 | Billing Complete | NSFEE | NS/CTC Appt Fee | 1 | $0.00 | $30.00 | $0.00 | $0.00 |
| 09/30/10 | Billing Complete | 97110 | Therapeutic exercise | 1 | $56.00 | $0.00 | $18.82 | $32.48 |
| 09/30/10 | Billing Complete | 97112 | Neuromuscular Re-ed | 1 | $59.00 | $0.00 | $19.38 | $34.77 |
| 09/30/10 | Billing Complete | 97140 | Manual Therapy | 1 | $60.00 | $0.00 | $17.34 | $38.32 |
| 10/04/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 10/04/10 | Billing Complete | 97140 | Manual Therapy | 2 | $120.00 | $0.00 | $34.69 | $76.64 |
| 10/06/10 | Billing Complete | 97110 | Therapeutic exercise | 3 | $168.00 | $0.00 | $56.45 | $97.44 |
| 10/06/10 | Billing Complete | 97140 | Manual Therapy | 2 | $120.00 | $0.00 | $34.69 | $76.64 |
| 10/11/10 | Billing Complete | 97140 | Manual Therapy | 1 | $60.00 | $0.00 | $17.34 | $38.32 |
| 10/11/10 | Billing Complete | 97112 | Neuromuscular Re-ed | 1 | $59.00 | $0.00 | $19.38 | $34.77 |
| 10/13/10 | Billing Complete | 97140 | Manual Therapy | 1 | $60.00 | $0.00 | $17.34 | $38.32 |
| 10/13/10 | Billing Complete | 97112 | Neuromuscular Re-ed | 1 | $59.00 | $0.00 | $19.38 | $34.77 |
| 10/13/10 | Billing Complete | 97110 | Therapeutic exercise | 1 | $56.00 | $0.00 | $18.82 | $32.48 |
| 10/20/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 10/20/10 | Billing Complete | 97140 | Manual Therapy | 2 | $120.00 | $0.00 | $34.69 | $76.64 |
| 10/25/10 | Billing Complete | 97110 | Therapeutic exercise | 2 | $112.00 | $0.00 | $39.69 | $62.14 |
| 10/25/10 | Billing Complete | 97530 | Therapeutic Activity | 2 | $112.00 | $0.00 | $37.63 | $64.96 |
| 10/27/10 | Billing Complete | 97110 | Therapeutic exercise | 1 | $56.00 | $0.00 | $18.82 | $32.48 |
| 10/27/10 | Billing Complete | 97530 | Therapeutic Activity | 2 | $112.00 | $0.00 | $39.69 | $62.14 |
| Totals: | | | | | $3,319.00 | $30.00 | $1,079.35 | $1,969.79 |

## Payment Detail

| Date | Type | Identifier | Amount |
|------|------|------------|--------|
| 09/21/10 | Credit Card | A/B | $70.87 |
| 10/04/10 | Credit Card | A/B | $48.08 |
| 12/09/10 | Credit Card | A/B | $180.95 |
| Total: | | | $299.90 |

BT 000214



*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

| Patient: | Nadine Ranade | Facility: | World Gate |
|---|---|---|---|
| Case ID: | 118563 | Phone: | 703-689-3164 |
| Date of Birth: | 08/15/1964 | Fax: | 703-689-3167 |
| Gender: | F | Referring Physician: | Vijaya L Gorle MD |
| Visits: | 12 | See Also: | ☐ M.D. Report |
| Scheduled Visit: | 10/11/10  3:00PM | | ☐ Exercise Chart |

| | |
|---|---|
| Patient Diagnosis: | C/S pain |
| Patient Reported: | has returned to work but still working from home.  I got up from the computer and went outside and when lunch time came around did not eat in front of the computer I went into the other room and ate. |
| Objective Findings: | Con't hypertonic L levator with reproduction primary c/o pain on L with forward flx.  Decreased L C/S rotation vs R with L sided tightness.  - MNT and RNT L UE |

