# EXHIBIT

# 3

# Nadine Ranade
# Documents

# Nadine Ranade

## Mid-Atlantic

## Principal Consultant
## Documentation

*Prepared for Principal Review Board*

Reference:      Nadine Ranade
Issue:          1.0 Sept 10, 2009
Classification: BT Confidential



000001

ЭT

# Document Control

This is a controlled document produced by BT. The control and release of this document is the responsibility of the BT document owner.

| Issue Control | | | |
|---|---|---|---|
| Document Reference | Nadine Ranade | Project Number | |
| Issue | 1.0 | Date | Sept 9, 2009 |
| Classification | BT Confidential | Author | Nadine Ranade |
| Document Title | Nadine Ranade | | |
| Approved by | | | |
| Released by | | | |

| Owner Details | |
|---|---|
| Name | Nadine Ranade |
| Office/Region | Mid-Atlantic |
| Contact Number | |
| E-mail Address | |

| Revision History | | | |
|---|---|---|---|
| Issue | Date | Author | Comments |
| Draft 0.1 | | | Initial Draft |
| Draft 0.2 | 9/3/09 | N. Ranade | Peer and Management Input |
| Draft 0.3 | 9/5/09 | N. Ranade | Peer and Management Input |
| Draft 0.4 | 9/8/09 | N. Ranade | Peer and Management Input |

| Distribution List | | | |
|---|---|---|---|
| Name | Title | Company | Contact Info. |
| Principal Review Board (for case submission) | | BT | prb-leadership@ins.com |
| | | | |

©2009 BT INS, Inc.
All rights are reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the document owner or maintainer

000002

The image is the BT logo in the header.

 **BT** Principal Consultant Documentation

# Table of Contents

Executive Summary.................................................................................................1

1    Consultant History.........................................................................................3
1.1    Before BT.................................................................................................3
1.1.1    Key Experience Highlights.............................................................3
1.1.2    Summary of experience before BT................................................3
1.2    BT Tenure: Accomplishments...............................................................5
1.2.1    Key Accomplishment highlights....................................................5

2    Skills Profile...................................................................................................7
2.1    Education..................................................................................................7
2.2    Certifications/Training/Affiliations.......................................................7
2.3    Project Management / Portfolio: IT Governance and Professional Services............7
2.4    Security Implementation.........................................................................7
2.5    IT Infrastructure Services & Network Systems Management / Portfolio:  IT Optimization.........8

3    Consulting Skills and Business Acumen.......................................................9

4    Contributions to BT......................................................................................11

5    Other Information.........................................................................................12
5.1    Endorsements.........................................................................................12
5.2    Testimonials...........................................................................................13
Customer Appreciation comments................................................................13

6    Summary.......................................................................................................19

Appendix A.    Administrative Information...............................................20

Appendix B.    Contributions to KDocs and KNET.................................21

Appendix C.    External Communications................................................24

Appendix D.    Engagements......................................................................25
6.1    Engagements..........................................................................................26
6.1.1    Pepsi – GenNxt; 5/07 – 4/08.......................................................26
6.1.2    BMS - Barcelona Site Decommissioning and Relocation; 4/08-7/09.........26
6.1.3    BMS - Lantheus Medical Imaging (LMI); 07/08 – 09/08............26
6.1.4    BMS - BMS Headquarter Move; 09/08 – 12/08..........................27

000003

6.1.5   P&G - Configure and Install Access Points for Mehoopany Plant; 2/09-4/09...............

6.1.6   P&G - Call Manager Migration; 04/09-05/09...................................................

6.1.7   P&G - NY Prestige Circuit Upgrade; 05/09-08/09..........................................

6.1.8   P&G - Cayey Plant Site Upgrade; 05/09 – 07/09...........................................

6.1.9   P&G - Switch Addition to the Leipsic IAMS; 03/09 – 07/09.........................

6.1.10 P&G - VLAN correction at the Albany Plant; 04/09 – 05/09..............................

6.1.11 P&G - Prudential Tower Decommissioning Survey; 06/09 -08/09.......................

6.1.12 P&G - F&HCIC Renaissance - Historic Wing Building Renovation 05/09-12/09.......

6.1.13 P&G - O&R1014709_BOSTON_USA (184); 07/09-08/09.........................................

6.1.14 P&G – Site Transformation Albany, GA; 08/09 – 11/09.............................

6.1.15 P&G – Site Transformation, Jackson, TN; 08/09 – 12/09.........................

6.1.16 P&G – Site Transformation, Mehoopany, PA; 08/09 – 12/09.........................

000004

 **BT** Principal Consultant Documentation

# Table of Figures

**No table of figures entries found.**

  Principal Consultant Documentation

# Table of Tables

Table 1: Contact Details.................................................................................................20
Table 2: BT Milestones.................................................................................................20
Table 3: KDocs Submissions..........................................................................................21
Table 4: Knowledge Quest Modules...............................................................................23
Table 5: External Communications.................................................................................24

# Executive Summary

My current professional career portfolio includes over 20 years of professional experience, knowledge and accomplishments in the Telecommunications Industry. I worked as a Systems Engineer and Operations Architect for over 10 years, and then supplemented my technical skills with concentration in the Program/Project Manager field for the last 10 years. I was hired in March 2008 after contracting to BT on Pepsi, a major account.

Currently holding a Bachelor's in Computer Science and a Master's in Computer Science, I am actively pursuing a PhD in Applied Management and Decision Sciences with a specialization in Information Systems. Over the years, I have acquired several professional certifications that demonstrate my personal commitment to ongoing professional development, such as PMP, ITIL v3 Foundation, Juniper's JNSS-JSRX, Cisco IPT Telephony implementation with CISSP certification in process.

While managing client projects as a contractor on the Pepsi account, I accentuated my consulting skills by collaborating with a team of people to prepare presales proposals for new services and fostered an up-sell opportunity which was mutually beneficial to both Pepsi and BT. The outstanding performance and contributions on the Pepsi contract led to permanent placement with BT.

Once officially onboard at BT, I successfully led and delivered several high profile projects on the Pepsi, Bristol Meyers Squibb, and Proctor & Gamble accounts. Due to my strong track record on delivery and leadership skills, I was recently requested "by name" to manage the ATRP and HP refresh program of P&G, a program valued at $28M involving 143 global sites. My leadership will be supported by a large team of regional leads, DPM's and engineers globally. I am recognized as a peer mentor and KQ facilitator and leverages internal talent in order to provide high quality deliverables. Additionally, I demonstrated business savvy for cost control by optimizing the Cisco partnership to secure $14M in discounts for equipment that was ordered under this contract. The technical skills and strong business acumen and skills demonstrated afforded me the opportunity to lead the transformation for P&G's largest and most critical site's in the world.

On the Pepsi engagement, I led a ten member team that successfully designed and implemented a global Remote Access solution for over 5,000 employees. My talents were leveraged across the business as a key contributor of a pre-sales team to up-sell a $1M BT Audio/Video Conferencing Solution for 200 sites. The broad, consultative leadership skills I possess served as a catalyst in closing the deal.

I have continuously demonstrated strengths in planning, executing, tracking, and leading major network infrastructure projects. My dedication and collaboration with teammates has resulted in recommendations towards process improvement and effective change management for the service delivery process. While working on the BMS project, I was faced with the challenge of managing a large decommissioning project without having any process in place. I collaborated with various BT groups to develop and document a site decommissioning process. This was not as simple as it may sound. It involves gathering and processing a lot of details such as storage and redeployment of equipment, various tariffs and regulations in different countries and co-

 **BT** Principal Consultant Documentation

ordination with the customer and various other vendors and supplier. I have shared this process with other team members and in KDocs. I have worked tirelessly to establish a knowledgeable, helpful, innovative reputation which is evidenced in that I am frequently sought after to advise new consultants or aid in "first-of-a-kind" service offerings. I was tagged by her Regional OVP to extend my knowledge and vision to others by supporting the development of the new managed WAN Optimization and Healthcare offerings that will enable BT PS to expand their footprint and remain a competitive leader.

In conclusion, I do my best to continuously exemplify true role model behavior and BT values in collaboration with my peers, management, and to produce high quality client deliverables. I have consistently received recognition not only as a strong team player and key contributor to the business, but also as a management and leadership advocate. This is often leveraged to help cultivate team spirit or understanding, to enroll other participants in team events, and to assist with the organization of team-building dinners and regional quarterly meetings. I have been told that my self-driven motivation and enthusiasm are contagious, and I am always willing to be adaptable and put in extra effort and time as the need dictates. My communication and interpersonal skills are excellent, and I constantly strive to develop technical and professional skills to stay ahead of the competition. There is sufficient evidence that I am well-respected and trusted by clients, which has often resulted in new opportunities for BT. I have mentored several consultants by offering KQ's on Project management which were attended by over 50 consultants. I am currently mentoring DPM on the transformation team. In addition to that, I was recognized for participating in the IEEE/G2 (Girls exploring engineering) mentoring program for high school girls (2007-2008). Most of all, I care greatly about my community and exude a highly sensitive social awareness that motivates me to reach out and try to make a difference. I also enjoy being an active, generous participant in the "Race for the Cure" event sponsored by BT. Overall, my ultimate desire is to be viewed as an inspiration to my peers that encourages a positive culture, while mastering a good work-life balance.

000008

BT

Principal Consultant Documentation

# 1 Consultant History

## 1.1 Before BT

I have worked in the IT industry for over 20 years, consistently exhibiting strong leadership, analytical, relationship building, strong communications and motivational abilities.

### 1.1.1 Key Experience Highlights

- Managed a portfolio of high speed voice and data networking services.
- Deployed new E-Order platform, a self service order entry system which resulted in over $5 M in cost savings.
- Vendor management and new product deployment management.
- Drove customer base and order volume from 4% to 20%. By providing valuable incentives. Fueled savings of more than $5M in provisioning orders.
- Spearheaded the outsourcing of an application without compromising the strict delivery schedule. Delivered an integration proposal for more than 200 legacy OSSs.
- Grew an e-order program from a $3M to $18M program within one year by adding ATM, PL, IP, switched voice, and ABN customers. This application provided self-service capabilities to external telecom customers for voice data, government markets, and AT&T business network offers.
- Delivered the first self-serving web tools for customers as well as the first XML interface for B2B customers, which is now, used company wide.
- Conducted technical interviews and recruited talent needed for the business.
- Assisted in providing responses for various RFQ's.

