# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| NADINE RANADE,  ) | |
| ) | Civ. Action No. 1:12cv1039 (LO)(TCB) |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| BT AMERICAS INC.,  ) | |
| ) | |
| Defendant.  ) | |

## <u>REPLY DECLARATION OF EDNA D. GUERRASIO</u>

I, Edna D. Guerrasio, declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am associated with the law firm of Proskauer Rose LLP, attorneys for Defendant BT Americas Inc. ("Defendant") in the above-reference action. I am fully familiar with the facts set forth herein. I submit this Reply Declaration in further support of Defendant's motion for summary judgment.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Plaintiff Nadine Ranade ("Plaintiff") taken on July 11, 2013 ("Pl. Tr.").

3.     Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Vance Pearson taken on August 1, 2013 ("Pearson Tr.").

4.     Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence dated September 16, 2010 from Jayne Charlton to Plaintiff.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of records from Plaintiff's file at the Jackson Clinic, which BT received in response to a subpoena.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's Performance Document History, bearing bates number P 000037.  Note, this is the same document that was attached as Exhibit 5 to the Declaration of Edna D. Guerrasio, which was submitted in support of Defendant's moving brief.  I submit the document herewith, as a more legible copy for the court's convenience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EDNA D. GUERRASIO

Dated: Newark, New Jersey
       September 19, 2013

# Exhibit 1

Page 1

1          THE UNITES STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
2                ALEXANDRIA DIVISION

3

4     NADINE RANADE              :
                                 :
5          PLAINTIFF             :
                                 :
6     V.                         : Civil Action No.
                                 :     1:12cv1039
7                                :
      BT AMERICAS INC.           :
8                                :
           DEFENDANT             :

9
10
11          The Video Deposition of NADINE RANADE,
12     was taken on Thursday, July 11, 2013, commencing
13     at 9:32 a.m., at the Offices Proskauer Rose,
14     1001 Pennsylvania Avenue NW, Washington, D.C.,
15     before Ryan K. Black, Notary Public, Registered
16     Professional Reporter.
17
18
19
20
21
22
23
24
25     Job No. NJ1698437
26

1    Q.   And so while you're on the technical

2    side, --

3        A.   Mm-hmm.

4        Q.   -- he was part of the big-picture

5    relationship between BT and Capital Group.  Is

6    that fair to say?

7        A.   That is correct.

8        Q.   He was the guy in charge?  Is that

9    -- is that fair for your -- in other words

10   -- let -- let me withdraw that question.

11       A.   Mm-hmm.

12       Q.   If the client was happy, unhappy --

13       A.   Mm-hmm.

14       Q.   -- with how things were going in the

15   relationship, --

16       A.   Mm-hmm --

17       Q.   -- is it your understanding that, for

18   example, the Capital Group would communicate

19   with David Upton?

20       A.   Yes.  That is my understanding.  And I

21   would have expected David to come and

22   communicate it to me.

23       Q.   Okay.  But you didn't -- you didn't

24   have a direct reporting relationship --

25       A.   With David Upton.

1     know, she -- there were just negative vibes.  I

2     tried very hard to build a relationship with

3     Barbara because, with certain client and program

4     management relationship, sometimes you build a

5     relationship with that individual to make them

6     comfortable in terms of them trusting you, you

7     know, professionally and stuff.  And so -- so I

8     would -- I even went to the length of asking

9     her, do you want to have lunch and let's talk

10    and stuff.  You know, and I wasn't very good at

11    those things because I felt I have to do my

12    work, deliver the project, and be done with it.

13        Q.   So when you say you were not good at

14    those things, what are the things that you were

15    referring to that you were not good at?

16        A.   I would say, like, relationship

17    building in terms of, like, you know, being

18    a little more political in terms of, you know

19    -- so I tried, and it didn't work with Barbara.

20    But then I came back, and -- and I told my

21    colleagues the whole story, and they said it

22    would have never worked with Barbara, because

23    they had some other experiences.

24        Q.   Who else had similar experiences with

25    Barbara?

Page 103

1    wrong way, Nadine.  So you have to work towards

2    changing that perception.

3              That's one thing -- she very

4    specifically said that to me.  So I'm, like,

5    Jayne, you have to help me.  Teach that as a

6    supportive manager.  And then she was quiet,

7    so --

8         Q.   Well, was one of the ways to help

9    you in this perception and with relationship

10   building asking you to put together and do

11   research on a -- a training on soft skills?

12        A.   Yeah.  Yeah.

13        Q.   Okay.  And did doing that research

14   -- sorry.  Did -- doing that research and

15   putting that PowerPoint together and doing the

16   training, was that educational for you?

17        A.   Yes.  I did read a lot of management

18   books and stuff and -- and learned some key

19   things and -- which I'm applying now.  Yeah, I'm

20   always learning.

21        Q.   Okay.  One of the things also that

22   you said you were not good at was that you

23   could -- I think you used the words you could

24   have been better politically, or words to that

25   effect, and I can -- we can go back and look at

Page 107

1    Q.   And one of the reasons she said no --

2    A.   Mm-hmm.

3    Q.   -- was relating to these soft skills,

4  wasn't it?

5    A.   Right.  But being a principal,

6  it's not -- it's irrelevant, because it's a

7  technical, you know, level.

8    Q.   So is a principal a promotion?

9    A.   Yeah.  Just like consultant to senior

10  consultant.

11    Q.   You'd still be in the same --

12    A.   Technical pool.

13    Q.   The same technical pool; --

14    A.   Yes.

15    Q.   -- is that correct?

16    A.   You're just a little more -- like,

17  okay, you have more knowledge -- or, you know,

18  you're a little more knowledgeable or expert in

19  project management, program management now.

20    Q.   Right.  But -- and so it's your view

21  that --

22    A.   Mm-hmm.

23    Q.   -- improving those soft skills and

24  having those soft skills is not relevant to

25  being promoted to principal?

1        A.    It's always relevant in my

2    profession because you do interact with the

3    customers and other colleagues.  I think at any

4    point in anyone's career soft skills are

5    relevant; however, I feel it's not their -- it's

6    not the it thing.

7        Q.    Okay.  But Jayne disagreed with you,

8    right?  She -- isn't it your understanding that

9    Jayne --

10        A.    Yeah.  Mm-hmm.

11        Q.    -- thought it was highly relevant to

12    whether you were going to be promoted or not?

13        A.    She never came across and gave me

14    that this was the only reason about soft skills

15    that that's holding me back.  But that was the

16    only reason she gave me.

17        Q.    Well, what about your -- you applied

18    -- let me withdraw that.

19        A.    Mm-hmm.

20        Q.    You applied and submitted a

21    document -- a lengthy document in support of

22    your request to be promoted to principal in or

23    around September of 2009, correct?

24        A.    Yes.

25        Q.    Okay.  The time period that you

Page 131

1      A.   Yeah.  And there -- I had asked Jayne

2   to -- to do a meeting with Steve Kurtz, and

3   there was no follow-up by her.

4      Q.   Have you ever received an e-mail from

5   anyone in your entire career, --

6      A.   Mm-hmm.

7      Q.   -- other than this one, --

8      A.   Mm-hmm.

9      Q.   -- telling you not to have any further

10  communication, by e-mail or phone, with a

11  client?

12     A.   Not that I recall, no.

13     Q.   Okay.  Was this a big deal?

14     A.   Yeah.  It -- it -- it was very

15  upsetting.  And I asked Jayne, and I requested

16  -- I said, Jayne, I want to understand the

17  issue.  Can you please arrange a call with Steve

18  Kurtz so we can openly discuss the matter?  She

19  never --

20     Q.   Who is Steve Kurtz?

21     A.   He's the account manager.

22     Q.   At BT?

23     A.   Yeah.  BT -- to P&G.

24     Q.   And who's Joe Busch?

25     A.   I think he's director.  I'm not sure.

Page 139

1      project, --
2              A.   Yeah.
3              Q.   -- you were told -- you were told --
4              A.   That I was late.
5              Q.   -- you were off this project, right?
6      You just said that.  They were taking you off
7      this account.  Yes?
8              A.   Yes.
9              Q.   And my questions, and I'm not asking
10     about P&G in general, I'm asking about this
11     project, --
12             A.   Yes.  Mehoopany project.
13             Q.   -- do you have any understanding that
14     P&G didn't want you on this project anymore
15     because of your performance?
16             A.   On Mehoopany, yeah.  I guess.  I -- it
17     was never clarified to me anywhere in the
18     e-mails.
19             Q.   I'm not asking you about e-mails.
20             A.   Yeah.
21             Q.   I'm asking you, do you have an
22     understanding that Procter & Gamble didn't want
23     you working on this project because they didn't
24     think you were doing a good job?
25             A.   No.  I don't have that understanding.

