

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| NADINE RANADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action: 1:12cv1039 |
| ) | |
| BT AMERICAS, INC. ) | |
| ) | |
| Defendant ) | |

## JUDGMENT

Pursuant to the Order of this Court entered on October 28, 2013, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendant, BT Americas, Inc., and against Plaintiff, Nadine Ranade.

FERNANDO GALINDO, CLERK

By: _____/s/_____
Deputy Clerk

October 28, 2013
Alexandria, Virginia