# Notice of Appeal

## for

## Civil Action No. 1:12-CV-01039

Date: 11/21/13

FILED

2013 NOV 21  P 1: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Background:** This civil case was dismissed on 10/28/2013. I, Nadine Ranade would like to appeal this case as I believe that there is evidence for disregard by the employer to address employee request for FMLA and after this was request a case around bad performance was built to dismiss me. Some of reasons I feel I would like the judge to re-consider is:

a. **Disregard of the FMLA request:**
I believe that there was interference/denial for the request as my manager interfered and put restrictions on the leave request.

b. **Sequence of events leading to the legit action:** There is sufficient evidence about good performance and all of a sudden I was downgraded after I requested for leave.

c. **Retaliation:**
Soon after the leave request my manager put me on the PIP and downgraded my performance. I believe that I suffered an adverse employment decision/dismissal due to the fact I requested for leave.

d. **Interference:**
There is evidence for direct interference by my employer in the leave matter. As I understand when a FMLA leave is requested an employer may not "interfere with, restrain, or deny the exercise of the attempt to exercise".

I was expecting co-operation and understand from my employer and share everything openly.

e. Discriminatory Intent:
I believe that after I requested for leave a case for poor performance was created with intent to dismiss me.

f. Causal connection:
The adverse decision about my employment was causally connected to invocation of my leave rights.

g. Grounds for Dismissal:
There is sufficient evidence related to good performance and all of a sudden it changed after leave was requested which is directly related to the issue of retaliation.

h. Other evidence of causation:
I feel there were statements made directly that were hostile and threatening.

i. Lack of consideration for health condition: I was told by my manger to juggle work and therapy at the same time instead of making accommodation's for leave after my doctor asked to cut down hours.

Name: Nadine Ranade
Address: 2524 Walnut Leaf Lane
Herndon VA 20171
Cell # 703-342-8055