Treatment

| | |
|---|---|
| Therapeutic exercise: | Per flow sheet with directed supervision said she had to get back to work.  UBE 5' lvl 3 |
| Therapeutic activities: | HELD:  review with pt demo self release with use of hand L levator or stretch-out strap with L shoulder depression and repeated C/S rotation and forward flexion to determine effective dosage. |
| Neuromuscular re-ed: | Cueinf for scapular and C/S neutral in sitting and with computer use with improved mad and lower trap facilitation in sitting and reduced dominance levator and rhomboids |
| Gait training: | |
| Muscle stretching: | L scalenes and SCM with pt in sitting and supine x 2 |
| Post-iso relaxation: | |
| Soft tissue mobilization: | Functional release L levator, UT in sitting with repeated C/S rotation B and Forward flexion with emphasis upper C/S flexion x 5.  L SCM with pt supine.  B axillary release and pec minor with varying degrees shoulder scaption PROM pt supine. |
| Neural mobilization: | |
| Joint mobilization: | Side glides GVII.  CPA's T2T3T4 pt prone GIV x 2 |
| Manual / Mech Traction: | |
| Modalities: | |
| Instruction home exercise: | per flow sheet with written instructions and pt demo |
| Joint strapping: | |
| Other: | Con't emphasis on limiting time spent in front of computer at 30' with breaks to unload con't irritated and hypertonic L scalenes, |
| DME issued: | |
| Assessment: | Very frustrated that pt rarely has time for ther ex with need to get back to work.  Able to restore symmetrical B C/S rotation but limited compliance to ther ex and carry over from neuro re ed.  Limited ability to balance work and stress and symptom management for full recovery. |
| Plan: | Con't with neuro re ed for improved posture, joint, soft tissue and neural mobs with ther ex and HEP |

| Time In: | | Time Out: | | Total RX Time: | 33' |
|---|---|---|---|---|---|

DIGITAL SIGNATURE ON FILE

Kenneth  Herbel, PT,  MPT, OC    10/11/10 03:51 PM

BT 000242

| Business Unit : HRSAM | **Case Notes Detail** | BT |
|---|---|---|
| Create Date From : 01/09/2010 | | Run Date : 06/14/2011 |
| Create Date To : 14/06/2011 | | |

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

**Case Notes Added On: 13/09/2010 17:36:10**   Note Seq Nbr: 1   Note Type:

**Case Summary:**   09/13/10 11:37 a.m.: Telephone call to EE. Left msg asking her to return call.

Need to advise of STD/LTD process and paperwork.

**Case Notes Added On: 14/09/2010 14:06:32**   Note Seq Nbr: 2   Note Type:

**Case Summary:**   09/14/10 8:07 a.m.: Email to EE requesting she call me.

Good morning!

I left a voice message for you yesterday. Please call me at your earliest convenience so I can explain the benefits of short-term and long-term disability to you. You can call me directly at 210-699-2639.

Thanks!

Jan

**Case Notes Added On: 14/09/2010 21:46:07**   Note Seq Nbr: 3   Note Type:

**Case Summary:**   09/14/10 3:47 p.m.: Telephone call to EE.

Advised of FMLA/STD process and paperwork. EE understood.

**Case Notes Added On: 14/09/2010 21:51:07**   Note Seq Nbr: 4   Note Type:

**Case Summary:**   09/14/10 3:52 p.m.: Initial email to EE/mgr with attachments.

Good afternoon!

It was nice speaking to you today!

On 09/13/10, we became aware that you need time off from work under circumstances that may qualify for leave under the Family and Medical Leave Act (FMLA). The purpose of this letter is to provide you with information and the forms both you and your health care provider need to complete and return to us.

Enclosed, you will find the BT America's FMLA policy, FMLA Request and the Certification of Health Care Provider form. The policy includes the basic provisions of the FMLA and rights of eligible employees. There is also a disability information sheet enclosed. The following FMLA forms need to be completed by you and your health care provider and returned to us.

•   FMLA Request Form: Once you complete this form, please fax or scan and email to Accenture. The fax number is 800-841-3658 or email to us.hro.bt@accenture.com.

•   Certification of Health Care Provider Form: You will need to give this form to your health care provider for completion. Your health care provider may return the completed form directly to Accenture at fax number 800-841-3658 or scan and email it to us.hro.bt@accenture.com.

Please be sure that these completed forms, in full, including the expected date of return, are returned to us within 15 days following this request or provide us a reasonable explanation for the delay. Failure to provide certification may result in a denial of continuation of leave. As stated in our FMLA policy, medical information received for FMLA leave is considered confidential and shall be disclosed only to those involved in the FMLA leave determination.

After receipt and review of the forms, we will make a determination on designation of your requested absence as FMLA leave.

You will also need to contact Cigna at 800-362-4462 to open a claim for disability benefits prior to your leave start date. They should coordinate with your physician directly after you open the claim for all necessary documents needed to approve disability benefits. You will be paid 40 hours of Company Sick time for the first five (5) business days you are considered unable to work if you have sick time available; otherwise you will be unpaid for the waiting period. After that, Cigna must approve your disability claim in order for you to receive disability pay through Cigna. You will receive one check for 70% of your earnings (taxable). If you elected supplemental coverage, you will receive an additional 30% (non-taxable) included in the check.