### 1.1.2 Summary of experience before BT

Man Power Professional                                    2007 - 2008

*Senior Project Manager*

Headed all project management activities and prepared proposals. Activities included planning, executing, tracking, controlling and delivering global remote access and conferencing projects. Obtained and reported on project status and issues. Worked closely with customers in order to ensure smooth delivery of the services. Organized and conducted training for the users and customers. Assisted in providing solutions for the remote access VPN and dial up services for Pepsi. Set up secure mail server and provide any encryption needed in the data transmitted across the network. Planned and implemented disaster recovery for the data centers.

000009

Net Office Inc.                                                       2004—2007

*Project Manager*

Headed all project management/coordination activities and prepared proposals. Planned, executed, tracked, controlled, delivered, and closed all projects. Facilitated communication across multiple projects and organizations. Played a key role in the coordination and documentation of project governance and other processes. Interfaced with vendors to ensure the completion of tasks within deadlines. Worked with ACBB-Bits to establish a Project Management Office (PMO). Defined all processes for the deployment of IPT services to various banks. Obtained and reported project status; monitored and reported project financials to the team.

GCI & Sys 4                                                         2003—2004

*Project Manager/Systems Engineer*

Monitored systems engineering/testing on the VoIP/SDI platform for the Phoenix migration initiative. Tested VoIP service ordering capability. Performed change requests for the GPS platform. Managed user acceptance and system testing on the GIOM system for the MPLS service.

IBM                                                                2000—2002

*Service Delivery Manager/Program Manager*

Supported AT&T's e-business data services customers. Led a team charged with defining solutions for AT&T customers and implementing them on the e-order application. Handled retention and transition management issues for employees from the outsourcing agreement. Managed monthly budgets as well as all financial analysis effort for projects. Collaborated with relationship managers and program managers to streamline and strategize program/business objectives. Assisted business innovation services with assembling a CRM solution for AT&T. Developed a systems integration solution involving over 200 applications. Prepared financial estimates for proposals.

AT&T, ABS                                                          1987—2000

*District/Technical Manager (1999-2000)*

Led a team of technical staff to support systems design/architecture, requirements, project management, and program management for an e-business ordering application for high-speed data customers. This platform was to provide services for customers who wanted to buy high-speed data networking services. Provided support to customers, bringing them on board to use services.

000010

BT

Principal Consultant Documentation

*Lead Systems Engineer (1996-1999)*

Authored systems requirements for the provisioning system (AOW/AISE). Delivered systems and solutions on several projects, including Frame Relay Plus, SNA to Frame conversion, and other ATM and private line services.

*Operations Planner/Architect (1993-1996)*

Wrote technical and service operations plans. Provided end-to-end operations support for the Network Access Interrupt (NAI) project, which involved securing commitments, requirements, test plans, test scripts, and their execution. Served as the CCS OS technology planner for the service commitment process, that involved a great deal of interaction with multiple organizations to secure commitments for features listed on the work plan. Worked with network operations plan for implementing new services and documented service operations plan and operations technical plan including network security. She led a team to define the external vendor processes for the supplier management procedures. Played a key role in preparing RFPs. Project managed the network management system.

*Systems Analyst (1987-1993)*

Negotiated interface agreements; wrote requirements for any new development or changes for the OBSMS application. Conducted system testing on billing applications. Developed code and modified code on the calling card platform as needed. Provided support for development and testing activities. Mentored team members.

# 1.2 BT Tenure: Accomplishments

## 1.2.1 Key Accomplishment highlights

- Received significant recognition and praise from the Pepsi team for performance and contributions.
- Received significant recognition and praise for project work on the Pepsi account.
- Promotion to senior consultant after 6 months with the company.
- Multiple client proposals were prepared and accepted by the customer.
- Successfully headed and delivered on several projects at Pepsi, BMS and P&G related to data center consolidation, converged services and network transformation. The value of these projects ranged from $5,000 to $100,000.
- Submitted recommendations for process improvement in service delivery such as decommissioning process.
- Successfully worked on an up sale opportunity which resulted in converting over 200 sites of Pepsi globally, worth $1M.
- Contributed to a new service offering for WAN optimization managed services.

 BT

Principal Consultant Documentation

- Led the P&G's ATRP program worth $28M involving 143 sites globally.
- Management and leadership advocate and is often leveraged to help cultivate team spirit or understanding.
- Regularly organized and participated in Operational team events.
- Led the BT INS Cup Challenge for the Mid-Atlantic Operation.
- Active and generous participant for the "Race for the Cure" event sponsored by BT.
- Inspired peers by encouraging a positive culture, while mastering a good work-life balance.

   Please refer to Appendix D for engagement details.

**BT**                    Principal Consultant Documentation

# 2 Skills Profile

## 2.1 Education

- Walden University, PhD - Applied Management and Decision Sciences with and area of concentration in Information Systems (currently pursuing)
- CUNY Brooklyn College, M.S.—Computer Science
- New Jersey Institute of Technology (NJIT), B.S.—Computer Science

## 2.2 Certifications/Training/Affiliations

Certifications/Training:

- ITIL v3 Foundation Certified
- PMP Certified
- JUNIPER – JNSS-JSRX Certified
- CISSP - (in progress)
- ACE Analyst – (in progress)
- Implementation Planning CISCO IP Telephony certified
- Advanced Certification in Public Administration – Rutgers University
- IBM Training, Experienced Professional Consulting Curriculum

Professional Organization Affiliations:

- Project Management Institute (DC chapter)
- IEEE;
- ABPMP (Association of Business Process Mgt.)(VP-Finance, 2006)
- ISSA (Northern VA chapter)

## 2.3 Project Management / Portfolio: IT Governance and Professional Services

I am PMP certified and has headed all project management activities on her projects at Pepsi, BMS and P&G.  Activities included planning, executing, tracking, and controlling. Key projects:

- Pepsi RFP planning and solution architecting for providing a global RAS solution

Please refer to Appendix D project work section for details.

## 2.4 Security Implementation

000013

I have completed all the requirements to obtain CISSP and am currently preparing to take the exam before end of the year. I regularly participate in the COI calls on security headed by Ed Hicks. Key Projects:

- Pepsi GenNXT project provide remote access to more than 5000 employees

Please refer to Appendix D project work section for details.

# 2.5 IT Infrastructure Services & Network Systems Management / Portfolio: IT Optimization

Last fall, I completed IT optimization boot camp and developed skills for application profile, impact, baseline and troubleshooting. I also attended OpNet's Ace Analyst training and is working towards getting her Ace Analyst Certification. I have recently completed the training on Opnet's IT GURU and SP GURU and plan to get the certification in it.

To further support BT's partnership with Juniper, I recently completed the JUNOS SRX training, JNCSRX certification, and certified in CISCO IPT implementation planning. I regularly attends the COI calls on IT Optimization headed by Jeff Ballachino and she has contributed to a new managed WAN optimization offering.

Key projects:

- BMS data center moves and consolidation and converged services
- P&G data center moves, converged services
- P&G Network Transformation

Please refer to Appendix D Project work section for details.

000014

# 3 Consulting Skills and Business Acumen

I have demonstrated excellent consulting skills on every account I have managed. An example is my leadership on BMS when faced with the challenge of decommissioning nine buildings in a compressed timeframe aligned with the consolidation of data center services for the remaining personnel in a smaller building. I worked aggressively to correlate the parallel activity schedules and task dependencies, to understand and mitigate risks, and leveraged team support and communication plans to ensure ongoing collaboration, quick gap analysis, and resolution. The BMS Director praised me for the level of leadership, focus, agility and professional team work exhibited to ensure success on time, in budget and with quality. I extended my consultative talents on a more technically challenging network infrastructure project requiring the move of key global BMS sites in Montreal. I established the vision and strategic plan in collaboration with the client, and then set clear expectations to eliminate surprises at the time of delivery. When faced with a challenge or an issue that requires an adjustment to the current plan, my approach has been to clearly communicate with the customers, proactively identify and mitigate risks, and re-establish customer expectations to ensure quality and acceptance.

I led the effort on the Pepsi GenNXT contract to provide remote access services to more than 5,000 employees globally. This required my fulfillment of several roles in demonstrating adaptability and the breadth of my technical, leadership, presales and consultative skills to meet the client's needs. I drafted the design proposal in collaboration with the architects to provide a multi-faceted, customized solution that included Mobile Express and SSL VPN services. I worked closely with the PepsiCo team and BT technical designer to integrate the client's business needs and desires into a technical proposal that would allow them to accomplish their key objectives and better enable their business to ultimately win customer acceptance. I planned the entire implementation schedule for this service and received high accolades from customer leadership for my project management and consultative skills, as well as for leveraging the PMI methodology.

My strong contributions to presales work at Pepsi resulted in an up-sale to Pepsi for converting over 200 sites to BT's video conferencing services. The collaborative skills and a flexible style were greatly appreciated on this engagement. This also demonstrated my knowledge about BT's bid and proposal process. My goal is to leverage learning on projects to drive continuous improvements for the business and to optimize client processes. Utilizing my experience on the BMS site decommissioning projects, I took the leadership to make valuable contributions to increase the efficiency and quality of the service delivery process on this account. My leadership and reputation continue to afford me new, increasingly complex, high-profile projects, such as a 1,000-employee global data center consolidation and was requested "by name" for P&G. Through my collaboration with the internal team and the NOC, I added significant value to the contract at one of P&G's most critical sites located in Mehoopany. Recently, my past successes earned me the recognition and opportunity to head a large global network

000015

 **BT** Principal Consultant Documentation

infrastructure project.

I believe myself to be a proven customer-focused asset with vast technical expertise and professional business acumen. As mentioned, I am often sought after for various global engagements involving a wide-range of technologies and services across the spectrum of the professional services and classic portfolios. To me, it is critical to establish a high level of trust with my clients by repeatedly delivering quality services and deliverables which result in sustaining work, revenue and customer loyalty. Many clients have referred to me as their 'trusted advisor' because they view me as both knowledgeable and taking the time to foster relationships with great care for their success and ultimate satisfaction. As a role model, I am committed to demonstrating polished customer relationship, communication and business acumen. I am confident that these attributes, accompanied by a positive, helpful attitude and depth and breadth of technical, engineering, program/project and business management experience set me apart from other consultants, giving me an extra competitive edge.