1    BY MR. BROWN:

2        Q.   Have you reviewed this document?

3        A.   Not fully, but I browsed through it.

4        Q.   Okay.  Does it refresh your

5    recollection, --

6        A.   Mm-hmm.

7        Q.   -- now, that Procter & Gamble was

8    extremely dissatisfied with your performance on

9    this project --

10       A.   I --

11       Q.   -- that you had significant

12    communication and miscommunications with the

13    client and internally at BT, and that you were

14    being removed from the account?  Does this

15    refresh your recollection in any way about the

16    significance of the performance deficiencies on

17    this project?

18       A.   I just want to reiterate what you said

19    first.

20           About my performance on Procter &

21    Gamble account is -- as a Procter & Gamble being

22    dissatisfied is incorrect.

23           On Mehoopany project, I agree with.  I

24    see that, that, you know, Karen had some issues

25    regarding me missing her on the kickoff meeting

1    and arriving late at the site, and changing the

2    vendor, which was not my call.  It's actually

3    Barbara's call.  So --

4        Q.    Right.  But the perception was by the

5    client that you were not --

6        A.    Right.  By Karen.

7        Q.    -- that you were not performing to

8    their expectations, right?

9        A.    That is what I understand from this.

10       Q.    And there were some -- also, does it

11   refresh your recollection that notwithstanding

12   being directed not to have communications with

13   Procter & Gamble on this project that you did so

14   anyway?

15       A.    I -- no, I followed through with what

16   -- if you see the let -- as a formal reminder

17   and do not contact anyone via phone and

18   e-mail -- wait.  Sorry.  If you see, finally,

19   the last paragraph, --

20       Q.    Mm-hmm.

21       A.    -- it says, I heard your perspective

22   that the only person you contacted contacted P&G

23   after I asked you not to.  After noon Karen

24   -- you contacted Karen to let her know you were

25   cancelling the meeting.

1        Q.   Do you remember in August, and in

2    particular, August 26, 2010, that there was a

3    conference call addressing negative feedback

4    from Dez Kerr, K-e-r-r, and Dez is D-e-z, a

5    Unilever managing consultant, and Afshin?  Do

6    you remember that in August of 2010?

7        A.   I don't remember.  I'll be

8    honest with you.  I'll have to -- there was a

9    conference call.  I do recall the name Dez,

10   but I don't remember the context of it.

11       Q.   Do you remember that it -- it may have

12   related to your being exited from Unilever four

13   months prior to the expiration of the term?

14       A.   I don't recall that, because I

15   actually left Unilever in, I believe, December.

16       Q.   Yeah.  I'm talking about August, end

17   of August.  And I'm telling you that Unilever

18   wanted you off the account in August.

19       A.   I -- this is around the same time I

20   was requesting to --

21       Q.   No, it isn't.

22       A.   Yes, it is.  It is.

23       Q.   Okay.  All right.

24       A.   It is.

25       Q.   If that's your recollection, then

1    document here, she must have called me.

2        Q.    Okay.  Do you recall reaching out to

3    or communicating with David Upton about this

4    feedback?

5        A.    I didn't have enough time because they

6    dismissed me right away.

7        Q.    Okay.  You were dismissed right after

8    this, correct?

9        A.    Mm-hmm.

10        Q.    Okay.  I'm sorry.  Just for the

11    record, yes?

12        A.    Yes.  They -- they dismissed me right

13    after.

14        Q.    Okay.  Do you recall being advised

15    that Capital Group didn't want you working with

16    them any longer?

17        A.    Yeah.  Jayne told me that they don't

18    want you as a PM --

19        Q.    Mm-hmm.

20        A.    -- over there; however, our

21    engagement had terminated by February 10th.

22    So I successfully completed and delivered the

23    project, and then they had returned business.

24    Because of my work, BT got an extensive project

25    with Capital Group.

1   Q. Do you think that you were successful

2 in working with this client?

3   A. I delivered the product.

4   Q. Mm-hmm.

5   A. And as --

6   Q. But do you believe you were successful

7 in working with this client?

8   A. For the job I did, yes; however, they

9 were looking for a more senior program manager

10 when they gave return business to BT.  So they

11 specifically said we don't want this PM.

12   Q. And that -- the PM that they

13 specifically didn't want was you?

14   A. That's what it says in here.

15   Q. I know it's what it says in there,

16 but do you recall that being communicated to

17 you, that the client wanted to continue working

18 with BT but just not you?

19   A. That's what Jayne came and told me, --

20   Q. Mm-hmm.

21   A. -- that they don't want me --

22   Q. Do you --

23   A. -- back.

24   Q. Was it communicated -- but you -- but

25 you still view your performance with this client

Page 266

1        Q.   Do you know why Jayne wanted to

2    terminate -- terminate your employment?

3        A.   It's just she's seeing that I couldn't

4    -- I asked for leave, I'm a sick person, and I

5    won't be able to perform, maybe I'll get sick

6    again, and -- and I would be -- I won't be able

7    to perform like I have in past.

8        Q.   Did she ever say that to you?

9        A.   Nobody would say something blatantly

10   like that.

11       Q.   Okay.  But you're -- you believe that

12   that was that was her motivation?

13       A.   That's -- the paper trail shows

14   -- demonstrates that to me.

15       Q.   And what paper trail are you referring

16   to?

17       A.   When she downgraded -- started

18   downgrading my reviews, and -- she even said

19   -- first she told me to juggle my time while I

20   went for therapy, and then she puts down on the

21   PIP that I'm not allowed to take any sick leave.

22       Q.   Let's talk about gender discrimination

23   for a moment.

24       A.   Mm-hmm.

25       Q.   In what way do you believe that Jayne

Page 294

1  constraint about working four hours was as a

2  result of a denial of me working four hours

3  flextime, which was not -- my client was not

4  accommodating that, neither was my manager.  She

5  had turned it down.

6  BY MR. BROWN:

7      Q.  The flex time?

8      A.  Yeah.  She --

9      Q.  But the block time, --

10     A.  The block time, I would have lost my

11 job, she -- she blatantly said, because I don't

12 have any other account for you to work on.

13     Q.  But would you have been put on the

14 bench?

15     A.  The bench time is only, like, 30 to 60

16 days, and then you are fired.

17     Q.  So could you have been put on the

18 bench?

19     A.  Well, if I was put on -- yeah, I could

20 have -- she could have put me on bench.

21     Q.  And could there have been a position

22 that opened while you were on the bench that

23 could have accommodated a four-hour block?

24     A.  Yes.

25     Q.  Now, let me ask you this, --

Page 330

1          A.    Mm-hmm.  It should be 2010.

2                MS. RUBIN:  2010.

3      BY MR. BROWN:

4          Q.    Please.  Please.  The second sentence

5      reads, Ranade sought treatments from a physician

6      and advised her employer of her medical

7      difficulties and course of treatment in the

8      July/August 2011 time frame.

9                Should the 2011 be 2010?

10         A.    Yes.

11         Q.    Okay.  After October 6th, 2010, --

12         A.    Mm-hmm.

13         Q.    -- upon your working full time --

14         A.    Mm-hmm.

15         Q.    -- with no medical restrictions, was

16     the issue of leave ever raised by Jayne

17     Charlton?

18         A.    No.

19         Q.    Was the issue of leave raised by any

20     manager of BT after October 6th?

21         A.    No.

22         Q.    Okay.  Was the issue of leave raised

23     by anyone at BT?

24         A.    Not at -- I don't believe in that

25     -- this was an issue only between myself and

Page 331

1   Jayne or anyone else was privy of that, you

2   know, and --

3        Q.   Okay.  I just wanted to know if it was

4   mentioned by anyone at BT ever again after

5   October 6th?

6        A.   I don't recall.

7        Q.   Okay.  Okay.  I -- I believe you

8   mentioned the name earlier Patricia Carter?

9        A.   Yeah.

10       Q.   Who is -- who is that?

11       A.   I believe she's HR person.  I -- I

12   might have -- I might be wrong.  So please don't

13   quote me on that.  I -- I really -- you know, I

14   have no recollection.  There's so many people.

15       Q.   Okay.  Do you have any recollection of

16   any interactions you may have had with Patricia

17   Carter?

18       A.   I -- I did -- approached her for

19   something.  I can't remember what, though.  I

20   just -- her name stayed with me for some reason,

21   but I don't recall what I had approached her

22   for.