BT 000254

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604728089 Saul Villanueva |

Please let me know if you are able to accommodate her restrictions.

Thanks!

Jan

Good afternoon!

I have received a doctor's note requesting that Nadine work four hours per day from 09/20/10 through 12/15/10.   She is unable to sit for a prolonged period of time and needs to attend physical therapy.

Per Nadine, she works from home.

Will you be able to accommodate her restriction?

Please contact me if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 27/09/2010  14:14:33**          **Note Seq Nbr:** 32          **Note Type:**

**Case Summary:**          09/24/10 4:30 p.m.:  Telephone call with mgr, Jayne Charlton.

She advised that the company can accommodate her restriction of working 4 hours per day.

**Case Notes Added On: 27/09/2010  21:28:48**          **Note Seq Nbr:** 33          **Note Type:**

**Case Summary:**          09/27/10 3:15 p.m.:  Telephone call to EE.  Left msg asking for return call.

Need to advise mgr can accommodate.

**Case Notes Added On: 27/09/2010  21:29:28**          **Note Seq Nbr:** 34          **Note Type:**

**Case Summary:**          09/27/10 3:30 p.m.:  Email to PR with amended LC attached.

From: Escalante, Jan
Sent: Monday, September 27, 2010 3:30 PM
To: jim.menard@bt.com, rhonda.blassingame@bt.com
Subject: Nadine Ranade Amended Initial Leave Calendar

Good afternoon!

It appears that Nadine isn't on a leave of absence.  She is working part-time due to medical restrictions.

I have attached an amended initial leave calendar.  Please use our regular password.

Please let me know if you have questions or would like more information.

**Case Notes Added On: 28/09/2010  19:55:23**          **Note Seq Nbr:** 35          **Note Type:**

**Case Summary:**          Follow up

From: Jayne.Charlton@usc-bt.com [Jayne.Charlton@usc-bt.com]
Sent: Tuesday, September 28, 2010 8:08 AM
To: us.hro.bt
Subject: RE: Case 1410814 – Nadine Ranade

Hi Jan:

I received an email last night from Nadine's project team, Debra Gessel, that the proposed schedule does not work for their client.  I am in the process of trying to do further research today to better understand what an acceptable schedule would be and will keep you posted.  Thank you.

Kind Regards,

Jayne Charlton, PMP

BT 000264

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

**Case Notes Added On: 29/09/2010 14:04:23**     Note Seq Nbr: 37     Note Type:

Case Summary:     09/29/10 8:06 a.m.: Email to mgr re accommodations.

Good morning!

Please let me know when you have determined what accommodations you can make for Nadine.

Thanks!

Jan

**Case Notes Added On: 29/09/2010 21:58:23**     Note Seq Nbr: 38     Note Type:

Case Summary:     09/29/10 3:35 p.m.: Voicemail from mgr, Jayne Charlton 571-236-3418.

**Case Notes Added On: 29/09/2010 22:03:44**     Note Seq Nbr: 39     Note Type:

Case Summary:     09/29/10 3:50 p.m.: Telephone call with mgr.

She is trying to work with the client to get set hours that EE will be allowed to work. Problem with her going into office for meeting which she didn't show up for. No call prior to meeting start time. She also went to office for team meeting. Advised will call EE to advise he that she is not to work more than 4 hours per day.

**Case Notes Added On: 29/09/2010 22:04:30**     Note Seq Nbr: 40     Note Type:

Case Summary:     09/29/10 4:00 p.m.: Telephone call to EE.

Called EE to advise he that she is not to work more than 4 hours per day. Requested that she email me her time from 09/16/10 through 09/30/10. She understood.

**Case Notes Added On: 29/09/2010 22:53:08**     Note Seq Nbr: 41     Note Type:

Case Summary:     09/29/10 4:55 p.m.: Received STD denial due to waiting period.

**Case Notes Added On: 30/09/2010 00:35:27**     Note Seq Nbr: 42     Note Type:

Case Summary:     Attachment

Received letter from Cigna regarding EE's STD

**Case Notes Added On: 30/09/2010 14:47:24**     Note Seq Nbr: 43     Note Type:

Case Summary:     09/30/10 8:43 a.m. Telephone call from EE.

She advised her mgr told her to work from 8-12. EE doesn't like this schedule as she thinks she won't be able to attend required meetings with her client. She would like to schedule a conference call at 3:00 with me, mgr and her. She is sending timesheet which she has five consecutive days of sick pay; however, she already worked on those days and don't think PR will accept her time changes. She said she has some sick days in August/September that she wants PR to remove because she did have billable time during that period. She wants to use the sick pay for her waiting period. Don't think PR can remove time that was already submitted.