000016

BT 🌐        Principal Consultant Documentation

# 4 Contributions to BT

- Worked on a large RAS proposal for Pepsi which was accepted and resulted in a long term engagement.
- Developed an up-sale proposal to Pepsi to convert their audio/video conferencing services for over 200 sites globally resulting in over $1M in revenues.
- Maintained an average utilization of 90% and average bill rate of $165/hr.
- Generated $435k of consulting revenue for BT.
- Working with Cisco to secure proper discounts and rebates to the P&G account that will result in extra savings of about $14M.
- Contributed to new service offering in the WAN optimization managed services.
- Conducted several KQ sessions on project management skills, mentoring people to help with the PMP certification. These sessions were attended by over 50 people. She was also available for coaching and assistance after the sessions.
- Mentored her peers and new consultants.
- I am an active member of National IT Optimization, ITPO and Physical Security (DSS) COI's.
- Conducted a KQ on how to become a top consultant.
- Collaborated with other DPM's on the P&G account to learn how to use the S3 portal to process our service requests. This was accomplished by conducting a KQ about the S3 portal (Asset management web portal).
- Attended several external seminars offered by Cisco to enhance her technical knowledge about various products to become a more valuable asset to BT and attended workshops and training offered by OpNet as well.
- Provided several submissions to the K-Docs. She received positive comments for her contributions to KDocs by Dan O'Dell.
- Collaborated with Gail Pearl on a health-care offering for BT that will provide solutions to customers in the Health-care industry based on recent regulations put forth by the government and utilizes these fund allocations.
- Defined the decommissioning process for BT for North America and is currently working on enhancing it for other regions. The decommissioning process is not as simple as it may sound it involves addressing storage of equipment, redeployment of equipment, dealing with different tariffs and regulations in various countries.

000017

BT

Principal Consultant Documentation

# 5 Other Information

## 5.1 Endorsements

Listed below are some endorsements from my manger and a principal.

**Principal consultant endorsement from Jayne Charlton, Managing Consultant, Mid-Atlantic operation**

*In the past year that Nadine Ranade has worked for me, I have come to respect her as the "real deal". She sincerely desires to make a difference at BT and strives to "walk the talk" as a role model because she genuinely believes in it and demonstrates her support by her willingness to jump in and help without trepidation. She is a key contributor and thought leader to the Mid-Atlantic operation and the PM community and is becoming well-recognized across the business nationally. Nadine has been requested "by name" on every assignment over the past year, and in one case with P&G, they even decided to hold the role and wait for her to finish another project and become available. She is constantly seeking ways to improve and grow herself through life experiences, education, new technical assignments, business management, and change leadership. She is one of the best-rounded consultants, from a technical, business knowledge, program and engagement management, that I have seen in my 12 years of coaching. Her management leadership, peers, and clients love her. Simply put, as I understand it, Nadine is already doing most of the things in a Principal Consultant role and is truly the "whole package".*

*Jayne Charlton  MC*

**Principal consultant endorsement form Mark Sanetrik, Principal Consultant, Mid-Atlantic operation**

*It is with pleasure that I endorse Nadine Ranade for promotion to Principal Consultant. Nadine has consistently demonstrated her leadership abilities for many of BT's largest and highest profile customers. Nadine's demonstrated technical and management skills make her an ideal candidate for Principal Consultant. She has delivered exceptional project management and quality deliverables to multiple clients over the past several years. As a direct result of Nadine's efforts, BT has been able to capture additional business from several anchor accounts such as Pepsi and Proctor & Gamble. She has been an integral part of the BT culture for the local operation. Nadine regularly participates in local operation events and has represented BT in a leadership role at BT sponsored external events. She has led several local KQs and has played a critical role in ensuring that Quarterly Meetings for the local operation have been a success. I am confident that Nadine will continue to display her leadership skills and be a valuable member of the Mid-Atlantic Operation as a Principal Consultant.*

*Mark Sanetrik  PC*

BT   Principal Consultant Documentation

---

## 5.2 Testimonials

### Customer Appreciation comments

**Author: Jose Valdez**

**Client Title: BMS director**

**My role:  Project Manager**

**Project: BMS site decommissioning**

**Date: June, 2008**

**Unsolicited**


*Quoted, "Thanks for this great effort. Good planning and execution is making this move a success"!*


**Author: John Gassmann**

**Client Title:  Site Services Leader**

**My Role: Delivery Project Manager**

**Project: P&G Boston Data center move**

**Date: July 2009**

**Partially unsolicited**


Explanation: John made several positive comments verbally during the meeting so I asked him if he can put something in writing.

*"Nadine was covering for another PM for a period of two weeks on a very difficult and a very critical P&G project. Most of the time this may just involve running project meetings and covering any major issues that come up, she handled all of that very well even though she already had a full plate.*

*While in this role, Nadine needed to develop a detailed project plan without having much knowledge of the project.  She handled this challenge very professionally and completed the schedule when needed.  She was very pleasant to work with and I really appreciated her efforts and attitude."* — *John Gassman*

---

BT   Principal Consultant Documentation

**Author: Mark Polette**

**Client Title:  Senior IT manager**

**My Role: Delivery Project Manager**

**Project: P&G Prudential Site decommissioning**

**Date:  August 2009**

**Partially unsolicited**

Explanation: Mark was very pleased with the site survey report submitted by me and appreciated that and he turned around and gave the work to BT by opening an O&R to the work. I then asked Mark to provide something in writing.

*"Nadine was the lead PM responsible for providing a site report detailing all the work that needs to be done to decommission a Prudential office location. P&G has to meet some strict timelines to accomplish that. Nadine worked diligently to provide a detailed report that lists all the assets and tasks that need to take place to decommission the site. Her work contributed towards making the decision to give the site decommissioning work to BT. In addition to this, she recently covered for another PM for the South Boston Construction Project. In a very short time she was able to provide an end-to end project schedule for delivery of all the services. She has excellent communication skills, demonstrates her strong passion for quality and is committed to her projects. She takes the time to listen to the customer and adjusts according to their requests.*

*Nadine has a great attitude and it comes across immediately when meeting with her. She is a true pleasure to work with and represents BT very well." — Mark Polette*

000020

**BT** **Principal Consultant Documentation**

## BT Appreciation comments

**Author: Shawn Bennett**

**Title:  P&G Asset & Inventory Management, Account Start-Up**

**My Role: Delivery Project Manager**

**Project: P&G**

**Date: September, 2009**

**Solicited**

*Nadine it has been a pleasure working with you, we need more proactive people like you at BT. Your input on the decommissioning process added a lot of value not only to the P&G account but BT as a whole. This was a critical process that needed support and you stepped in and went above and beyond the call of duty to support this effort. This enabled me/us to meet a critical contractual obligation around the disposition of assets. Your ability to see a problem and get the right parties together to address the issue and execute is a great value to BT. Thanks so much!*
- *Shawn Bennett*

**Author: Jeffery Ballachino**

**Title:  Principal, IT Performance Optimization Practice Lead**

**My Role: Project Manager – member of COI**

**Project: member of COI**

**Date: September, 2009**

**Solicited**

*This email is to confirm Nadine Ranade's participation in the AAI COI (formerly IT Performance Optimization) in 2009. Since attending the Performance Engineering bootcamp Nadine has consistently attended weekly COI calls, where she has provided valuable insight and new perspectives to traditional INS performance based service offerings. Nadine was selected to be a member of a small COI sub-team tasked with drafting new professional service offerings to support BT's WAN Optimization managed service (WOS) based on Riverbed. Nadine was instrumental in development of a WOS Lifecycle Management service that became one of three final offerings to be approved by the Portfolio Governance Team for Stage 2 Concept Development. Nadine also helped foster a new business relationship with DynaTrace, a software company offering exciting new service level management technologies that align well with our ITPO portfolio.*

- *Jeff*

**Author: Edward Hicks**

000021

 Principal Consultant Documentation

Title: **Physical Security Practice Lead**

My Role: **Member of COI**

Project: **Physical security COI**

Date: **October, 2009**

**Solicited**

"I just wanted to send out a quick note to thank Nadine for the continued interest and support in the Physical Security Practice. Nadine has been a consistent member on the calls with great insight and support. In addition, she is one of the few who are now certified on the Proximex Surveillint program. This will become more and more critical to the success of the practice as we further develop our relationship with Cisco.
She has also actively volunteered to help on projects that are in the pipeline as well."

- Ed Hicks

Author: **Len Allaire**

Title: **BT Program Director for BMS**

My Role: **Project Manager**

Project: **BMS Montreal Data center consolidation**

Date: **June, 2008**

**Unsolicited**

Len Allaire, BT program director for BMS appreciated my hard work and dedication on BT's BMS contract over this past year (2008).

*Quoted, " Her skills, expertise and overall professionalism have been very useful and have made the Contract Management Team look very good. She has successfully managed some of our biggest projects over this past year, to our customer's satisfaction. She is well liked and respected, by both our Contract team and our customer. "*

- *Len*

Author: **Barry Guy**

Title: **Senior Business Director**

My role: **Project Manager**

Project: **Barceloneta and Mayaguez Site decommissioning**

Date: **September, 2008**

**Unsolicited**

---

 **BT** Principal Consultant Documentation

*BT Senior Business Director quoted "Excellent work and well done to the whole team".*

- *Barry*

**Author: Michael Von Ende**

**Title: Managing Consultant**

**My role: Delivery Project Manager**

**Project: P&G**

**Date: August, 2008**

**Solicited**

*Nadine on the P&G OTC account has personally helped me out in the past. I found myself having to ask for someone to substitute for me while I was on vacation in July, and while others hemmed and hawed, Nadine took a step up and covered for me on everything. The customer at the Boston P&G site found her both professional and amicable. Especially, since I left her in the middle of a bit of a crisis situation. She pulled us through it very nicely, and smoothly.*

- *Michael*

Author: Cherlyn Corbett

Title: Service Request Manager

My Role: Delivery Project Manager

Project: P&G

Date: September, 2009

---

 Principal Consultant Documentation

On the P&G account, Nadine has assisted the DPM community in becoming more efficient and productive. She has done this in 2 ways:

1. Clarify processes around Asset Management reporting
2. Provided a good Asset Report that aided another team in performing their role more successfully.

We are glad to have Nadine on our team as she collaborative well and is definitely a team player.

-   Cherlyn

000024

 Principal Consultant Documentation

# 6 Summary

I have has worked in the IT industry for over 20 years; I exhibit strong leadership, analytical skills, relationship building, strong communications and motivational abilities. I have successfully led and delivered several projects on the Pepsi, BMS and P&G accounts. I have made valuable contributions to improve the service delivery process. I have contributed to new service offerings to increase business opportunities for BT professional services.

000025

BT🌐    Principal Consultant Documentation

# Appendix A. Administrative Information

### Contact Details

After the board has met, you and your sponsoring manager will be contacted with the outcome. Please provide a contact telephone number where you will be available after the call has completed.

If these details have changed by the time your case is being heard by the board, please email prb-leadership@ins.com with new contact details.