23       Q.   Okay.  I'll show you next in order.

24            THE REPORTER:  That is Number 26.

25            MR. BROWN:  Thank you.

Page 338

1    she was -- I don't exactly remember our

2    conversation, but she agreed with me to go, you

3    know, get some help.

4         Q.   Mm-hmm.  After that July conversation

5    that you just relayed to us, --

6         A.   Mm-hmm.

7         Q.   -- was there any other conversation

8    prior to the leave issue that we were discussing

9    that was, I guess, September 21st or 23rd?

10        A.   I don't recall any other leave matter

11   prior to that.

12        Q.   And -- and -- and separate from the

13   leave matter, as it related to your neck, as it

14   related to your medical condition, any other

15   conversations with Jayne other than in July of

16   2010?

17        A.   You mean just taking two weeks'

18   vacation?

19        Q.   Well, I'm not going to suggest what

20   it is, but did you have any conversations with

21   Jayne about your medical condition, other than

22   in July of 2010, how you were progressing,

23   whether it was hurting?

24        A.   I had -- I had -- I had another

25   medical issue, a surgery, actually, in -- in,

# Exhibit 2

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF VIRGINIA

 3                  ALEXANDRIA DIVISION

 4       _____

 5    NADINE RANADE,                    )

                        Plaintiff,      )

 6    vs.                               ) CASE NUMBER

 7    BT AMERICAS, INC.,                ) 1:12 CV1039

                        Defendant.      )

 8       _____)