**Case Notes Added On: 30/09/2010 14:48:21**     Note Seq Nbr: 44     Note Type:

Case Summary:     09/30/10 8:40 a.m.: Email from EE requesting changes to timesheet.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Thursday, September 30, 2010 8:40 AM
To: Escalante, Jan; nadine.ranade@bt.com
Subject: Timesheet Charges

Jan,

Lisa from cigna called me today and she said she is closing the case because there are no 7 consecutive calendar day off. I explained to her there are. Please see my time breakdown for last week:

9/20 – full day work
9/21 – full day work
9/22 – sick full day

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

this information is strictly prohibited. If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: Charlton, Jayne
Sent: Thursday, September 30, 2010 8:18 AM
To: Ranade, Nadine
Cc: Schneider, Terry; Charlton, Jayne
Subject: RE: Clarity on Nadine Ranade's end date
Importance: High

Nadine:   That is NOT what I understood from my conversation with Jan at Accenture around 4pm yesterday, so I will
need to discuss. We both agree that in order for this to be manageable, it had to be 4 consecutive hrs.   I am NOT ok
with you working 4 hrs per day haphazardly as flex time per day.   This is not manageable for the business, PT FMLA,
or for your Dr. care.   Sorry, but we will have to discuss further to determine where the disconnect is and resolve.
Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office
1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged
or confidential. The information is intended for use only by the individual(s) or entity named above. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of
this information is strictly prohibited. If you have received this electronic message in error, please notify
me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective
operation and for other lawful business purposes. Communications using this system will also be monitored
and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: Ranade, Nadine
Sent: Wednesday, September 29, 2010 7:35 PM
To: Charlton, Jayne
Subject: RE: Clarity on Nadine Ranade's end date

Jayne,

I talked to Jan today and she said that if it ok with my mgr. then I can do 4 hrs flex time each day and I think that
should be ok with Debra as well.   Please ask her about this because HR is also ok with it.   Jan said that I am only
allowed to work 4 hrs per day and cannot exceed that.

Regards,
Nadine
From: Charlton, Jayne
Sent: Wednesday, September 29, 2010 5:05 PM
To: Ranade, Nadine
Subject: FW: Clarity on Nadine Ranade's end date
Importance: High

Nadine---FYI only!!! Do not take any action! I will let you know what I find out.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Also, although I understand that you had good intentions, you were out of compliance in coming to the office today for the meeting from noon -1:30pm.   You cannot change your schedule as desired per HR.   We will discuss further later. Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne  Charlton  |  Managing  Consultant  |  Reston,  VA  |  BT  Business  Solutions  Group  |  Mobile  1 571-236-3418 |  Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: Charlton, Jayne
Sent: Wednesday, September 29, 2010 5:01 PM
To: Gessel,DO,Debra,DGE R; Sepehri,A,Afshin,JGV7 R
Cc: jayne.e.charlton@bt.com; desmond.kerr@bt.com; Schneider, Terry
Subject: RE: Clarity on Nadine Ranade's end date
Importance: High

Hi Debra:

I  definitely  understand  that  Nadine  needs  to  meet  the  client  needs  while  meeting  her  20 hrs  per  week;  however,  we were  notified  last  week  that  Nadine  has  been  put  on  Dr.  restrictions  and  50%  FMLA.   This  requires  that  she  sets  and maintains  a  consistent  4 hr  per  day  work  schedule,  such  as  8am – noon;  9am – 1pm,  noon – 4pm,  etc.  per  day  per week  thru  12/15/10.    Is  it  possible  for  the  Unilever  team  to  accommodate  this  schedule  for  Nadine  during  the remainder of her 50% time on the project, and, if so,  what 4 hr timeframe works best?  Thank you for your support.

Kind Regards,

Jayne Charlton, PMP

Jayne  Charlton  |  Managing  Consultant  |  Reston,  VA  |  BT  Business  Solutions  Group  |  Mobile  1 571-236-3418 |  Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc  e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: debra.gessel@bt.com [mailto:debra.gessel@bt.com]
Sent: Tuesday, September 28, 2010 5:00 PM
To: jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Subject: RE: Clarity on Nadine Ranade's end date

' Jayne,

My proposed schedule is an average 20 hours per week spent during scheduled customer meetings, designs, planning, reporting, managing, controlling and implementations.