**Table 1: Contact Details**

| Name | Phone | Additional Information (If Required) |
|---|---|---|
| Terry Schneider, Managing Director/Sponsor | 267-980-8974 | |
| Nadine Ranade, Candidate/Author | 571-294-8165 | |
| Jayne Charlton, Manager/Sponsor | 571-236-3418 | |

### BT Milestones

Please complete the table below highlighting HR milestones. If additional entries are required (e.g. you left the company and rejoined) or the item titles require change to better suit your career milestones, please create or alter the rows as required to enter this information.

**Table 2: BT Milestones**

| Item | Date | Additional Information (If Required) |
|---|---|---|
| Hire Date | 3/10/08 | |
| Date of Promotion to Consultant (if hired as an Associate Consultant) | 3/10/08 | |
| Date of Promotion to Senior Consultant | 8/15/08 | |

 Principal Consultant Documentation

# Appendix B. Contributions to KDocs and KNET

## B.1 Contributed Deliverables

Table 3: KDocs Submissions

| Document Title | Date of Issue | Date of Submission | KDocs URL for Document |
|---|---|---|---|
| Site decommissioning plan | 4/6/09 | 8/5/09 | http://knet.bt.ins.com/library/Client%20Deliverables%20and%20Reporting%20Templates/User%20Submitted%20Templates/siteclosure%20template.mpp |
| S3 portal - presentation | 7/14/09 | 7/14/09 | http://knet.bt.ins.com/library/Courseware/2009/Asset_Management_S3.pptx |
| Site survey report | 8/24/09 | 8/24/09 | http://knet.bt.ins.com/library/SanitizedClientDeliverables/2009-08/sSite Survey-1186.docx |
| The 8th skill on consulting success | 2/25/09 | 2/25/09 | http://knet.bt.ins.com/library/Courseware/2009/Softskills.pptx |
| A brief primer on Balanced Score card, Six sigma, BPR, ERP and TQM | 10/10/09 | 10/10/09 | http://knet.bt.ins.com/library/IndustryDocuments/White_Papers/2009/primerpaper-CLEANED.docx |
| Enterprise Security for Telecom and Converged Networks: Traditional telecom networks always had the security problems due to the connectivity mode, such as, unauthorized modems, etc. | 10/10/09 | 10/10/09 | http://knet.bt.ins.com/library/IndustryDocuments/White_Papers/2009/enterprisesecuritypaper-CLEANED.doc |
| Site Decommissioning Process | 8/25/09 | 9/25/09 | http://knet.bt.ins.com/library/IndustryDocuments/Industry%20Conferences%20Presentations/TPM_Site_Closure_9-25-09.ppt |

000027

 Principal Consultant Documentation

| Data center move | 8/5/09 | 8/5/09 | http://knet.bt.ins.com/library/Client%20Deliverables%20and%20Reporting%20Templates/Forms/DispForm.aspx?ID=348 |
|---|---|---|---|

## B.2 Knowledge Quest Modules

000028

 Principal Consultant Documentation

**Table 4: Knowledge Quest Modules**

| KQ Title | Dates KQ Presented | Brief Summary of Module Topic | KNet URL for Module |
|---|---|---|---|
| The 8th skill on consulting success | 2/25/09 | Being a Consultant is a challenging task. It's not always about acquiring technical skills or certifications. What additional skills are needed? This course focuses on what those skills are and how to develop them. | http://knet.bt.ins.com/library/Courseware/2009/Softskills.pptx |
| S3 Portal | 7/14/09 | Understand what S3 is. How to access it? How to initiate an order or a new request? How to view the workbench and use it? How to work thru various touch points related to a DPM on the ordering process. | http://knet.bt.ins.com/library/Courseware/2009/Asset_Management_S3.pptx |
| PMP sessions – Scope, Cost | 10/21/08 | Prep for PMP certifications | http://knet.bt.ins.com/library/Courseware/2008/PMP_Scope_Oct_2008.ppt |
| IPT Implementation using CISCO AVVID technology | 10/26/09 | This course describes what steps are needed for implementation of IPT. It particularly focuses on implementing Cisco's AVVID(Architecture for Voice, Video and Integrated Data IP solution) following Cisco's methodology for implementation. It also briefly describes what is IP Telephony. | http://knet.bt.ins.com/library/Courseware/2009/IPT.pptx |

000029

 BT   Principal Consultant Documentation

# Appendix C. External Communications

**Table 5: External Communications**

| Format | Date | Details |
|---|---|---|
| Papers | | |
| 1.   Failure of AT&T's wireless CRM project (Odyssey) – Loss of $100M in revenue | 4/9/2008 | Paper submitted to Walden university as part of research on reasons for project failures. |
| 2.   Use of Information technology in Healthcare management – reduce costs | 9/15/2008 - current | I submitted a literature review on this topic which was approved for further research and am currently expanding on this topic and plan to complete this paper by end of the year. |

000030

# Appendix D. Engagements

## D.1 Summary of Project work

**Sept '07 – May '08** – On Pepsi GenNXT project I developed a proposal to provide remote access service for over 5000 employees globally. I assisted architects with the design proposal to provide Mobile express and SSL VPN solution and documented the detail requirements for this service. The proposal was to provide SSL VPN encrypted trusted solution. Additionally, I provided support, initial security policy creation, end user authentication, authorization and network protection. The platform was located between public internet and PepsiCo network as the gatekeeper for the service. This platform uses a proxy-based architecture with SSL for security and integrity. HTTP and SOCKS will be used for the data transport. The PepsiCo directory server is used for authentication of users. I worked closely with the PepsiCo team and BT technical designer to get this proposal accepted by the customer.

I also conducted some presale work with Pepsi which resulted in an up-sale to Pepsi for converting over 200 sites to BT's video conferencing services, worth over $1M.

**May '08 – Dec.'08** – I headed all project management activities for Bristol

Meyers Squibb, a contract with a value of approximately $750M over 7 years, signed in 2005, this has been extended for another 2 years. As the requested leader of the BMS site closure and site relocation projects at various locations, I assessed the needs of voice, data, and wireless network services. I was also involved in closing down the existing site and establishing the new network services at the new site. I successfully closed 9 buildings at the Barcelona site and relocated remaining employees and communication services to the Admin bldg. and am now working towards complete site closure. My lessons learned about site decommissioning and contributed to establishing a site decommissioning process for BT.

**Jan'09 – Aug'09** – Later in January, I joined the Proctor and Gamble a five-year agreement valued at $650M that covers the Network Infrastructure Tower projects. This contract supports the P&G community of 140,000 employees working in over 82 countries worldwide. I fulfilled several customer requests related to network infrastructure improvements, changes, and moves. In addition to that she supported data center moves, site decommissioning and providing converged services. Some of the requests involved correcting erroneous VLAN creation, configuring and installing of Access points, VOIP call manager migration. These requests ranged $5000 to $100,000 in value.

I also provided coverage for another MC supporting the following projects: One project involved bringing several sites online with Starnet dialling capabilities. Another project involved data center move and providing converged services. My efforts were instrumental in putting together a comprehensive project delivery schedule and get it accepted by the customer in a very short time even she was not involved in the project from the beginning. Recently she was asked to head a $28M program involving 143

BT

Principal Consultant Documentation

sites globally involving WAN and LAN transformation, as well as leading a team at
P&G to convert over 48 sites to IPT.

# 6.1 Engagements

## 6.1.1 Pepsi – GenNxt; 5/07 – 4/08

I led a team of people to put together a proposal to provide RAS services for over
5000 employees globally. The proposal was to provide SSL VPN encrypted trusted
solution. Additionally, provided support for initial security policy creation, end user
authentication, authorization and network protection. This platform uses a proxy-based
architecture with SSL for security and integrity. HTTP and SOCKS will be used for the
data transport. The PepsiCo directory server will be used for authentication of users.
The proposal was accepted by Pepsi. While on Pepsi account, I took the opportunity to
develop an up-sale proposal for IP video conferencing for over 200 sites which resulted
in over $1M in revenue.

## 6.1.2 BMS - Barcelona Site Decommissioning and Relocation; 4/08-7/09

BMS plants at the Barcelona, Mayaguez and Manati locations needed to be closed
down. I worked with two engineers and some external vendors to decommission 9
buildings and move the remaining employees to the Administration Building, a much
smaller building at the same complex. A site survey was conducted to inventory
the assets and tally it with what was in BFG. This involved careful planning and
coordination to remove data from devices, decommission monitoring form the NOC,
disburse the assets, and disconnect the circuits and analog lines. Relocate some of the
switches, routers and PBX to another bldg. to setup data, voice and WLAN services for
rest of the employees.

## 6.1.3 BMS - Lantheus Medical Imaging (LMI); 07/08 – 09/08

In June, this year, I successfully managed the relocation of a Lantheus Medical Imaging
(LMI) site and closed the old site in Montreal. The RFQ was to get a local vendor in
Canada to do a site survey to inventory assets and services at the site. Based on the
life of the equipment and ownership, a decision was made about how to handle the
remaining assets. This involved careful coordination of various tasks to ensure the
customer was affected in any way due to this move. This cut-over had to be done over
the weekend so the personnel would have all the services Monday morning and this was
carefully planned for roll-back in case of a problem, architected the call-center solution
working with Avaya engineer. This cutover was very successful and with no issues.
I led a team of engineers and other technical staff to provide LAN/WAN and VoIP
services at the new site. In addition, proper training was conducted for the employees
informing them about the new services and equipment. I received excellent feedback
from her customer and BT team members.

000032

### 6.1.4 BMS - BMS Headquarter Move; 09/08 – 12/08

In September, I took the lead for another major site move for BMS new headquarter location in Montreal requiring the move of over 1,000 employees with network services at a brand new building. Working closely with the construction team, I provided them requirements for the computer rooms, conduits and other wiring instructions. This included assessing the needs and capacity for MPLS circuits and QoS, diversity needs, site priority level, LAN/WAN equipment needs, VoIP service assessment (Avaya PBX), phones, wireless needs and equipment, video conferencing, cabling, etc. It also involved managing and collaborating with the BMS team members, Construction team and other key team members. In addition to that leading internal BT team to plan and implement all the BT tasks, I also ensured that all maintenance contracts were terminated to transfer to the new location. I coordinated with Avaya to setup training for the employees in French as well English.

### 6.1.5 P&G - Configure and Install Access Points for Mehoopany Plant; 2/09-4/09

P&G needed to get 8 access pints configured and installed in Bldg. 1, 4, and 18. I worked with the engineer and NE data, HP and BT NOC. We needed to gather data for the devices, get new IP addresses, have NOC configure each device, check coverage, do test and turn-up, and turn-over the device to NOC for management. Then I conducted customer acceptance meeting and complete project closure activities.