 9

10

11                 VANCE G. PEARSON,

12                 Leesburg, Virginia

13             Thursday, August 1, 2013

14

15    called for examination by counsel on behalf of the

16    Plaintiff, Nadine Ranade, Pursuant to Notice taken in

17    the Offices of Annette K. Rubin, 18 Liberty Street

18    Southwest, Leesburg, Virginia 20175, at approximately

19    10:00 a.m., before Janie Arriaga, a certified Verbatim

20    Reporter, and a Notary Public in and for the

21    Commonwealth of Virginia when there were present on

22    behalf of the respective parties.
```

GregoryEdwards, LLC
866 4 Team GE

1      A     Uh-huh.

2      Q     Now, with respect to poor performance, just so

3  we're clear, can you give me in a nutshell the reasons

4  for Nadine Ranade's termination?

5            MS. GUERRASIO:  Objection.

6      A     She was removed from -- she is -- was a

7  consultant, a senior consultant, and three different

8  clients asked her to be removed from their accounts.

9  BY MS. RUBIN:

10     Q     For that reason she was terminated?

11     A     Correct.

12     Q     Have you had an opportunity to look into each

13  of those circumstances?

14     A     Yes.

15     Q     With respect to the -- Ms. Ranade was placed

16  in a performance improvement plan by BT Americas; is

17  that right?

18     A     Correct.

19     (Exhibit No. 4 was marked for identification.)

20  BY MS. RUBIN:

21     Q     I'm going to show you a document.  Again,

22  please ignore my handwriting on the top with Delta

1    number 10.  That was taken from Ms. Ranade's deposition

2    actually.

3            May I ask you to look at that document, the

4    performance improvement plan, and tell me if you've seen

5    it before.

6        A    I have.

7        Q    And have you reviewed it in preparation for

8    this case?

9        A    I have.

10       Q    This testimony, rather.

11           I wanted to ask you, actually, a couple of

12   things about this.  A monitoring period -- this talks

13   about the performance plan start date being September

14   14, 2010, up in the caption.

15       A    Yes.

16       Q    It says across from that, the monitoring

17   period is going to be 90 days?

18       A    Yes.

19       Q    Is that the longest monitoring period that's

20   available for a performance improvement plan?

21       A    As a practice, yes.

22       Q    So a performance improvement plan could have a

1   monitoring period of as little as 30 days, at least

2   that's indicated on the form?

3       A    Correct.

4       Q    Do you know how the decision was made to have

5   the monitoring period extend for 90 days in Ms. Ranade's

6   case?

7       A    No.

8       Q    Have you had an opportunity to talk to anybody

9   about that?

10      A    With her performance improvement plan, I

11  believe they extended it longer than 90 days according

12  to Ms. Charlton, because of the time Ms. Ranade was out.

13  And so the 90 days they felt was enough time for her to

14  be able to turn her performance around and be

15  successful.  So they gave her the longest amount of

16  time, and then they extended it because she had been out

17  on leave.

18      Q    How long had she been out on leave?

19      A    Well, she went out on leave while she was on

20  her performance improvement plan.

21      Q    Was she out for an extended period?

22      A    I believe her leave ended up being two weeks.

1       incidents that led to that criticism of her performance?

2            A     Yes.   One of the -- one of the incidents was

3       at Proctor and Gamble.  She was placed on the Proctor

4       and Gamble account, and she failed to work effectively

5       and communicate effectively with her client who was in

6       charge of one of the data centers at Proctor and Gamble.

7            Q     Do you know which one?

8            A     It was a very strange name town in Ohio.

9            Q     Mehoopany?

10           A     Yes.

11           Q     I think it's Pennsylvania.

12           A     Is it Pennsylvania?  I don't really know.  But

13      it's a very strange town.

14           Q     Mehoopany.  So the Mehoopany project?

15           A     Yes.

16           Q     That was one of the events -- or her

17      performance on the project was one of the events leading

18      to her placement on this PIP?

19           A     Correct.

20           Q     Any other specific projects like that that led

21      to her being placed on this PIP?

22           A     There were issues at the Unilever account.

1      Q    And that would be?

2      A    I don't know.

3      Q    And Afshin Safari is a BT employee?

4      A    At that time he was.

5      Q    And what was his title?

6      A    I don't know, but he served as the account

7 manager for the U.S. portion of the Unilever account.

8      Q    What was the reason given for them asking her

9 to be removed from the account?

10     A    Some of the reasons that were given -- or the

11 reasons that were given were her lack of communications,

12 their inability to be able to find her, her

13 communications with the client.

14     Q    Were there any -- I'm sorry, I interrupted

15 you.  Communications and not being able to find her?

16     A    Yes.

17     Q    Anything else?

18     A    I think there were other things.  I don't

19 remember exactly what they were, but there were numerous

20 concerns that they had with her.  Just her general

21 demeanor with the team was not good.

22     Q    Demeanor with the team.

1    them.

2         Q    Any specific events occurring at Unilever that

3    gave rise to this PIP?

4         A    I don't remember exactly what those were.

5         Q    Are you looking at page 3 of this document?

6         A    Uh-huh.

7         Q    Where it talks about the previous discussions

8    in about the middle of the page, under 7/30/2010, the

9    note is:  Met in office with Nadine for one-to-one first

10   quarter performance rating, performance on Unilever.

11   And then it says:  Feedback received about PT.

12            Do you know what PT stands for?

13            MS. GUERRASIO:  Objection.  You can answer.

14        A    Personal time, I would imagine.

15   BY MS. RUBIN:

16        Q    Could it be part time?

17        A    No, I don't think so.  It could have been,

18   because I think they could have -- no.  Wasn't that

19   before she was on leave?

20        Q    The doctor's certificate is dated September

21   21, but I believe there had been some discussion before

22   that with her boss.

1              MS. GUERRASIO:   Objection.

2     BY MS. RUBIN:

3          Q    I want to know what PT means.

4          A    I don't know.   You'd have to ask Jayne.   But

5     that was long before anybody -- I mean before her FMLA.

6          Q    It was before the September 21 request, yes.

7          A    Yes.

8          Q    So, yes, it's dated July 30th.

9          A    So it was long before she even asked for FMLA,

10    so I don't --

11         Q    Do you know whether she had any

12    conversations --

13         A    Maybe it was about her physical therapy.   I

14    know that she went to physical therapy, and Jayne

15    allowed her to go to that.   But that's just my guess.   I

16    don't know what PT means.   It could be that and it could

17    be lots of things.

18             MS. GUERRASIO:   We only want you to testify as

19    to what you know.

20    BY MS. RUBIN:

21         Q    Right.   Speculation --

22         A    Is not good.

1        A    No.

2        Q    One does not exist?

3        A    One does not exist.

4        Q    That would explain why I don't have one.

5             Okay.  How was the termination delivered to

6    Ms. Ranade?

7        A    It would have been delivered in person.

8        Q    Verbally?

9        A    Yes.

10       Q    And who would have delivered the termination

11   notice?

12       A    Jayne Charlton.

13       Q    Who was the decision maker with respect to the

14   decision to terminate Ms. Ranade's employment?

15       A    Jayne Charlton.

16       Q    Anyone else?

17       A    She had the final decision.

18       Q    All right.  Let me ask you to -- oh, kind of a

19   little bit of off subject.  Have you ever heard the

20   phrase "internal swap out"?

21            MS. GUERRASIO:  Objection.  You can answer.

22       A    That is just taking one consultant to another,

1   from one client to another.   Swapping people.

2   BY MS. RUBIN:

3       Q    How are people assigned to the various

4   projects?

5       A    Based on their skill sets.

6       Q    And the decisions made about that are made by

7   their managers at what level?

8       A    The business comes in and says what they need,

9   and the -- it's done in a group setting.   And they'll

10  come through, and they will say what projects are open

11  and what skills they're looking for.   So say you need a

12  link developer, they will come through, and the people

13  managers will say, I have someone who knows link and is