Debra

_____

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Tuesday, September 28, 2010 6:31 AM
To: Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
Subject: RE: Clarity on Nadine Ranade's end date
What is your proposed schedule?  Thanks.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: debra.gessel@bt.com [mailto:debra.gessel@bt.com]
Sent: Monday, September 27, 2010 10:55 PM
To: jayne.e.charlton@bt.com; desmond.kerr@bt.com; Sepehri,A,Afshin,JGV7 R
Cc: jayne.e.charlton@bt.com
Subject: RE: Clarity on Nadine Ranade's end date

Jayne,

At this time there are only approved SRs for 50% of a PM's time through November 30th, not December 31st.

No. Only working 8am to noon each day is not sufficient coverage for the activities through November 30th.

Debra

_____

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Friday, September 24, 2010 2:16 PM
To: Gessel,DO,Debra,DGEA R; Kerr,D,Desmond,JGJ2 R; Sepehri,A,Afshin,JGQ2X R
Cc: Charlton,JE,Jayne,JGJ2 R
Subject: RE: Clarity on Nadine Ranade's end date
Hello All:

If Nadine works 8am – noon each day during the 50% will that be sufficient coverage for the activities thru Dec? Thank you.

Case Notes Added On: 30/09/2010 16:48:41          Note Seq Nbr: 55          Note Type:

Case Summary:          09/30/10 10:28 a.m.: Email from S. Schlichting to V. Pearson re time problem.

From: Schlichting, S.

| Case ID | Name | Category | Case Status | Added By |
|---|---|---|---|---|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Thursday, September 30, 2010 10:13 AM
To: Escalante, Jan
Subject: RE: Time Worked for Nadine Ranade
Importance: High
Sensitivity: Confidential

Jan: I really have no way to verify this since we are both mostly remote workers and my job function requires that I am out with clients and other consultants in addition to office time. I suspect that Nadine worked at least 20 hrs and actually probably worked about 28 hrs last week. This is why I need her to be committed to a set 4 hrs per day consistently per week with only pre-approved "rare" exceptions. Clearly, Nadine was working last Thursday Friday because that is when she and I were on-line about her PT FMLA. I believe she was thinking that she had to "record" 5 consecutive days as sick leave (regardless of whether that was accurate) in order for her PT FMLA to kick-in. Is that the policy? This whole case with Nadine make me nervous from both a FMLA and PIP perspective. Thanks so much for your help.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc. which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842 United States

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Thursday, September 30, 2010 11:04 AM
To: Charlton, Jayne
Subject: Time Worked for Nadine Ranade

******************** REQUEST FOR CONFIDENTIALITY ************************

Good morning!

Below are the hours worked from Nadine. In speaking with you and her, it seems to me that she worked more than 12 hours in the past two weeks since she presented her doctor note requesting 4 hours per day. Can you please confirm the hours below are correct?

I need to report her hours worked to short-term disability and want to make sure her information below is correct.

Please do not speak with Nadine about this issue. I am working with Cigna STD but I don't want the issue convoluted with Nadine knowing I'm questioning her reported hours.

There is also an issue regarding her request to change time reported in August and the beginning of September. I have forwarded that to Payroll.

| Case ID 1410814 | Name Nadine Ranade | | Category Med Leave of Absence | Case Status Closed | Added By 605101089 Claudia Guampe |
|---|---|---|---|---|---|

Please let me know if you have questions or would like more information.

Thanks!

Jan

**Case Notes Added On: 06/10/2010  18:29:53**                    **Note Seq Nbr:** 77           **Note Type:**

**Case Summary:**          See case 1423091 for additional notes from doctor and employee

**Case Notes Added On: 11/10/2010  15:44:36**                    **Note Seq Nbr:** 78           **Note Type:**

**Case Summary:**          10/05/10 2:12 p.m : Email from EE with amended dr. notes/CHCP attached.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Tuesday, October 05, 2010 2:12 PM
To: Escalante, Jan
Subject: re: Updated paperwork

Jan,

    Please see attached updated paperwork from my doctor.  Please let me know if the part-time FMLA is approved.

Regards,
Nadine

**Case Notes Added On: 11/10/2010  15:46:57**                    **Note Seq Nbr:** 79           **Note Type:**

**Case Summary:**          10/06/10 9:48 a.m.: Email from mgr advising EE's client cannot accommodate rx.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 9:48 AM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com; nadine.ranade@bt.com; Terry.Schneider@usc-bt.com
Subject: RE: Documentation of Phone Call 10/05/10 8:15 a.m.
Importance: High

Jan:  Based on the revised decision of the Unilever project team to allow Nadine to work PT at 4 hrs in an inconsistent schedule during 8-5pm ET business hours, Terry and I have also agreed to provide Nadine the flexibility for working 4 hrs non-contiguously that best meets the client/project needs.