### 6.1.6 P&G - Call Manager Migration; 04/09-05/09

As part of the divestiture of the Folgers business, Folgers users needed to be transitioned over to the Smuckers' voice system. This was an urgent and time sensitive GSR that needed a lot of effort. I worked with BT voice engineer, Smuckers' team and Folgers team to make this migration happen. BT engineer needed to obtain a full dump of current VOIP call manager setup for Folgers. Smuckers was to provide the current console commands and configurations. The cutover was scheduled for off business hours. Any issues were quickly resolved and the migration went over smoothly.

### 6.1.7 P&G - NY Prestige Circuit Upgrade; 05/09-08/09

Working with the P&G and BT teams, I upgraded the circuit at the NY prestige office. This office was experiencing issues due to congestion on the WAN link. They were also adding 60 more users from Fekkai which would bring the utilization to 100%. This office needed to increase the bandwidth to a 20MB MPLS circuit, so I submitted the order for the circuit and updated customer about the progress of delivery. I also secured right resource to install WAN interface cards and memory cards in the existing router. This project was then successfully handed off to a transformation PM for closure.

### 6.1.8 P&G - Cayey Plant Site Upgrade; 05/09 – 07/09

The customer desired to upgrade the cabling of the site to meet BT standards so that

000033

voice and data services can be upgraded. I collaborated with Black box an external vendor to provide a complete site assessment to the customer and provided BT standards for wiring and cabling to the customer. I reviewed the report with the customer and based on that customer initiated another request to upgrade their data/voice services and utilize their LAN infrastructure efficiently.

## 6.1.9 P&G - Switch Addition to the Leipsic IAMS; 03/09 – 07/09

This location was experiencing issues with an old CISCO 5500 box and wanted to increase network reliability and improve performance by removing the old CISCO box and directly connecting all plant switches to an existing 6509. In collaboration with a LAN engineer to do the discovery, it was identified that there were a lot more devices hanging off of this box and we needed to carefully design a solution to address these devices without causing any outages. I assisted the engineer with the design of a new solution and submitted.

## 6.1.10 P&G - VLAN correction at the Albany Plant; 04/09 – 05/09

There was an erroneous VLAN creation issue at the Albany plant. I worked with the NOC and an engineer to create the right configurations to correct this situation. First we needed to reconfigure all the ports on the following switches to ALBANY VLAN 42 then delete existing VLAN 43 from the router and then recreate VLAN 43 with 512 addresses. Engineers needed to configure all the devices so that they can work with the controls firewall. Lastly we needed to rename VLAN 42. The customer was very pleased with the results. We had a very short window to get this done without disrupting work at the plant. I worked with the NOC and an engineer to create the right configurations.

## 6.1.11 P&G - Prudential Tower Decommissioning Survey; 06/09 -08/09

I completed a site survey for this location to decommission the site as P&G currently leases Boston GO office space in the Prudential Tower. They moved all employees to the South Boston location in October of 2009. The business objective of this GSR is to plan our exit from the leased facility P&G is currently occupying in Boston at the Prudential Tower GO location. The customer needed to remove all our networking components and return the site to the landlord by Dec 31, 2009. I visited the site and documented all the assets at the site and tasks that need to take place to decommission the site. Then I submitted a comprehensive site survey report to the customer documenting the inventory of the phone & network equipment and related steps necessary to vacate the building. The results from this site survey resulted in a big O&R for BT.

## 6.1.12 P&G - F&HCIC Renaissance - Historic Wing Building Renovation 05/09-12/09

000034

I led this project with an engineer and external vendor to setup voice/data and wireless services in the newly renovated Annex bldg. This building will have five floors and about 200 people on each floor with a wireless assessment required for each site as well. I worked with the customer to meet their objective of creating a collaborative and Inspiring Work Environment, attracting and retaining the finest talent, and sustainability. The key requirements are:

LAN – Provide the infrastructure and design for the new facility operation, including establishing service at the new facility with local suppliers. For dimensioning purposes, average number of workstations per floor is 200.

Wireless LAN – Provide the assessment, design and infrastructure for the wireless service set-up. For this purpose, assessment should consider all 5 floors would be wireless enabled. For dimensioning purposes, average number of users per floor is 200.

Voice – Develop options for standard voice wiring, wireless voice technology and VOIP technology. Provide infrastructure and design of the facility operation, including establishing service at the new facility with local suppliers. Preferred option at this point remains to be VoIP (Soft phones) technology, but we shall count on the cost comparison for the other options as well. For dimensioning purposes, average number of users per floor is 200.

Document management service for printing, photocopying, scanning and faxing. Additional to multifunctional devices based service for the majority of users, a few stand alone printing equipment needs to be considered and contemplated for support.

Provide design requirements for data and communication rooms for the building.

Traditional Video Conferencing coordination with Facilities.

Provide relocation services from current to temporary to definitive office spaces.

Provide decommissioning, removal, and re-installation of current services as part of the building renovation, which will followed a phased approach.

Americas Support Center to continue serving all site residents before, during, and after the renovation period.

## 6.1.13 P&G - O&R1014709_BOSTON_USA (184); 07/09-08/09

I provided coverage for another MC on this project for about 3 weeks. This project involved providing LAN/WAN/IPT and WLAN services at the newly renovated South Boston Gillette facility. During this duration I had several meetings with the Customer and BT team to put together an end-to-end implementation schedule. I initiated the RFQ and approved the WLAN site survey order for this facility. Since this was a critical LAN site, I also provided details to the construction manager for any questions such as an IDF closet will be constructed on the 6th, 7th and 8th floors. A key prerequisite for successful WLAN network implementation was to get the WLAN site survey done in time. My leadership ensured that the WLAN survey is scheduled in a timely manner, and the customer extended positive comments for my efforts during this timeframe.

BT 🌐                     Principal Consultant Documentation

## 6.1.14 P&G – Site Transformation Albany, GA; 08/09 – 11/09

Recently, I was requested to join the transformation team, and I am working on WAN upgrade for the site. We are planning to bring in a 20MB primary MPLS circuit and a 10MB secondary MPLS circuit to the site along with a router at the site and some WAN interface cards and memory cards in order to eliminate all ISDN dial backup links and VPN tunnels. All voice circuits and EGP circuits terminated, and new MPLS circuits will be put in place. As the implementation leader, I will be collaborating with engineers and the site team and ordering: Primary 20MB and 10MB. 2 T1 interface cards, 2 T3 cards, CISCO 3845 router, 2 memory cards, power supply and cord, and one T3/E3 network module.

## 6.1.15 P&G – Site Transformation, Jackson, TN; 08/09 – 12/09

Also, I am currently leading on a WAN upgrade for this site as part of transformation project to bring in a 10MB primary MPLS circuit and a 5MB secondary MPLS circuit to the site. All ISDN dial backup links and VPN tunnels to be eliminated. Routers will be replaced to meet BT standards and all voice circuits and EGP circuits terminated, and new MPLS circuits will be put in place. I will be ordering:  MPLS Circuits: Primary 10MB and 5MB, Cisco 3845 router, 2 memory cards, power supply and cord,1 T3 network cards.

## 6.1.16 P&G – Site Transformation, Mehoopany, PA; 08/09 – 12/09

Another part of the transformation project I am leading involves WAN upgrade in the first phase and LAN transformation to follow. Currently we plan to bring in a 25 MB primary MPLS circuit and a 10 MB secondary circuit. Five circuits will need to be decommissioned at the site. New routers will be put in place to meeting BT standards with non-standard routing protocol. Circuit bandwidth inconsistencies will be addressed at the time of WAN transformation. The long term Control LAN solution is in development which will be used for control LAN security mechanism, and Out of Band management will be preserved. Also, there will be an IPT implementation, and I am leveraging Cisco certification for IPT implementation planning. I will need to order: Two MPLS T3's one primary and one secondary, 3-T3/E3 interface cards, , 2 CISCO 3845 router, 2 memory cards, power supply and cord. and WAN interface cards, flash memory, and network cable.

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division



OMB Control Number 1215-0181
Expires: 12/31/2011

**SECTION I: For Completion by the EMPLOYER**
**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _____ British Telecom _____

Employee's job title: __ Sr. Program Mgr __ Regular work schedule: __ 40 hrs / wk __

Employee's essential job functions: ____ work on computer, attend call ____

____ facilitate meeting, visit Customers etc ____

Check if job description is attached: _____

**SECTION II: For Completion by the EMPLOYEE**
**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: ___ Nadine ___ T. ___ Ranade ___
First         Middle         Last

**SECTION III: For Completion by the HEALTH CARE PROVIDER**
**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: __ Dr. Vijaya K. Gollu    9331 ... __

Type of practice / Medical specialty: __ Primary Care __

Telephone: ( 703 ) 361-4187 __ Fax: ( 703 ) 361-____

CONTINUED ON NEXT PAGE

Form WH-380-E   Revised January 2009

000039

PART A: MEDICAL FACTS

Approximate date condition commenced: _____ June - July 11 _____

Probable duration of condition: _____ 6 months _____

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
_X_ No  ___ Yes. If so, dates of admission:

_____

Date(s) you treated the patient for condition:

_____ 8/28   9/14   9/17 _____

Will the patient need to have treatment visits at least twice per year due to the condition? ___ No _X_ Yes.

Was medication, other than over-the-counter medication, prescribed? ___ No _X_ Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g. physical therapist)?
___ No _X_ Yes. If so, state the nature of such treatments and expected duration of treatment:

_____ rehabilitation Clinics at worldgate   7/1 - this __ therapy _____

Is the medical condition pregnancy? _X_ No ___ Yes. If so, expected delivery date: _____

Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___ No _X_ Yes.

If so, identify the job functions the employee is unable to perform:

_____ Sitting for a prolonged time   Blurry vision _____

Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment, such as the use of specialized equipment):

_____ Recommended   Physical Therapy   2 x weekly _____

_____ Medication for pain _____

_____ referred to an Orthopedic _____

_____ for a neck alignment _____

PART B: AMOUNT OF LEAVE NEEDED

Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? _X_No _Y_Yes. ( Possibly more ~ ~ ~ )

If so, estimate the beginning and ending dates for the period of incapacity: _____

Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No _Y_Yes.

If so, are the treatments or the reduced number of hours of work medically necessary?
___No _X_Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

_____ Twice A week in December _____

Estimate the part-time or reduced work schedule the employee needs, if any:

__6__ hour(s) per day; __5__ days per week from _9/12_ through _7/12_

Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No _Y_Yes.