14  on the bench and is available, and they can be assigned

15  to it or not.

16          It also has to do with your location.   It has

17  to do with lots of different factors.

18      Q    So with respect to Nadine Ranade, would Jayne

19  Charlton have been the matchmaker between the projects

20  and their needs and Nadine's skill sets and her

21  abilities?

22      A    Correct.

1       Q     And that was someone whose job was to what?

2       A     She had a job on the account that Ms. Charlton

3   had asked her to also mentor Nadine so that she could be

4   successful on the account, so to help her through and to

5   coach her when needed on the account.

6       Q     How long was that assignment with the Capital

7   Group?

8       A     I don't remember how long it was.  It was not

9   a long assignment.

10      Q     Does ten weeks sound about right?

11      A     I don't know.  I wouldn't guess.

12      Q     Do you know whether Ms. Ranade's deliverable

13  was achieved on that account?

14      A     It was.

15      Q     Do you know whether the ten weeks or whatever

16  the duration was, do you know whether that time had

17  completed?

18      A     I believe it had.

19      Q     Do you know if BT got any follow-on work with

20  Capital Group?

21      A     They did.

22      Q     After this project that Nadine Ranade had been

1    on?

2         A    They were given follow-on work, and they were

3    told that they would only get follow-on work if she was

4    not the project manager.  They would not be given any

5    work if she was the project manager.

6         Q    Who said that?

7         A    The company told Capital Group that -- I mean,

8    Capital Group told BT that.

9         Q    Who in Capital Group?

10        A    I don't know.  They told Dave Upton that.

11        Q    Okay.  Do you know if there's anything in

12   writing from Capital Group that references that?

13        A    Not that I have seen.

14        Q    Is there anything in writing from Capital

15   Group that you've seen that expresses any displeasure

16   with Ms. Ranade or would that all have been coming from

17   Dave Upton?

18        A    It call came from Dave Upton.

19        Q    After Capital Group, was there any effort to

20   find another project for Ms. Ranade to work on?

21        A    I don't know.  I don't think so.  But I don't

22   know.

1    need to work on a flexible schedule coming from the

2    client?

3           MS. GUERRASIO:  Objection.

4      A   No.  She wanted to work a flexible schedule

5    because of her client, but we said we were not able to

6    accommodate that and went to the customer and said, this

7    is what we can accommodate, can you accommodate that.

8    BY MS. RUBIN:

9      Q   What did the customer say?

10      A   The client said they were not able to

11    accommodate that, because they had previously asked that

12    she be removed, but they'd made a decision that based on

13    where the project was, she wouldn't be; but they could

14    not do this on top of that.

15      Q   Was that because they needed to have coverage

16    for meetings and other activities that would possibly

17    occur outside of the static 8:00 to 1:00 schedule?

18      A   They felt that they needed to have her when

19    they needed her for as long as they needed her, and they

20    could not guarantee that they would only need her for

21    four hours on any given day.

22      Q   So ultimately, Ms. Ranade withdrew her request

1    schedule.  According to my conversation with Jayne

2    Charlton, the client didn't say they could accommodate

3    her flexible schedule.  They said they needed her when

4    they needed her, whatever time they needed her, for

5    whatever length of time they needed her.  So they could

6    not guarantee her only four hours a day.  And that was

7    the restriction that she had, that she only work four

8    hours a day.

9         Q    So at this point in October of 2010, what

10   other contracts could Ms. Ranade have been assigned to?

11        A    As with her accommodations of only four hours,

12   I don't know if there would be any available.  I would

13   be surprised if there was anything that was available

14   for those restricted hours.  She would have been placed

15   on the bench for the four hours that she was available

16   to work.

17        Q    And do you know what efforts, if any, Jayne

18   Charlton made to find another project that could

19   accommodate this intermittently request?

20        A    I don't know if she did or did not.

21        Q    And I injected a new term there,

22   "intermittently request."  Is that what BT understands

1        A    Yes.

2        Q    And would that have been a disability benefit

3    that would have been available for someone on a

4    restricted schedule or do you know?

5        A    Yes.

6        Q    Do you know what communication took place with

7    respect to Ms. Ranade's qualification for that

8    disability benefit?

9            MS. GUERRASIO:   Objection.   You can answer.

10       A    She would be required to have completed all of

11   the forms for short-term disability and submit them to

12   the vendor, and they would have made that determination.

13   BY MS. RUBIN:

14       Q    Okay.   And who was the vendor for short-term

15   disability at that time that would have been --

16       A    Cigna.

17       Q    Cigna?

18       A    Uh-huh.

19       Q    Do you know whether there was any effort

20   made -- I may have asked you this, if I have forgive

21   me -- to find another project in the October time frame

22   when this e-mail was written?

1          MS. GUERRASIO:  Objection.

2     A    I don't know if there was any effort made at

3    that point.

4    BY MS. RUBIN:

5     Q    Ms. Ranade was not benched at this point; is

6    that correct, also?

7     A    I would have to -- I would have to check, but

8    if she -- she may have still been on Unilever.  If she

9    was not, she would have been on the bench and still

10   receiving pay for four hours a day.

11    Q    Right, and still having the same

12   responsibilities that a benched person has, to come to

13   the office and engage in professional development that

14   we talked about before?

15    A    Correct.

16    Q    Is Steve Kurtz a BT employee?

17    A    Yes.

18    Q    And David Upton is as well?

19    A    Yes.

20    Q    Debra Gessel, is she a BT employee?

21    A    Yes.

22    Q    Have you contacted any non BT employees in

# Exhibit 3

**From:** Charlton, Jayne
**Sent:** Thursday, September 16, 2010 11:57 AM
**To:** Ranade, Nadine
**Cc:** Charlton, Jayne
**Subject:** RE: Nadine Ranade PIP 9-14-10 v2

Nadine, this is a summary of what I was told when your early removal was changed to 100% thru Sept and 50% Oct thru Dec. You may not "agree" with it, but it was the reasoning provided to me by Dez when I inquired.  In other words, their need for your continued PM skills on work effort was more urgent and priority than the negative behaviors or perceptions, so they decided it took precedence over the original issue they had with you when they requested your premature departure.

We really need to work together on how you view your agreement on things vs. truly hearing and considering feedback and perceptions from others with real ownership and desire to change.  I believe this is a critical underlying factor in some of the issues you have faced.  Have you heard the statement that "perception is reality"?  If a client or key stakeholder develops a perception about you based on their opinions or trends, then a professional has to figure out a way to hear and accept that people have those perceptions or thoughts about them. Rather than arguing or debating through them, it is much more effective to humbly seek to understand, introspectively evaluate from an objective point of view and with some degree of personal ownership and desire to improve how they could possibly have come

BT 000123

to that perception, i.e. what behaviors/actions/things said/not said you may have contributed to this perception.

I hope this makes sense and we will continue to discuss in detail. Thanks.


Kind Regards,

Jayne Charlton, PMP

Jayne Charlton | Managing Consultant | Reston, VA | BT Business Solutions Group | Mobile 1 571-236-3418 | Office 1 540-727-7987 | Email:  jayne.charlton@usc-bt.com

This electronic message contains information from BT INS, Inc, which may be privileged or confidential.  The information is intended for use only by the individual(s) or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify me by telephone or email (to the number or email address above) immediately.

Activity and use of the BT INS, Inc e-mail system is monitored to secure its effective operation and for other lawful business purposes. Communications using this system will also be monitored and may be recorded to secure effective operation and for other lawful business purposes.

BT INS Inc, 1600 Memorex Drive, Suite 200, Santa Clara California 95050-2842  United States