I will work with Nadine to plan ahead on her Outlook Calendar and provide me increased visibility, as well as to proactively report her schedule to me in advance that will allow for her 4 hrs off to ensure meeting the daily Dr. restrictions. I am also still hoping and expecting that some degree of predictability of the 4 hrs per day/20 hrs per week can be achieved to meet mgmt requirements.

Is this acceptable for Cigna to approve her paid PT FMLA/STD?

I appreciate the time and cooperation you have invested to attempt to resolve this issue for Nadine. Thanks.

Kind Regards,

Jayne Charlton, PMP

**Case Notes Added On: 11/10/2010  15:47:55**                    **Note Seq Nbr:** 80           **Note Type:**

**Case Summary:**          10/06/10 10:30 a.m.: Phone conversation with EE/mgr.

Advised EE that her client cannot accommodate restrictions.

**Case Notes Added On: 11/10/2010  15:49:09**                    **Note Seq Nbr:** 81           **Note Type:**

**Case Summary:**          10/05/10 4:07 p.m.: Email to EE/mgr re EE's not able to accommodate rx.

From: Escalante, Jan
Sent: Tuesday, October 05, 2010 4:07 PM
To: nadine.ranade@bt.com
Cc: jayne.e.charlton@bt.com
Subject: Updated Status of Restricted Duty

BT 000292

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Good afternoon!

I have received your original certification of health care provider and your amended certification of health care provider and have reviewed them. We have accommodated your restriction of working four hours per day from 09/20/10 through today, 10/05/10.

Unfortunately, your manager spoke with your client today and they are not able to accommodate you working for them for four hours per day. They need to have someone who is able to devote an entire eight hours per day on their issues.

Because we cannot accommodate your restriction effective today, 10/05/10, you are left with two options:

You can speak with your doctor and decide if it would be best in this situation for you to be off work continuously for a period of time. If this is the case, you would need to provide me with a doctor's note specifically stating that you are not able to work at all beginning on the date your doctor recommends. The date would have to be no sooner than 10/06/10 as we have already accommodated your previous restriction from 09/20/10 through 10/05/10. You would also need to refile a short-term disability request with Cigna effective 10/06/10.

You can speak with your doctor and decide if it would be best for you to have your restriction lifted and return to work full time. If this is the case, you would need to provide me with a doctor's note releasing you from your restricted duty. The date of your return to work would need to be no sooner than tomorrow, 10/06/10. I would need to have the doctor's note prior to you working.

When we spoke on the telephone a few minutes ago, you kept referring to a policy whereby you are allotted two months of time to find another client to work for. This would be something you and your manager would need to discuss.

In the meantime, your status is as follows:

You are not an "active" employee as you are still under your restriction of working four hours per day. We cannot accommodate your restriction as of today. You will not be allowed to work until I have received a release to return to work note from your doctor.

Per our telephone conversation, I recommended that you speak with your doctor and advise her that your company cannot accommodate your restriction. You and your physician will need to decide what you will do regarding your work status.

I will contact you tomorrow morning to see if you and your doctor have made a decision.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010  15:50:14**          **Note Seq Nbr: 82**          **Note Type:**

**Case Summary:**          10/06/10 8:30 a.m.: Email to EE re phone call 10/05/10 8:15 a.m.:

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 8:30 AM
To: nadine.ranade@bt.com
Cc: jayne.e.charlton@bt.com
Subject: Documentation of Phone Call 10/05/10 8:15 a.m.

Good morning!

It was nice speaking with you this morning!

You advised that you spoke with your client this morning and you were told that they can accommodate you working four hours per day during any part of the day. Unfortunately, BT's policy is that you work continuous hours if under restricted hours. Ultimately, we still cannot accommodate your restricted duty beginning 10/06/10.

Alternatives would be:

Unpaid personal leave of absence – you advised that you do not want to request an unpaid person leave of absence.

Continuous short-term disability – you advised that you do not want to request a continuous short-term disability.          BT 000293

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

Return to work with no restrictions – you advised that you do not want to return to work with no restrictions.

You would like to have a conference call with your client, Jayne Charlton and me. I am certainly open to that; however, the policy still stands.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010 15:51:26**     **Note Seq Nbr: 83**     **Note Type:**

**Case Summary:**     10/06/10 10:45 a.m.: Telephone call with V. Pearson.

She agrees with me that we cannot accommodate EE. Advised of alternatives.

**Case Notes Added On: 11/10/2010 15:52:12**     **Note Seq Nbr: 84**     **Note Type:**

**Case Summary:**     10/06/10 11:00 a.m.: Email to mgr.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 11:00 AM
To: Jayne.Charlton@usc-bt.com
Cc: nadine.ranade@bt.com; Terry.Schneider@usc-bt.com
Subject: Nadine Ranade Status

Good morning!