Is it medically necessary for the employee to be absent from work during the flare-ups?
___ No _X_Yes. If so, explain:

_____

_____

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s) _Constant_

Duration: _____ hours or _____ day(s) per episode _C? ~~~_

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER:

_____ 3 ~~~ Patient has been ~~~ _____

_____ ~~~ ~~~ for the ~~~ 8 _____

_____ ~~~ ~~~ needed medical _____

_____ ~~~ in June. _____

CONTINUED ON NEXT PAGE

Form WH-380-E   Revised January 2009

[illegible]
[illegible] & PT
[illegible]
can depend on the [illegible]
[illegible] input

[signature]
Signature of Health Care Provider

Date 9/21/[illegible]

## PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

[illegible] it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 [illegible] § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB [illegible] number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this [illegible] of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining [illegible], and completing and reviewing the collection of information. If you have any comments regarding this burden [illegible] any other aspect of this collection information, including suggestions for reducing this burden, send them to the [illegible], Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC [illegible]. DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

Form WH-380-E Revised [illegible]

New Window | Help | Customize Page | 🖼

Performance Document - Quarterly PR - Manager

## Self-Review

603561502, Nadine Ranade - Lead: DDCS
OUC: JGJ2
Quarterly PR - Manager: 01/10/2010 - 31/12/2010

| | |
|---|---|
| **Author:** Nadine Ranade | **Role:** Employee |
| **Status:** Completed | **Due Date:** 12/15/2010 |
| **Last Updated By:** | **Last Updated:** |

The document status is Completed.

PDP Document Link

Return to Document Detail

### Introduction

The Employee Review is your opportunity to input a personal perspective on performance. Enter comments based on both **what** you have delivered (Section 1) and **how** you have delivered it (Section 2).

### Contribution - "What"

Please enter your comments in the field below
   **Comments:**

000046

Nadine has made many successful contributions to the Unilever account this quarter. Unilever is a seven-year agreement valued over $800M. This contract supports Unilever community of 174,000 employees working in over 60 countries worldwide. Nadine has fulfilled several customer requests related to Wan Optimization, video conferencing, voice optimization and billing audit on this account.
Nadine has continuously demonstrated strengths in planning, executing, tracking, and leading major network infrastructure projects.
Nadine was asked to join the Capital Group project in mid November. This engagement contributes to the external revenue stream for her operations. She will be working on this engagement with a team of people to segment customer's network in different security zones, describe the effect on various processes and a migration plan to the new architected zones. There was no SOW for this engagement so it was critical for Nadine to get requirements and PDD approved by the customer. She quickly worked with the team and customer to get the PDD and requirements approved.
A brief description of Unilever projects is given below:


Unilever – LATAM Voice Optimization for Top 25 sites; 10/1 -12/30

Unilever raised a service request (RFP) for the Top 25 spend sites in LATAM. Nadine worked
diligently on the proposal to provide costs for optimizing and implementing BT One
voice and/or VoIP technologies in the top spend 25 fixed voice sites in Latin America. This
Initiative is an effort to secure costs savings in the Network Services tower of Unilever. It
Includes tactical initiatives that focus on technology change. Analyze the feasibility of taking
advantage of BT Onevoice and VoIP technologies in the top 25 fixed voice spend sites in Latin
America. The scope of the project was:

• After assessing the benefits Nadine recommended to deploy BT Onevoice at 12 sites in Brazil. Also deploy VoIP in Uruguay.
• Nadine worked with the team to get the network design approved and develop an implementation plan
• Nadine worked with the team in ASIA to ensure that our implementation and design was consistent with what was deployed in ASIA
• Nadine also worked with the team in LATAM to get the equipments orders thru for Brazil and Uruguay
• She worked with the systems engineer to put the Brazil Onevoice design thru the special Bid process for internal approval
• She will work with Sao Paulo NOC to do the service design for the Onevoice service in LATAM
In addition to above contributions Nadine has worked on providing KQ's and training.


Capital Group – 11/22 – 12/30
The main objective of this engagement is to do production isolation planning and design by segmenting the network in multiple zones. This will be accomplished in two phases:
Phase I: will involve data collection and evaluation.
• perform initial assessments of the environment to/validate/confirm documentation
• perform initial assessment to validate/confirm CG approach, requirements and conceptual design
Phase II: Use the collected data from phase I to do analysis of the environment to establish     specific planning and design criteria. This should be to supply multiple options or alternatives to accomplish CG requirements. Create a network design with multiple zones. Create a migration plan/high level deployment plan.
Nadine is responsible for the following:
The following deliverable documents will be provided to CGC during the project:

000047

1. PDD
2. Weekly project status reports
3. Host/Application to zone mapping review
4. Hi-level Network re-design document
5. Security policy and standards review/recommendations
6. Migration/Deployment plan for the non-prod in-scope hosts

KQ contributions
Nadine conducted a KQ:

- KQ session on "ITIL-Service Operations"

Contribution to the Mid-Atlantic Operation

Nadine established an IT Governance and service management COI for
the Mid-Atlantic operation. She leads this COI and holds meeting every third
Tuesday of the month. She has also established a website to set up a group
for the team members to communicate.

Driving New Business:
Nadine authored the Capital group PDD and got customer sign-off on the
PDD. This was very important because there was no SOW done on this new
engagement.

Training
Nadine has completed two Route to learn courses in this quarter. They
are "Essentials on external consulting" and "Advanced project management:
Building stakeholder relationships". She also read some books to enhance
her knowledge.

## How - BT Capabilities

Employee Review of performance against the BT Capabilities
Please enter your comments in the field below
**Comments:**

000048

1. Inspiring
a. Nadine is clearly an inspiration to other team members in terms of her leadership skills.  She has accomplished this by keeping the team on track to meet all the deliverables in a timely manner.

2. Straightforward
a. Team members who have worked with Nadine find her straightforward and dedicated.

3. Trustworthy
a. Nadine has an excellent track record for delivery and can be always trusted to get the job done.

4. Helpful
a. Nadine has offered to assist her co-workers in helping them understand how to approach their project.  Nadine is always willing to help her peers and mentor other colleagues.

5. Heart
a. Nadine looks out for opportunities for costs savings for her customer.  She is working with Unilever to provide cost savings for fixed voice services.  On the Unilever account she delivered on what she committed to the customer.

6. Coaching for Performance
a. Nadine has conducted several KQ sessions in the past.  She conducted a session on "ITIL – Service Operations" this quarter.  Nadine is always willing to help her peers and mentor other colleagues.

7. Bottom Line
a. In past Nadine has worked closely with the account manager for the up-sale opportunities and is continuing to do so.

8. Drive for Results
Nadine is a results oriented individual and consistently strives to plan tasks carefully, resolve issues to customer's satisfaction.  Nadine was appreciated about her tenacity and effort in moving the projects forward and getting them done.  She is consistent in providing detail project status and reports for her projects.  She received positive feedback not only from the customer but also BT senior management team.
a. "Nadine did an excellent job in analysis on this complex project and presenting it to the customer."  - BT/Unilever Acct. director (Afshin Sepheri) - 9/10.

9. Customer Connected
a. Nadine stays on top of customer issues and this is reflected in the accuracy of her reports and statuses to the customer.

10. Professional and Technical
a. Nadine's feedback from her customer's indicates her high standards of professionalism and strong technical acumen.

---

PDP Document Link

Return to Document Detail

000049

New Window | Help | Customize Page | 🗐

## Performance Document - Quarterly PR - Manager
## Review

603561502, Nadine Ranade - Lead: DDCS
OUC: JGJ2
Quarterly PR - Manager: 01/10/2010 - 31/12/2010

**Author:** Jayne Charlton                **Role:** Manager
**Status:** Completed                      **Due Date:** 12/26/2010
**Approval:** Not Required

**Last Updated By:** Jayne Charlton    **Last Updated:** 01/27/2011  3:49:18PM
The document status is Completed.

PDP Document Link

Return to Document Detail

## Introduction

This document is an opportunity to capture an employee's quarterly cumulative performance (a
rating is mandatory). If applicable enter comments based on both **what** has been delivered and
**how** it has been delivered.

## Contribution - "What"

Please enter your comments in the field below
**Comments:**

000050

Nadine is on track for meeting all req'ts as a Sr. consultant billing FT on
Unilever for Q1 and rec'd a 6 month ext thru Dec. She has been supportive of
presales efforts on WB, continues to work heavily on prof dev and has
delivered several KQs.
Comments above were added from 01 Apr 2010 to 30 Jun 2010

Q2:  Nadine was faced w/some challenges in Q2 that had some recurring
themes and was thus placed on a PIP. As of mid-Oct, she is making
reasonable progress with PIP thru coaching and mentoring.
• The feedback rec'd from Nadine's project key stakeholders and from Mgmt
observations is not consistent with her slef-assessed Q2 FY11 QPR. The
feedback rec'd indicates a need for improvement in communications protocol
and in building sustainable relationships.
• Based on ongoing concerns of consistent themes and discussions with MD,
OVP and HR/Accenture, Nadine was placed on a documented, detailed PIP
9/14/10 and is working closely with her HR MC for the next 90-120 days to
ensure desired improvement.
• Nadine is very focused on her technical prof dev and certifications and
extending that info to others via delivering KQs.
• Nadine delivered 2 KQs in the 1st half FY11.
• Nadine did an outstanding job on a BT OneVoice project for LATAM that
was very complicated and reportedly worked beyond her PM responsibilities.
• Nadine enjoys discussing other career aspirations, but does it too freely in
the wrong setting, i.e. with existing client/project teams.

Rev for 1st half FY11 is $110,240 at personal margin of 31%.  Nadine
exceeded her prod dev target.
Comments above were added from 01 Jul 2010 to 30 Sep 2010

Q3 - Nadine invested a lot of time and focused attention this quarter to
working with her HR MC as a mentor to the anticipated, successful Q4
completion of her PIP. Although Nadine struggled with the initial PIP, she
seems to be developing strong accountability and is moving in a very positve
direction with her communication style, status reports and accountability.
Nadine also interviewed well and earned a PM role on Capital Group bringing
more external business to the MA region and BSG while continuing
intermittent, PT support on Unilever. Nadine is planning to deliver a couple
of KQs as part of her PIP and has exceeded her personal prof dev training
goal.  I look forward to seeing continued progress with Nadine thru 1/14/11
on her PIP, and feel that she is committed to long-term success with
continued focus on the development actions required.

## How - BT Capabilities

Please enter your comments in the field below.