**From:** Ranade, Nadine
**Sent:** Thursday, September 16, 2010 10:58 AM
**To:** Charlton, Jayne
**Subject:** RE: Nadine Ranade PIP 9-14-10 v2

Jayne,

   I disagree with the clause "HR MC was told that even though the issues/reason for why Nadine was asked to depart still existed that due to the urgency of their project deliverables and inability to find/train another PM, they made a decision".  We can talk about this at the next meeting.

Regards,
Nadine


**From:** Charlton, Jayne
**Sent:** Thursday, September 16, 2010 10:39 AM
**To:** Ranade, Nadine
**Cc:** Charlton, Jayne
**Subject:** Nadine Ranade PIP 9-14-10 v2

# Exhibit 4



*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

| | | | |
|---|---|---|---|
| **Patient:** | Nadine Ranade | **Facility:** | World Gate |
| **Case ID:** | 118563 | **Phone:** | 703-689-3164 |
| **Date of Birth:** | 08/15/1964 | **Fax:** | 703-689-3167 |
| **Gender:** | F | **Referring Physician:** | Vijaya L Gorle MD |
| **Visits:** | 12 | **See Also:** | ☐ M.D. Report |
| **Scheduled Visit:** | 10/11/10 3:00PM | | ☐ Exercise Chart |

**Patient Diagnosis:**   C/S pain

**Patient Reported:**   has returned to work but still working from home. I got up from the computer and went outside and when lunch time came around did not eat in front of the computer I went into the other room and ate.

**Objective Findings:**   Con't hypertonic L levator with reproduction primary c/o pain on L with forward flx. Decreased L C/S rotation vs R with L sided tightness. - MNT and RNT L UE

**Treatment**

**Therapeutic exercise:**   Per flow sheet with directed supervision said she had to get back to work. UBE 5' lvl 3

**Therapeutic activities:**   HELD: review with pt demo self release with use of hand L levator or stretch-out strap with L shoulder depression and repeated C/S rotation and forward flexion to determine effective dosage.

**Neuromuscular re-ed:**   Cueinf for scapular and C/S neutral in sitting and with computer use with improved mad and lower trap facilitation in sitting and reduced dominance levator and rhomboids

**Gait training:**

**Muscle stretching:**   L scalenes and SCM with pt in sitting and supine x 2

**Post-iso relaxation:**

**Soft tissue mobilization:**   Functional release L levator, UT in sitting with repeated C/S rotation B and Forward flexion with emphasis upper C/S flexion x 5. L SCM with pt supine. B axillary release and pec minor with varying degrees shoulder scaption PROM pt supine.

**Neural mobilization:**

**Joint mobilization:**   Side glides GVII, CPA's T2T3T4 pt prone GIV x 2

**Manual / Mech Traction:**

**Modalities:**

**Instruction home exercise:**   per flow sheet with written instructions and pt demo

**Joint strapping:**

**Other:**   Con't emphasis on limiting time spent in front of computer at 30' with breaks to unload con't irritated and hypertonic L scalenes,
**DME issued:**

**Assessment:**   Very frustrated that pt rarely has time for ther ex with need to get back to work. Able to restore symmetrical B C/S rotation but limited compliance to ther ex and carry over from neuro re ed. Limited ability to balance work and stress and symptom management for full recovery.

**Plan:**   Con't with neuro re ed for improved posture, joint, soft tissue and neural mobs with ther ex and HEP

| | | | |
|---|---|---|---|
| **Time In:** | **Time Out:** | **Total RX Time:** | 33' |

DIGITAL SIGNATURE ON FILE

Kenneth Herbel, PT, MPT, OC   |   10/11/10 03:51 PM

BT 000242



*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

## Cervical Evaluation

| | | | |
|---|---|---|---|
| **Patient:** | Nadine Ranade | **Facility:** | World Gate |
| **Case ID:** | 118563 | **Phone:** | 703-689-3164 |
| **Visit Date:** | 10/13/10  3:00PM | **Fax:** | 703-689-3167 |
| **Date of Birth:** | 08/15/1964 | | |
| **Gender:** | F | **Referring Physician:** | Vijaya L Gorle MD |
| **Visits in Past 30 Days:** | 8 | | |

**Medical Diagnosis:**
847.0 Neck sprain

**Treatment Diagnosis:**
723.1 Cervical (neck) pain

**Goals**
Resolution of pain, restoration of function, stabilize cervical thoracic region and normalize cervical and shoulder motion.
Functional goals:Increased computer work tolerance 1 hour with breaks for symptom management improving.  Increased lifting tolerance L UE 20# goal met.
In crease B C/S rotation to 80 degrees improving.

**Functional Limitations**
Decreased computer work tolerance.  Altered sleep.  Decreased L UE lifting tolerance 10#.  Decreased B C/S rotation

**Clinical Impressions**
Postural imbalance with improved awareness and endurance demonstrated while in clinic
Decreased AROM
Decreased strength of C/S stabilizers
Hypertonic upper quarter musculature
Adaptive shortening of  anterior chest and posterior C/S     muscles
Restricted mobility suboccipital
Pt reports feeling good enough that she has returned to work on more regular basis
Patient's rehab potential is fair to make significant functional gains in a reasonable length of time with the skilled intervention of the physical therapist.

**Recommendations**
Postural education and awareness training
Inhibition techniques to reduce hypertonicity
Lengthening and graduated stretching of involved musculature
Soft tissue mobilization
Joint mobilization
Cervical stabilization training
General/cardiovascular conditioning
Instruction in home exercise program

Frequency     2          x weeks   3

**Therapist:**     Kenneth  Herbel, PT,  M
**Page:**          1 of 3


046AMM BT 000243

**Patient:**   Nadine Ranade

**Chief Complaint:**   Pt reports decreased pain with periods of time of no pain.  Improved computer work tolerance and self management of symptoms.

**HX:**   Onset C/S pain after MVA 1998 with prior intervention of PT, chiropractic and injections that have helped but of limited duration.  present L sided C/S pain that increases with B rotation, flx and ext.  Denies any N/T L UE but some pain into L shoulder that increased with lifting anything heavier than 10#.  HA's 2-3/month.

**Co-Morbidities:**   Denies per pt verbal review

**Pain**   4   / 10   40.0 %   **Function:** 3   / 24   12.5 %   **NDI:** 8   / 50   16.0 %

**Makes Worse:**   lifting  greater than 10#, moving my neck at all

**Makes Better:**   nothing

**Diagnostics**   X-Ray   1998

MRI   1998

**PMH:**   Denies with pt verbal review

**Med. / Dosage:**   flexeril and tylenol prn

**Func. Status:**   working full time unrestircited
**Prior / Current:**

---

### Systems Review

HR:   BP:   O2 Sat:   Height (in.):   Weight (lbs):   BMI:

☒ NT/Ref   ☒ NT/Ref   ☒ NT/Ref   ☒ NT/Ref   ☒ NT/Ref

Respiration:   Filament Test:

☐ NT/Ref   ☐ NT/Ref

---

### Neuro Scan:

| MMT ☐ NT | Prev. R | Prev.L | Right | Left | | Prev. R | Prev.L | Right | Left |
|---|---|---|---|---|---|---|---|---|---|
| C5 Deltoid, Supra | 4+/5pn | 4+/5pn | WNL | WNL | Mid Trap | 4/5 | 4/5 | WNL | WNL |
| C5-6 Biceps | 4+/5pn | 4/5 | WNL | WNL | Lower Trap | 4/5 | 4/5 | WNL | WNL |
| C6 Wrist Ext | WNL | WNL | WNL | WNL | Rhomboids | WNL | 4+/5pn | WNL | WNL |
| C7 Wrist Flex | WNL | WNL | WNL | WNL | Shoulder Shrug | 4+/5 | 4/5pn | WNL | WNL |
| C8 Finger Flex | WNL | WNL | WNL | WNL | Serratus | WNL | WNLpn | WNL | WNL |
| T1 Interossei | WNL | WNL | WNL | WNL | | | | | |

Sensory:   intact to light touch B UE's
Reflexes:   1+ grossly B UE's

---

### BPTT (Check Indicates Positive Result) ☐ NT

☐ Ulnar Right   ☐ Ulnar Left   ☐ Radial Right   ☐ Radial Left   ☐ Median Right   ☐ Median Left

---

### Special Tests (Check Indicates Positive Result)

☐ VA   ☐ ALAR   ☐ Transverse   ☐ Hoffman's Reflex

---

### Cranial Nerve Tests (Check Indicates Positive Result) ☒ NT

☐ 1 Soap Smell   ☐ 8v Tilt, hallpike-dix, rhombergs, stance tests

☐ 2 Confrontation   ☐ 8c Finger rustle, hum

☐ 3 E-W Consensual light reflex   ☐ 10 Uvula displacement

☐ 3,4,6 Tracking, convergance   ☐ 11 Scm and u.t. mmt, u.t. reflex / clonus

☐ 5 facial sensation, jaw jerk,  jaw clonus   ☐ 12 Tongue protrusion

☐ 7 Smile / frown

---

### Observation Sitting and Standing:

Posture:   Forward head chin poke with B protracted slouched shoulder sitting psoture

---

146AMN BT 000244

Patient:        Nadine Ranade

| C-Spine - ACTIVE | Prev. R | Prev. L | Right | Left | | Previous | Current |
|---|---|---|---|---|---|---|---|
| Rotation (90) | 62 pnL | 58pnL | 72 | 75 tight | Forward Bend (60) | 23 pn L | 57 |
| Sidebend (45) | 30 pn L | 31 pn L | 43 | 44 | Backward Bend (60) | 13 pn L | 54 |

| C-Spine - OP   ☒ NT | Prev. R | Prev. L | Right | Left | | Previous | Current |
|---|---|---|---|---|---|---|---|
| Rotation (90) | | | | | Forward Bend (60) | | |
| Sidebend (45) | | | | | Backward Bend (60) | | |

| C-Spine - RES.   ☐ NT | Prev. R | Prev. L | Right | Left | | Previous | Current |
|---|---|---|---|---|---|---|---|
| Rotation (90) | + | + | - | - | Forward Bend (60) | + | - |
| Sidebend (45) | + | + | - | - | Backward Bend (60) | + | - |

| C-Spine - BIO MECH | | Compression: | No Change |
|---|---|---|---|
| Subocc: | Restricted bilateral rotation | Distraction: | Decreasing |
| Facets: | WNL | | |
| Hypermobility: | WNL | | |
| Thoracic: | T1-2-3: Restricted bilateral rotation | | |
| Clavicle: | WNL | | |