I have spoken to my contact at BT HR and was advised that we cannot accommodate anything other than Nadine working four continuous hours per day.

BT would have too much liability. We would have no way of tracking the amount of time she is working which would leave open a door for liability in that we did not accommodate her medical restriction and/or that she would work more than her allowed hours.

I'm sorry we cannot be flexible with this issue but we need to do what has been requested by her physician as well as protect BT.

I have offered Nadine the alternatives of:

Unpaid personal leave of absence.
Requesting a short-term disability thereby remaining off work continuously for more than five business days.
Returning to work with no restrictions.

Nadine has advised that none of the above alternatives are agreeable to her.

Please let me know if you have questions or would like more information.

Thank you!

**Case Notes Added On: 11/10/2010 15:52:55**     **Note Seq Nbr: 85**     **Note Type:**

**Case Summary:**     10/06/10 11:04 a.m.: Email to EE.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 11:04 AM
To: nadine.ranade@bt.com; Terry.Schneider@usc-bt.com
Subject: Nadine Ranade Status

Good morning!

If you would like to further discuss Nadine's situation, please contact me or Vance Pearson at 972-830-8714. You can reach me directly at 210-699-2639.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010 15:53:49**     **Note Seq Nbr: 86**     **Note Type:**

**Case Summary:**     10/06/10 11:52 a.m.: Email to mgr.

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 11:52 AM
To: jayne.e.charlton@bt.com
Subject: FW: Nadine Ranade Status

Good morning!

I'm sorry . . . I guess I inadvertently left your name off this email.

Thanks!
Case Notes Added On: 11/10/2010 15:54:38       Note Seq Nbr: 87       Note Type:

Case Summary:       10/06/10 12:25 p.m.: Email to mgr.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 12:25 PM
To: Jayne.Charlton@usc-bt.com
Subject: RE: Nadine Ranade Status

Good afternoon!

Thank you very much!

We'll keep going until we can come to a satisfactory agreement for all involved.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline: 800-379-9125
Fax: 800-841-3658
Email: us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 12:20 PM
To: Escalante, Jan
Subject: RE: Nadine Ranade Status

No problem. I worked with Vance before Stephanie on Nadine's PIP. Nadine is heading back to her Dr. so more to come . . . .

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile  1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc. which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored

| Case ID | Name | Category | Case Status | Added By |
|---------|------|----------|-------------|----------|
| 1410814 | Nadine Ranade | Med Leave of Absence | Closed | 604122269 Jan Escalante |

**Case Summary:**          10/06/10 12:44 p.m.: Email to EE advising her to continue PT hours.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 12:44 PM
To: nadine.ranade@bt.com
Cc: jayne.e.charlton@bt.com
Subject: Status of Restricted Hours

Good afternoon!

It was nice speaking to you this afternoon!

You advised that you have a doctor appointment this afternoon and you will be forwarding a note from your doctor lifting your restriction. Until I have the note in my possession and it has been reviewed, you are only allowed to work four hours.

I will contact you when I have reviewed the note.

Please let me know if you have questions or would like more information.

Thanks!
**Case Notes Added On: 11/10/2010  15:57:47**          **Note Seq Nbr: 89**          **Note Type:**

**Case Summary:**          10/06/10 12:49 p.m.: Email to mgrs.

From: Escalante, Jan
Sent: Wednesday, October 06, 2010 12:49 PM
To: Terry.Schneider@usc-bt.com; Jayne.Charlton@usc-bt.com; vance.pearson@bt.com
Subject: RE: Nadine Ranade Status

Good afternoon!

Nadine has an appointment this afternoon with her physician. We are waiting to find out what the doctor and Nadine agree upon. Once I receive the updated documentation from her doctor, I will let you know.

Please let me know if you have questions or would like more information.

Thanks!

Jan Escalante
Accenture HR and Learning BPO - San Antonio
Peopleline:  800-379-9125
Fax:  800-841-3658
Email:  us.hro.bt@accenture.com

Our Core Values:   Stewardship – Best People – Client Value Creation – One Global Network – Respect for the Individual – Integrity

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

From: Terry.Schneider@usc-bt.com [mailto:Terry.Schneider@usc-bt.com]
Sent: Wednesday, October 06, 2010 12:37 PM
To: Escalante, Jan; Jayne.Charlton@usc-bt.com; vance.pearson@bt.com
Subject: RE: Nadine Ranade Status

Jan, Vance,

          Since Nadine is "currently" not agreeable to the alternative provided. What is the next step? How do we move forward or come to resolution? Please advise.