**Comments:** Nadine and her MC are discussing her consistently following proper
communication protocol.
Comments above were added from 01 Apr 2010 to 30 Jun 2010

Q2: Nadine is very eager to assist with new projects or with new technical
training. Nadine's MC is working with her more on business and soft skills,
specifically to improve communication and relationships, as well as to
broaden her network and improve perceptions and reputation. Nadine has a
lot of tremendous attributes that she is working with her MC to apply in more
productive manners. Nadine is very helpful, innovative and focused on prof
dev. She needs to improve in her connectedness to her client and in trust,
as well as more effective and positive collaboration.
Comments above were added from 01 Jul 2010 to 30 Sep 2010

## Overall Performance Rating

Please enter your rating

**Rating:** DN - Development Needed

000051

New Window | Help | Customize Page | 🖨

## Performance Document - Quarterly PR - Manager

# Review

603561502, Nadine Ranade - Lead: DDCS
OUC: JGJ2
Quarterly PR - Manager: 01/07/2010 - 30/09/2010

| | |
|---|---|
| **Author:** Jayne Charlton | **Role:** Manager |
| **Status:** Completed | **Due Date:** 09/25/2010 |
| **Approval:** Not Required | |

**Last Updated By:** Jayne Charlton      **Last Updated:** 10/19/2010  4:53:49PM

The document status is Completed.

PDP Document Link

Return to Document Detail

## Introduction

This document is an opportunity to capture an employee's quarterly cumulative performance (a rating is mandatory). If applicable enter comments based on both **what** has been delivered and **how** it has been delivered.

## Contribution - "What"

Please enter your comments in the field below

**Comments:** Nadine is on track for meeting all req'ts as a Sr. consultant billing FT on Unilever for Q1 and rec'd a 6 month ext thru Dec. She has been supportive of presales efforts on WB, continues to work heavily on prof dev and has delivered several KQs.
Comments above were added from 01 Apr 2010 to 30 Jun 2010

Q2: Nadine was faced w/some challenges in Q2 that had some recurring themes and was thus placed on a PIP. As of mid-Oct, she is making reasonable progress with PIP thru coaching and mentoring.
• The feedback rec'd from Nadine's project key stakeholders and from Mgmt observations is not consistent with her slef-assessed Q2 FY11 QPR. The feedback rec'd indicates a need for improvement in communications protocol and in building sustainable relationships.
• Based on ongoing concerns of consistent themes and discussions with MD, OVP and HR/Accenture, Nadine was placed on a documented, detailed PIP 9/14/10 and is working closely with her HR MC for the next 90-120 days to ensure desired improvement.
• Nadine is very focused on her technical prof dev and certifications and extending that info to others via delivering KQs.
• Nadine delivered 2 KQs in the 1st half FY11.
• Nadine did an outstanding job on a BT OneVoice project for LATAM that was very complicated and reportedly worked beyond her PM responsibilities.
• Nadine enjoys discussing other career aspirations, but does it too freely in the wrong setting, i.e. with existing client/project teams.

Rev for 1st half FY11 is $110,240 at personal margin of 31%. Nadine exceeded her prod dev target.

000058

Performance Review

## How - BT Capabilities

Please enter your comments in the field below

**Comments:** Nadine and her MC are discussing her consistently following proper communication protocol.
Comments above were added from 01 Apr 2010 to 30 Jun 2010

Q2: Nadine is very eager to assist with new projects or with new technical training. Nadine's MC is working with her more on business and soft skills, specifically to improve communication and relationships, as well as to broaden her network and improve perceptions and reputation. Nadine has a lot of tremendous attributes that she is working with her MC to apply in more productive manners. Nadine is very helpful, innovative and focused on prof dev. She needs to improve in her connectedness to her client and in trust, as well as more effective and positive collaboration.

## Overall Performance Rating

Please enter your rating

**Rating:** DN - Development Needed

PDP Document Link

Return to Document Detail

000059

New Window | Help | Customize Page |

Performance Document - Annual PR - Manager

## Review

603561502, Nadine Ranade - Outsourc/Acqusitn Employee-Mgr
OUC: JGJ2
Annual PR - Manager: 01/04/2009 - 31/03/2010

**Author:** Jayne Charlton                    **Role:** Manager
**Status:** Completed                         **Due Date:** 03/26/2010
**Approval:** Not Required

**Last Updated By:** Jayne Charlton        **Last Updated:** 04/30/2010 10:01:33PM

The document status is Completed.

PDP Document Link

Return to Document Detail

## Introduction

This review is to capture an employee's annual performance. Enter comments based on both **what** has been delivered and **how** it has been delivered.

Before completing the APR, to ensure performance assessment is without unfair discrimination or bias, please make sure you are familiar with the BT group policy ("Managing Performance in BT Group") as well as BT's Equal Opportunity or local Diversity policy, where it exists.

## Overall Performance Rating

Please enter your rating and comments in the field below
        **Rating:** G - Good
**Comments:**

000060

Performance Review

Nadine has had a good year, working diligently to overcome some challenges in Oct/Nov on P&G account and with the 2 deferments of Principal title promotion. Nadine is highly intelligent and works exhaustively to meet high client demands while consistently increasing her knowledge, education and certs. Nadine strongly desires to be the best at everything she sets out to do. Nadine has strong attributes and ambitions in security and internetworking technical arenas, coaching/mgmt, as well as interests in expanding her experience in presales and sales. Nadine is self-directed and carries her amazing desire for knowledge and career advancement to others in KQs. She took action on direction from John Herbert to help put her on better path with Principal case. There are a few items relating to soft skills with communication and relationship building that Nadine's Mgr would like her to take to consider, self-analyze, accept and apply to ensure more solid case for Principal promotion, in addition to working a more strategic, global program. Nadine is a great team player and can be a great leader as well.

FY10 Total Rev: $143,970
Training Hrs: 91 / 126%
Avg Util: 104%

Info below was pasted by Jayne Charlton on behalf of Nadine Ranade. Nadine has made many successful contributions to the BMS and P&G accounts in the past couple of years. Her successes on the previous accounts landed her an opportunity on the Unilever account starting this past December. Unilever is a seven-year agreement valued over $800M. This contract supports Unilever community of 174,000 employees working in over 60 countries worldwide. Nadine has fulfilled several customer requests related to video conferencing service improvement, voice optimization and billing audit on this account.
Nadine also worked on the P&G account for the past three quarters. Proctor and Gamble is a five-year agreement valued at $650M that covers the Network Infrastructure Tower projects. This contract supports the P&G community of 140,000 employees working in over 82 countries worldwide. Nadine fulfilled several customer requests related to network infrastructure improvements, changes, and moves. In addition to that she supported data center moves, site decommissioning and providing converged services. Some of the requests involved correcting erroneous VLAN creation, configuring and installing of Access points, VOIP call manager migration. These requests ranged $5000 to $100,000 in value.
Nadine also provided coverage for another MC supporting the following projects: One project involved bringing several sites online with Starnet dialing capabilities. Another project involved data center move and providing converged services. Her efforts were instrumental in putting together a comprehensive project delivery schedule and get it accepted by the customer in a very short time even she was not involved in the project from the beginning. Nadine's work has been very much appreciated by the customer. On P&G Nadine worked on the transformation team working on LAN/WAN/IPT and wireless transformation projects. She worked on transforming one of the most critical and largest P&G sites in Mehoopany. In addition to that she was given the lead role for site decommissioning globally for the transformation team.
Nadine has continuously demonstrated strengths in planning, executing, tracking, and leading major network infrastructure projects. Her dedication and collaboration with teammates has resulted in recommendations towards process improvement and effective change management for the service delivery process. While working on the BMS project, I was faced with the challenge of managing a large decommissioning project without having any process in place. She took the opportunity to develop and document a process and shared it with other team members via KDocs. This later on was turned into the S3 portal which not only reduced cycle time in processing SR requests but was cost effective as well. My work in the past years has earned me the reputation of a knowledgeable, helpful, innovative individual who is frequently sought after to advise new consultants or aid in "first-of-a-kind" service offerings. Nadine also participated in the development of a new managed WAN Optimization service that will enable BT PS to expand their footprint and remain a competitive leader.

000061

Performance Review

A brief description of P&G projects is given below:

P&G - NY Prestige Circuit Upgrade; 05/09-08/09
Working with the P&G and BT teams, she upgraded the circuit at the NY
prestige office. This office was experiencing issues due to congestion on the
WAN link. They were also adding 60 more users from Fekkai which would
bring the utilization to 100%. This office needed to increase the bandwidth to
a 20MB MPLS circuit, so she submitted the order for the circuit and updated
customer about the progress of delivery. She also secured right resource to
install WAN interface cards and memory cards in the existing router. This
project was then successfully handed off to a transformation PM for closure.
P&G - Prudential Tower Decommissioning Survey; 06/09 -08/09
Nadine completed a site survey for this location to decommission the site as
P&G currently leases Boston GO office space in the Prudential Tower. They
moved all employees to the South Boston location in October of 2009. The
business objective of this GSR is to plan our exit from the leased facility P&G
is currently occupying in Boston at the Prudential Tower GO location. The
customer needed to remove all our networking components and return the
site to the landlord by Dec 31, 2009. She visited the site and documented all
the assets at the site and tasks that need to take place to decommission the
site. Then she submitted a comprehensive site survey report to the
customer documenting the inventory of the phone & network equipment and
related steps necessary to vacate the building. The results from this site
survey resulted in a big O&R for BT.
P&G - F&HCIC Renaissance - Historic Wing Building Renovation 05/09-
12/09
She led this project with an engineer and external vendor to setup voice/data
and wireless services in the newly renovated Annex bldg. This building will
have five floors and about 200 people on each floor with a wireless
assessment required for each site as well. She worked with the customer to
meet their objective of creating a collaborative and inspiring Work
Environment, attracting and retaining the finest talent, and sustainability. The
key requirements are:
LAN – Provide the infrastructure and design for the new facility operation,
including establishing service at the new facility with local suppliers. For
dimensioning purposes, average number of workstations per floor is 200.
Wireless LAN – Provide the assessment, design and infrastructure for the
wireless service set-up. For this purpose, assessment should consider all 5
floors would be wireless enabled. For dimensioning purposes, average
number of users per floor is 200.
Voice – Develop options for standard voice wiring, wireless voice technology
and VOIP technology. Provide infrastructure and design of the facility
operation, including establishing service at the new facility with local
suppliers. Preferred option at this point remains to be VoIP (Soft phones)
technology, but we shall count on the cost comparison for the other options
as well. For dimensioning purposes, average number of users per floor is
200.