```
                    FB
                    |
    LSB             |         RSB
                    |
                    BB
```

─ Papation ─

Discs:

Facets:

| Musculature | Prev. R | Prev. L | Right | Left | | Prev. R | Prev. L | Right | Left |
|---|---|---|---|---|---|---|---|---|---|
| SCM | + | + | - | + | Lower Trapezius | - | - | - | - |
| Scalenus Anterior | + | + | - | + | Levator Scapula | + | + | - | + |
| Scalenus Medius | - | + | - | + | Supra Spinatus | + | + | - | - |
| Scalenus Posterior | - | - | - | - | Infra Spinatus | + | + | - | - |
| Upper Trapezius | - | - | - | - | Rhomboids | + | + | - | - |
| Middle Trapezius | - | - | - | - | | | | | |

| Muscle Tension | Prev. R | Prev. L | Right | Left | | Prev. R | Prev. L | Right | Left |
|---|---|---|---|---|---|---|---|---|---|
| SCM | + | + | - | - | Lower Trapezius | + | + | - | - |
| Scalenus Anterior | - | - | - | - | Levator Scapula | + | + | - | - |
| Scalenus Medius | - | - | - | - | Supra Spinatus | - | - | - | - |
| Scalenus Posterior | - | - | - | - | Infra Spinatus | - | - | - | - |
| Upper Trapezius | - | - | - | - | Rhomboids | + | + | - | - |
| Middle Trapezius | - | - | - | - | | | | | |

Muscle Flexibility:      Restrictions noted in  left SCM, left levator scapulae, , right pec major, , right pec minor,

| Other | Prev. R | Prev. L | Right | Left | | Prev. R | Prev. L | Right | Left |
|---|---|---|---|---|---|---|---|---|---|
| Nuchal Ligament | - | - | - | - | Scalenus Triangle | - | - | - | - |
| Subcoracoid Triangle | - | - | - | - | TMJ Scan | WNL | WNL | WNL | WNL |

─ Misc Notes ─



Kenneth  Herbel, PT, MPT, OC     10/13/10 06:41 PM





*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

| | | | |
|---|---|---|---|
| Patient: | Nadine Ranade | Facility: | World Gate |
| Case ID: | 118563 | Phone: | 703-689-3164 |
| Date of Birth: | 08/15/1964 | Fax: | 703-689-3167 |
| Gender: | F | Referring Physician: | Vijaya L. Gorle MD |
| Visits: | 13 | See Also: | ☒ M.D. Report |
| Scheduled Visit: | 10/13/10  3:00PM | | ☒ Exercise Chart |

**Patient Diagnosis:**   C/S pain

**Patient Reported:**   Pt reports decreased pain with periods of time of no pain.  Improved computer work tolerance and self management of symptoms.

**Objective Findings:**   See progress note for details.  Improved C/S mobility in all functional planes.

**Treatment**

Therapeutic exercise:   Per flow sheet with directed supervision

Therapeutic activities:   Review with pt demo self release with use of hand L levator or stretch-out strap or hand with L shoulder depression and repeated C/S rotation and forward flexion to determine effective dosage.

Neuromuscular re-ed:   Cueing for scapular and C/S neutral in sitting and with computer use with improved mad and lower trap facilitation in sitting and reduced dominance levator and rhomboids

Gait training:

Muscle stretching:   L scalenes and SCM with pt in sitting and supine x 2

Post-iso relaxation:

Soft tissue mobilization:   Functional release L levator, UT in sitting with repeated C/S rotation B and Forward flexion with emphasis upper C/S flexion x 5. L SCM with pt supine.  B axillary release and pec minor with varying degrees shoulder scaption PROM pt supine.

Neural mobilization:

Joint mobilization:   Side glides GVII,  CPA's T2T3T4 pt prone GIV x 2

Manual / Mech Traction:

Modalities:

Instruction home exercise:   per flow sheet with written instructions and pt demo

Joint strapping:

Other:
DME issued:

**Assessment:**   See progress note for details.  Pt would benefit from further PT intervention.

**Plan:**   Progress note for details.  Con't with soft tissue and joint mobs as indicated with increased emphasis on ther ex and independent mngt.

Time In:                         Time Out:                         Total RX Time:     50'

DIGITAL SIGNATURE ON FILE

Kenneth  Herbel, PT, MPT, OC   |   10/14/10 06:55 AM

BT 000246



*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

**Flow Sheet**

DX:  847.0 Neck sprain
     723.1 Cervical (neck) pain

Patient:        Nadine Ranade
Case ID:        118563

Notes:

| HO | | 9/27/10 | 9/30/10 11:40 | 10/4/10 3:28 | 10/6/10 | 10/13/10 | 9/23/10 5:32 |
|---|---|---|---|---|---|---|---|
| ☐ | scalene stretch | | | 3x30" | 3x30" | | |
| ☐ | 1st rib correction | | | | | | |
| ☐ | wall nods | | | 10x10" hold | | 15x5" hold | |
| ☐ | wall slides | | | | | 2x10 | |
| ☐ | Gel roll exercise | Gel Vert 1x #1-^ | Gel Vert 1x #1-^ | | Gel 1x#1-9 | Gel Vert 1x #1-15x5" hold (B) | Gel Vert 1x #1-^ |
| ☐ | open books | | | | | | |
| ☐ | WITXY | Grn tb 3x10 (B) | red tb 2x10 | Gr tb 2x10 | Bl 1x10 | grn tb 2x10 | grn tb 3x10 |
| ☐ | PNF D1/D2-flexion | Grn tb 3x10 (B) | red tb 2x10 | Gr 2x10 | Bl 1x10 | grn tb 3x10 (B) | grn tb 3x10 (B) |
| ☐ |          extension | Gr TB 3x10 (B) | red tb 2x10 | Gr 2x10 | Bl 1x10 | | |
| ☐ | wall push-ups | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | PTA Initials | cew | kaw | cw | | kaw | kaw |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | pt left | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | UBE: | 8' lvl 2 | 8' lvl 2 | 8' c pt | 8' lvl 3 | 8' lvl 2 | 8' lvl 2 |
| ☐ | TOTAL EXERCISE TIME | 27' +UBE | 11:55 15' +UBE | 3:55 27' +UBE | 30' + UBE--cw | 20'      cw | 6:00 28'+UBE |

DIGITAL SIGNATURE ON FILE

Kenneth  Herbel, PT , MPT, OC  |  10/14/10 06:55 AM

BT 000247



*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

| | | | |
|---|---|---|---|
| **Patient:** | Nadine Ranade | **Facility:** | World Gate |
| **Case ID:** | 118563 | **Phone:** | 703-689-3164 |
| **Date of Birth:** | 08/15/1964 | **Fax:** | 703-689-3167 |
| **Gender:** | F | **Referring Physician:** | Vijaya L Gorle MD |
| **Visits:** | 14 | **See Also:** | ☒ M.D. Report |
| **Scheduled Visit:** | 10/20/10 3:00PM | | ☒ Exercise Chart |

**Patient Diagnosis:**   C/S pain

**Patient Reported:**   Patient stated that she has been feeling much better.  She only has pain through L sided upper trap muscle.  She stated that self-release has been very helpful for her that she learned during last therapy session.

**Objective Findings:**   See progress note for details.  Improved C/S mobility in all functional planes.

**Treatment**

**Therapeutic exercise:**   Per flow sheet with directed supervision

**Therapeutic activities:**

**Neuromuscular re-ed:**   held:  Cueing for scapular and C/S neutral in sitting and with computer use with improved mad and lower trap facilitation in sitting and reduced dominance levator and rhomboids

**Gait training:**

**Muscle stretching:**   L scalenes and SCM with pt in sitting and supine x 2

**Post-iso relaxation:**

**Soft tissue mobilization:**   Functional release L levator, UT in sitting with repeated cervical rotation B and Forward flexion x10.  L SCM with pt supine.  B axillary release and pec minor with varying degrees shoulder scaption PROM pt supine.

**Neural mobilization:**

**Joint mobilization:**   Stabilization of T1-2 with resisted B cervical rotation x3 each way.  Side glides GVII Held:  CPA's T2T3T4 pt prone GIV x 2

**Manual / Mech Traction:**

**Modalities:**

**Instruction home exercise:**

**Joint strapping:**

**Other:**

**DME issued:**

**Assessment:**   Patient tolerated session well.  She reported decreased tightness through UT with forward flexion and R sidebend after intervention.  Pt would benefit from further PT intervention.

**Plan:**   Progress note for details.  Con't with soft tissue and joint mobs as indicated with increased emphasis on ther ex and independent mngt.

**Time In:**     **Time Out:**     **Total RX Time:**   59'



‖‖‖ DIGITAL SIGNATURE ON FILE ‖‖‖   PRIMARY   ‖‖‖ DIGITAL SIGNATURE ON FILE ‖‖‖   SECONDARY

| | | | |
|---|---|---|---|
| R. Ben Keeton, PT, DPT, OCS | 10/20/10 10:08 PM | Erin Dillaman, PT, DPT | 10/20/10 05:43 PM |

BT 000248



# the JACKSON CLINICS LLC
## hands on physical therapy

*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch "*

Richard Jackson, PT, OCS

**Flow Sheet**

DX: 847.0 Neck sprain
723.1 Cervical (neck) pain

Patient: Nadine Ranade
Case ID: 118563

Notes:

| HO | | 9/27/10 | 9/30/10 11:40 | 10/4/10 3:28 | 10/6/10 | 10/13/10 | 10/30/10 331 |
|---|---|---|---|---|---|---|---|
| ☐ | scalene stretch | | | 3x30" | 3x30" | | |
| ☐ | 1st rib correction | | | | | | |
| ☐ | wall nods | | | | | 15x5" hold | |
| ☐ | wall slides | | | 10x10" hold | | 2x10 | |
| ☐ | Gel roll exercise | Gel Vert 1x #1-^ | Gel Vert 1x #1-^ | | Gel 1x#1-9 | Gel Vert 1x #1-^ | Gel Vert 1x#1-9 |
| ☐ | open books | | | | | 15x5" hold (B) | |
| ☐ | WITXY | Grn tb 3x10 (B) | red tb 2x10 | Gr tb 2x10 | Bl 1x10 | grn tb 2x10 | Bl 1x10 |
| ☐ | PNF D1/D2-flexion | Grn tb 3x10 (B) | red tb 2x10 | Gr 2x10 | Bl 1x10 | grn tb 3x10 (B) | |
| ☐ |      extension | Gr TB 3x10 (B) | red tb 2x10 | Gr 2x10 | Bl 1x10 | | |
| ☐ | wall push-ups | | | | | | |
| ☐ | Diagonals supine | | | | | | Gr 2x10 |
| ☐ | Hor abduction supine | | | | | | Gr 2x10 |
| ☐ | Sitting scap retraction | | | | | | 2x30" |
| ☐ | Supine serratus punches | | | | | | 2# 2x10 (B) |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | PTA Initials | cew | kaw | cw | | kaw | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | pt left | | |
| ☐ | UBE: | 8' lvl 2 | 8' lvl 2 | 8' c pt | 8' lvl 3 | 8' lvl 2 | |
| | TOTAL EXERCISE TIME | 27' +UBE | 11:55 15' +UBE | 3:55 27' +UBE | 30' + UBE--cw | 20'     cw | 400 29' |

DIGITAL SIGNATURE ON FILE    DIGITAL SIGNATURE ON FILE

R. Ben Keeton, PT, DPT, OCS | 10/20/10 10:07 PM | Erin Dillaman, PT, DPT | 10/20/10 05:43 PM

BT 000249



the JACKSON CLINICS LLC

*hands on physical therapy*

*"Quality and consistency is what you
can expect from our clinics. Professional
excellence with a personal touch."*

Richard Jackson, PT, OCS

| | | | |
|---|---|---|---|
| Patient: | Nadine Ranade | Facility: | World Gate |
| Case ID: | 118563 | Phone: | 703-689-3164 |
| Date of Birth: | 08/15/1964 | Fax: | 703-689-3167 |
| Gender: | F | Referring Physician: | Vijaya L Gorle MD |