Terry

| Case ID<br>1410814 | Name<br>Nadine Ranade | Category<br>Med Leave of Absence | Case Status<br>Closed | Added By<br>604122269 Jan Escalante |
|---|---|---|---|---|

From: jan.escalante@accenture.com [mailto:jan.escalante@accenture.com]
Sent: Wednesday, October 06, 2010 3:14 PM
To: Ranade,NT,Nadine,JGJ R
Cc: jayne.e.charlton@bt.com; Schneider, Terry
Subject: Return to Work Full-Time

Good afternoon!

Thank you for your telephone call this afternoon!

I have received the note from your doctor stating you can return to eight hours per day effective today.

Please complete your timesheet beginning today. I have already submitted your time from 09/20/10 through 10/05/10.

Additionally, if you would like to appeal the denial of your short-term disability for your part-time work, please provide Cigna with a written request for an appeal. You will need to have your doctor send Cigna medical documentation of your disability from 09/20/10 through 10/05/10. If you do not appeal or if your appeal is denied, your time from 09/20/10 through 10/05/10 will remain documented as four hours worked and four hours unpaid time.

Please let me know if you have questions or would like more information.

Thanks!

**Case Notes Added On: 11/10/2010 16:01:04**          Note Seq Nbr: 92          Note Type:

Case Summary:          10/06/10 12:56 p.m.: Email from mgr.

From: Jayne.Charlton@usc-bt.com [mailto:Jayne.Charlton@usc-bt.com]
Sent: Wednesday, October 06, 2010 12:56 PM
To: Terry.Schneider@usc-bt.com; Escalante, Jan; vance.pearson@bt.com
Subject: RE: Nadine Ranade Status

I spoke to Nadine after our call, and she is going back to her Dr. one more time today to see what she advises, and if she is either supportive of FT STD or will release her from restrictions. Thanks.

Kind Regards,

Jayne Charlton, PMP

**Case Notes Added On: 11/10/2010 16:02:40**          Note Seq Nbr: 93          Note Type:

Case Summary:          10/06/10 1:38 p.m.: Email from EE with release to RTW w/o restrictions.

From: Nadine.Ranade@usc-bt.com [mailto:Nadine.Ranade@usc-bt.com]
Sent: Wednesday, October 06, 2010 1:38 PM
To: Escalante, Jan
Subject: Nadine Ranade Doctor's Note
Importance: High

Jan,

Please see attached doctor's note releasing me from constraint of working 4 hrs. She does want me to cont. with my physical therapy and see an orthopedist and see her in couple of months. Please let me know so I can input my regular time effective today. Thanks.

Regards,
Nadine

**Case Notes Added On: 11/10/2010 16:04:04**          Note Seq Nbr: 94          Note Type:

Case Summary:          10/06/10 2:19 p.m.: Email from mgr.

From: Terry.Schneider@usc-bt.com [mailto:Terry.Schneider@usc-bt.com]
Sent: Wednesday, October 06, 2010 2:19 PM
To: Escalante, Jan
Cc: jayne.e.charlton@bt.com
Subject: RE: Nadine Ranade Return to Work Full-Time

Jan,

BT 000302

**From:** Charlton, Jayne
**Sent:** Thursday, January 06, 2011 10:17 AM
**To:** Schneider, Terry
**Subject:** FW: Capital Group - Nadine Ranade PM perf

FYI on feedback for Nadine. This feedback and the request for her to go back on Unilever I shows good progress.

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email: jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc which may be privileged or confidential. The information is intended for use only by the individual(s) or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1000 Tamcon Ave, Ste 270 Santa Clara California 95050 USA - www.bt.com

**From:** Paul, Evan
**Sent:** Wednesday, December 29, 2010 12:36 PM
**To:** Charlton, Jayne
**Subject:** RE: Capital Group - Nadine Ranade PM perf

Hi,

I find Nadine to be a very capable and skilled PM. She is very enthusiastic about her work and shows excellent professionalism with peers and clients. I would be delighted to work with her on any future project.

Evan

**From:** Charlton, Jayne
**Sent:** Tuesday, December 28, 2010 5:20 PM
**To:** Shouga, Hani; Upton, David; Paul, Evan

1

**Subject:** RE: Capital Group - Nadine Ranade PM perf
**Importance:** High

Hello All:

I hope you had a wonderful holiday!  Can you please provide me some feedback about Nadine's current performance as the PM on Capital Group in prep for Q3 review?  Thanks very much!

Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc. which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT 000306