        Document management services for printing, photocopying, scanning
and faxing. Additional to multifunctional devices based service for the
majority of users, a few stand alone printing equipment needs to be
considered and contemplated for support. Provide design requirements for
data and communication rooms for the building. Traditional Video
Conferencing coordination with Facilities. Provide relocation services from
current to temporary to definitive office spaces. Provide decommissioning,
removal, and re-installation of current services as part of the building
renovation, which will followed a phased approach. Americas Support Center
to continue serving all site residents before, during, and after the renovation
period.
P&G - O&R1014709_BOSTON_USA (184); 07/09-08/09
I provided coverage for another MC on this project for about 3 weeks. This
project involved providing LAN/WAN/IPT and WLAN services at the newly
renovated South Boston Gillette facility. During this duration she had several
meetings with the Customer and BT team to put together an end-to-end
implementation schedule. she initiated the RFQ and approved the WLAN

000062

Performance Review

site survey order for this facility. Since this was a critical LAN site, she also
provided details to the construction manager for any questions such as an
IDF closet will be constructed on the 6th, 7th and 8th floors. A key
prerequisite for successful WLAN network implementation was to get the
WLAN site survey done in time. My leadership ensured that the WLAN
survey is scheduled in a timely manner, and the customer extended positive
comments for my efforts during this timeframe.
P&G – Site Transformation Albany, GA; 08/09 – 11/09
Recently, she was requested to join the transformation team, and she is
working on WAN upgrade for the site. We are planning to bring in a 20MB
primary MPLS circuit and a 10MB secondary MPLS circuit to the site along
with a router at the site and some WAN interface cards and memory cards in
order to eliminate all ISDN dial backup links and VPN tunnels. All voice
circuits and EGP circuits terminated, and new MPLS circuits will be put in
place. As the implementation leader, she will be collaborating with engineers
and the site team and ordering: Primary 20MB and 10MB, 2 T1 interface
cards, 2 T3 cards, CISCO 3845 router, 2 memory cards, power supply and
cord, and one T3/E3 network module.
P&G – Site Transformation, Jackson, TN; 08/09 – 12/09
Also, she is currently leading on a WAN upgrade for this site as part of
transformation project to bring in a 10MB primary MPLS circuit and a 5MB
secondary MPLS circuit to the site. All ISDN dial backup links and VPN
tunnels to be eliminated. Routers will be replaced to meet BT standards and
all voice circuits and EGP circuits terminated, and new MPLS circuits will be
put in place. she will be ordering: MPLS Circuits: Primary 10MB and 5MB,
Cisco 3845 router, 2 memory cards, power supply and cord,1 T3 network
cards.

P&G – Site Transformation, Mehoopany, PA; 08/09 – 12/09
Another part of the transformation project she am leading involves WAN
upgrade in the first phase and LAN transformation to follow. Currently we
plan to bring in a 25 MB primary MPLS circuit and a 10 MB secondary
circuit. Five circuits will need to be decommissioned at the site. New routers
will be put in place to meeting BT standards with non-standard routing
protocol. Circuit bandwidth inconsistencies will be addressed at the time of
WAN transformation. The long term Control LAN solution is in development
which will be used for control LAN security mechanism, and Out of Band
management will be preserved. Also, there will be an IPT implementation,
and she am leveraging Cisco certification for IPT implementation planning.
she will need to order: Two MPLS T3's one primary and one secondary, 3-
T3/E3 interface cards, , 2 CISCO 3845 router, 2 memory cards, power supply
and cord, and WAN interface cards, flash memory, and network cable.

A brief description of Nadine's project's on the Unilever account is given
below:
Unilever – Oval Office VC implementation 12/09 – 01/10
As part of the overall service improvement program for Unilever I project
managed the implementation of video conferencing services at the oval office
in Englewood cliffs, NJ. This was done in close collaboration with BTC. This
Video conferencing service provided 'multi-point' and 'point-to-point' video
conferencing over public ISDN and IP networks. Most point-to-point
conferences tend to take place without involvement from BT with one site
dialing the other directly. I managed the installation, testing and training
tasks of this service. Worked closely with the client for proper project
acceptance and closure. Customer was very pleased with the service
delivery and provided the following feedback:
"Based on the short time we have worked together implementing a very high
profile video conferencing solution in Englewood Cliffs Oval Office during the
holiday, you jumped in to fill the PM position of a project already well
underway.
Without benefit of previous format or templates or input on previous cases
from the BT team who were out of the office for the Christmas Holiday, you
created and delivered a testing plan required for this change to be approved
in a critical time crunch with success in order to keep the project moving
forward. Since that time you have performed the PM responsibilities by
scheduling regular status meetings and reporting and responding in a timely

000063

and professional manner." – Denise Clancy (Unilever)
Unilever – Voice Transformation 12/09 – 07/10
As part of the overall voice service improvement program I am working with
the client to implement BT One Voice or VoIP at 40 sites in various Latin
American countries. I will be project managing all aspects of this project in
terms of feasibility and capability analysis to implement BT One Voice or
VoIP, design, implementation, testing, training, turnover to life-cycle
management.
Unilever – Various Service Requests - 12/09 – 07/10
As part of the overall Unilever contract there are several service
improvement and new business requests that are currently being project
managed by me. One of them is Voice Optimization where we are
evaluating the bandwidth needs at each site and costs associated with each
vendor. This exercise is being done to provide cost savings to the customer
by providing a better overall service plan. There are other SR's that I am
managing which involve equipment replacement and site closures as well.

Unilever – Billing Audit by TNX - 12/09 – 12/10
I will be working with Unilever and TNX (a vendor hired by Unilever to do
their billing audit). BT needs to support all audit demands for regulatory
reasons. I will manage this project for the North America and Latin American
region on this contract.
Unilever – NA fixed voice optimization initiative - 12/09 – 07/10
I am managing North America's fixed voice optimization initiative which
involves working with various suppliers, BT legal, and other BT team
members. Legal had to be involved because there were contacts written on
behalf of BT which were invalid with various suppliers. We need to
renegotiate these terms, clean up the inventory, and get the orders back to
original suppliers and bill the customer correctly. It also involves assessing
the current needs of the customer based on usage and number of users and
forecast proper bandwidth requirements for each site in North America. This
is all being done to meet proper cost savings target for the customer and BT.
In addition to above contributions Nadine has worked on providing KQ's and
training.
KQ contributions
Nadine conducted a total of five KQ's:

- KQ session on "Genesis" to train the Transformation team DPM.
- KQ session on "S3" portal for all the DPM's.
- KQ on site decommissioning.
- KQ on "Implementing IPT on Cisco platform"
- KQ on "Introduction to CISSP".


Driving New Business:
Nadine contributed to the development of the new managed WAN
Optimization offering working with the ITPO COI team

Training
Nadine received her certificate and completed the training in Opnet's "Ace
Live" and "IT Guru and SP Guru" network planning, monitoring and analysis.
Nadine has completed 91 hours of training during this year and she is
required only 72hrs. Spent 40 hrs preparing for and delivering 5 KQs.

How:
1. Inspiring
a. Nadine is clearly an inspiration to other team members in terms of her
leadership skills. She has accomplished this by keeping the team on track
to meet all the deliverables in a timely manner.

2. Straightforward
a. Team members who have worked with Nadine find her straightforward and
dedicated.

3. Trustworthy
a. Nadine has an excellent track record for delivery and can be always
trusted to get the job done.

000064

Performance Review

4. Helpful
a. Nadine has offered to assist her co-workers in helping them understand how to approach their project. Nadine is always willing to help her peers and mentor other colleagues.

5. Heart
a. Nadine looks out for opportunities for costs savings for her customer. She is working with Unilever to provide cost savings for fixed voice services. On the P&G account she delivered on what she committed to the customer.
b. " Nadine worked diligently to provide a detailed report that lists all the assets and tasks that need to take place to decommission the site. Her work contributed towards making the decision to give the site decommissioning work to BT." - Mark Pollette (8/09)

6. Coaching for Performance
a. Nadine has conducted several KQ sessions on PMP in the past in order to coach and mentor other peers. Nadine is always willing to help her peers and mentor other colleagues.

7. Bottom Line
a. In past Nadine has worked closely with the account manager for the up-sale opportunities and is continuing to do so.

8. Drive for Results
Nadine is a results oriented individual and consistently strives to plan tasks carefully, resolve issues to customer's satisfaction. She is consistent in providing detail project status and reports for her projects. In a short time after joining Unilver she delivered a video conferencing service at a key customer site. She also took corrective measures to bring several customer requests back on track that were in red/late in their status as soon as she started working on the account. She received positive feedback not only from the customer but also BT senior management team.
a. "we need more proactive people like you at BT. Your input on the decommissioning process added a lot of value not only to the P&G account but BT as a whole. This was a critical process that needed support and you stepped in and went above and beyond the call of duty to support this effort. This enabled me/us to meet a critical contractual obligation around the disposition of assets. Your ability to see a problem and get the right parties together to address the issue and execute is a great value to BT." – Shawn Bennett (09/09)

9. Customer Connected
a. Nadine stays on top of customer issues and this is reflected in the accuracy of her reports and statuses to the customer.
"She has excellent communication skills, demonstrates her strong passion for quality and is committed to her projects. She takes the time to listen to the customer and adjusts according to their requests. Nadine has a great attitude and it comes across immediately when meeting with her. She is a true pleasure to work with and represents BT very well." – Mark Pollette(8/09)

10. Professional and Technical
a. Nadine's feedback from her customer's indicates her high standards of professionalism and strong technical acumen.

## Contribution - "What"

Please enter your comments in the field below

Comments: P&G
1st half FY10 Rev is $69,570; Util is 114%/102% for an avg util of 109.5%
Comments above were added from 01 Jul 2009 to 30 Sep 2009

Comments above were added from 01 Oct 2009 to 31 Dec 2009

000005

## How - BT Capabilities

Inspiring
**Rating:** VG - Very Good

Straightforward
**Rating:** VG - Very Good

Trustworthy
**Rating:** GS - Generally Satisfactory

Helpful
**Rating:** VG - Very Good

Heart
**Rating:** VG - Very Good

Coaching for performance
**Rating:** GS - Generally Satisfactory

Bottom Line
**Rating:** G - Good

Drive for results
**Rating:** VG - Very Good

Customer connected
**Rating:** G - Good

Professional and technical
**Rating:** O - Outstanding

Please enter your comments in the field below
**Comments:** on track with client engagement and exceeds expectations of prof dev, working to develop new offerings, developing and delivering KQs. Nadine is awaiting final response on a potential promotion to Principal Consultant.
Comments above were added from 01 Jul 2009 to 30 Sep 2009

Comments above were added from 01 Oct 2009 to 31 Dec 2009

## Employee Comments

Please enter your comments in the field below
**Comments:**

PDP Document Link

000066