| Visits: | 15 | See Also: | ☒ M.D. Report |
| Scheduled Visit: | 10/25/10  1:30PM | | ☒ Exercise Chart |

**Patient Diagnosis:** C/S pain

**Patient Reported:** Continuing to feel better, not sure she has all the technique right with each home exercise

**Objective Findings:** Impaired cervical mobility at end ranges.  Impaired knowledge of correct dosage and technique with pain management interventions at home

**Treatment**

Therapeutic exercise:      Per flow sheet with directed supervision

Therapeutic activities:      test:intervene:re-test model for all pain control interventions to help manage symptoms when they come up at home (30 min)

Neuromuscular re-ed:      held: Cueing for scapular and C/S neutral in sitting and with computer use with improved mad and lower trap facilitation in sitting and reduced dominance levator and rhomboids

Gait training:

Muscle stretching:      held: L scalenes and SCM with pt in sitting and supine x 2

Post-iso relaxation:

Soft tissue mobilization:      held: Functional release L levator, UT in sitting with repeated cervical rotation B and Forward flexion x10   L SCM with pt supine B axillary release and pec minor with varying degrees shoulder scaption PROM pt supine

Neural mobilization:

Joint mobilization:      held: Stabilization of T1-2 with resisted B cervical rotation x3 each way.  Side glides GVII Held:  CPA's T2T3T4 pt prone GIV x 2

Manual / Mech Traction:

Modalities:

Instruction home exercise:

Joint strapping:

Other:

DME issued:

**Assessment:** Improved knowledge of how to manage symptoms at home with exercises she already knows (by changing technique/dosage for max effect)

**Plan:** Progress note for details.  Con't with soft tissue and joint mobs as indicated with increased emphasis on ther ex and independent mngt.

| | | | |
|---|---|---|---|
| Time In: | Time Out: | Total RX Time: | 57 |

DIGITAL SIGNATURE ON FILE

R. Ben Keeton, PT, DPT, OCS     10/25/10 10:35 PM

BT 000250



*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

**Flow Sheet**

| | | DX: | 847.0 Neck sprain |
| --- | --- | --- | --- |
| Patient: | Nadine Ranade | | 723.1 Cervical (neck) pain |
| Case ID: | 118563 | | |

Notes:

| HO | | 10/25/10 | 9/30/10 11:40 | 10/4/10 3:28 | 10/6/10 | 10/13/10 | 10/20/10 331 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | scalene stretch | 3x30" | | 3x30" | 3x30" | | |
| ☐ | 1st rib correction | | | | | | |
| ☐ | wall nods | | | 10x10" hold | | 15x5" hold | |
| ☐ | wall slides | 2x10 | | | | 2x10 | |
| ☐ | Gel roll exercise | Gel Vert 1x#1-9 | Gel Vert 1x #1- ̂ | | Gel 1x#1-9 | Gel Vert 1x #1- ̂ | Gel Vert 1x#1-9 |
| ☐ | open books | | | | | 15x5" hold (B) | |
| ☐ | WITXY | Bl 1x15 | red tb 2x10 | Gr tb 2x10 | Bl 1x10 | grn tb 2x10 | Bl 1x10 |
| ☐ | PNF D1/D2-flexion | | red tb 2x10 | Gr 2x10 | Bl 1x10 | grn tb 3x10 (B) | |
| ☐ | extension | | red tb 2x10 | Gr 2x10 | Bl 1x10 | | |
| ☐ | wall push-ups | | | | | | |
| ☐ | Diagonals supine | | | | | | Gr 2x10 |
| ☐ | Hor abduction supine | | | | | | Gr 2x10 |
| ☐ | Sitting scap retraction | 2x30" | | | | | 2x30" |
| ☐ | Supine serratus punches | 2# 3x10 (B) | | | | | 2# 2x10 (B) |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | PTA Initials | | kaw | cw | | kaw | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | pt left | | |
| ☐ | | | | | | | |
| ☐ | UBE: | | 8' lvl 2 | 8' c pt | 8' lvl 3 | 8' lvl 2 | |
| | TOTAL EXERCISE TIME | 27'   cw | 11:55 15' +UBE | 3:55 27' +UBE | 30' + UBE--cw | 20'   cw | 400 29' |

DIGITAL SIGNATURE ON FILE

R. Ben Keeton, PT, DPT, OCS | 10/25/10 10:32 PM

BT 000251



*"Quality and consistency is what you can expect from our clinics  Professional excellence with a personal touch "*

Richard Jackson, PT, OCS

| | | | |
|---|---|---|---|
| **Patient:** | Nadine Ranade | **Facility:** | World Gate |
| **Case ID:** | 118563 | **Phone:** | 703-689-3164 |
| **Date of Birth:** | 08/15/1964 | **Fax:** | 703-689-3167 |
| **Gender:** | F | **Referring Physician:** | Vijaya L Gorle MD |
| **Visits:** | 16 | **See Also:** | ☒ M.D. Report |
| **Scheduled Visit:** | 10/27/10  4:30PM | | ☒ Exercise Chart |

**Patient Diagnosis:**  C/S pain

**Patient Reported:**  Much betetr in the neck after using the 1st rib strap last visit, thinks it helped a lot

**Objective Findings:**  Impaired scalene mobility.  Impaired cervical mobility at end ranges.  Impaired knowledge of correct dosage and technique with pain management interventions at home

**Treatment**

   Therapeutic exercise:   Per flow sheet with directed supervision

   Therapeutic activities:   test:intervene:re-test model for 1st rib strap on the left to manage pain and create mini-traction to segment

   Neuromuscular re-ed:   held: Cueing for scapular and C/S neutral in sitting and with computer use with improved mad and lower trap facilitation in sitting and reduced dominance levator and rhomboids

   Gait training:

   Muscle stretching:   L scalenes and SCM with pt in supine

   Post-iso relaxation:

   Soft tissue mobilization:   held: Functional release L levator, UT in sitting with repeated cervical rotation B and Forward flexion x10.  L SCM with pt supine. B axillary release and pec minor with varying degrees shoulder scaption PROM pt supine.

   Neural mobilization:

   Joint mobilization:   supine 1st rib inferior mobilization.  seated 1st rib inferior mobilization

   Manual / Mech Traction:   supine gentle manual traction 10x15" within pt tolerance

   Modalities:

   Instruction home exercise:

   Joint strapping:

   Other:
   DME issued:

**Assessment:**  Improved overall symnptoms with 1st rib mobilization and may benefit from continued intervention with that focus

**Plan:**  Con't with soft tissue and joint mobs as indicated with increased emphasis on ther ex and independent mngt.

**Time In:**       **Time Out:**       **Total RX Time:**   40

DIGITAL SIGNATURE ON FILE
R. Ben Keeton, PT, DPT, OCS | 10/29/10 11:50 AM

BT 000252



*"Quality and consistency is what you can expect from our clinics. Professional excellence with a personal touch."*

Richard Jackson, PT, OCS

**Flow Sheet**

DX:  847.0 Neck sprain
     723.1 Cervical (neck) pain

| Patient: | Nadine Ranade |
| Case ID: | 118563 |

**Notes:**

| HO | | 10/25/10 | 10/27/10 | 10/4/10 3:28 | 10/6/10 | 10/13/10 | 10/20/10 331 |
|---|---|---|---|---|---|---|---|
| ☐ | scalene stretch | 3x30" | | 3x30" | 3x30" | | |
| ☐ | 1st rib correction | | | | | | |
| ☐ | wall nods | | | 10x10" hold | | 15x5" hold | |
| ☐ | wall slides | 2x10 | | | | 2x10 | |
| ☐ | Gel roll exercise | Gel Vert 1x#1-9 | Gel Vert 1x #1- | | Gel 1x#1-9 | Gel Vert 1x #1- | Gel Vert 1x#1-9 |
| ☐ | open books | | | | | 15x5" hold (B) | |
| ☐ | WITXY | BI 1x15 | BI 2x10 | Gr tb 2x10 | BI 1x10 | grn tb 2x10 | BI 1x10 |
| ☐ | PNF D1/D2-flexion | | BI 2x10 | Gr 2x10 | BI 1x10 | grn tb 3x10 (B) | |
| ☐ | extension | | BI 2x10 | Gr 2x10 | BI 1x10 | | |
| ☐ | wall push-ups | | | | | | |
| ☐ | Diagonals supine | | | | | | Gr 2x10 |
| ☐ | Hor abduction supine | | | | | | Gr 2x10 |
| ☐ | Sitting scap retraction | 2x30" | | | | | 2x30" |
| ☐ | Supine serratus punches | 2# 3x10 (B) | | | | | 2# 2x10 (B) |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | | | |
| ☐ | PTA Initials | | | cw | | kaw | |
| ☐ | | | Pt had to go | | | | |
| ☐ | | | | | | | |
| ☐ | | | | | pt left | | |
| ☐ | | | | | | | |
| ☐ | UBE: | | | 8' c pt | 8' lvl 3 | 8' lvl 2 | |
| ☐ | | | | | | | |
| | TOTAL EXERCISE TIME | 27'    cw | 10'      cw | 3:55 27' +UBE | 30' + UBE--cw | 20'     cw | 400 29' |

DIGITAL SIGNATURE ON FILE

R. Ben Keeton, PT, DPT, OCS   |   10/29/10 11:50 AM

BT 000253

# Exhibit 5

Review Selection Componen.

New Window | Hide | Customize Page | 🖶

## Performance Document History

Nadine Ranade

Listed below are your completed and cancelled performance documents.

Performance Documents

Customize | Find | View All | 🔢  First   1-10 of 10   Last

| UIN | Employee Last Name | First Name | OUC | Country | Document Type | Begin Date | End Date | Job Title | Status | UIN | Manager Last Name | First Name | Leveled Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 603561502 | Ranade | Nadine | JGJ2 | United States | Quarterly PR - Manager | 10/01/2010 | 12/31/2010 | Lead: DDCS | Completed | 604168244 | Charlton | Jayne | DN - Development Needed |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Quarterly PR - Manager | 07/01/2010 | 09/30/2010 | Lead: DDCS | Completed | 604168244 | Charlton | Jayne | DN - Development Needed |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Personal Objectives | 04/01/2010 | 03/31/2011 | Lead: DDCS | Cancelled | 604168244 | Charlton | Jayne | |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Quarterly PR - Manager | 04/01/2010 | 06/30/2010 | Outsourc/Acqus'tn Employee-Mgr | Completed | 604168244 | Charlton | Jayne | AS - Achieves Standards |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Quarterly PR - Manager | 10/01/2009 | 12/31/2009 | Outsourc/Acqus'tn Employee-Mgr | Completed | 604168244 | Charlton | Jayne | G - Good |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Quarterly PR - Manager | 07/01/2009 | 09/30/2009 | Outsourc/Acqus'tn Employee-Mgr | Completed | 604168244 | Charlton | Jayne | VG - Very Good |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Quarterly PR - Manager | 04/01/2009 | 03/31/2010 | Outsourc/Acqus'tn Employee-Mgr | Completed | 604168244 | Charlton | Jayne | G - Good |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Personal Objectives | 04/01/2009 | 03/31/2010 | Outsourc/Acqus'tn Employee-Mgr | Cancelled | 604168244 | Charlton | Jayne | |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Quarterly PR - Manager | 04/01/2009 | 06/30/2009 | Outsourc/Acqus'tn Employee-Mgr | Completed | 604168244 | Charlton | Jayne | VG - Very Good |
| 603561502 | Ranade | Nadine | JGJ2 | United States | Annual PR - Manager | 04/01/2008 | 03/31/2009 | Outsourc/Acqus'tn Employee-Mgr | Completed | 604168244 | Charlton | Jayne | VG - Very Good |

000037